UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TAYLOR SMART and MICHAEL HACKER, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>　　　　Defendant. | No. 2:22-cv-02125 WBS KJN<br><br><br><br>ORDER RELATING CASES |
| JOSEPH COLON, SHANNON RAY, and KYLE McKINLEY, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>　　　　Defendant. | No. 1:23-cv-00425 JLT SKO |

1

1                               ----oo0oo----

2              Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both cases are putative class actions similarly alleging that the National Collegiate Athletic Association's bylaw provision concerning volunteer coaches violates the Sherman Act. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

             The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

             IT IS THEREFORE ORDERED that the actions denominated <u>Smart v. National Collegiate Athletic Association</u>, 2:22-cv-02125 WBS KJN, and <u>Colon v. National Collegiate Athletic Association</u>, 1:23-cv-00425 JLT SKO, be, and the same hereby are, deemed related.  The case denominated <u>Colon v. National Collegiate Athletic Association</u>, 1:23-cv-00425 JLT SKO, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as <u>Colon v. National Collegiate Athletic Association</u>, 1:23-cv-00425 WBS KJN.

             IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to

compensate for this reassignment.

Dated: March 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE