DENNIS STEWART
(State Bar No. 99152)
dstewart@gustafsongluek.com
DANIEL E. GUSTAFSON
(#202241 pro hac)
dgustafson@gustafsongluek.com
JOSHUA J. RISSMAN
(#391500 pro hac)
jrissman@gustafsongluek.com
NOAH L. COZAD
(#402643 pro hac)
ncozad@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

CAROLYN H. LUEDTKE
(State Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(State Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ
(State Bar No. 346128)
Christopher.Cruz@mto.com
JAVIER KORDI
(State Bar No. 348358)
Javier.Kordi@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert

Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association.

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, AND PATRICK MEHLERT. individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association;<br><br>Defendant. | Case No. 1:23-cv-00425-WBS-KJN<br><br>Hon. William B. Shubb<br><br>*Assigned to Hon. Judge Kendall J. Newman for Non-Dispositive Issues*<br><br>**JOINT ADMINISTRATIVE MOTION AND STIPULATION TO EXTEND TIME** |

1   WHEREAS, Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor,
2 Peter Robinson, Katherine Sebbane, and Patrick Mehlert
3 ("Plaintiffs") filed an Amended Complaint in this action on May 4,
4 2023;
5   WHEREAS, the Court has related this action to *Smart v.*
6 *National Collegiate Athletic Association*, No. 2:22-cv-02125 WBS
7 KJN;
8   WHEREAS, on May 10, 2023, this Court granted the NCAA's
9 motion in the *Smart* action to continue a hearing on its motions to
10 transfer or dismiss that action so that those motions could "be
11 heard together" with similar motions in this action, *see* No. 2:22-
12 cv-02125, ECF 26;
13   WHEREAS, the Court set the motions in *Smart* for hearing on
14 July 24, 2023;
15   WHEREAS, the parties have conferred and stipulated to the
16 following briefing schedule for motions in response to Plaintiffs'
17 Amended Complaint in this action:
18   1.  The NCAA shall file any motions directed to the Amended
19 Complaint by May 23, 2023.
20   2.  Plaintiffs shall file any oppositions to such motions by
21 June 23, 2023.
22   3.  The NCAA shall file any replies in further support of
23 such motions by July 3, 2023.
24   WHEREAS, pursuant to Local Rule 144(b), the parties'
25 stipulation extends the NCAA's deadline to respond to the Amended
26 Complaint but Court approval is required to extend the other
27 deadlines in the proposed briefing schedule;
28

1    Pursuant to Local Rules 144(a) and 233, the parties
2 respectfully request that the Court enter the attached proposed
3 order setting the deadlines that the parties have agreed upon for
4 briefing of motions in response to Plaintiffs' Amended Complaint
5 in this action.

Respectfully submitted,      MUNGER, TOLLES & OLSON LLP

DATED:  May 17, 2023         By:     /s/ Carolyn Hoecker Luedtke
                                   CAROLYN HOECKER LUEDTKE
                                 CAROLYN H. LUEDTKE
                                 (State Bar No. 207976)
                                 carolyn.luedtke@mto.com
                                 JUSTIN P. RAPHAEL
                                 (State Bar No. 292380)
                                 Justin.Raphael@mto.com
                                 CHRISTOPHER CRUZ
                                 (State Bar No. 346128)
                                 Christopher.Cruz@mto.com
                                 JAVIER KORDI
                                 (State Bar No. 348358)
                                 Javier.Kordi@mto.com
                                 MUNGER, TOLLES & OLSON LLP
                                 560 Mission Street,
                                 Twenty-Seventh Floor
                                 San Francisco, California
                                 94105-2907
                                 Telephone:(415) 512-4000
                                 Facsimile:(415) 512-4077

                                 *Attorneys for Defendant National
                                 Collegiate Athletic Association*

```
 1                          GUSTAFSON GLUEK PLLC
 2
 3                    By:      /s/ Dennis Stewart
                                 DENNIS STEWART
 4                         DENNIS STEWART
                           (State Bar No. 99152)
 5                         dstewart@gustafsongluek.com
                           DANIEL E. GUSTAFSON
 6                         (#202241 pro hac)
                           dgustafson@gustafsongluek.com
 7                         JOSHUA J. RISSMAN
                           (#391500 pro hac)
 8                         jrissman@gustafsongluek.com
                           NOAH L. COZAD (#402643 pro hac)
 9                         ncozad@gustafsongluek.com
                           GUSTAFSON GLUEK PLLC
10                         Canadian Pacific Plaza
                           120 South 6th Street, Suite 2600
11                         Minneapolis, MN 55402
                           Telephone: (612) 333-8844
12                         Facsimile: (612) 339-6622

13                         Attorneys for Plaintiffs

14                          COLEMAN & HOROWITT, LLP

15
                           DARRYL J. HOROWITT
16                         (State Bar No. 100898)
                           dhorowitt@ch-law.com
17                         COLEMAN & HOROWITT, LLP
                           499 West Shaw, Suite 116
18                         Fresno, CA 93704
                           Telephone: (559) 248-4820
19                         Facsimile: (559) 248-4830

20                         Attorneys for Plaintiffs
```

```
 1                          KIRBY McINERNEY LLP

 2
                                ROBERT J. GRALEWSKI, JR.
 3                              (State Bar No. 196410)
                                bgralewski@kmllp.com
 4                              MARKO RADISAVLJEVIC,
                                (State Bar No. 306552)
 5                              mradisavljevic@kmllp.com
                                KIRBY McINERNEY LLP
 6                              600 B Street, Suite 2110
                                San Diego, California 92101
 7                              Telephone: (619) 784-1442

 8                              Attorneys for Plaintiffs

 9                          THE LAW OFFICES OF LEONARD B.
                            SIMON P.C.
10
                                LEONARD B. SIMON
11                              (State Bar No. 58310)
                                lens@rgrdlaw.com
12                              THE LAW OFFICES OF LEONARD B.
                                SIMON P.C.
13                              655 West Broadway, Suite 1900
                                San Diego, CA 92101
14                              Telephone: (619) 818-0644
                                Facsimile: (619) 231-7423
15
                                Attorneys for Plaintiffs
16
                            FAIRMARK PARTNERS, LLP
17
                                JAMIE CROOKS
18                              (State Bar No. 310447)
                                (pro hac forthcoming)
19                              jamie@fairmarklaw.com
                                MICHAEL LIEBERMAN,
20                              DC Bar No. 1033827
                                (pro hac forthcoming)
21                              michael@fairmarklaw.com
                                FAIRMARK PARTNERS, LLP
22                              1825 7th Street, NW, #821
                                Washington, DC 20001
23                              Telephone: (619) 507-4182

24
                                Attorneys for Plaintiffs
25

26

27

28
                                -5-         Case No. 1:23-cv-00425-WBS-KJN
                   JOINT ADMINISTRATIVE MOTION AND STIPULATION TO EXTEND TIME
```