| | |
|---|---|
| DENNIS STEWART (State Bar No. 99152) dstewart@gustafsongluek.com DANIEL E. GUSTAFSON (#202241 pro hac) dgustafson@gustafsongluek.com JOSHUA J. RISSMAN (#391500 pro hac) jrissman@gustafsongluek.com NOAH L. COZAD (#402643 pro hac) ncozad@gustafsongluek.com GUSTAFSON GLUEK PLLC Canadian Pacific Plaza 120 South 6th Street, Suite 2600 Minneapolis, MN 55402 Telephone: (612) 333-8844 Facsimile: (612) 339-6622 | CAROLYN H. LUEDTKE (State Bar No. 207976) carolyn.luedtke@mto.com JUSTIN P. RAPHAEL (State Bar No. 292380) Justin.Raphael@mto.com CHRISTOPHER CRUZ (State Bar No. 346128) Christopher.Cruz@mto.com JAVIER KORDI (State Bar No. 348358) Javier.Kordi@mto.com MUNGER, TOLLES & OLSON LLP 560 Mission Street, Twenty-Seventh Floor San Francisco, California 94105-2907 Telephone:    (415) 512-4000 Facsimile:    (415) 512-4077 |
| Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert | Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association. |

[additional attorneys listed on signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, AND PATRICK MEHLERT. individually and on behalf of all those similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>NATION COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>        Defendant. | Case No. Case No. 1:23-cv-00425-WBS-KJN<br><br>**ORDER EXTENDING TIME**<br><br>Judge:    Hon. William B. Shubb |

\

Before the Court is an Administrative Motion to Extend Time filed jointly by Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert ("Plaintiffs") and Defendant National Collegiate Athletic Association ("NCAA") pursuant to Local Rules 144(a) and 233. Having considered the points submitted by Plaintiffs and Defendant NCAA, and good cause appearing therefor, the Court hereby **GRANTS** the parties' Motion to Extend Time as to the concurrently filed Joint Administrative Motion and Stipulation to Extend Time.

The following briefing schedule shall apply to motions in response to Plaintiffs' Amended Complaint in this action:

1. The NCAA shall file any motions directed to the Amended Complaint by May 23, 2023.

2. Plaintiffs shall file any oppositions to such motions by June 23, 2023.

3. The NCAA shall file any replies in further support of such motions by July 3, 2023.

Dated: May 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Respectfully submitted, | | MUNGER, TOLLES & OLSON LLP |
| DATED: May 17, 2023 | By: | */s/ Carolyn Hoecker Luedtke* |
| | | CAROLYN HOECKER LUEDTKE |

CAROLYN H. LUEDTKE
(State Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(State Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ
(State Bar No. 346128)
Christopher.Cruz@mto.com
JAVIER KORDI
(State Bar No. 348358)
Javier.Kordi@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, California
94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

*Attorneys for Defendant National Collegiate Athletic Association*

GUSTAFSON GLUEK PLLC

By:    */s/ Dennis Stewart*
       DENNIS STEWART

DENNIS STEWART
(State Bar No. 99152)
dstewart@gustafsongluek.com
DANIEL E. GUSTAFSON
(#202241 pro hac)
dgustafson@gustafsongluek.com
JOSHUA J. RISSMAN
(#391500 pro hac)
jrissman@gustafsongluek.com
NOAH L. COZAD (#402643 pro hac)
ncozad@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiffs*

```
 1                    COLEMAN & HOROWITT, LLP
 2
                          DARRYL J. HOROWITT
 3                        (State Bar No. 100898)
                          dhorowitt@ch-law.com
 4                        COLEMAN & HOROWITT, LLP
                          499 West Shaw, Suite 116
 5                        Fresno, CA 93704
                          Telephone: (559) 248-4820
 6                        Facsimile: (559) 248-4830

 7                        Attorneys for Plaintiffs

 8                    KIRBY McINERNEY LLP

 9
                          ROBERT J. GRALEWSKI, JR.
10                        (State Bar No. 196410)
                          bgralewski@kmllp.com
11                        MARKO RADISAVLJEVIC,
                          (State Bar No. 306552)
12                        mradisavljevic@kmllp.com
                          KIRBY McINERNEY LLP
13                        600 B Street, Suite 2110
                          San Diego, California 92101
14                        Telephone: (619) 784-1442

15                        Attorneys for Plaintiffs

16                    THE LAW OFFICES OF LEONARD B.
                      SIMON P.C.
17
                          LEONARD B. SIMON
18                        (State Bar No. 58310)
                          lens@rgrdlaw.com
19                        THE LAW OFFICES OF LEONARD B.
                          SIMON P.C.
20                        655 West Broadway, Suite 1900
                          San Diego, CA 92101
21                        Telephone: (619) 818-0644
                          Facsimile: (619) 231-7423
22
                          Attorneys for Plaintiffs
23
24
25
26
27
28
```

```
                        FAIRMARK PARTNERS, LLP

                           JAMIE CROOKS
                           (State Bar No. 310447)
                           (pro hac forthcoming)
                           jamie@fairmarklaw.com
                           MICHAEL LIEBERMAN,
                           DC Bar No. 1033827
                           (pro hac forthcoming)
                           michael@fairmarklaw.com
                           FAIRMARK PARTNERS, LLP
                           1825 7th Street, NW, #821
                           Washington, DC 20001
                           Telephone: (619) 507-4182

                           Attorneys for Plaintiffs
```