GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

DENNIS STEWART State Bar No. 99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

CAROLYN H. LUEDTKE
(State Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(State Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ
(State Bar No. 346128)
Christopher.Cruz@mto.com
JAVIER KORDI
(State Bar No. 348358)
Javier.Kordi@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Flr
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br>    Plaintiffs,<br>   v.<br>NATIONAL COLLEGIATE ASSOCIATION, an unincorporated association,<br>    Defendant. | No. 2:22-cv-02125 WBS KJN<br><br>Hon. William B. Shubb<br>*Assigned to Hon. Judge Kendall J. Newman for Non-Dispositive Issues*<br><br>**ORDER EXTENDING TIME** |
| JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBAME, and PATRICK MEHLER, individually and on behalf of all those similarly situated,<br>    Plaintiffs,<br>   v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, | No. 1:23-cv-00425 WBS KJN |

                    Defendant.

Before the Court is an Administrative Motion to Extend Time filed jointly by Plaintiffs Taylor Smart, Michael Hacker, Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert ("Plaintiffs") and Defendant National Collegiate Athletic Association ("NCAA") pursuant to Local Rules 144(a) and 233.  Having considered the points submitted by Plaintiffs and Defendant NCAA, and good cause appearing therefor, the Court hereby **GRANTS** the parties' Motion to Extend Time as to the concurrently filed Joint Administrative Motion and Stipulation to Extend Time.

The following briefing schedule shall apply in this action:

1.  Plaintiffs and Defendants shall file their Joint Status Report, including their Joint Discovery Plan, by August 21, 2023.

2. The Defendant shall file its answers to Plaintiffs' Complaints by August 24, 2023.

Dated:  August 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Respectfully submitted, | MUNGER, TOLLES & OLSON LLP | |
| DATED: August 7, 2023 | By: | */s/CAROLYN HOECKER LUEDTKE* |
| | | CAROLYN HOECKER LUEDTKE |

CAROLYN H. LUEDTKE
(State Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(State Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ
(State Bar No. 346128)
Christopher.Cruz@mto.com
JAVIER KORDI
(State Bar No. 348358)
Javier.Kordi@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, California
94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

*Attorneys for Defendant National Collegiate Athletic Association*

KOREIN TILLERY, LLC


By:    */s/GARRETT R. BROSHUIS*
         GARRETT R. BROSHUIS
STEPHEN M. TILLERY *(pro hac vice)*
stillery@koreintillery.com
STEVEN M. BEREZNEY (Bar No. 329923)
sberezney@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated*

```
                    GUSTAFSON GLUEK PLLC


               By:      /s/DENNIS STEWART
                          DENNIS STEWART
                    DENNIS STEWART
                    (State Bar No. 99152)
                    dstewart@gustafsongluek.com
                    DANIEL E. GUSTAFSON
                    (#202241 pro hac)
                    dgustafson@gustafsongluek.com
                    JOSHUA J. RISSMAN
                    (#391500 pro hac)
                    jrissman@gustafsongluek.com
                    NOAH L. COZAD (#402643 pro hac)
                    ncozad@gustafsongluek.com
                    GUSTAFSON GLUEK PLLC
                    Canadian Pacific Plaza
                    120 South 6th Street, Suite 2600
                    Minneapolis, MN 55402
                    Telephone: (612) 333-8844
                    Facsimile: (612) 339-6622
```

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated*

```
                    COLEMAN & HOROWITT, LLP

                    DARRYL J. HOROWITT
                    (State Bar No. 100898)
                    dhorowitt@ch-law.com
                    COLEMAN & HOROWITT, LLP
                    499 West Shaw, Suite 116
                    Fresno, CA 93704
                    Telephone: (559) 248-4820
                    Facsimile: (559) 248-4830
```

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated*

KIRBY McINERNEY LLP

ROBERT J. GRALEWSKI, JR.
(State Bar No. 196410)
bgralewski@kmllp.com
MARKO RADISAVLJEVIC,
(State Bar No. 306552)
mradisavljevic@kmllp.com
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated*

THE LAW OFFICES OF LEONARD B. SIMON P.C.

LEONARD B. SIMON
(State Bar No. 58310)
lens@rgrdlaw.com
THE LAW OFFICES OF LEONARD B. SIMON P.C.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
Facsimile: (619) 231-7423

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated*

FAIRMARK PARTNERS, LLP

JAMIE CROOKS
(State Bar No. 310447)
(pro hac forthcoming)
jamie@fairmarklaw.com
MICHAEL LIEBERMAN,
DC Bar No. 1033827
(pro hac forthcoming)
michael@fairmarklaw.com
FAIRMARK PARTNERS, LLP
1825 7th Street, NW, #821
Washington, DC 20001
Telephone: (619) 507-4182

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert*