GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

DENNIS STEWART State Bar No. 99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

CAROLYN H. LUEDTKE
(State Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(State Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ
(State Bar No. 346128)
Christopher.Cruz@mto.com
JAVIER KORDI
(State Bar No. 348358)
Javier.Kordi@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Flr
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br>Plaintiffs,<br>v.<br>NATIONAL COLLEGIATE ASSOCIATION, an unincorporated association,<br>Defendant. | No. 2:22-cv-02125 WBS KJN<br><br>Hon. William B. Shubb<br>*Assigned to Hon. Judge Kendall J. Newman for Non-Dispositive Issues*<br><br>**ORDER EXTENDING TIME TO ANSWER** |
| JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBAME, and PATRICK MEHLER, individually and on behalf of all those similarly situated,<br>Plaintiffs,<br>v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, Defendant. | No. 1:23-cv-00425 WBS KJN |

1    Before the Court is an Administrative Motion to Extend Time
2 filed jointly by Plaintiffs Taylor Smart, Michael Hacker, Joseph
3 Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine
4 Sebbane, and Patrick Mehlert ("Plaintiffs") and Defendant
5 National Collegiate Athletic Association ("NCAA") pursuant to
6 Local Rules 144(a) and 233.  Having considered the points
7 submitted by Plaintiffs and Defendant NCAA, and good cause
8 appearing therefor, the Court hereby **GRANTS** the parties' Motion
9 to Extend Time as to the concurrently filed Joint Administrative
10 Motion and Stipulation to Extend Time.
11    The following briefing schedule shall apply in this action:
12    The Defendant shall file its answers to Plaintiffs'
13 Complaints by August 31, 2023.

Dated: August 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE