UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>　　　　Defendant. | No. 2:22-cv-02125 WBS KJN<br><br><br><br><br>ORDER RE: DEFENDANT'S MOTION FOR CLARIFICATION |
| JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBAME, and PATRICK MEHLER, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>　　　　Defendant. | No. 1:23-cv-00425 WBS KJN |

1

1                              ----oo0oo----

2          Defendant moves for clarification of this court's Order
3    denying defendant's motion to dismiss the complaints in these
4    actions.  There is no ambiguity or confusion in the court's Order
5    that requires further explanation.  The Order did no more nor no
6    less than dispose of the motion which was before the court.
7          IT IS THEREFORE ORDERED that defendant's motion for
8    clarification (Smart Docket No. 34; Colon Docket No. 41) be, and
9    the same hereby is, DENIED.
10   Dated:  September 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2