**1** GARRETT R. BROSHUIS
(State Bar No. 329924)
**2** gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
**3** 505 North 7th Street, Suite 3600
St. Louis, MO 63101
**4** Telephone: (314) 241-4844
Facsimile: (314) 241-3525
**5**

**6** Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on
**7** signature page]

DENNIS STEWART
(State Bar No. 99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

**8**

**9** **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**10**

| | |
|---|---|
| **11** TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated, **12** Plaintiffs, **13** v. NATIONAL COLLEGIATE ATHLETIC **14** ASSOCIATION, an unincorporated association, Defendant. | No. 2:22-cv-02125 WBS KJN  Hon. William B. Shubb (assigned to Chief Magistrate Judge Kendall J. Newman for discovery matters) |
| **15** JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE **16** SEBBANE, and PATRICK MEHLERT, individually and on behalf of all those similarly **17** situated, Plaintiffs, **18** v. NATIONAL COLLEGIATE ATHLETIC **19** ASSOCIATION, an unincorporated association, Defendant. | **NOTICE OF MOTION AND MOTION TO COMPEL**  No. 1:23-cv-00425 WBS KJN  Date: Oct. 24, 2023 Time: 9:00 a.m. Courtroom 25 |

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on October 24, 2023, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Chief Magistrate Judge Kendall J. Newman in Courtroom 25 of the above-titled Court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, Plaintiffs in the above-captioned cases will and hereby do move this Honorable Court for an order compelling discovery under Federal Rules of Civil Procedure 26 and 37, as well as Local Rule 251.  As described more fully in the accompanying Joint Statement Regarding Discovery Dispute, Plaintiffs seek an order compelling the production or furnishing of documents and information currently being withheld in response to Plaintiffs' Requests for Production and Plaintiffs' Interrogatories.

Pursuant to Local Rule 251, the motion will be based on this Notice of Motion and Motion to Compel, the accompanying Joint Statement Regarding Discovery Dispute, any and all additional papers and pleadings filed by the parties, and upon such evidence that has been presented or will be presented at the hearing on the motion to compel.

Respectfully submitted,                                KOREIN TILLERY, LLC

DATED: October 17, 2023

By:      */s/Garrett R. Broshuis*
　　　GARRETT R. BROSHUIS
　　　STEPHEN M. TILLERY *(pro hac vice)*
　　　stillery@koreintillery.com
　　　STEVEN M. BEREZNEY (Bar No. 329923)
　　　sberezney@koreintillery.com
　　　GARRETT R. BROSHUIS (Bar No. 329924)
　　　gbroshuis@koreintillery.com
　　　KOREIN TILLERY, LLC
　　　505 North 7th Street, Suite 3600
　　　St. Louis, MO 63101
　　　Telephone: (314) 241-4844
　　　Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated*

| No. 1:23-cv-00425 WBS KJN | 1 | No. 2:22-cv-02125-WBS-KJN |

**NOTICE OF MOTION AND MOTION TO COMPEL**

FAIRMARK PARTNERS, LLP

By:     */s/Michael Lieberman*
       MICHAEL LIEBERMAN
JAMIE CROOKS
State Bar No. 310447
*(pro hac vice)*
jamie@fairmarklaw.com
MICHAEL LIEBERMAN
DC Bar No. 1033827
*(pro hac vice)*
michael@fairmarklaw.com
FAIRMARK PARTNERS, LLP
1825 7th Street, NW, #821
Washington, DC 20001
Telephone: (619) 507-4182

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated*

GUSTAFSON GLUEK PLLC

DENNIS STEWART
(State Bar No. 99152)
dstewart@gustafsongluek.com
DANIEL E. GUSTAFSON
(#202241 pro hac)
dgustafson@gustafsongluek.com
JOSHUA J. RISSMAN
(#391500 pro hac)
jrissman@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated*

|   |   |
|---|---|
| 1 | COLEMAN & HOROWITT, LLP |
| 2 | |
| 3 | DARRYL J. HOROWITT |
|   | (State Bar No. 100898) |
|   | dhorowitt@ch-law.com |
| 4 | COLEMAN & HOROWITT, LLP |
|   | 499 West Shaw, Suite 116 |
| 5 | Fresno, CA 93704 |
|   | Telephone: (559) 248-4820 |
| 6 | Facsimile: (559) 248-4830 |
| 7 | |
|   | *Attorneys for Plaintiffs Joseph Colon, Shannon* |
| 8 | *Ray, Khala Taylor, Peter Robinson, Katherine* |
|   | *Sebbane, and Patrick Mehlert, Individually and on* |
| 9 | *Behalf of All Those Similarly Situated* |
| 10 | KIRBY McINERNEY LLP |
| 11 | |
| 12 | ROBERT J. GRALEWSKI, JR. |
|   | (State Bar No. 196410) |
| 13 | bgralewski@kmllp.com |
|   | MARKO RADISAVLJEVIC |
| 14 | (State Bar No. 306552) |
|   | mradisavljevic@kmllp.com |
| 15 | KIRBY McINERNEY LLP |
|   | 600 B Street, Suite 2110 |
| 16 | San Diego, California 92101 |
| 17 | Telephone: (619) 784-1442 |
| 18 | *Attorneys for Plaintiffs Joseph Colon, Shannon* |
|   | *Ray, Khala Taylor, Peter Robinson, Katherine* |
| 19 | *Sebbane, and Patrick Mehlert, Individually and on* |
|   | *Behalf of All Those Similarly Situated* |
| 20 | |

| No. 1:23-cv-00425 WBS KJN | 3 | No. 2:22-cv-02125-WBS-KJN |
|---|---|---|
| **NOTICE OF MOTION AND MOTION TO COMPEL** | | |

THE LAW OFFICES OF LEONARD B. SIMON P.C.

LEONARD B. SIMON
(State Bar No. 58310)
lens@rgrdlaw.com
THE LAW OFFICES OF LEONARD B. SIMON P.C.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
Facsimile: (619) 231-7423

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Patrick Mehlert, Individually and on Behalf of All Those Similarly Situated*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ *Michael Lieberman*
Michael Lieberman