CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ (State Bar No. 346128)
Christopher.Cruz@mto.com
JAVIER KORDI (State Bar No. 348358)
Javier.Kordi@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for *Defendant National Collegiate Athletic Association*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br>    Plaintiffs,<br>   v.<br>NATIONAL COLLEGIATE ASSOCIATION, an unincorporated association,<br>    Defendant. | No. 2:22-cv-02125 WBS KJN<br><br>Hon. William B. Shubb<br>*Assigned to Hon. Judge Kendall J. Newman for Non-Dispositive Issues*<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>No. 1:23-cv-00425 WBS KJN |
| JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBAME, and PATRICK MEHLER, individually and on behalf of all those similarly situated,<br>    Plaintiffs,<br>   v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>    Defendant. | |

TO THE CLERK AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that as of October 20, 2023, Javier Kordi will no longer be associated with the firm of Munger, Tolles & Olson LLP; and is therefore withdrawing as counsel for Defendant NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ("NCAA") in the above-captioned cases. NCAA will continue to be represented by Carolyn Hoecker Luedtke, Justin P. Raphael, and Christopher Cruz of Munger, Tolles & Olson LLP.

DATED: October 20, 2023    MUNGER, TOLLES & OLSON LLP

By:   */s/ Javier Kordi*
       JAVIER KORDI
    Attorney for Defendant NCAA