GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
KOREIN TILLERY, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

DENNIS STEWART (Bar No. 99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Katherine Sebbane, Khala Taylor and Peter Robinson, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

CAROLYN H. LUEDTKE
(Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ
(Bar No. 346128)
Christopher.Cruz@mto.com
MEGAN L. MCCREADIE
(Bar No. 330704)
megan.mccreadie@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Flr
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br>    Plaintiffs,<br>    v.<br>NATIONAL COLLEGIATE ASSOCIATION, an unincorporated association,<br>    Defendant. | No. 2:22-cv-02125 WBS KJN<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULE** |
| JOSEPH COLON, SHANNON RAY, KATHERINE SEBBANE, KHALA TAYLOR AND PETER ROBINSON, individually and on behalf of all those similarly situated,<br>    Plaintiffs,<br>    v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>    Defendant. | No. 1:23-cv-00425 WBS CSK<br><br>Judge: The Honorable William B. Shubb<br>*Assigned to Hon. Judge Chi Soo Kim for Non-Dispositive Issues* |

Whereas, there have only been minor modifications to the case schedule to date, specifically the parties previously agreed to extend the time for Defendant to respond to Plaintiffs' complaint from February 7, 2023, to February 24, 2023, and the parties previously agreed to extend the time by which the parties filed a joint status report from August 14, 2023, to August 21, 2023;

Whereas, the Court set a deadline of August 2, 2024 for *Smart* Plaintiffs and *Colon* Plaintiffs' (together, "Plaintiffs") motion for class certification, *see Smart*, ECF No. 38 at 4, *Colon*, ECF No. 45 at p. 5;

Whereas the Plaintiffs, in order to gather information they believe to be highly pertinent to their claims have, among other things, served extensive third-party discovery, including document subpoenas on all 353 NCAA Division I institutions as well as numerous conferences, and the execution, service, negotiation and compliance with those subpoenas is an extensive undertaking which is still ongoing;

Whereas, the parties have agreed to extend the deadline for Plaintiffs' motion for class certification to November 1, 2024;

Whereas, the parties have agreed to a briefing schedule for the class certification motion that takes the holidays into account, with Defendant's opposition due on December 20, 2024, and Plaintiffs' reply due on January 31, 2025;

Whereas, the parties have agreed to extend other deadlines to accommodate the three-month extension of the class certification deadline, with the parties agreeing to the following deadlines:

- An extension of the deadline for expert reports from January 7, 2025 to April 4, 2025, and for rebuttal reports from February 7, 2025 to May 5, 2025;
- An extension of the close of discovery from March 7, 2025 to June 6, 2025;
- An extension of dispositive motions deadline from April 25, 2025 to July 18, 2025;
- An extension of the trial setting from September 16, 2025 to a date in November 2025 that the Court has available;
- An extension of the Final Pretrial Conference from July 14, 2025 to a date and time that the Court has available that is suitable for the revised trial date;

Whereas, the Court has stated that any request to change the trial date must be heard by Judge Shubb, *Smart*, ECF No. 38 at 7;

IT IS HEREBY STIPULATED by and between the parties, in accordance with Local Rule 144, that

1. Plaintiffs will file their motion for class certification by November 1, 2024, Defendants will file their opposition to that motion by December 20, 2024, and Plaintiffs will file their reply to that motion by January 31, 2025;
2. The parties will file expert reports by April 4, 2025, and will file rebuttal reports by May 5, 2025;
3. The deadline for the close of discovery will be June 6, 2025;
4. The parties will file dispositive motions by July 18, 2025.

IT IS FURTHER STIPULATED that the parties respectfully request that the Court continue the trial date to a date available for the Court in November 2025, and that the Court continue the Final Pretrial Conference to a date suitable for the Court.

Respectfully submitted,        KOREIN TILLERY, LLC

DATED: May 24, 2024            By:    */s/Garrett R. Broshuis*
                                      GARRETT R. BROSHUIS
                                      STEPHEN M. TILLERY
                                      (pro hac)
                                      stillery@koreintillery.com
                                      STEVEN M. BEREZNEY
                                      (State Bar No. 329923)
                                      sberezney@koreintillery.com
                                      GARRETT R. BROSHUIS
                                      (State Bar No. 329924)
                                      gbroshuis@koreintillery.com
                                      KOREIN TILLERY, LLC
                                      505 North 7th Street, Suite 3600
                                      St. Louis, MO 63101
                                      Telephone: (314) 241-4844
                                      Facsimile: (314) 241-3525

