

# United States District Court
## Eastern District of California

| | |
|---|---|
| Joseph Colon, et al | Case Number: 23-cv-00425-WBS-KJN |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| National Collegiate Athletic Ass'n | AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Yinka Onayemi _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Joseph Colon, et al (all plaintiffs)

On ____04/21/2022____ (date), I was admitted to practice and presently in good standing in the

____New York Supreme Court____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____10/17/2024____          Signature of Applicant: /s/ ____Yinka Onayemi____

**Pro Hac Vice Attorney**

Applicant's Name: Yinka Onayemi

Law Firm Name: Fairmark Partners LLP

Address: 1001 G Street NW, Suite 400 East

City: Washington     State: DC     Zip: 20001

Phone Number w/Area Code: (708) 351-4497

City and State of Residence: New York, New York

Primary E-mail Address: yinka@fairmarklaw.com

Secondary E-mail Address: 

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Robert J. Gralewski , Jr.

Law Firm Name: Kirby McInerney LLP

Address: 1420 Kettner Boulevard, Suite 100

City: San Diego     State: CA     Zip: 92101

Phone Number w/Area Code: (858) 834-2044     Bar # 196410

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  October 28, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE