Dennis Stewart, CA Bar No. 99152
dstewart@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (612) 333-8844

Daniel E. Gustafson, MN Bar No. 202241
Amanda M. Williams, MN Bar No. 341691
Matthew Jacobs, MN Bar No. 403465
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820

Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644

Michael D. Lieberman, DC Bar No. 1033827
Jamie Crooks, CA Bar No. 310447
**FAIRMARK PARTNERS, LLP**
1001 G Street NW, Suite 400E
Washington, DC 20001
Telephone: (818) 585-2903

Attorneys for Plaintiffs Joseph Colon, Shannon Ray,
Khala Taylor, Peter Robinson, and Katherine Sebbane,
individually and on Behalf of All Those Similarly Situated

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, and KATHERINE SEBBANE, individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association;<br><br>Defendant. | No. 23-cv-00425-WBS-CSK<br><br>**ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br>Date: December 9, 2024<br>Time: 1:30 PM |

No. 23-cv-00425-WBS-KJN

**ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**

The above matter came before the Court on Plaintiffs' motion for an order granting leave to file a Second Amended Class Action Complaint, substituting Rudy Barajas for Joseph Colon as a proposed class representative and omitting Patrick Mehlert, whose voluntary dismissal was stipulated after the First Amended Class Action Complaint was filed. [ECF No. 19.] This motion is unopposed.

The Court has received the memorandum submitted by Plaintiffs in support of their motion and has reviewed the declaration and submissions relating to that motion. Accordingly, based on all the files, records and proceedings before the Court, Plaintiffs are granted to leave to file their [proposed] Second Amended Class Action Complaint reflecting the changes described herein.  The December 9, 2024 motion hearing date is vacated.

**IT IS SO ORDERED.**

Dated:  October 28, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1          No. 23-cv-00425-WBS-KJN

**ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**