| | |
|---|---|
| Dennis Stewart, CA Bar No. 99152<br>**GUSTAFSON GLUEK PLLC**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-3299<br><br>Daniel E. Gustafson, MN Bar No. 202241<br>Amanda M. Williams, MN Bar No. 0341691<br>Matthew Jacobs, MN Bar No. 403465<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br><br>Darryl J. Horowitt, CA Bar No. 100898<br>**COLEMAN & HOROWITT, LLP**<br>499 West Shaw, Suite 116<br>Fresno, CA 93704<br>Telephone: (559) 248-4820 | Robert J. Gralewski, Jr., CA Bar No. 196410<br>Marko Radisavljevic, CA Bar No. 306552<br>**KIRBY McINERNEY LLP**<br>1420 Kettner Boulevard, Suite 100<br>San Diego, CA 92101<br>Telephone: (858) 834-2044<br><br>Leonard B. Simon, CA Bar No. 58310<br>**THE LAW OFFICES OF LEONARD B. SIMON P.C.**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 818-0644<br><br>Michael Lieberman, DC Bar No. 1033827<br>Jamie Crooks, CA Bar No. 310447<br>Yinka Onayemi, NY Bar No. 5940614<br>**FAIRMARK PARTNERS, LLP**<br>1001 G Street NW, Suite 400E<br>Washington, DC 20001<br>Telephone: (818) 585-2903 |

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor,*
*Peter Robinson, Katherine Sebbane, and Rudy Barajas*
*Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. 1:23-cv-00425<br><br>**PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br>Date: March 3, 2025<br>Time: 1:30 PM |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD AND TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Pursuant to Local Rule 141, please take notice that on November 1, 2024, Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas ("Plaintiffs") submitted the following documents by uploading to the "Box" application for United States District Judge William B. Shubb and served by electronic mail the following documents on all Defendants:

1. Plaintiffs' Notice of Motion and Motion for Class Certification (Sealed Version);
2. Exhibit 1 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;
3. Exhibit 27 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;
4. Exhibit 28 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;
5. Exhibit 29 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;
6. Exhibit 30 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;
7. Exhibit 31 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

8. Exhibit 32 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

9. Exhibit 33 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

10. Exhibit 34 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

11. Exhibit 35 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

12. Exhibit 36 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

13. Exhibit 37 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

14. Exhibit 38 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

15. Exhibit 39 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

16. Exhibit 40 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

17. Exhibit 41 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

18. Exhibit 42 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

19. Exhibit 43 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

20. Exhibit 44 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

21. Exhibit 45 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

22. Exhibit 46 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

23. Exhibit 47 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

24. Exhibit 48 to the Declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel;

25. Plaintiff's Request to Seal; and

26. [Proposed] Order Granting Plaintiff's Request to Seal.

Plaintiffs' Request to Seal is made pursuant to Local Rule 141(b) and is based upon this Request, all pleadings, papers, and records on file in this action, and any oral argument presented

1  to the Court. The Court may issue orders limiting disclosures of confidential information where
2  compelling reasons exist. *See Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2010);
3  *Felix v. Davis Moreno Constr., Inc.*, No. 07 Civ. 0533, 2008 WL 3009867, at *1-2 (E.D. Cal. Aug.
4  1, 2008); E.D. Cal. L.R. 141. Plaintiffs make this request as required by the Stipulated Protective
5  Order (ECF No. 56) because Plaintiffs' Notice of Motion and Motion for Class Certification and
6  particular exhibits to the supporting Declaration of Michael Lieberman contain information
7  designated "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" pursuant to the Stipulated
8  Protective Order in this case.

9      Concurrent with the submission of this Request, Plaintiffs have filed versions of the above
10 documents through the Court's CM/ECF system that contain redactions of information or materials
11 that have been designated as Confidential or Attorneys' Eyes Only.

12 DATED: November 1, 2024                                Respectfully submitted,

                                                         **GUSTAFSON GLUEK PLLC**

                                                         By: */s/ Dennis Stewart*
                                                         Dennis Stewart, CA Bar No. 99152
                                                         600 W. Broadway, Suite 3300
                                                         San Diego, CA 92101
                                                         Telephone: (619) 595-3299
                                                         dstewart@gustafsongluek.com

                                                         Daniel E. Gustafson, MN Bar No. 202241
                                                         (*pro hac vice*)
                                                         Amanda M. Williams, MN Bar No. 0341691
                                                         (*pro hac vice*)
                                                         Matthew Jacobs, MN Bar No. 403465
                                                         (*pro hac vice*)
                                                         **GUSTAFSON GLUEK PLLC**
                                                         Canadian Pacific Plaza
                                                         120 South 6th Street, Suite 2600
                                                         Minneapolis, MN 55402
                                                         Telephone: (612) 333-8844
                                                         dgustafson@gustafsongluek.com
                                                         jrissman@gustafsongluek.com
                                                         awilliams@gustafsongluek.com

By: /s/ Michael Lieberman
Michael Lieberman, DC Bar No. 1033827
(pro hac vice)
Jamie Crooks, CA Bar No. 310447
(pro hac vice)
Yinka Onayemi, NY Bar No. 5940614
(pro hac vice)
**FAIRMARK PARTNERS, LLP**
1001 G Street NW, Suite 400 East
Washington, DC 20001
Telephone: (818) 585-2903
michael@fairmarklaw.com
jamie@fairmarklaw.com
yinka@fairmarklaw.com

By: /s/ Robert J. Gralewski, Jr.
Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
bgralewski@kmllp.com
mradisavljevic@kmllp.com

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
dhorowitt@ch-law.com

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
lens@rgrdlaw.com

*Attorneys for Plaintiffs and the Class*