| | |
|---|---|
| Dennis Stewart, CA Bar No. 99152<br>**GUSTAFSON GLUEK PLLC**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-3299<br><br>Daniel E. Gustafson, MN Bar No. 202241<br>Amanda M. Williams, MN Bar No. 0341691<br>Matthew Jacobs, MN Bar No. 403465<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br><br>Darryl J. Horowitt, CA Bar No. 100898<br>**COLEMAN & HOROWITT, LLP**<br>499 West Shaw, Suite 116<br>Fresno, CA 93704<br>Telephone: (559) 248-4820 | Robert J. Gralewski, Jr., CA Bar No. 196410<br>Marko Radisavljevic, CA Bar No. 306552<br>**KIRBY McINERNEY LLP**<br>1420 Kettner Boulevard, Suite 100<br>San Diego, CA 92101<br>Telephone: (858) 834-2044<br><br>Leonard B. Simon, CA Bar No. 58310<br>**THE LAW OFFICES OF LEONARD B. SIMON P.C.**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 818-0644<br><br>Michael Lieberman, DC Bar No. 1033827<br>Jamie Crooks, CA Bar No. 310447<br>Yinka Onayemi, NY Bar No. 5940614<br>**FAIRMARK PARTNERS, LLP**<br>1001 G Street NW, Suite 400E<br>Washington, DC 20001<br>Telephone: (818) 585-2903 |

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. 1:23-cv-00425<br><br>**PLAINTIFFS' NOTICE OF LODGING OF DOCUMENTS WITH THE COURT**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br>Date: March 3, 2025<br>Time: 1:30 PM |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD AND TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas ("Plaintiffs") hereby lodge with the Court, by uploading to the "Box" application for Judge Shubb's Chambers, the following publicly filed exhibits to the declaration of Michael Lieberman in Support of Plaintiff's Motion for Class Certification and Appointment of Fairmark Partners, LLP as co-Lead Class Counsel (ECF No. 85), sealed documents and exhibits as listed in the Notice of Request to Seal Documents (ECF No. 86), and original deposition transcripts for use in connection with Plaintiffs' Motion for Class Certification scheduled for March 3, 2025:

1. Plaintiffs' Notice of Motion and Motion for Class Certification **(Sealed Version)**;
2. Exhibit 1 **(Sealed)** to the Declaration of Michael Lieberman;
3. Exhibit 2 to the Declaration of Michael Lieberman;
4. Exhibit 3 to the Declaration of Michael Lieberman;
5. Exhibit 4 to the Declaration of Michael Lieberman;
6. Exhibit 5 to the Declaration of Michael Lieberman;
7. Exhibit 6 to the Declaration of Michael Lieberman;
8. Exhibit 7 to the Declaration of Michael Lieberman;
9. Exhibit 8 to the Declaration of Michael Lieberman;
10. Exhibit 9 to the Declaration of Michael Lieberman;
11. Exhibit 10 to the Declaration of Michael Lieberman;
12. Exhibit 11 to the Declaration of Michael Lieberman;
13. Exhibit 12 to the Declaration of Michael Lieberman;
14. Exhibit 13 to the Declaration of Michael Lieberman;
15. Exhibit 14 to the Declaration of Michael Lieberman;
16. Exhibit 15 to the Declaration of Michael Lieberman;
17. Exhibit 16 to the Declaration of Michael Lieberman;
18. Exhibit 17 to the Declaration of Michael Lieberman;

