CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MEGAN McCREADIE (State Bar No. 330704)
Megan.McCreadie@mto.com
CHRISTOPHER CRUZ (State Bar No. 346128)
Christopher.Cruz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR SMART and MICHAEL HACKER, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION<br><br>　　　　Defendant. | Case No. 2:22-cv-02125-WBS-CSK<br><br>**DEFENDANT NCAA'S NOTICE OF REQUEST TO SEAL DOCUMENTS AND NOTICE OF LODGING OF DOCUMENTS**<br><br>Judge:　　Hon. William B. Shubb<br>Courtroom: 5<br>Date:　　　March 3, 2025<br>Time:　　　1:30 p.m. |
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>　　　　Defendants. | Case No. 1:23-cv-00425-WBS-CSK |

**I.   NOTICE OF REQUEST TO SEAL DOCUMENTS**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD AND TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Pursuant to Local Rule 141, please take notice that on December 20, 2024, Defendant NCAA will lodge copies of the following documents with United States District Judge William B. Shubb via the Box application and on all Plaintiffs via electronic mail:

1. Defendant's Opposition to Plaintiffs' Motions for Class Certification (Sealed Version);
2. Declaration of Mario Morris in Support of Defendant's Opposition to Plaintiffs' Motions for Class Certification (Sealed Version);
3. Declaration of Megan McCreadie in Support of Defendant's Opposition to Plaintiffs' Motions for Class Certification ("McCreadie Opposition Brief Declaration") (Sealed Version);
4. Exhibit 1 to McCreadie Opposition Brief Declaration (Expert Report of Jee-Yeon K. Lehmann) (Sealed Version);
5. Exhibit 2 to McCreadie Opposition Brief Declaration (Excerpts from the Transcript of the December 9, 2024 Deposition of Daniel Rascher) (Sealed Version);
6. Exhibit 6 to McCreadie Opposition Brief Declaration (Excerpts from the Transcript of the December 5, 2024 Deposition of Orley Ashenfelter) (Sealed Version);
7. Exhibit 7 to McCreadie Opposition Brief Declaration (COLON_SCHLS_00016398; Exhibit 74 to the December 5, 2024 Deposition of Dr. Orley; Subpoena response containing

|   |   |
|---|---|
| 1 | personnel files produced by Colon Plaintiffs from the |
| 2 | third-party production of South Dakota State University) |
| 3 | (Sealed Version); |
| 4 | 8.   Exhibit 9 to McCreadie Opposition Brief Declaration |
| 5 | (Excerpts from the Transcript of the October 17, 2024 |
| 6 | Deposition of Peter Robinson) (Sealed Version); |
| 7 | 9. Exhibit 12 to McCreadie Opposition Brief Declaration |
| 8 | (Excerpts from the Transcript of the October 15, 2024 |
| 9 | Deposition of Shannon Ray) (Sealed Version); |
| 10 | 10.   Exhibit 15 to McCreadie Opposition Brief Declaration |
| 11 | (Excerpts from the Transcript of the October 28, 2024 |
| 12 | Deposition of Katherine Sebbane) (Sealed Version); |
| 13 | 11.   Exhibit 16 to McCreadie Opposition Brief Declaration |
| 14 | (*Smart* Plaintiffs' Amended Objections and Answers to the |
| 15 | NCAA's Second Set of Interrogatories (dated September 17, |
| 16 | 2024)) (Sealed Version); |
| 17 | 12.   Exhibit 19 to McCreadie Opposition Brief Declaration |
| 18 | (COLON_CONFERENCE_0000208854 Email chain produced by *Colon* |
| 19 | Plaintiffs from the third-party production of the Missouri |
| 20 | Valley Conference) |
| 21 | 13.   Exhibit 23 to McCreadie Opposition Brief Declaration |
| 22 | (COLON_SCHLS_0000013529 Subpoena response with data on |
| 23 | coaches produced by *Colon* Plaintiffs from the third-party |
| 24 | production of the University of Wyoming) (Sealed Version); |
| 25 | 14.   Exhibit 24 to McCreadie Opposition Brief Declaration |
| 26 | (COLON_SCHLS_0000001726 Subpoena response with data on |
| 27 | coaches produced by *Colon* Plaintiffs from the third-party |
| 28 | |

production of the University of Nevada, Las Vegas) (Sealed Version);

