CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MEGAN McCREADIE (State Bar No. 330704)
Megan.McCreadie@mto.com
CHRISTOPHER CRUZ (State Bar No. 346128)
Christopher.Cruz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR SMART and MICHAEL HACKER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION<br><br>Defendant. | Case No. 2:22-cv-02125-WBS-CSK<br><br>**DECLARATION OF MEGAN McCREADIE IN SUPPORT OF DEFENDANT NCAA'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5<br>Date: March 3, 2025<br>Time: 1:30 p.m. |
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendants. | Case No. 1:23-cv-00425-WBS-CSK |

I, Megan McCreadie, declare as follows:

1. I am a member of good standing of the State Bar of California, and I have been admitted to this Court. I am an attorney at Munger, Tolles & Olson and counsel of record for the Defendant National Collegiate Athletic Association ("NCAA"). I am personally familiar with the facts set forth in this Declaration. If called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. The exhibits cited in support of Defendant NCAA's Opposition to Plaintiffs' Motion for Class Certification are set forth in the table below. **Exhibit 1** is a true and correct copy of the report of the NCAA's expert, Dr. Jee-Yeon Lehmann. **Exhibits 2–6, 8-13, and 15** are true and correct copies of excerpts from the transcripts of depositions in these cases. **Exhibit 7** is a true and correct copy of an exhibit used in a deposition in these cases. **Exhibits 14 and 16-18** are true and correct copies of Plaintiffs' responses to interrogatories served by the NCAA. **Exhibit 19** is a true and correct copy of a document produced by *Colon* Plaintiffs to the NCAA. **Exhibits 20 and 21** are true and correct copies of documents produced by the NCAA in these cases. **Exhibit 22** is a true and correct copy of excerpts from an exhibit used in a deposition in these cases. **Exhibits 23 through 25** are true and correct copies of documents produced by Plaintiffs from the third-party productions of NCAA member institutions subpoenaed by Plaintiffs. All of these exhibits are attached hereto as **Exhibits 1 through 25**.

3. Pursuant to the parties' Stipulated Protective Orders(*Smart* ECF 48 and *Colon* ECF 56), and further set forth in

Defendant's Notice of Request and Request to Seal Documents, any exhibits that have been designated as Confidential or Attorneys' Eyes Only are subject to a request to be filed under seal (in whole or in part) and are denoted as such in the following table.

| Exhibit No. | DESCRIPTION | SUBJECT TO REQUEST TO SEAL? |
|---|---|---|
| **1** | Expert Report of Dr. Jee-Yeon Lehmann | Yes, redacted public version filed |
| **2** | Excerpts from the Transcript of the December 9,2024 Deposition of Dr. Daniel Rascher | Yes |
| **3** | Excerpts from the Transcript of the December 16, 2024 Deposition of Jeremiah Carter | No |
| **4** | Excerpts from the Transcript of the October 10, 2024 Deposition of Lynda Tealer | No |
| **5** | Excerpts from the Transcript of the August 27, 2024 Deposition of Matt Boyer | No |
| **6** | Excerpts from the Transcript of the December 5, 2024 Deposition of Dr. Orley Ashenfelter | Yes |
| **7** | Exhibit 74 to the December 5, 2024 Deposition of Dr. Orley Ashenfelter (Subpoena response containing | Yes |

| | | |
|---|---|---|
| | personnel files produced by *Colon* Plaintiffs from the third-party production of South Dakota State University, with beginning Bates number COLON_SCHLS_0000016398) | |
| **8** | Excerpts from the Transcript of the September 24, 2024 Deposition of Taylor Smart | No |
| **9** | Excerpts from the Transcript of the October 17, 2024 Deposition of Peter Robinson | Yes, redacted public version filed |
| **10** | Excerpts from the Transcript of the October 25, 2024 Deposition of Rudy Barajas | No |
| **11** | Excerpts from the Transcript of the October 23, 2024 Deposition of Khala Taylor | No |
| **12** | Excerpts from the Transcript of the October 15, 2024 Deposition of Shannon Ray | Yes, redacted public version filed |
| **13** | Excerpts from the Transcript of the October 8, 2024 Deposition of Michael Hacker | No |
| **14** | *Colon* Plaintiffs' Amended Responses to the NCAA's Second Set of Interrogatories (dated August 27, 2024) | No |

