CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MEGAN McCREADIE (State Bar No. 330704)
Megan.McCreadie@mto.com
CHRISTOPHER CRUZ (State Bar No. 346128)
Christopher.Cruz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendant National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR SMART and MICHAEL HACKER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION<br><br>Defendant. | Case No. 2:22-cv-02125-WBS-CSK<br><br>**DECLARATION OF MEGAN McCREADIE IN SUPPORT OF DEFENDANT NCAA'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. ORLEY ASHENFELTER AND DR. DANIEL RASCHER ON CLASS CERTIFICATION**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5<br>Date: March 3, 2025<br>Time: 1:30 p.m. |
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendants. | Case No. 1:23-cv-00425-WBS-CSK |

I, Megan McCreadie, declare as follows:

1. I am a member of good standing of the State Bar of California, and I have been admitted to this Court. I am an attorney at Munger, Tolles & Olson and counsel of record for the Defendant National Collegiate Athletic Association ("NCAA"). I am personally familiar with the facts set forth in this Declaration. If called upon to testify, I could and would testify completely to the truth of the matters stated herein.

2. I make this Declaration in support of the NCAA's Motion to Exclude Expert Testimony of Dr. Orley Ashenfelter and Dr. Daniel Rascher on Class Certification.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Exhibit 72 (Redacted Public Version of the Report of Orley Ashenfelter in *In re Animation Workers Antitrust Litigation*) to the December 5, 2024 deposition of Dr. Orley Ashenfelter.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the December 5, 2024 deposition of Dr. Orley Ashenfelter.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the December 9, 2024 deposition of Dr. Daniel Rascher.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Dr. Jee-Yeon Lehmann.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the October 2, 2024 deposition of Jenn Fraser.

8. Attached hereto as **Exhibit 6** is a true and correct coy of "Selection Bias and Self-Selection" by James Heckman, published in *Microeconometrics* (Steven N. Durlauf and Lawrence E. Blume eds, 2010).

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the October 23, 2024 deposition of Khala Taylor.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the October 25, 2024 deposition of Rudy Barajas.

11. Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 70 ("Estimating the Effect of Training Programs on Earnings" by Dr. Orley Ashenfelter) to the December 5, 2024 deposition of Dr. Orley Ashenfelter.

12. Pursuant to Eastern District of California Local Rule 133(j), the NCAA will lodge with the Court copies of the complete transcripts of the depositions of Dr. Ashenfelter, Dr. Rascher, Ms. Fraser, Ms. Taylor, and Mr. Barajas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2024, in San Francisco, California.

By: M McCreadie
Megan McCreadie