1  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   Carolyn.Luedtke@mto.com
2  JUSTIN P. RAPHAEL (State Bar No. 292380)
   Justin.Raphael@mto.com
3  MEGAN McCREADIE (State Bar No. 330704)
   Megan.McCreadie@mto.com
4  CHRISTOPHER CRUZ (State Bar No. 346128)
   Christopher.Cruz@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
6  San Francisco, California 94105-2907
   Telephone:    (415) 512-4000
7  Facsimile:    (415) 512-4077

8  Attorneys for *Defendant National
   Collegiate Athletic Association*

9

10              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**

11

12 | TAYLOR SMART and MICHAEL HACKER, | No. 2:22-cv-02125 WBS-CSK
   | Individually and on Behalf of All |
13 | Those Similarly Situated, | Hon. William B. Shubb
   |          Plaintiffs, | *Assigned to Hon. Chi Soo Kim*
14 |      | *for Non-Dispositive Issues*
   |    v. |
15 |      |
   | NATIONAL COLLEGIATE ASSOCIATION, an |
16 | unincorporated association, |
   |          Defendant. |
17

18 | SHANNON RAY, KHALA TAYLOR, PETER | No. 1:23-cv-00425 WBS-CSK
   | ROBINSON, KATHERINE SEBBANE, and |
19 | RUDY BARAJAS, Individually and on | **JOINT ADMINISTRATIVE MOTION**
   | Behalf of All Those Similarly | **AND STIPULATION REGARDING**
20 | Situated, | **BRIEFING SCHEDULE FOR**
   |          Plaintiffs, | **DEFENDANT'S *DAUBERT* MOTIONS**
21 |      |
   |    v. |
22 |      |
   | NATIONAL COLLEGIATE ATHLETIC |
23 | ASSOCIATION, an unincorporated |
   | association, |
   |          Defendant. |
24

25

26

27

28

1    WHEREAS, the Court has related these two actions.

2    WHEREAS, on November 1, 2024, Plaintiffs in No. 2:22-cv-

3    02125, Taylor Smart and Michael Hacker ("*Smart* Plaintiffs"), and

4    Plaintiffs in No. 1:23-cv-000425, Shannon Ray, Khala Taylor,

5    Peter Robinson, Katherine Sebbane, and Rudy Barajas ("*Ray*

6    Plaintiffs"), both filed motions for class certification;

7    WHEREAS, both the *Smart* Plaintiffs and *Ray* Plaintiffs

8    submitted expert declarations in support of their motions for

9    class certification;

10   WHEREAS, the *Smart* Plaintiffs' and *Ray* Plaintiffs' motions

11   for class certification are set to be heard on March 3, 2025, at

12   1:30;

13   WHEREAS, pursuant to an order of this Court (*Smart* Dckt. 61,

14   *Colon* Dckt. 74), Defendant National Collegiate Athletic

15   Association's ("NCAA") oppositions to both motions for class

16   certification were filed and served on December 20, 2024, and

17   Plaintiffs' replies in support of their motions are due

18   January 31, 2025;

19   WHEREAS, the NCAA's opposition to both motions for class

20   certification is supported with evidence including an expert

21   declaration with respect to which the *Smart* and *Ray* Plaintiffs

22   may interpose motions to strike and or exclude, including but not

23   limited to a motion to exclude expert testimony;

24   WHEREAS, the NCAA also filed motions to exclude expert

25   testimony filed in support of *Smart* and *Colon* Plaintiffs' motions

26   for class certification ("*Daubert* motions") on December 20, 2024;

27   and

28

JOINT ADMINISTRATIVE MOTION AND STIPULATION REGARDING
BRIEFING SCHEDULE FOR DEFENDANT'S DAUBERT MOTIONS

1    WHEREAS, the parties have conferred and stipulated to the

2  following briefing schedule for the NCAA's *Daubert* motions and

3  any motions to exclude or strike evidence, including expert

4  testimony, submitted in opposition to the motion for class

5  certification:

6    1.   *Smart* and *Ray* Plaintiffs shall file oppositions to the

7  NCAA's *Daubert* motions by January 31, 2025.

8    2.   The NCAA shall file any replies in support of its

9  *Daubert* motions by February 18, 2025.

10    3.   Plaintiffs shall file any motions to strike or exclude

11 evidence, including but not limited to expert testimony filed in

12 support of the NCAA's opposition to the Plaintiffs' respective

13 motions for class certification, by January 31, 2025.

14    4.   The NCAA shall file any oppositions to any such

15 Plaintiffs' motion to strike or exclude evidence by February 18,

16 2025.

17    5.   Plaintiffs shall file any replies in support of such

18 motions by February 26, 2025.

