Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

Daniel E. Gustafson, MN Bar No. 202241
Amanda M. Williams, MN Bar No. 0341691
Matthew Jacobs, MN Bar No. 403465
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820

Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644

Michael Lieberman, DC Bar No. 1033827
Jamie Crooks, CA Bar No. 310447
Yinka Onayemi, NY Bar No. 5940614
**FAIRMARK PARTNERS, LLP**
1001 G Street NW, Suite 400E
Washington, DC 20001
Telephone: (818) 585-2903

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor,*
*Peter Robinson, Katherine Sebbane, and Rudy Barajas*
*Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. 1:23-cv-00425<br><br>**PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENTS AND NOTICE OF LODGING OF DOCUMENTS**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br>Date: March 3, 2025<br>Time: 1:30 PM |

PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENTS AND NOTICE OF LODGING OF DOCUMENTS

## I.    NOTICE OF REQUEST TO SEAL DOCUMENTS

TO DEFENDANT AND ITS ATTORNEYS OF RECORD AND TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Pursuant to Local Rule 141, please take notice that on January 31, 2025, Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas ("Plaintiffs") will lodge copies of the following documents by uploading to the "Box" application for United States District Judge William B. Shubb and serve by electronic mail the following documents on all Defendants:

1. Plaintiffs' Reply Brief in Support of Motion for Class Certification (Sealed Version);

2. Plaintiffs' Opposition to Defendant's Motion to Exclude the Expert Testimony of Dr. Orley Ashenfelter (Sealed Version);

3. Exhibit 1 to the Declaration of Michael Lieberman in Support of Plaintiffs' Opposition to Defendant's Motion to Exclude the Expert Testimony of Dr. Orley Ashenfelter (Declaration of Orley Ashenfelter) (Sealed Version);

4. Plaintiff's Request to Seal; and

5. [Proposed] Order Granting Plaintiff's Request to Seal.

This Notice and the accompanying Request to Seal Documents relate to two categories of information: The first category is financial information from NCAA's Membership Financial Reporting System that was produced by the NCAA and that the NCAA designated as Attorneys' Eyes Only pursuant to the Protective Order. Defendant believes this information should be redacted in public filings, and Plaintiffs do not oppose the redaction. The information is the same or highly similar to information that was described in and proposed to be sealed in Plaintiffs' December 13, 2024 Request to Seal Documents and Amend Filings to Comply with Post-Filing Clawback Requests, *see* ECF No. 91, which remains pending. The second category is text from an email between administrators at two third-party NCAA member schools, in which they discuss hiring and compensation for employees, as well as internal discussions about hiring processes. The information is highly similar to information for which neither party opposed redaction in Plaintiffs' December 13, 2024 Request to Seal Documents and Amend Filings to Comply with Post-Filing Clawback Requests, *see* ECF No. 91, which remains pending.

1

PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENTS AND NOTICE OF LODGING OF DOCUMENTS

## II.   NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS

Consistent with Local Rule 133(j), Plaintiffs are also lodging complete copies of the following transcripts with the Court via the Box application:

- Deposition of Orley Ashenfelter, Ph.D., taken December 5, 2024;

- Deposition of Jee-Yeon K. Lehmann, Ph.D., taken January 22, 2025;

- Deposition of Jee-Yeon K. Lehmann, Ph.D., taken January 23, 2025;

- Deposition of Shannon Ray, taken October 15, 2024; and

- Deposition of Daniel Rascher, Ph.D., taken December 9, 2024.

DATED: January 31, 2025                           Respectfully submitted,

**GUSTAFSON GLUEK PLLC**

By: */s/ Dennis Stewart*
Dennis Stewart, CA Bar No. 99152
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Daniel E. Gustafson, MN Bar No. 202241
(*pro hac vice*)
Amanda M. Williams, MN Bar No. 0341691
(*pro hac vice*)
Matthew Jacobs, MN Bar No. 403465
(*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
mjacobs@gustafsongluek.com

PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENTS AND NOTICE OF LODGING OF DOCUMENTS

By:  */s/ Michael Lieberman*
Michael Lieberman, DC Bar No. 1033827
(*pro hac vice*)
Jamie Crooks, CA Bar No. 310447
(*pro hac vice*)
Yinka Onayemi, NY Bar No. 5940614
(*pro hac vice*)
**FAIRMARK PARTNERS, LLP**
1001 G Street NW, Suite 400 East
Washington, DC 20001
Telephone: (818) 585-2903
michael@fairmarklaw.com
jamie@fairmarklaw.com
yinka@fairmarklaw.com

By:  */s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
bgralewski@kmllp.com
mradisavljevic@kmllp.com

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
dhorowitt@ch-law.com

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
lens@rgrdlaw.com

*Attorneys for Plaintiffs and the Class*

PLAINTIFFS' NOTICE OF REQUEST TO SEAL DOCUMENTS AND NOTICE OF LODGING OF DOCUMENTS