DENNIS STEWART (Bar No. 99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

CAROLYN HOECKER LUEDTKE
(Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(Bar No. 292380)
justin.raphael@mto.com
MEGAN MCCREADIE
(Bar No. 330704)
megan.mccreadie@mto.com
CHRISTOPHER CRUZ
(Bar No. 346128)
christopher.cruz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Flr
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| SHANNON RAY, KATHERINE SEBBANE, KHALA TAYLOR, PETER ROBINSON, AND RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>　　　　Defendant. | **CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE**<br><br>No. 1:23-cv-00425 WBS CSK<br><br>Judge: The Honorable William B. Shubb<br>Assigned to Hon. Judge Chi Soo Kim for Non-Dispositive Issues |

1  Whereas, there have only been modest modifications to the
2  case schedule to date[1];
3  Whereas, the parties have conferred with respect to certain
4  newly available discovery data which will not be available for
5  production from the NCAA to the Plaintiffs until late February;
6  Whereas, the parties have met and conferred and agreed to
7  extend the remaining case deadlines to provide the parties with
8  additional time to conduct discovery after the hearing on
9  Plaintiffs' Motion for Class Certification, with the parties
10 agreeing to the following deadlines:

- An extension of the deadline for expert reports from April 4, 2025, to September 5, 2025, and for rebuttal reports from May 5, 2025, to October 17, 2025;
- An extension of the close of fact discovery from June 6, 2025, to September 5, 2025, and the close of expert discovery on November 14, 2025;
- An extension of dispositive or *Daubert* motions deadline from July 18, 2025, to November 21, 2025, with a briefing schedule as set forth below;

---

[1] This action was formerly coordinated for scheduling purposes with *Smart v. NCAA,* Case No. 2:22-cv-02125-WBS-KJN.  However, on January 31, 2025, Plaintiffs in the *Smart* action filed a Joint Notice of Settlement in Principle and Proposed Order (*Smart* ECF No. 70 and 70-1) modifying dates in the *Smart* matter and requesting leave to file any motion in support of any proposed settlement of that matter to 45 days from the date of that application.  The court entered an order requiring the motion for preliminary approval of the settlement to be filed no later than March 24, 2025. (*Smart* ECF No. 71).  We have conferred with *Smart* counsel, who have no objection to adjusting the schedule in this matter.  Thus, this notice should only apply to the captioned *Ray* case.

1                            No. 1:23-cv-00425 WBS CSK
**JOINT STIPULATION MODIFYING SCHEDULE**

1    • An extension of the trial setting from December 9,
2       2025, to a date on or after April 21, 2026, that the
3       Court has available; and
4    • An extension of the Final Pretrial Conference from
5       October 6, 2025, to a date and time that the Court has
6       available that is suitable for the revised trial date.
7       Whereas, the Court has stated that any request to change the
8  trial date must be heard by Judge Shubb, *Ray* ECF No. 38 at 7;
9       IT IS HEREBY STIPULATED by and between the parties, in
10 accordance with Local Rule 144, that
11      1. The parties will serve expert reports by September 5,
12         2025, and will serve rebuttal reports by October 17,
13         2025;
14      2. The deadline for the close of fact discovery will be
15         September 5, 2025, and the close of expert discovery on
16         November 14, 2025; and
17      3. The parties will file any dispositive or *Daubert*
18         motions no later than November 21, 2025.  Opposition
19         briefs will be due January 6, 2026, and reply briefs
20         due February 3, 2026.  Should either party choose to
21         submit a dispositive or *Daubert* motion prior to the
22         November 21, 2025 deadline the briefing timeline in the
23         local rules shall apply unless otherwise negotiated by
24         the parties and approved by the Court.
25      IT IS FURTHER STIPULATED that the parties respectfully
26 request that the Court continue the trial date to a date
27 available for the Court on or after April 21, 2026, and that the
28

