CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MEGAN McCREADIE (State Bar No. 330704)
Megan.McCreadie@mto.com
CHRISTOPHER CRUZ (State Bar No. 346128)
Christopher.Cruz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:(415) 512-4000
Facsimile:(415) 512-4077

*Attorneys for Defendant National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendants. | Case No. 1:23-cv-00425-WBS-CSK<br><br>**DEFENDANT NCAA'S NOTICE OF LODGING OF DOCUMENTS**<br><br>Judge:    Hon. William B. Shubb |

-1-
NOTICE OF LODGING OF DOCUMENTS

**NOTICE OF LODGING**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD AND TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Consistent with Local Rule 133(j), Defendant National Collegiate Athletic Association ("NCAA") is lodging a complete copy of the Transcript of the February 11, 2025 Deposition of Dr. Orley Ashenfelter with the Court via email.

Complete copies of the transcripts of the other depositions cited in the NCAA's Reply in Support Its Motion to Exclude Expert Testimony were previously lodged with the Court on December 20, 2024.

DATED: February 18, 2025                    Respectfully submitted,

By:   */s/ Carolyn Hoecker Luedtke*
          Carolyn Hoecker Luedtke

          *Attorneys for Defendant National*
          *Collegiate Athletic Association*