# EXHIBIT 27



1994 NCAA CONVENTION PROCEEDINGS

88th Annual Convention □ January 8-12, 1994 □ San Antonio, Texas

National Collegiate Athletic Association

CONFIDENTIAL
NCAA041181
NCAA_SMART-COLON_0146347

# 1994 NCAA
# CONVENTION PROCEEDINGS

National Collegiate Athletic Association

CONFIDENTIAL

**Gary A. Sojka** (Bucknell University): As a university president and member of the Presidents Commission, I think that by now it is obvious that we are on the side of cost containment whenever possible.

Thus, it may come as a surprise to some that I speak in favor of this proposal. I disagree fundamentally with the concept that it adds to the cost. The volunteer coaching concept provides us with more hands-on coaching, more counseling, more support, more mentorship and more of the educational benefits that we claim to provide to our students, but at very little cost. This is one of the most cost-effective things that we do. By supporting this proposal, we provide an opportunity to optimize that cost effectiveness by providing coaching continuity from the practice session to the game situation. We do balance coaching inequities with home teams and traveling teams in sports other than football and basketball.

I urge you to reconcile the present situation where we permit volunteer coaches in sports other than basketball and football to travel to championship play and extend that into the regular season.

**David B. Keilitz** (Central Michigan University): With the loss of the full-time coach in football and basketball, the volunteer coaches become critical. The Special Committee to Study Rules Federation by Sport would support this proposal. The benefits for student-athletes greatly outweigh the minimal cost. We urge your support of this proposal.

[Proposal No. 57 (page A-94) was adopted by Division I.]

### Noninstitutional Publications

**Robert Goin** (Florida State University): On behalf of the Council, I move Proposal No. 58.

[The motion was seconded.]

This proposal is intended to permit an athletics staff member to write educational articles relating to NCAA rules and crowd control for noninstitutional publications dedicated to reporting on an institution's athletics activities, provided the staff member does not receive compensation for writing such articles.

Current legislation prohibiting athletics staff members from writing articles for noninstitutional publications was adopted at the 1993 Convention in response to concern expressed about compensation being provided to athletics staff members for endorsing these publications or for writing articles about their institution's athletics programs. The practice is contrary to the principles set forth in Bylaw 11.3.2.6, which I am sure everyone here is very much familiar with. I am not going to explain that to you. It is important that athletics department staff members be able to write articles in such publications about NCAA regulations in order to educate the individuals about the application of legislation in situations in which they may become involved.

It is probably accurate to say that a large majority are not athletics representatives. Boosters and fans have specific institutional athletics programs. Such publications serve as a beneficial forum to educate boosters and fans of that institution's rules regarding applicable NCAA rules, crowd control and concerns.

Further, the principle in Bylaw 11.3.6 will not apply inasmuch as staff members will not receive compensation for writing these articles. I urge your support of Proposal 58.

[Proposal No. 58 (page A-95) was adopted by Division I.]

### Scouting of Opponents—Division I

**Patricia Viverito** (Gateway Football Conference): On behalf of the Council, I move Proposal No. 60.

[The motion was seconded.]

This proposal incorporates the current interpretation of the request about travel when scouting opponents. It specifies that when an individual is being reimbursed for scouting travel, others in the same automobile cannot receive transportation costs.

As already noted, this is moot because of the passage of No. 24, which was on basketball. I would urge your support.

[Proposal No. 60 (page A-96) was adopted by Division I.]

### Drug-Testing Consent Form and Squad List—Nonrecruited Student-Athlete

**Charles Cavagnaro** (Memphis State University): On behalf of the Council and the Committee on Competitive Safeguards and Medical Aspects of Sports, I move Proposal No. 62.

[The motion was seconded.]

This amendment is due in part to the administrative burden of processing the drug-testing consent form. The safeguards committee supports the amendment, which in no way compromises the year-round testing program inasmuch as sports included in year-round testing are already in this legislative amendment. The safeguards committee recommended Proposal No. 62 and the Council exercised its authority to modify the wording to indicate that any sport included in the NCAA year-round drug-testing program be exempted from this legislation.

We'll need to modify that legislation if Division I sports other than football and track are added to the NCAA drug-testing program. I urge the support of Proposal No. 62.

[Proposal No. 62 (page A-98) was adopted by Division I.]

### Season of Competition

**Dennis A. Farrell** (Big West Conference): I move adoption of Proposal No. 63 on behalf of the Council and Two-Year College Relations Committee.

[The motion was seconded.]

As the rationale statement of this proposal indicates, exempting preseason scrimmages from counting as a season of competition for two-year college athletes will help reduce the vulnerability of NCAA institutions in allowing a student-athlete to compete who may not be eligible. This proposal is in the best interest of the student-athlete. It protects the student-athlete should he or she receive inaccurate information from an unreliable source. On behalf of the Council, I urge your support for this proposal.

[Proposal No. 63 (page A-99) was adopted by Division I.]

CONFIDENTIAL

NCAA041300

NCAA_SMART-COLON_0146466