# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL ACTION NUMBER:  2:22-cv-02125-WBS-CSK

TAYLOR SMART and MICHAEL HACKER,            )
    Plaintiffs,                             )
v.                                          )
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an )
unincorporated association,                 )
    Defendant.                              )

CIVIL ACTION NUMBER:  1:23-cv-00425-WBS-KJN

JOSEPH COLON, SHANNON RAY, KHALA TAYLOR, et al., )
    Plaintiffs,                             )
    -vs-                                    )
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an )
unincorporated association,                 )
    Defendant.                              )

*** CONFIDENTIAL ***

VIDEO DEPOSITION OF JENNIFER FRASER

October 2, 2024

9:00 a.m.

TAKEN BY:
AMY DOMAN, RMR, CRR, CCR MO, CSR (CA/IL/TX/WA)
PAGES: 1 - 273
JOB NUMBER: 296761

Page 102

1      support."
2           Do you see that?
3      A.  I do.
4      Q.  And because NCAA strives to put accurate
5   information on its website, you would agree that this
6   statement on the website is accurate, correct?
7      A.  I do.
8      Q.  So would this statement here include
9   unmatched academic and athletic opportunities and
10  support compared to Divisions II and III schools?
11          MS. LUEDTKE:  Objection to the form of the
12      question, vague and ambiguous.
13     A.  I wouldn't have made that comparison
14  reflected by my previous series of answers, but I think
15  it's unmatched for the purposes of these -- the
16  examples that are included in that paragraph, which is
17  full scholarships, cost of attendance stipends, degree
18  completion programs.  Those don't exist as
19  opportunities in the other divisions, so there's not,
20  like, a direct comparison that would be available.
21          But it's unmatched that is there -- there
22  is no other entity in the world like Division I.
23  BY MR. BEREZNEY:
24     Q.  You can put that one to the side.
25          (Exhibit 49 marked for identification.)

Page 103

1   BY MR. BEREZNEY:
2      Q.  So I've just handed you what's been labeled
3   Exhibit 49.  You can take a look at it.  I'm going to
4   ask you just right now about this part of that.
5      A.  Okay.
6      Q.  Have you seen this before?
7      A.  I have.
8      Q.  And does this appear to be a true and
9   accurate copy of the "Our Division I Priorities"
10  website that could be found on NCAA's website?
11     A.  It does.
12     Q.  So let's look at "Fair Competition."  It's
13  the second bullet down.  Take a look at that first
14  sentence.
15         Is it, in fact, true that Division I
16  schools acknowledge that variability will exist among
17  members, including facilities, geographic locations,
18  and resources?
19     A.  Yes.
20     Q.  And are you aware that this same sentence
21  can be found in the Division I Manual for several
22  years?
23     A.  Oh, I was not aware of that.
24     Q.  All right.  Let's take a look at it.
25     A.  Okay.

Page 104

1      Q.  So do you still have the -- you do.  Okay.
2   So let's go to the manual.  It's Exhibit 1, the 2020 to
3   '21 manual.  Let's look at Bates stamp, bunch of zeros,
4   13.  So I think it's --
5      A.  Got it.
6      Q.  -- the page number is -- was that XIII, I
7   think?
8      A.  Found it.
9      Q.  Okay.  So then let's look at the
10  "Commitment to Fair Competition."
11         So that should be about three -- three bold
12  down on that page.
13         And if you look in the middle of that, it
14  says:
15            "The commitment to fair competition
16         acknowledges that variability will exist
17         among members, including facilities,
18         geographic locations, and resources.  And
19         that such variability should not be
20         justification for future legislation."
21         Do you see that?
22     A.  I do.
23     Q.  So we can agree that this language at least
24  was on the -- is on the website is also in the 2020 to
25  2021 manual, correct?

Page 105

1      A.  Yes.
2      Q.  So then this commitment, is this -- this is
3   something that Division I schools agree to, correct?
4          MS. LUEDTKE:  Objection to the form of the
5      question.
6      A.  It's a priority.  So they acknowledge it.
7   They are members of Division I.  I don't know that
8   everybody agrees.
9   BY MR. BEREZNEY:
10     Q.  Okay.  But at least a majority of
11  schools -- strike that.
12         At least a majority of voting members have
13  agreed to make this a priority; is that accurate?
14     A.  Yes.  I would agree with that.
15         MR. BEREZNEY:  Carolyn, we're going to show
16     her the 2014-15 manual.  It's the Bates
17     Stamp 1845.
18         MS. LUEDTKE:  Thank you.
19     (Exhibit 50 marked for identification.)
20         MS. LUEDTKE:  What number now?
21         MR. BEREZNEY:  That should be 50.
22  BY MR. BEREZNEY:
23     Q.  Okay.  So you've been handed what's been
24  labeled Exhibit 50.
25         Does this look to be a true and accurate

27 (Pages 102 to 105)