# EXHIBIT 29

12

ALL-STATE LEGAL.  800-222-0510  EO-11-C  RECYCLED

CONFIDENTIAL

# THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

6201 College Boulevard  •  Overland Park, Kansas 66211-2422  •  Telephone 913/339-1906

MEMORANDUM

April 4, 1990

TO:  Special Committee on Cost Reduction.

SUBJECT:  Committee Report and Additional Commentary.


Attached is a copy of the final Cost Reduction Committee report as submitted to the NCAA Presidents Commission and NCAA Council. Please remember that the contents of the report are to remain confidential until after the April 23-25 Council meeting.

Since the special committee's February 28 meeting, we have received several letters in response to Gene Corrigan's recent memorandum requesting sports committees' and member conferences' comments concerning the special committee's preliminary recommendations.  Copies of that correspondence are attached for your information and review.  We will forward any additional letters to you as they are received.

Our esteemed committee chair will be appearing before the NCAA Presidents Commission during its April 4-5 meeting in Washington, D.C., to present the committee's report, and the Council will receive the same information during its April 23-25 meeting in Kansas City.

In the meantime, should you have questions or if Steve Mallonee, John Leavens or I can be of assistance, please do not hesitate to call.


MERRILY DEAN BAKER
Assistant Executive Director

MDB:ls

Attachments

cc:  Mr. John H. Leavens
     Mr. Stephen A. Mallonee

| PRESIDENT | SECRETARY-TREASURER | DIVISION I VICE-PRESIDENT | DIVISION II VICE-PRESIDENT | DIVISION III VICE-PRESIDENT | EXECUTIVE DIRECTOR |
|---|---|---|---|---|---|
| ALBERT M. WITTE | JUDITH M. SWEET | B. J. SKELTON | JERRY M. HUGHES | ROCCO J. CARZO | RICHARD D. SCHULTZ |
| Professor of Law and Faculty | Director of Athletics | Dean, Admissions and | Director of Athletics | Director of Athletics | |
| Athletics Representative | University of California, | Registration | Central Missouri State University | Tufts University | |
| University of Arkansas | San Diego | Clemson University | Warrensburg, Missouri 64093 | Medford, Massachusetts 02155 | |
| Fayetteville, Arkansas 72701 | La Jolla, California 92093 | Clemson, South Carolina 29634-4019 | | | 1456 |

NCAA_SMART-COLON_0141888

SUPPLEMENT NO. 6

## REPORT OF THE NCAA SPECIAL COMMITTEE ON COST REDUCTION

The Special Committee on Cost Reduction was established by resolution of the 1989 NCAA Convention, with the specific charge of recommending means by which to reduce costs in intercollegiate athletics, without denying students access to higher education or significantly altering the competitive balance among NCAA member institutions.

Early in its deliberations, the committee identified three general areas of concentration -- recruiting, competitive policies and financial aid -- and surveyed the entire NCAA membership concerning various proposals and the level of cuts that would be deemed viable. With that information in hand, the committee began to formulate a comprehensive legislative package. In doing so, committee members recognized that in order for the package to be acceptable, its impact should be felt as nearly evenly as possible among institutions in a particular division and without singling out particular sports.

It is the committee's position that the following components, taken individually and collectively, provide substantial opportunities to reduce costs in the operation of intercollegiate athletics programs. Because these reductions will contribute to the financial stability of intercollegiate athletics programs without requiring that financial assistance for any individual student-athlete be diminished, the committee also believes that these reductions should enhance overall participation by helping institutions sustain broad-based athletics programs and thereby preserve access for those student-athletes receiving financial aid. Further, it is the committee's view that these recommendations, if implemented across the board, will not adversely affect the competitive balance among member institutions.

Moreover, these proposals contribute significantly to the Association's broader effort to enact fundamental reform. Specifically, it is the committee's position that, in addition to affording opportunities for cost savings, these recommendations will:

1. Provide institutions the means by which to operate affordable sports programs that are broad based and comprehensive;

2. Reduce time demands on student-athletes and increase involvement in other aspects of college life;

3. Reduce pressures on prospective student-athletes and coaches during the recruitment process, and

4. Further reconcile the activities of intercollegiate athletics with member institutions' fundamental values and educational missions.

