# EXHIBIT 30



1991 NCAA Convention Proceedings

85th Annual Convention □ January 7-9, 1991 □ Nashville, Tennessee

National Collegiate Athletic Association

# 1991 NCAA CONVENTION PROCEEDINGS

National Collegiate Athletic Association

NCAA 071132
NCAAROCK00428841
CONFIDENTIAL
NCAA_SMART-COLON_0142990

cruiting in the sport of football, and

"11.6.3.1.4 **Special Attrition Provision.** The institution is permitted to meet these limitations through normal attrition only if the institution had in effect prior to September 15, 1990, a written obligation to the assistant coach through academic tenure, an enforceable contract or a formal security-of-employment commitment.

"11.6.3.2 **Off-Campus Contact and Evaluation of Prospects.** Off-campus contact and evaluation of prospects is limited to the head or assistant coaches."

[11.6.4 unchanged.]

**Source:** NCAA Council (Special Committee on Cost Reduction).

**Effective Date:** August 1, 1992.

**Rationale:** This rationale statement applies to Proposal Nos. 34, 35 and 36. The largest expense item in the athletics budget is personnel. Currently, only football and basketball have limits on the number of coaches who may be employed, and the existing categorical designations of part-time graduate student and volunteer coach have not been effective in reducing the number of full-time paid employees associated with the sport. In addition, the committee recognizes the recent proliferation of part-time personnel associated with many Division I sports. Proposed limitations reflect an effort to: (1) reduce the number of coaches associated with each sport by at least one full-time equivalent position; (2) establish an "unrestricted" head or assistant coach category that will accommodate any type of volunteer, paid, full-time or part-time coach, and (3) establish a "restricted-earnings" category that will encourage the development of new coaches while more effectively limiting compensation to such coaches.

**Action:** Adopted by Division I-AA (83-9, two abstentions) as amended by No. 35-1, roll-call vote.

### NO. 35-1 COACHING LIMITATIONS—I-AA FOOTBALL

Amend Proposal No. 35-C, 11.6.3.1, by adding new 11.6.3.1.1 and 11.6.3.1.2, renumbering subsequent sections, as follows:

[Division I-AA football only, roll call]

"11.6.3.1.1 **Varsity/Freshman Team Football Program.** A Division I-AA member institution that conducts a football program that includes a varsity team and a freshman team may employ two additional restricted-earnings coaches. Freshman eligibility for varsity team participation must be prohibited by the institution and the freshman team must participate in five or more intercollegiate contests in order for the two additional restricted-earnings coaches to be employed. Such additional restricted-earnings coaches may perform football-related duties only during the permissible playing and practice season in the sport of football.

"11.6.3.1.2 **Varsity/Junior Varsity/Freshman Team Football Program.** A Division I-AA member institution that conducts a football program that includes a varsity team, a junior varsity team and a freshman team may employ four additional restricted-earnings coaches. Freshman eligibility for varsity or junior varsity team participation must be prohibited by the institution, the junior varsity team must participate in at least four intercollegiate contests and the freshman team must participate in at least five intercollegiate contests in order for the four additional restricted-earnings coaches to be employed. Such additional restricted-earnings coaches may perform football-related duties only during the permissible playing and practice seasons in the sport of football."

**Source:** All eight members of the Ivy Group and all seven members of the Patriot League.

**Action:** Adopted by Division I-AA (60-31, two abstentions), roll-call vote.

### NO. 36 COACHING LIMITATIONS—SPORTS OTHER THAN FOOTBALL

**Intent:** To establish coaching categories and impose coaching limitations in all Division I sports other than football and reduce the number of countable coaches that may be utilized in Division I basketball.

**A. Bylaws:** Amend 11.02 by deleting 11.02.2 through 11.02.4, renumbering 11.02.5 as new 11.02.4, deleting 11.02.6, and adding new 11.02.2 and 11.02.3, renumbering subsequent sections, pages 45-46, as follows:

[Division I only, roll call]

"11.02.2 **Coach, Head or Assistant.** A head or assistant coach is any coach who is designated by the institution's athletics department to perform coaching duties and who serves in that capacity on a volunteer or paid basis with no NCAA limitations on earnings.

"11.02.3 **Restricted-Earnings Coach.** A restricted-earnings coach is any coach who is designated by the institution's athletics department to perform coaching duties and who serves in that capacity on a volunteer or paid basis with the following limitations on earnings derived from the member institution:

"(a) During the academic year, a restricted-earnings coach may receive compensation or remuneration from the institution's athletics department that is not in excess of either $12,000 or the actual cost of educational expenses incurred as a graduate student.

