# EXHIBIT 31





# 1992 NCAA CONVENTION PROCEEDINGS

National Collegiate Athletic Association

money by eliminating unnecessary injuries due to inadequate supervision. This proposal is recommended by the Subcommittee to Review 1991 Reform Proposals and is supported by the NCAA Council. I urge you to adopt Proposal No. 57. Thank you.

**Peter Likins** (Lehigh University): There are a number of proposals before the house that roll back some of the reforms that were accomplished a year ago. We have all been conscious of the need to protect against those reverses. There is something here, though, in wrestling, Proposal No. 57, that sets it apart from all the others. That is why the Subcommittee to Review 1991 Reform Proposals made an exception here in support of this one. That is why the NCAA Council is in support of No. 57 and why the Presidents Commission has not expressed resistance to No. 57 that it has expressed to these many other efforts to roll back reform.

Yet, you wonder why. It seems to me that the clear differentiation here rises from the injury rate in the sport of wrestling. By all the statistics kept in the NCAA, this is the sport in which injuries are on a formalized basis most frequently. Moreover, this is a sport in which the injuries occur disproportionately in the practice room and not in competition. There is a very critical need, a safety need, to have supervision on the mat. I urge you to support No. 57.

[Proposal No. 57 (Page A-86) was approved by Division I.]

### Additional Restricted-Earnings Coaches

**Carl F. Ullrich** (Patriot League): I move adoption of Proposal No. 58.

[The motion was seconded.]

There are a number of delegates whose programs really not only sponsor but encourage maximum participation on the part of our student-athletes. This very often involves junior varsity teams. Some of our institutions have as many as 10, 12, 13 different sports for both men and women. In order to properly supervise safety and all the other things that go into such a program, we do need additional coaching support. We urge for those of us who do have such programs your support of No. 58.

**Laing E. Kennedy** (Cornell University): I urge the membership to support Proposal No. 58. As the former speaker illustrated, this is essential for member institutions that have a number of junior varsity programs other than football. These are legitimate organized intercollegiate programs that must meet at least one-half of the minimum contests required established by Bylaw 20.9.3.3. It is important for institutions to provide adequate teaching and safety and guidance for these important students who make up the junior varsity programs.

**Frederick E. Gruninger** (Rutgers University, New Brunswick): No. 58 addresses a special part of the intercollegiate program. For those of us who have subvarsity programs and have a lot of men and women involved in other team sports, we tried to look at this every way and we have addressed this before the Convention and the membership.

We do not want to discourage our men and women who want to come in at that subvarsity level to be a part of our programs. We have even gone so far as to say that we have even looked at another way to address this problem of teaching and coaching the subvarsity with No. 59. So, as a sponsor of No. 59, I just want to say to you that we looked at this way but we looked at the No. 58 way as the better way to deal with this problem. We do not want to discourage the men and women who want to be a part of our program by the fact we do not have the teaching staff to take care of their needs.

[Proposal No. 58 (Page A-87) was defeated by Division I.]

### Coaching Limitations—Volunteer Coach

**Craig Thompson** (Sun Belt Conference): I move adoption of Proposal No. 60.

[The motion was seconded.]

Proposal No. 60 would redefine a volunteer coach and permit Division I institutions in sports other than football or basketball to utilize the services of one volunteer coach. At the 1991 Convention, the membership established coaching limits for the first time in Division I sports other than football or basketball. In response to the new limitations, many institutions expressed concern that a group of unpaid volunteers, such as former student-athletes and local club coaches, would not be allowed to coach and provide assistance to student-athletes.

This proposal would permit each sport, other than football and basketball, to utilize one volunteer coach who is restricted to campus activities and may not travel with the team. Thus, the adoption of this proposal would not result in any significant additional cost to the institution. This proposal is recommended by the subcommittee and is supported by the Council.

**Marcia L. Saneholtz** (Washington State University): As president-elect of the National Association of Collegiate Women Athletic Administrators and on behalf of that organization, I speak in support of Proposal No. 60. At a time when there is increasing concern about the declining number of women in the coaching profession, this legislation would permit our former student-athletes and other interested women to test the coaching waters and to help determine if this is a career path of interest to them. Secondly, in light of the attending staff reductions, this legislation allows improvement of the coach/student-athlete ratio in several sports with large numbers of participants, for example, track and field, thus enhancing the student-athlete experience. There is no cost attached to this legislation, and I urge your affirmative vote.

**Carl F. Ullrich** (Patriot League): Mr. Chair, this is not as adequate as No. 58 or No. 59, but this would speak to some of the concerns that those of us raised in discussing No. 58. We really strongly urge your support of this. We need it badly.