                                      *Attorneys for Plaintiffs Taylor Smart and Michael Hacker, Individually and on Behalf of All Those Similarly Situated*

MUNGER, TOLLES & OLSON LLP

By:    */s/Carolyn Hoecker Luedtke*
     CAROLYN HOECKER LUEDTKE
CAROLYN H. LUEDTKE
(State Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(State Bar No. 292380)
Justin.Raphael@mto.com
CHRISTOPHER CRUZ
(State Bar No. 346128)
Christopher.Cruz@mto.com
MEGAN L. MCCREADIE
(State Bar No. 330704)
megan.mccreadie@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, California
94105-2907
Telephone:(415) 512-4000
Facsimile:(415) 512-4077

*Attorneys for Defendant National Collegiate Athletic Association*

```
                    FAIRMARK PARTNERS, LLP

                    By:    /s/Michael Lieberman
                           MICHAEL LIEBERMAN
                        JAMES CROOKS
                        (State Bar No. 310447)
                        (pro hac)
                        jamie@fairmarklaw.com
                        MICHAEL LIEBERMAN,
                        DC Bar No. 1033827
                        (pro hac)
                        michael@fairmarklaw.com
                        FAIRMARK PARTNERS, LLP
                        1825 7th Street, NW, #821
                        Washington, DC 20001
                        Telephone: (619) 507-4182

                        *Attorneys for Plaintiffs Joseph
                        Colon, Shannon Ray, Katherine
                        Sebbane, Khala Taylor and Peter
                        Robinson, Individually and on
                        Behalf of All Those Similarly
                        Situated*


                    COLEMAN & HOROWITT, LLP

                        DARRYL J. HOROWITT
                        (State Bar No. 100898)
                        dhorowitt@ch-law.com
                        COLEMAN & HOROWITT, LLP
                        499 West Shaw, Suite 116
                        Fresno, CA 93704
                        Telephone: (559) 248-4820
                        Facsimile: (559) 248-4830

                        *Attorneys for Plaintiffs Joseph
                        Colon, Shannon Ray, Katherine
                        Sebbane, Khala Taylor and Peter
                        Robinson, Individually and on
                        Behalf of All Those Similarly
                        Situated*
```

KIRBY McINERNEY LLP

ROBERT J. GRALEWSKI, JR.
(State Bar No. 196410)
bgralewski@kmllp.com
MARKO RADISAVLJEVIC
(State Bar No. 306552)
mradisavljevic@kmllp.com
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Katherine Sebbane, Khala Taylor and Peter Robinson, Individually and on Behalf of All Those Similarly Situated*

THE LAW OFFICES OF LEONARD B. SIMON P.C.

LEONARD B. SIMON
(State Bar No. 58310)
lens@rgrdlaw.com
THE LAW OFFICES OF LEONARD B. SIMON P.C.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
Facsimile: (619) 231-7423

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Katherine Sebbane, Khala Taylor and Peter Robinson, Individually and on Behalf of All Those Similarly Situated*

GUSTAFSON GLUEK PLLC

DENNIS STEWART
(State Bar No. 99152)
dstewart@gustafsongluek.com
DANIEL E. GUSTAFSON
(#202241 pro hac)
dgustafson@gustafsongluek.com
JOSHUA J. RISSMAN
(#391500 pro hac)
jrissman@gustafsongluek.com
ABOU AMARA
(pro hac)
aamara@gustafsongluek.com
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiffs Joseph Colon, Shannon Ray, Katherine Sebbane, Khala Taylor and Peter Robinson, Individually and on Behalf of All Those Similarly Situated*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

                                      /s/ *Michael Lieberman*
                                          Michael Lieberman

ORDER

The Court, having considered the parties' stipulation, and cause appearing, hereby orders that:

1. Plaintiffs will file their motion for class certification by November 1, 2024, Defendants will file their opposition to that motion by December 20, 2024, and Plaintiffs will file their reply to that motion by January 31, 2025;
2. The parties will file expert reports by April 4, 2025, and will file rebuttal reports by May 5, 2025;
3. The deadline for the close of discovery will be June 6, 2025;
4. The parties will file dispositive motions by July 18, 2025;
5. The Final Pretrial Conference is reset for **October 6, 2025 at 1:30 p.m.**
6. The trial date is reset for **December 9, 2025 at 9:00 a.m.**

Dated: May 29, 2024

_WILLIAM B. SHUBB_
UNITED STATES DISTRICT JUDGE