19. Exhibit 18 to the Declaration of Michael Lieberman;

20. Exhibit 19 to the Declaration of Michael Lieberman;

21. Exhibit 20 to the Declaration of Michael Lieberman;

22. Exhibit 21 to the Declaration of Michael Lieberman;

23. Exhibit 22 to the Declaration of Michael Lieberman;

24. Exhibit 23 to the Declaration of Michael Lieberman;

25. Exhibit 24 to the Declaration of Michael Lieberman;

26. Exhibit 25 to the Declaration of Michael Lieberman;

27. Exhibit 26 to the Declaration of Michael Lieberman;

28. Exhibit 27 **(Sealed)** to the Declaration of Michael Lieberman;

29. Exhibit 28 **(Sealed)** to the Declaration of Michael Lieberman;

30. Exhibit 29 **(Sealed)** to the Declaration of Michael Lieberman;

31. Exhibit 30 **(Sealed)** to the Declaration of Michael Lieberman;

32. Exhibit 31 **(Sealed)** to the Declaration of Michael Lieberman;

33. Exhibit 32 **(Sealed)** to the Declaration of Michael Lieberman;

34. Exhibit 33 **(Sealed)** to the Declaration of Michael Lieberman;

35. Exhibit 34 **(Sealed)** to the Declaration of Michael Lieberman;

36. Exhibit 35 **(Sealed)** to the Declaration of Michael Lieberman;

37. Exhibit 36 **(Sealed)** to the Declaration of Michael Lieberman;

38. Exhibit 37 **(Sealed)** to the Declaration of Michael Lieberman;

39. Exhibit 38 **(Sealed)** to the Declaration of Michael Lieberman;

40. Exhibit 39 **(Sealed)** to the Declaration of Michael Lieberman;

41. Exhibit 40 **(Sealed)** to the Declaration of Michael Lieberman;

42. Exhibit 41 **(Sealed)**to the Declaration of Michael Lieberman;

43. Exhibit 42 **(Sealed)** to the Declaration of Michael Lieberman;

44. Exhibit 43 **(Sealed)** to the Declaration of Michael Lieberman;

45. Exhibit 44 **(Sealed)** to the Declaration of Michael Lieberman;

46. Exhibit 45 **(Sealed)** to the Declaration of Michael Lieberman;

|   |   |
|---|---|
| 1 | 47. Exhibit 46 **(Sealed)** to the Declaration of Michael Lieberman; |
| 2 | 48. Exhibit 47 **(Sealed)** to the Declaration of Michael Lieberman; |
| 3 | 49. Exhibit 48 **(Sealed)** to the Declaration of Michael Lieberman; |
| 4 | 50. Exhibit 49 to the Declaration of Michael Lieberman; |
| 5 | 51. Plaintiff's Request to Seal; |
| 6 | 52. [Proposed] Order Granting Plaintiff's Request to Seal; |
| 7 | 53. Entire Deposition Transcript of Jennifer Fraser; |
| 8 | 54. Entire Deposition Transcript of Matthew Boyer; |
| 9 | 55. Entire Deposition Transcript of Lynda Tealer; and |
| 10 | 56. Entire Rough Deposition Transcript of Khala Taylor. |

DATED: November 1, 2024

Respectfully submitted,

**GUSTAFSON GLUEK PLLC**

By: */s/ Dennis Stewart*
Dennis Stewart, CA Bar No. 99152
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Daniel E. Gustafson, MN Bar No. 202241
(*pro hac vice*)
Amanda M. Williams, MN Bar No. 0341691
(*pro hac vice*)
Matthew Jacobs, MN Bar No. 403465
(*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
mjacobs@gustafsongluek.com

Michael Lieberman, DC Bar No. 1033827
(*pro hac vice*)
Jamie Crooks, CA Bar No. 310447
(*pro hac vice*)
Yinka Onayemi, NY Bar No. 5940614
(*pro hac vice*)
**FAIRMARK PARTNERS, LLP**
1001 G Street NW, Suite 400 East
Washington, DC 20001
Telephone: (818) 585-2903
michael@fairmarklaw.com
jamie@fairmarklaw.com
yinka@fairmarklaw.com

By:  */s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
bgralewski@kmllp.com
mradisavljevic@kmllp.com

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
dhorowitt@ch-law.com

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
lens@rgrdlaw.com

*Attorneys for Plaintiffs and the Class*