15. Exhibit 25 to McCreadie Opposition Brief Declaration COLON_SCHLS_0000001818 (Subpoena response with data on coaches produced by *Colon* Plaintiffs from the third-party production of Louisiana State University) (Sealed Version);

16. Defendant NCAA's Motion To Exclude Expert Testimony Of Dr. Orley Ashenfelter And Dr. Daniel Rascher On Class Certification (Sealed Version);

17. Exhibit 2 to Declaration of Megan McCreadie in Support of Defendant NCAA's Motion To Exclude Expert Testimony Of Dr. Orley Ashenfelter And Dr. Daniel Rascher On Class Certification ("McCreadie *Daubert* Declaration") (Excerpts from the Transcript of the December 5, 2024 Deposition of Orley Ashenfelter) (Sealed Version);

18. Exhibit 3 to McCreadie Daubert Declaration (Excerpts from the Transcript of the December 9, 2024 Deposition of Daniel Rascher) (Sealed Version);

19. Exhibit 4 to McCreadie *Daubert* Declaration (Expert Report of Jee-Yeon K. Lehmann) (Sealed Version);

20. Exhibit A to the Declaration Clayton Hamilton in Support of Defendant's Opposition to Plaintiffs' Motions for Class Certification ("Hamilton Declaration")((NCAA_ SC_ SUBPOENA_0000033 Subpoena response with data on camp compensation produced by Defendant from the third-party production of the University of Arkansas) (Sealed Version);

|   |   |
|---|---|
| 1 | 21. Exhibit B to Hamilton Declaration |
| 2 | (COLON_SCHLS_0000000697 Subpoena response with data on |
| 3 | coaches produced by *Colon* Plaintiffs from the third-party |
| 4 | production of the University of Arkansas) (Sealed |
| 5 | Version); |
| 6 | 22. Exhibit A to the Declaration Ryan Varley in Support of |
| 7 | Defendant's Opposition to Plaintiffs' Motions for Class |
| 8 | Certification ("Varley Declaration") |
| 9 | (COLON_SCHLS_0000004635 Subpoena response with data on |
| 10 | coaches produced by Colon Plaintiffs from the third-party |
| 11 | production of the University of Pittsburgh) (Sealed |
| 12 | Version); |
| 13 | 23. Exhibit B to Varley Declaration (SMART_SCHLS_0000003561 |
| 14 | Subpoena response with data on coaches produced by *Smart* |
| 15 | Plaintiffs from the third-party production of the |
| 16 | University of Pittsburgh) (Sealed Version); |
| 17 | 24. Exhibit C to Varley Declaration (COLON_SCHLS_0000016799 |
| 18 | Subpoena response with data on coaches produced by *Colon* |
| 19 | Plaintiffs from the third-party production of the |
| 20 | University of Pittsburgh) (Sealed Version); |
| 21 | 25. Exhibit A to the Declaration Christina Wombacher in |
| 22 | Support of Defendant's Opposition to Plaintiffs' Motions |
| 23 | for Class Certification ("Wombacher Declaration") |
| 24 | (COLON_SCHLS_0000011616 Subpoena response with data on |
| 25 | coaches produced by Colon Plaintiffs from the third-party |
| 26 | production of Arizona State University) (Sealed Version); |
| 27 | 26. Exhibit B to Wombacher Declaration |
| 28 | (COLON_SCHLS_0000011405 Subpoena response with data on |