| | | |
|---|---|---|
| **15** | Excerpts from the Transcript of the October 28, 2024 Deposition of Katherine Sebbane | Yes, redacted public version filed |
| **16** | *Smart* Plaintiffs' Amended Objections and Answers to the NCAA's Second Set of Interrogatories (dated September 17, 2024) | Yes, redacted public version filed |
| **17** | Plaintiff Barajas's Responses to the NCAA's Second Set of Interrogatories (dated October 1, 2024) | No |
| **18** | *Colon* Plaintiffs' Second Amended Responses and Objections to the NCAA's Second Set of Interrogatories (dated October 18, 2024) | No |
| **19** | COLON_CONFERENCE_0000208854 (Email chain produced by *Colon* Plaintiffs from the third-party production of the Missouri Valley Conference) | |
| **20** | NCAA_SMART-COLON_0019545 (NCAA Division I Proposal 2022-28, produced by the NCAA) | No |
| **21** | NCAA_SMART-COLON_0019530 (NCAA Division I Proposal 2018-34, produced by the NCAA) | No |
| **22** | Excerpts from Exhibit 72 to the December 5, 2024 Deposition of Dr. Orley Ashenfelter (redacted | No |

| | | |
|---|---|---|
| | public version of the Report of Orley Ashenfelter in *In re Animation Workers Antitrust Litigation*) | |
| **23** | COLON_SCHLS_0000013529 (Subpoena response with data on coaches produced by *Colon* Plaintiffs from the third-party production of the University of Wyoming) | Yes |
| **24** | COLON_SCHLS_0000001726 (Subpoena response with data on coaches produced by *Colon* Plaintiffs from the third-party production of the University of Nevada, Las Vegas) | Yes |
| **25** | COLON_SCHLS_0000001818 (Subpoena response with data on coaches produced by *Colon* Plaintiffs from the third-party production of Louisiana State University) | Yes |

4. Plaintiffs subpoenaed and received documents from NCAA Division I member institutions. I understand that Plaintiffs have done a rolling production of what they received in response to these subpoenas to the NCAA. The documents received included information related to the member institutions' coaching staffs (including the identities of volunteer coaches) and the compensation offered to coaching staff members. I have reviewed these documents in my role as counsel to the NCAA. Because the documents themselves are voluminous and unwieldy to submit as

exhibits, and because the institutions that produced the documents designated certain of the information contained therein as highly sensitive, I have summarized below as true and correct information from these documents that the NCAA relies upon in its Opposition to Plaintiffs' Motions for Class:

5. I reviewed the document Bates numbered COLON_SCHLS_0000013529 produced to the NCAA by Plaintiffs from the third-party production they received from the University of Wyoming (**Exhibit 23** hereto). Based on my review of the document, in 2023-2024 academic year, following the bylaw change, the University of Wyoming added a paid assistant coach position in women's volleyball. The individual hired into the new paid coaching position was someone other than the 2022-2023 volunteer coach.

6. I reviewed the document Bates numbered COLON_SCHLS_0000001726 produced to the NCAA by Plaintiffs from the third-party production they received from the University of Nevada, Las Vegas ("UNLV") (**Exhibit 24** hereto). According to my review of the document, UNLV had two paid assistant women's volleyball coaches and one volunteer women's volleyball coach in the 2022-2023 season. In the 2023-2024 season, following the bylaw change, UNLV continued to have two paid assistant women's volleyball coaches and one unpaid women's volleyball coach.

7. I reviewed the document Bates numbered COLON_SCHLS_0000001818 produced to the NCAA by Plaintiffs from the third-party production they received from Louisiana State University (**Exhibit 25** hereto). Based on my review, in the 2023-2024 season, Louisiana State University had three paid assistant

gymnastics coaches. The highest-paid assistant gymnastics coach made a salary of [redacted], while the lowest-paid assistant gymnastics coach made a salary of [redacted] in that year.

8. Pursuant to Eastern District of California Local Rule 133(j), the NCAA will lodge with the Court copies of the complete transcripts of the depositions of Dr. Ashenfelter, Dr. Rascher, Mr. Carter, Ms. Tealer, Mr. Smart, Mr. Hacker, Ms. Ray, Mr. Robinson, Ms. Taylor, Ms. Sebbane, Mr. Barajas, and Mr. Boyer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2024, in San Francisco, California.

By: M McCreadie
Megan McCreadie