19    6.   With the permission of the Court, the NCAA's *Daubert*

20 motions and any Plaintiffs' motions directed against evidence

21 submitted in support of NCAA's opposition to Plaintiffs' motions

22 for class certification shall be heard concurrent with *Smart* and

23 *Colon* Plaintiffs' motions for class certification on March 3,

24 2025, at 1:30.

25    Pursuant to Local Rule 233, the parties respectfully request

26 that the Court enter the attached proposed order setting the

27 deadlines that the parties have agreed upon for briefing of any

28 *Daubert* motions to exclude testimony submitted in support of a

1  motion for class certification and any motions submitted by

2  Plaintiffs to exclude or strike evidence submitted in support of

3  the NCAA's opposition to the Plaintiffs' motions for class

4  certification.

5

6  Respectfully submitted,      MUNGER, TOLLES & OLSON LLP

7  DATED:  January 3, 2025      By:    */s/ Carolyn Hoecker Luedtke*

8                                      CAROLYN HOECKER LUEDTKE
                                       CAROLYN H. LUEDTKE
9                                      (State Bar No. 207976)
                                       carolyn.luedtke@mto.com
10                                     JUSTIN P. RAPHAEL
                                       (State Bar No. 292380)
11                                     Justin.Raphael@mto.com
                                       MEGAN McCREADIE
12                                     (State Bar No. 330704)
                                       Megan.McCreadie@mto.com
13                                     CHRISTOPHER CRUZ
                                       (State Bar No. 346128)
14                                     Christopher.Cruz@mto.com
                                       MUNGER, TOLLES & OLSON LLP
15                                     560 Mission Street,
                                       Twenty-Seventh Floor
16                                     San Francisco, California
                                       94105-2907
17                                     Telephone:     (415) 512-4000
                                       Facsimile:     (415) 512-4077
18
                                       *Attorneys for Defendant National*
19                                     *Collegiate Athletic Association*

20

21

22

23

24

25

26

27

28

1                              KOREIN TILLERY, LLC

2

3                    By:     /s/ Garrett R. Broshuis
                          GARRETT R. BROSHUIS
4                         STEPHEN M. TILLERY *(pro hac vice)*
                          stillery@koreintillery.com
5                         STEVEN M. BEREZNEY (Bar No.
                          329923)
6                         sberezney@koreintillery.com
                          GARRETT R. BROSHUIS (Bar No.
7                         329924)
                          gbroshuis@koreintillery.com
8                         KOREIN TILLERY, LLC
                          505 North 7th Street, Suite 3600
9                         St. Louis, MO 63101
                          Telephone: (314) 241-4844
10                        Facsimile: (314) 241-3525

11

12                        *Attorneys for Plaintiffs Taylor*
                          *Smart and Michael Hacker,*
13                        *Individually and on Behalf of All*
                          *Those Similarly Situated*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT ADMINISTRATIVE MOTION AND STIPULATION REGARDING
BRIEFING SCHEDULE FOR DEFENDANT'S DAUBERT MOTIONS

1                                  GUSTAFSON GLUEK PLLC

2

3                         By:      */s/ Dennis Stewart*

4                                DENNIS STEWART

                            DENNIS STEWART

5                            (State Bar No. 99152)

                            dstewart@gustafsongluek.com

6                            GUSTAFSON GLUEK PLLC

                            600 W. Broadway, Suite 3300

7                            San Diego, CA 92101

                            Telephone: (619) 595-3299

8                            DANIEL E. GUSTAFSON

                            (#202241 pro hac vice)

9                            dgustafson@gustafsongluek.com

                            Amanda M. Williams

10                         (#0341691 pro hac vice)

                            Matthew Jacobs

11                         (#540346 pro hac vice)