1  Court continue the Final Pretrial Conference to a date suitable
2  for the Court.
3
4  Respectfully submitted,    MUNGER, TOLLES & OLSON LLP
5  DATED: February 14, 2025   By:     */s/ Carolyn Hoecker Luedtke*
              CAROLYN HOECKER LUEDTKE
6             CAROLYN HOECKER LUEDTKE
              (State Bar No. 207976)
7             carolyn.luedtke@mto.com
              JUSTIN P. RAPHAEL
8             (State Bar No. 292380)
              Justin.Raphael@mto.com
9             MEGAN MCCREADIE
              (State Bar No. 330704)
10            megan.mccreadie@mto.com
              CHRISTOPHER CRUZ
11            (State Bar No. 346128)
              Christopher.Cruz@mto.com
12            MUNGER, TOLLES & OLSON LLP
              560 Mission Street,
13            Twenty-Seventh Floor
              San Francisco, California
14            94105-2907
              Telephone:(415) 512-4000
15            Facsimile:(415) 512-4077
16
                  *Attorneys for Defendant*
17                *National Collegiate Athletic*
                  *Association*
18
19
20
21
22
23
24
25
26
27
28

```
 1                                   GUSTAFSON GLUEK PLLC

 2   Dated: February 14, 2025    By:      /s/ Dennis Stewart
                                            DENNIS STEWART
 3                                       DENNIS STEWART
                                         (State Bar No. 99152)
 4                                       dstewart@gustafsongluek.com
                                         DANIEL E. GUSTAFSON
 5                                       (#202241 pro hac)
                                         dgustafson@gustafsongluek.com
 6                                       AMANDA WILLIAMS
                                         (State Bar No. 0341691)#0341691)
 7                                       GUSTAFSON GLUEK PLLC
                                         Canadian Pacific Plaza
 8                                       120 South 6th Street, Suite 2600
                                         Minneapolis, MN 55402
 9                                       Telephone: (612) 333-8844
                                         Facsimile: (612) 339-6622
10
                                         *Attorneys for Plaintiffs Shannon
11                                       Ray, Katherine Sebbane, Khala
                                         Taylor, Peter Robinson, and Rudy
12                                       Barajas, Individually and on
                                         Behalf of All Those Similarly
13                                       Situated*

14                                   COLEMAN & HOROWITT, LLP
15

16                                       DARRYL J. HOROWITT
                                         (State Bar No. 100898)
17                                       dhorowitt@ch-law.com
                                         COLEMAN & HOROWITT, LLP
18                                       499 West Shaw, Suite 116
                                         Fresno, CA 93704
19                                       Telephone: (559) 248-4820
                                         Facsimile: (559) 248-4830
20
                                         *Attorneys for Plaintiffs Shannon
21                                       Ray, Katherine Sebbane, Khala
                                         Taylor, Peter Robinson, and Rudy
22                                       Barajas, Individually and on
                                         Behalf of All Those Similarly
23                                       Situated*

24

25

26

27

28
                                         4              No. 1:23-cv-00425 WBS CSK
                          JOINT STIPULATION MODIFYING SCHEDULE
```

```
 1                         KIRBY McINERNEY LLP
 2
                               ROBERT J. GRALEWSKI, JR.
 3                             (State Bar No. 196410)
                               bgralewski@kmllp.com
 4                             MARKO RADISAVLJEVIC
                               (State Bar No. 306552)
 5                             mradisavljevic@kmllp.com
                               KIRBY McINERNEY LLP
 6                             600 B Street, Suite 2110
                               San Diego, California 92101
 7                             Telephone: (619) 784-1442

 8                             Attorneys for Plaintiffs Shannon
                               Ray, Katherine Sebbane, Khala
 9                             Taylor, Peter Robinson, and Rudy
                               Barajas, Individually and on
10                             Behalf of All Those Similarly
                               Situated
11
                           THE LAW OFFICES OF LEONARD B.
12                         SIMON P.C.
13                             LEONARD B. SIMON
                               (State Bar No. 58310)
14                             lens@rgrdlaw.com
                               THE LAW OFFICES OF LEONARD B.
15                             SIMON P.C.
                               655 West Broadway, Suite 1900
16                             San Diego, CA 92101
                               Telephone: (619) 818-0644
17                             Facsimile: (619) 231-7423

18                             Attorneys for Plaintiffs Shannon
                               Ray, Katherine Sebbane, Khala
19                             Taylor, Peter Robinson, and Rudy
                               Barajas, Individually and on
20                             Behalf of All Those Similarly
                               Situated
21
22
23
24
25
26
27
28
                                   5            No. 1:23-cv-00425 WBS CSK
                       JOINT STIPULATION MODIFYING SCHEDULE
```

```
 1                          FAIRMARK PARTNERS, LLP
 2                          JAMES CROOKS
                            (State Bar No. 310447)
 3                          (pro hac)
                            jamie@fairmarklaw.com
 4                          MICHAEL LIEBERMAN
                            DC Bar No. 1033827
 5                          (pro hac)
                            michael@fairmarklaw.com
 6                          FAIRMARK PARTNERS, LLP
                            1001 G Street NW, Suite 400E
 7                          Washington, DC 20001
                            Telephone: (619) 507-4182
 8
                            Attorneys for Plaintiffs Shannon
 9                          Ray, Katherine Sebbane, Khala
                            Taylor, Peter Robinson, and Rudy
10                          Barajas, Individually and on
                            Behalf of All Those Similarly
11                          Situated
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                  6         No. 1:23-cv-00425 WBS CSK
                     JOINT STIPULATION MODIFYING SCHEDULE
```

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(2), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

/s/ *Carolyn Hoecker Luedtke*
Carolyn Hoecker Luedtke

1 **CERTIFICATE OF SERVICE**

2   I hereby certify that on February 14, 2025, I electronically
3 filed the foregoing with the Clerk of the Court using the CM/ECF
4 system, which will send notification of such filing to all
5 attorneys of record registered for electronic filing.

6

7                           /s/ *Carolyn Hoecker Luedtke*
                                Carolyn Hoecker Luedtke
8

**[PROPOSED] ORDER**

The Court, having considered the parties' stipulation, and cause appearing, hereby orders that:

1. The parties will serve expert reports by September 5, 2025, and will serve rebuttal reports by October 17, 2025;
2. The deadline for the close of fact discovery will be September 5, 2025;
3. The deadline for the close of expert discovery will be November 14, 2025;
4. The parties will file any dispositive or *Daubert* motions by November 21, 2025;
5. Oppositions to any dispositive or *Daubert* motions will be due January 6, 2026;
6. Replies in support of any dispositive or *Daubert* motions will be due February 3, 2026;
7. Should either party choose to submit a dispositive or *Daubert* motion prior to the November 21, 2025 deadline the briefing timeline in the local rules shall apply unless otherwise negotiated by the parties and approved by the Court; and
8. The trial date will be extended to _____ 2026, and the Final Pretrial Conference will be set for _____ 2026.

DATED: _____

Honorable William B. Shubb