The following proposals represent the committee's recommendations for reducing costs in a member institution's intercollegiate athletics program. Proposals are indicated in bold print and are accompanied by a general rationale statement. Subsequent to review by the NCAA Presidents Commission and Council, the committee recommended the development of a sample model to assist each member institution in determining the amount of savings within its athletics program as a result of the adoption of the committee's proposals.

1457

NCAA_SMART-COLON_0141889

DIVISIONS I-A, I-AA, I-AAA AND II RECOMMENDATIONS

PART ONE -- Recruiting

The area of recruiting has been examined carefully by the committee due to
the sharp escalation in expenditures for each recruited student-athlete in
recent years (especially in the sports of Division I football and basket-
ball), the time pressures placed on coaches and prospects, and the substan-
tial abuses associated with the recruitment process. The committee's pro-
posals in the area of recruiting have been grouped into the following
categories: (1) off-campus recruiting; (2) off-campus contacts and evalu-
ations; (3) official visits, and (4) printed recruiting materials.

1.  Off-Campus Recruiting.

    a.  Placing a limit of seven on the number of full-time football
        coaches (including the head coach) who can recruit off campus.

    b.  Placing a limit of two on the number of full-time basketball
        coaches who can recruit off campus at any one time.

    c.  Placing a limit of two on the number of coaches who can recruit off
        campus at any one time in all other head-count sports.

    d.  Placing a limit of two on the number of coaches who can recruit off
        campus at any one time in equivalency sports that provide the value
        of 10 or more financial aid grants.

    e.  Placing a limit of one on the number of coaches who can recruit off
        campus at any one time in equivalency sports that provide less than
        the value of 10 financial aid grants.

Rationale:  These proposals will reduce costs and, at the same time, allow
coaching staff members to remain at home during examination periods and
other key periods during the academic year. In the sport of football, each
staff member who may recruit off campus would be designated prior to the
beginning of each academic year. As a result, football coaches could per-
form duties in other areas (e.g., strength and conditioning, academic sup-
port) that might otherwise require additional staffing.

In sports other than football, more flexibility is necessary, inasmuch as
there are fewer coaching positions in those sports. Thus, in the sport of
basketball, all three coaches may recruit off campus, but only two coaches
may be recruiting off the member institution's campus at any one time.
Also, limitations in sports other than football and basketball would be
established for the first time. In general, these sports' recruiting ef-
forts are determined more by budgetary restrictions than by efforts to
"keep up with the Joneses"; however, such restrictions (especially in the
sports that provide fewer financial aid grants) should result in cost sav-
ings for the institution.

2.  Contacts and Evaluations.

    a.  Restricting institutions to a limit of three off-campus contacts
        with a prospective student-athlete at any site. In addition, the
        institution may visit a prospect's educational institution on no
        more than one occasion during a particular week, regardless of the
        total number of prospects enrolled in that institution. Please note

1458

NCAA_SMART-COLON_0141890

REPORT OF THE SPECIAL COMMITTEE ON COST REDUCTION
Page No. 2

_____

that per its January 9, 1989, telephone conference, the NCAA Inter-
pretations Committee decided that during the permissible contact
period, institutional representatives in a particular sport are
permitted to visit the prospect's educational institution one time
per week during the contact period.  If a prospect is a multisport
athlete, all institutional representatives are permitted only one
visit per week on the same date at the prospect's educational in-
stitution.  If, however, there are two prospects being recruited by
the same member institution in two different sports, it would be
permissible for institutional representatives to visit the pros-
pect's educational institution on two days during the same week, it
being understood that only one of the two prospects is contacted on
each occasion.

b.  Limiting to once a week the number of visits an institution may
make to a prospect's educational institution during an evaluation
period in addition to the current once-a-week-visit limitation dur-
ing the contact period.  [NOTE:  See Interpretations Committee's
decision for previous item.]