"(b) During the summer, a restricted-earnings coach may

CONFIDENTIAL

NCAA 071338
NCAAROCK00429047
NCAA_SMART-COLON_0143196

receive compensation or remuneration (total remuneration shall not exceed $4,000) from:

"(1) The institution's athletics department,
"(2) The institution's camp or clinic,
"(3) Camps or clinics owned or operated by institutional employees, or
"(4) Another member institution's summer camp.

"(c) During the summer or the academic year, the restricted-earnings coach may receive compensation for performing duties from another department or office of the institution, provided:

"(1) The compensation received for those duties outside the athletics department is commensurate with that received by others performing those same or similar assignments;
"(2) The ratio of compensation received for coaching duties and any other duties is directly proportionate to the amount of time devoted to the two areas of assignment, and
"(3) The individual is qualified for and is performing the duties outside the athletics department for which the individual is compensated."

B. **Bylaws**: Amend 11.3.4, pages 49-50, as follows:

[Division I only, roll call]

"11.3.4 Compensation, Benefits and Expenses to *Part-Time* **Restricted-Earnings** Coaches. *This section applies only to those sports that have limitations on the numbers of coaches that may be employed (see 11.6).* See 11.02.3 for definition of a *part-time* **restricted-earnings** coach.

"11.3.4.1 Compensation for Performing Other Institutional Duties. A *part-time assistant* **restricted-earnings** coach may receive compensation for performing duties for another department or office of the institution, provided:

[Remainder of 11.3.4.1 unchanged.]

"11.3.4.2 Reduction in Teaching Load to Recognize Coaching Involvement. A reduction in teaching load or other responsibilities outside the athletics department in recognition of the performance of coaching duties for the athletics department, but without a reduction in the individual's compensation from that outside department, counts as compensation from the athletics department. Accordingly, if the compensation representing the reduction, coupled with any financial assistance provided by the athletics department, exceeds the amount *of a full grant-in-aid* **set forth in 11.02.3-(a)**, the individual is considered to be a **head or** *full-time* assistant coach and countable in that category.

[11.3.4.3 deleted.]

"*11.3.4.4* **11.3.4.3 Replacement of** *Part-Time* **Restricted-Earn-**

ings Coaches. The *cost of the full grant-in-aid* **compensation or remuneration set forth in 11.02.3-(a)** shall be charged against an academic year. Once the amount of the full grant-in-aid is paid to a *part-time assistant* **restricted-earnings coach** for that academic year, additional funds may not be spent on a replacement until the start of the next academic year, even though the first *part-time* **restricted-earnings** coach is subsequently disassociated from the institution's athletics program.

"*11.3.4.5* **11.3.4.4** Benefits. It is not permissible for a *part-time* **restricted-earnings** coach to receive 'common coaching benefits' (e.g., country club memberships, automobiles, post-season bowl-game bonuses) without counting such benefits as compensation from the athletics department. Such 'benefits' shall be counted as compensation from the athletics department and computed in determining whether that amount, in addition to any other compensation received, exceeds *a full grant-in-aid* **the amount set forth in 11.02.3-(a)**. However, *part-time* **restricted-earnings** coaches may accept employee benefits available to all institutional employees (e.g., life insurance, health insurance, disability insurance) without the value of those benefits being computed.

"*11.3.4.6* **11.3.4.5** Use of Automobile. It is not permissible for a *part-time* **restricted-earnings** coach to utilize an automobile provided by an outside agency for use by all coaches at a free or reduced rate without exceeding the *full grant-in-aid* amount **set forth in 11.02.3-(a)**, unless:

[11.3.4.6-(a) unchanged.]

"(b) The *part-time* **restricted-earnings** coach pays the outside agency at the regular lease or rental rate.

"11.3.4.7 Expenses Incurred in the Performance of Coaching Duties. A *part-time* **restricted-earnings** coach may receive the following actual and necessary expenses incurred in the performance of coaching duties:"

[Remainder of 11.3.4.7 unchanged.]

C. **Bylaws**: Amend 11.6, pages 53-56, as follows:

[Division I only, roll call]

"11.6 LIMITATIONS ON THE NUMBER AND DUTIES OF COACHES

"11.6.1 General Provisions Applicable to All Sports *With Numerical Coaching Limits* **Other Than Football**

"11.6.1.1 Designation of Coaching Category. An individual who coaches and either is uncompensated or receives compensation or remuneration of any sort from the institution, even if such compensation or remuneration is not designated for coaching, shall be designated as a head coach, assistant coach, *part-time coach, volunteer coach, graduate assistant coach* **restricted-earnings coach** or undergraduate assistant coach

CONFIDENTIAL

NCAA 071359
NCAAROCK00429048
NCAA_SMART-COLON_0143197