[Proposal No. 60 (Page A-88) was approved by Division I.]

### Maximum Awards—Division I Equivalency Sports-Women

**John A. DiBiaggio** (Michigan State University): On behalf of the 11 members of the Big Ten Conference, I would like to move Proposal No. 62.

CONFIDENTIAL

NCAA_SMART-COLON_0143420

in that sport. The coach shall be subject to all other restrictions applicable to a restricted-earnings coach."

**Source:** Bucknell University; Fordham University; College of the Holy Cross; Lafayette College; Lehigh University; Loyola College (Maryland); Rutgers University, New Brunswick, and United States Military Academy.

**Effective Date:** Immediately.

**Rationale:** This amendment will provide member institutions the opportunity and flexibility to develop and organize their coaching staffs to fit individual philosophies and needs by utilizing the cost-containment limitations set forth in Bylaw 11.02.3 (restricted-earnings coach) and by limiting to two the number of such additional coaches to be employed in each sport other than football. At the same time, it will further encourage the development of new coaches while effectively maintaining the established compensation limitations for such coaches.

**Action:** Withdrawn.

### NO. 59-1 RESTRICTED-EARNINGS COACHES

**Intent:** To specify that a Division I member institution shall not reapportion one assistant coaching position into two restricted-earnings positions in the sport of basketball.

**Bylaws:** Amend Proposal No. 59, 11.7.4.3, as follows:

[Division I only]

"11.7.4.3 Reapportion Option. A member institution may reapportion one assistant coaching position in any sport other than football and basketball into two restricted-earnings positions in that sport. The coach shall be subject to all other restrictions applicable to a restricted-earnings coach."

**Source:** All eight members of the Patriot League, Loyola College (Maryland) and Rutgers University, New Brunswick.

**Action:** Withdrawn.

### NO. 60  COACHING LIMITATIONS — VOLUNTEER COACH

**Intent:** To redefine a volunteer coach as specified and to permit Division I institutions (in sports other than football and basketball) to utilize the services of one volunteer coach.

**A. Bylaws:** Amend 11.02 by adding new 11.02.5, page 49, renumbering subsequent sections, as follows:

[Division I only]

"11.02.5 Coach, Volunteer. A volunteer coach is a coach who is prohibited from contacting and evaluating prospective student-athletes off campus or from scouting opponents off campus and who does not receive compensation or remuneration from the institution's athletics department except for a maximum of two complimentary tickets to home athletics contests. A volunteer coach may receive compensation from outside the athletics department for performing duties for another department or office of the institution, provided:

"(a) The compensation received for those duties is commensurate with that received by others performing those same or similar assignments;

"(b) The time devoted to those duties is consistent with the time devoted by others receiving commensurate compensation for the same or similar assignments; and

"(c) The individual is qualified for and is performing the duties for which the individual is compensated."

**B. Bylaws:** Amend 11.7.4.1, page 64, as follows:

[Division I only]

"11.7.4.1 Exceptions to Number Limits. No individual other than coaches designated to fill the coaching categories set forth in 11.7.4 may participate in any manner in the coaching of the intercollegiate team of a member institution during any game, practice or other organized activity, with the following exceptions:

[11.7.4.1.1 and 11.7.4.1.2 unchanged.]

"11.7.4.1.3 Volunteer Coach. In sports other than football and basketball, a member institution may utilize the services of one volunteer coach (per 11.02.5). Indoor track, outdoor track and cross country are separate sports for purposes of this provision. In sports in which the NCAA conducts separate men's and women's championships, a combined men's and women's program may utilize two volunteer coaches."

[11.7.4.1.3 and 11.7.4.1.4 renumbered as 11.7.4.1.4 and 11.7.4.1.5, unchanged.]

**Source:** NCAA Council (Subcommittee to Review 1991 Reform Proposals).

**Effective Date:** August 1, 1992.

**Rationale.** At the 1991 Convention, the membership established coaching limits in Division I sports other than football and basketball for the first time. In response to the new limitations, many institutions expressed concern that a group of unpaid volunteers, such as former student-athletes and local club coaches, would be precluded from coaching and providing assistance to student-athletes. This proposal would permit each sport other than football and basketball the use of one volunteer coach who is restricted to on-campus activities and may not travel with the team. The establishment of a volunteer coach also would not result in any significant additional costs to the institution.

**Action:** Adopted by Division I.

CONFIDENTIAL

NCAA_SMART-COLON_0143510