1        coaches produced by *Colon* Plaintiffs from the third-party
2        production of Arizona State University) (Sealed Version);
3    27. Exhibit C to Wombacher Declaration
4        (SMART_SCHLS_0000001876 Subpoena response with data on
5        coaches produced by *Smart* Plaintiffs from the third-party
6        production of Arizona State University) (Sealed Version);
7    28. Defendant NCAA's Request to Seal Documents
8    29. [Proposed] Order re Defendant NCAA's Request to Seal
9        Documents

    This Notice and the Request to Seal relate to four categories of documents or information that Defendant cites or otherwise includes in its Opposition to Plaintiffs' Motions for Class Certification; accompanying declarations or exhibits thereto; the Expert Report of Jee-Yeon K. Lehmann; the NCAA's Motion to Exclude Expert Testimony of Dr. Orley Ashenfelter and Dr. Daniel Rascher on Class Certification ("Defendant's *Daubert* Motion"); and/or accompanying declarations or exhibits thereto:

    (1) Documents containing confidential member financial
        information produced by the NCAA that the NCAA has designated
        as Attorneys' Eyes Only pursuant to the Protective Order.
        The documents in this category are the documents numbered 1,
        2, 4, and 19 from the above list of lodged documents. The
        NCAA requests that this category of documents and information
        be sealed.
    (2) Documents produced by third parties that have been
        designated as Confidential because they contain coach salary
        information and other personally identifying information.

DEFENDANT NCAA'S NOTICE OF REQUEST TO SEAL DOCUMENTS; NOTICE OF LODGING OF DOCUMENTS

1  The documents in this category are the documents numbered 1,
2  3, 4, 7, 12-16, and 19-27 from the above list of lodged
3  documents.  The NCAA requests that this category of documents
4  and information be sealed.
5  (3)  Excerpts of or documents quoting the transcripts of the
6  depositions of Plaintiffs and Plaintiffs' discovery responses
7  that have been designated as Confidential by Plaintiffs.  The
8  documents in this category are the documents numbered 1 and
9  8-11 from the above list of lodged documents.  The NCAA takes
10 no position on whether these excerpts should be sealed.
11 (4)  Excerpts of or documents quoting the transcripts of the
12 depositions of Plaintiffs' experts, Dr. Orley Ashenfelter and
13 Dr. Daniel Rascher.  These depositions happened recently, and
14 the NCAA is provisionally lodging the transcripts under seal
15 to give Plaintiffs time to make any confidentiality
16 designations.  The documents in this category are the
17 documents numbered 1, 4-6, 16, and 17-19 from the above list
18 of lodged documents.  The NCAA takes no position on whether
19 these excerpts should be sealed.

## II. <u>NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS</u>

Consistent with Local Rule 133(j), Defendant is also lodging complete copies of the following transcripts with the Court via the Box application:

- Transcript of the December 5, 2024 Deposition of Orley Ashenfelter
- Transcript of the October 25, 2024 Deposition of Rudy Barajas

- Transcript of the August 27, 2024 Deposition of Matt Boyer
- Transcript of the December 16, 2024 Deposition of Jeremiah Carter
- Transcript of the October 2, 2024 Deposition of Jennifer Fraser
- Transcript of the October 8, 2024 Deposition of Michael Hacker
- Transcript of the December 9, 2024 Deposition of Daniel Rascher
- Transcript of the October 15, 2024 Deposition of Shannon Ray
- Transcript of the October 17, 2024 Deposition of Peter Robinson
- Transcript of the October 28, 2024 Deposition of Katherine Sebbane
- Transcript of the September 24, 2024 Deposition of Taylor Smart
- Transcript of the October 23, 2024 Deposition of Khala Taylor
- Transcript of the October 10, 2024 Deposition of Lynda Tealer

DATED: December 20, 2024                          Respectfully submitted,

By:   */s/ Carolyn Hoecker Luedtke*
         Carolyn Hoecker Luedtke

*Attorneys for Defendant National Collegiate Athletic Association*

DEFENDANT NCAA'S NOTICE OF REQUEST TO SEAL DOCUMENTS; NOTICE OF LODGING OF DOCUMENTS