                            GUSTAFSON GLUEK PLLC

12                         Canadian Pacific Plaza

                            120 South 6th Street, Suite 2600

13                         Minneapolis, MN 55402

                            Telephone: (612) 333-8844

14                         Facsimile: (612) 339-6622

15                         *Attorneys for Plaintiffs Shannon*

16                       *Ray, Khala Taylor, Peter Robinson,*

                         *Katherine Sebbane, and Rudy*

17                       *Barajas, Individually and on*

                       *Behalf of All Those Similarly*

18                       *Situated*

19

20

21

22

23

24

25

26

27

28

JOINT ADMINISTRATIVE MOTION AND STIPULATION REGARDING
BRIEFING SCHEDULE FOR DEFENDANT'S DAUBERT MOTIONS

1
KIRBY McINERNEY LLP

2
ROBERT J. GRALEWSKI, JR.
(State Bar No. 196410)

3
bgralewski@kmllp.com
MARKO RADISAVLJEVIC,

4
(State Bar No. 306552)
mradisavljevic@kmllp.com

5
KIRBY McINERNEY LLP
600 B Street, Suite 2110

6
San Diego, California 92101
Telephone: (619) 784-1442

7
*Attorneys for Plaintiffs Shannon*

8
*Ray, Khala Taylor, Peter Robinson,*
*Katherine Sebbane, and Rudy*

9
*Barajas, Individually and on*
*Behalf of All Those Similarly*

10
*Situated*

11
FAIRMARK PARTNERS, LLP

12
Michael Lieberman
(pro hac vice)

13
Jamie Crooks
(pro hac vice)

14
Yinka Onayemi
(pro hac vice)

15
FAIRMARK PARTNERS, LLP

16
1001 G Street NW, Suite 400 East
Washington, DC 20001

17
Telephone: (818) 585-2903
michael@fairmarklaw.com

18
jamie@fairmarklaw.com
yinka@fairmarklaw.com

19

20
*Attorneys for Plaintiffs Shannon*
*Ray, Khala Taylor, Peter Robinson,*

21
*Katherine Sebbane, and Rudy*
*Barajas, Individually and on*

22
*Behalf of All Those Similarly*
*Situated*

23

24

25

26

27

28

7

1
COLEMAN & HOROWITT, LLP
2
    DARRYL J. HOROWITT
    (State Bar No. 100898)
    dhorowitt@ch-law.com
3
    COLEMAN & HOROWITT, LLP
    499 West Shaw, Suite 116
4
    Fresno, CA 93704
    Telephone: (559) 248-4820
5
    Facsimile: (559) 248-4830
6
    *Attorneys for Plaintiffs Shannon*
7
    *Ray, Khala Taylor, Peter Robinson,*
    *Katherine Sebbane, and Rudy*
8
    *Barajas, Individually and on*
    *Behalf of All Those Similarly*
9
    *Situated*
10
THE LAW OFFICES OF LEONARD B.
SIMON P.C.
11
    LEONARD B. SIMON
12
    (State Bar No. 58310)
    lens@rgrdlaw.com
13
    THE LAW OFFICES OF LEONARD B.
    SIMON P.C.
14
    655 West Broadway, Suite 1900
    San Diego, CA 92101
15
    Telephone: (619) 818-0644
    Facsimile: (619) 231-7423
16
    *Attorneys for Plaintiffs Shannon*
17
    *Ray, Khala Taylor, Peter Robinson,*
    *Katherine Sebbane, and Rudy*
18
    *Barajas, Individually and on*
    *Behalf of All Those Similarly*
19
    *Situated*
20

21

22

23

24

25

26

27

28

JOINT ADMINISTRATIVE MOTION AND STIPULATION REGARDING
BRIEFING SCHEDULE FOR DEFENDANT'S DAUBERT MOTIONS

**CERTIFICATE OF SERVICE**

1

2      I hereby certify that on January 3, 2025, I electronically

3 filed the foregoing with the Clerk of the Court using the CM/ECF

4 system, which will send notification of such filing to all

5 attorneys of record registered for electronic filing.

6

7                                            */s/ Carolyn Hoecker Luedtke*

8                                        Carolyn Hoecker Luedtke

JOINT ADMINISTRATIVE MOTION AND STIPULATION REGARDING
BRIEFING SCHEDULE FOR DEFENDANT'S DAUBERT MOTIONS

**Order**

The Court, having considered the parties' stipulation, and cause appearing, hereby orders that:

1.    *Smart* and *Colon* Plaintiffs shall file any oppositions to the NCAA's *Daubert* motions to exclude testimony submitted in support of Plaintiffs' motions for class certification by January 31, 2025.

2.    The NCAA shall file any replies in support of its *Daubert* motions by February 18, 2025.

3.    Plaintiffs shall file any motions to strike or exclude evidence, including but not limited to expert testimony filed in support of the NCAA's opposition to Plaintiffs' motions for class certification, by January 31, 2025.

4.    The NCAA shall file oppositions to any motions to strike or exclude evidence filed in support of its opposition to Plaintiffs' motions for class certification by February 18, 2025.

5.    Plaintiffs shall file replies in support of any motions to strike or exclude evidence filed in support of the NCAA's opposition to Plaintiffs' motions for class certification by February 26, 2025.

6.    The NCAA's *Daubert* motions and any motions by Plaintiffs to strike or exclude evidence filed in support of the NCAA's opposition to Plaintiffs' motions for class certification shall be heard concurrent with *Smart* and *Colon* Plaintiffs' motions for class certification on March 3, 2025, at 1:30.


Dated:  January 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT ADMINISTRATIVE MOTION AND STIPULATION REGARDING
BRIEFING SCHEDULE FOR DEFENDANT'S DAUBERT MOTIONS