c.  Prohibiting telephone calls from enrolled student-athletes to pros-
pects for purposes of recruiting.

d.  Prohibiting telephone calls from institutional staff members to
prospects until the end of the prospect's junior year.  In addi-
tion, subsequent to the completion of the prospect's junior year, a
member institution may telephone the prospect no more than once a
week.

e.  Placing a limit of four on the number of practices and competitions
(combined) that can be observed in team sports other than football
and basketball.  In addition, the committee recommended a resolu-
tion to study limitations on the number of practices and competi-
tions that can be observed in individual sports.

f.  Establishing a 48-hour dead period prior to and subsequent to the
initial signing date for the National Letter of Intent in all
sports except football.

Rationale:  These proposals would result in cost savings for a member in-
stitution by reducing in half the present number of allowable off-campus
contacts, limiting the time period for telephone calls and limiting the
number of practices and competition that can be observed in team sports
other than football and basketball.  These proposals also should reduce, in
large degree, the demeaning aspect of recruiting.  Also, secondary educa-
tional institutions should appreciate fewer interruptions in the academic
life of the prospect.  Limitations on observations would reduce the compet-
itive advantage that now exists in institutions located in heavily popu-
lated areas.

1459

CONFIDENTIAL

REPORT OF THE SPECIAL COMMITTEE ON COST REDUCTION
Page No. 3

3.  Official Visits.

    a.  Reducing to four the total number of official visits that may be
        taken by a prospect.

    b.  Reducing from 85 to 70 the total number of official visits an in-
        stitution may provide to prospects in the sport of football.

    c.  Reducing from 18 to 15 the total number of official visits an in-
        stitution may provide to prospects in the sport of basketball.

Rationale: It is the committee's view that most prospects do not utilize
the allotted five visits.  Further, those prospects that utilize the five
visits oftentimes visit institutions strictly for pleasure with no inten-
tion of attending the institution.  This reduction will force the prospect
to effectively evaluate his or her choice of institutions before taking an
official visit.  In addition, the reduction of official visits in the
sports of football and basketball will force coaches to more effectively
evaluate whether the prospect should be brought to campus.

4.  Printed Recruiting Materials.

    a.  Prohibiting institutions from providing recruiting materials to a
        prospect (including general correspondence related to athletics)
        until the beginning of the prospect's junior year in high school.

    b.  Establishing restrictions on institutional athletics publications
        that would limit institutions to producing only one publication per
        sport (i.e., recruiting brochure or media guide, but not both) in
        addition to game programs.

    c.  Prohibiting institutions from sending prospects greeting cards and/
        or specialized post cards.  [NOTE: It would be permissible to send
        a regular 15-cent post card that does not include pictures of the
        institution's department of athletics personnel or enrolled
        student-athletes, or any other information or material designed to
        serve as a recruiting promotion.]

    d.  Establishing restrictions on institutional athletics publications
        that would limit to one color the printing on standard stationery
        utilized by that institution.  Such stationery could include ath-
        letics department stationery with name, address, telephone number
        of staff member and single university logo, but photographs of en-
        rolled student-athletes or any other promotional material would be
        prohibited. [NOTE: The one-color restriction would not include the
        color of the type of writing on such stationery.]

    e.  Establishing restrictions on institutional athletics publications
        that would limit to one color the printing on the standard press
        release.

1460

NCAA_SMART-COLON_0141892

REPORT OF THE SPECIAL COMMITTEE ON COST REDUCTION
Page No. 4

    f.  Limiting institutions to producing one generic all-sports recruit-
ing videotape per year with a maximum of three minutes per each
sport. [NOTE: Highlight films would not be considered a permis-
sible recruiting item to provide to prospects, but would not other-
wise be restricted.]

    g.  Prohibiting personalized recruiting videotapes or audio tapes.

Rationale: The proposals restricting printed recruiting materials would
reduce both printing and mailing costs. The savings in this area for some
institutions would be substantial. Both the recruiting brochures and media
guides are expensive, both to produce and circulate. Excess has been the
rule (rather than the exception) in the area of recruiting, particularly in
terms of greeting cards, birthday cards and multicolored single-sport
cards. It also is common for stationery and standard press releases uti-
lized for recruiting to include four-color photographs, two-color and four-
color print. In addition, in recent years there has been a proliferation
of single-sport recruiting videotapes, as well as videotapes personalized
for a particular prospect. The committee's recommendations would bring a
little common sense to the area of recruiting, resulting in savings for the
institution and also eliminating the pressure for institutions not current-
ly engaged in such practices to begin using such printed recruiting mate-
rials in order to remain competitive with other institutions.

5.  Additional Recommendations.

    Recommend to the Collegiate Commissioners Association (CCA) the estab-
lishment of early signing dates for the National Letter of Intent in
all sports. The committee recommended to Fred Jacoby that the CCA
examine the possibility of establishing an early eight-day signing
period in January in sports other than football and basketball.

    [NOTE: At a recent meeting, the National Letter of Intent Board ap-
proved a recommendation to allow a seven-day signing period in November
to coincide with the basketball signing dates for all sports except
football, women's volleyball, and men's and women's soccer.]

PART TWO -- Competitive Policies

There are a variety of activities in which changes can be made that will
reduce institutional costs for the operation of athletics programs. In many
of these, the "Principle Governing the Economy of Athletics Program Opera-
tion" can be applied effectively only when parameters are established that
promote the "Principle of Competitive Equity." Therefore, the committee
recommends a number of changes designed to reduce costs by modifying prac-
tices governed by competitive policies.

1.  Establishing coaching limitations in all sports (see Attachment No. 1.)

    Rationale: The largest expense item in the athletics budget is person-
nel. Currently, only football and basketball have limits on the number

1461

NCAA_SMART-COLON_0141893

REPORT OF THE SPECIAL COMMITTEE ON COST REDUCTION
Page No. 5

of coaches who may be employed, and the existing categorical designa-
tions of part-time graduate student and volunteer coach have not been
effective in reducing the number of full-time paid employees associated
with the sport. In addition, the committee recognizes the recent pro-
liferation of part-time personnel associated with many Division I spo-
rts. Proposed limitations reflect an effort to (1) reduce the number
of coaches associated with each sport by at least one full-time equiva-
lent position; (2) establish an "unrestricted" head or assistant coach
category that will accommodate any type of volunteer, paid, full-time
or part-time coach, and (3) establish a "restricted-earnings" category
that will encourage the development of new coaches while more effec-
tively limiting compensation to such coaches.

2. Establishing September 15 as the date an institution may participate in
its first contest (in all sports other than football). [NOTE: Proposed
effective date August 1, 1992.]

Rationale: Housing and feeding teams who come to campus prior to the
start of classes for the regular fall term is a considerable expense.
By establishing September 15 as the earliest date an institution may
participate in its first contest (in all sports except football) and
limiting each sport to no more than 21 practice opportunities prior to
its first contest (see next proposal), institutions that begin their
first academic term in August or early September will not have to incur
the extra room-and-board expense of early arriving teams. In most in-
stances, the first permissible date of practice will occur when dormi-
tories are already open for all students.

Football is excluded because reducing the length of an already compact
season in which no more than one game per week is played would create
significant scheduling difficulties and allow no open dates for recov-
ery from the demands of a grueling contact sport.

The 1992 effective date reflects recognition of the fact that most in-
stitutions already have completed their 1991 fall sport schedules.

3. Establishing 21 practice opportunities in all sports except football
and women's volleyball. In the sports of football and women's volley-
ball, the current restriction of 29 opportunities will remain in ef-
fect. [NOTE: Proposed effective date is August 1, 1992.]

Rationale: Limiting each sport to 21 practice opportunities prior to
the first scheduled contest ensures that all teams have the same
preparation time, thereby establishing a level playing field. In
addition, coupling the practice limitation with a September 15
first-contest date significantly reduces the number of institutions
that will have to assemble teams for preseason practice prior to the
start of classes in the fall term. Even an institution that begins
classes in late September will realize a cost savings because the
lengths of its preseason practices will be reduced.

1462

CONFIDENTIAL

REPORTS OF THE SPECIAL COMMITTEE ON COST REDUCTION
Page No. 6

The 1992 effective date reflects recognition of the fact that most in-
stitutions already have completed their 1991 fall sport schedules.

4.  Establishing limits on regular-season team travel that would prohibit
    team departure earlier than 36 hours prior to competition and limiting
    to 36 hours the time period the institution may remain in the area
    after the competition.

    Rationale:  Currently there are no NCAA rules governing departure times
    for contests.  The current limit for remaining at any site following a
    contest is 48 hours.  Imposing a departure restriction prior to compe-
    tition and further reducing the number of hours permitted at an away-
    from-home site after a contest will save travel costs and decrease the
    number of missed classes.

5.  Prohibiting athletics training-table benefits.  [NOTE:  It would be
    permissible for an institution to provide a meal (comparable to the
    meal served to all students) in the institution's dining facility or
    the cost of such a meal to those student-athletes who miss meals due to
    participating in a practice session.

    Rationale: Athletics training tables are expensive and isolate student-
    athletes from regular campus life.  Athletics departments would be
    permitted to pay for the extra cost of late-meal service at the insti-
    tution's regular student dining facility or to give student-athletes a
    meal allowance on those occasions when practice or contest schedules
    result in missed meals.  Institutions would not be permitted, however,
    to operate a training table separate from regular student facilities.

    [NOTE:  The committee also expressed its support for 1900 NCAA Conven-
    tion Resolution No. 30-A to reduce time demands in all sports other
    than football and basketball.  The committee, however, declined to es-
    tablish any limitations regarding the length of playing and practice
    seasons and number of contests in such sports at this time, inasmuch as
    these issues currently are being reviewed by the Presidents Commission
    and Council.]


PART THREE -- Financial Aid

Reducing by 10 percent the maximum number of financial aid grants an insti-
tution may award to student-athletes in all sports.  [NOTE:  The committee
noted that the 10 percent reduction in equivalency sports would be computed
to the nearest one-tenth of a grant.  Further, a reduction in head-count
sports that results in a reduction of less than one-half of a grant would
be rounded upwards while a reduction that results in one-half or more of a
grant would be rounded downwards.  Such a practice would result in the fol-
lowing reductions in head-count sports:

1463

CONFIDENTIAL

NCAA_SMART-COLON_0141895

REPORT OF THE SPECIAL COMMITTEE ON COST REDUCTION
Page No. 7

| | Current Limitations | Proposed Limitations |
|---|---|---|
| Men's Basketball | 15 | 13 |
| Women's Basketball | 15 | 13 |
| Football | 95 | 85 |
| Women's Gymnastics | 10 | 9 |
| Women's Tennis | 8 | 7 |
| Women's Volleyball | 12 | 11 |

Rationale: The committee considered a need-based system of financial aid
for student-athletes. Because financial aid for all but the neediest
student-athletes would be reduced under a need-based system, most institu-
tions would save money; however, these savings would be offset by admin-
istrative problems and possible abuse. Since recruiting currently precedes
any determination of need, coaches could not offer specific financial aid
packages with any degree of certainty. To establish some measure of con-
sistency, a system would have to be created by which to make "preliminary"
determinations of need, at substantial financial and administrative costs.
This system, in turn, would place financial aid administrators under in-
creased pressure to calculate favorable "preliminary" need estimates. For
these reasons, the committee rejected a need-based-aid concept and opted
for across-the-board reductions in financial aid limitations by sport.
These reductions would result in substantial cost savings without increas-
ing administrative burdens or opportunities for abuse in the packaging of
such aid.

PART FOUR -- Division III Recommendations

1.  Establishing September 6 as the first date in which a Division III
    institution may conduct a football contest or scrimmage.

2.  Reducing the number of preseason and football practice opportunities
    from 29 to 27.

    Rationale: Housing and feeding football teams who come to campus prior
    to the start of classes for the regular fall term is a considerable
    expense. By establishing September 6 as the earliest date an institu-
    tion may participate in its first football contest and limiting foot-
    ball to no more than 27 practice opportunities prior to its first
    contest, institutions that begin their first academic term in August
    and early September will significantly reduce the extra room-and-board
    expenses for preseason practice

3.  Establishing September 1 or the first day of class, whichever is
    earlier, as the first date in which an institution may conduct practice
    sessions in all other sports.

    Rationale: This restriction will eliminate the cost of assembling
    teams (in all sports other than football) to campus prior to the start
    of classes.

1464

CONFIDENTIAL

REPORT OF THE SPECIAL COMMITTEE ON COST REDUCTION
Page No. 8

4.  **Placing a limitation on the number of contests and dates of competition in each sport (see Attachment No. 2).**

Rationale:  The proposed reductions in the number of permissible contests and dates of competition in each sport will significantly reduce travel expenses and costs associated with conducting events.

The National Collegiate Athletic Association
March 28, 1990                          SAM:ssa

**1465**

CONFIDENTIAL

## PROPOSED COACHING LIMITATIONS

The following chart reflects the committee's recommendations for proposed coaching limitations in each sport. A countable coach is any individual who participates (in any manner) in the coaching of the intercollegiate team in practice, games or organized activities directly related to that sport, including any organized staff activity or team meeting directly related to the sport. Undergraduate student coaches and athletics department staff members who perform department-wide responsibilities (e.g., recruiting coordinator, academic counselors, weight and strength coach) shall be excluded from the limitations on the number of coaches in any one sport.

A head or assistant coach is any coach who is designated by the institution's athletics department to perform coaching duties and who serves in that capacity <u>on a volunteer or paid basis</u> with no limitations on earnings. A restricted earnings coach is any coach who is designated by the institution's athletics department to perform coaching duties and serves in that capacity on a volunteer or paid basis with the following limitations on earnings derived from the member institution:

1. During the academic year, a restricted earnings coach may receive compensation or remuneration from the institution's athletics department that is not in excess of the value of a full grant-in-aid at that institution, based on the amount of a full nonresidence undergraduate or graduate tuition and fees grant-in-aid (whichever is higher).

2. During the summer, a restricted earnings coach may receive compensation or remuneration from the institution's athletics department or from camps or clinics owned or operated by institutional employees that is not in excess of the amount of a full grant-in-aid at that institution for the previous academic year, based on full nonresident undergraduate or graduate tuition and fees (whichever is higher). A coach who is employed at another member institution's summer camp may not receive compensation or remuneration that exceeds the amount of a full grant at that institution for the previous academic year, based on the full nonresidence undergraduate or graduate tuition and fees (whichever is higher).

3. During the summer or the academic year, the restricted earnings coach may receive compensation for performing duties from another department or office of the institution, provided: (a) the compensation received for those duties outside the athletics department is commensurate with that received by others performing those same or similar assignments; (b) the ratio of compensation received for coaching duties and any other duties is directly proportionate to the amount of time devoted to the two areas of assignment, and (c) the individual actually is qualified for and is performing the duties outside the athletics department for which the individual is compensated.

| Sport | Head or Assistant* Coach | Restricted Earnings Coach |
|---|---|---|
| Baseball | 2 | 1 |
| Basketball, Men | 3 | 1 |
| Basketball, Women | 3 | 1 |
| Fencing, Men | 1 | 1 |
| Fencing, Women | 1 | 1 |

*1466*

CONFIDENTIAL

NCAA_SMART-COLON_0141898

PROPOSED COACHING LIMITATIONS
Page No. 2

| Sport | Head or Assistant* Coach | Restricted Earnings Coach |
|---|---|---|
| Field Hockey | 2 | 1 |
| Football, I-A | 9 | 3 |
| Football, I-AA | 7 | 2 |
| Golf, Men | 1 | 1 |
| Golf, Women | 1 | 1 |
| Gymnastics, Men | 2 | 1 |
| Gymnastics, Women | 2 | 1 |
| Ice Hockey | 2 | 1 |
| Lacrosse, Men | 2 | 1 |
| Lacrosse, Women | 2 | 1 |
| Rifle, Men | 1 | 1 |
| Rifle, Women | 1 | 1 |
| Skiing, Men | 1 | 1 |
| Skiing, Women | 1 | 1 |
| Soccer, Men | 1 | 1 |
| Soccer, Women | 1 | 1 |
| Softball, Women | 2 | 1 |
| Swimming, Men | 1 | 1 |
| Swimming & Diving, Men | 2 | 1 |
| Swimming, Women | 1 | 1 |
| Swimming & Diving, Women | 2 | 1 |
| Tennis, Men | 1 | 1 |
| Tennis, Women | 1 | 1 |
| Cross Country, Men (w/o Track) | 1 | 1 |
| Track & Field, Men | 1 | 1 |
| Cross Country/Track & Field, Men | 2 | 1 |
| Cross Country, Women (w/o Track) | 1 | 1 |
| Track & Field, Women | 1 | 1 |
| Cross Country/Track & Field, Women | 2 | 1 |
| Volleyball, Men | 2 | 1 |
| Volleyball, Women | 2 | 1 |
| Water Polo, Men | 1 | 1 |
| Wresting | 1 | 1 |

* Off-campus recruiting is limited to the head or assistant coach unless the sport is limited to one head or assistant coach.

[NOTE: A waiver possibility shall exist for Title IX considerations if an institution wishes to exceed the coaching limitations in the restricted earnings category. The effective date of this proposal shall be August 1, 1992. There shall be extensions granted for those staff members who have signed contracts as of January 1, 1990 (shouldn't this be subsequent to the 1991 Convention if adopted?). Such contracts should be mailed to the national office to be reviewed by the Association's legal counsel.

The National Collegiate Athletic Association
March 27, 1990                    SAM:ssa

1467

CONFIDENTIAL                    NCAA_SMART-COLON_0141899

The maximum number of contests and dates of competition should be revised as follows:

| Sport | Current Maximum Contests | Current Maximum Dates of Competition | Proposed Maximum Contests | Proposed Maximum Dates of Competition |
|---|---|---|---|---|
| Baseball |  |  |  |  |
|   Overall | 50 |  | 46 |  |
|   Traditional Segment | 40 |  | 36 |  |
| Basketball | 26 |  | 23 |  |
|   + Two Scrimmages | 2 S. |  | 2 S. |  |
| Cross Country |  | 9 |  | 8 |
| Fencing |  | 12 |  | 11 |
| Field Hockey |  | 19 |  | 17 |
| Football | 11 (Maximum of 10 games) |  | 10 |  |
| Golf |  | 22 |  | 20 |
| Gymnastics |  | 15 |  | 14 |
| Ice Hockey | 28 |  | 25 |  |
| Lacrosse |  | 19 |  | 17 |
| Rifle |  | 14 |  | 13 |
| Skiing |  | 18 |  | 16 |
| Soccer |  |  |  |  |
|   Traditional Segment | 22 |  | 20 |  |
|   Nontraditional Segment |  | 6 |  | 5 |
| Softball |  |  |  |  |
|   Overall | 50 |  | 46 |  |
|   Traditional Segment | 40 |  | 36 |  |
| Swimming |  | 18 |  | 16 |
| Tennis |  |  |  |  |
|   Overall |  | 24 | 22 | 22 |
|   Individual Singles and/or Doubles Tournaments |  | 4 |  | 3 |
| Track (Indoor and Outdoor) |  | 22 |  | 20 |
| Volleyball |  |  |  |  |
|   Traditional Segment |  | 24 |  | 22 |
|   Nontraditional Segment |  | 6 |  | 5 |
| Water Polo |  | 23 |  | 21 |
| Wrestling |  | 20 |  | 18 |

The National Collegiate Athletic Association
March 7, 1990                          SAM:ssa

1468

CONFIDENTIAL