# EXHIBIT 32

MEMORANDUM

February 28, 2001

**TO: NCAA Division I Management Council.**

FROM:   Lynn M. Holzman
        Coordinator of Legislation.

        David W. Schnase
        Director of Membership Services.

SUBJECT: Commentary Regarding Proposed Changes in Division I Legislation in which the Division I Management Council did not take a position.

Attached, for your review, are comments received from the NCAA Division I membership related to proposals that the Division I Management Council did not take a position on at its October meeting. Comments regarding each proposal have been summarized for your convenience; however, all proposals are included for your review.

LMH/DWS:mkk

Attachments

CONFIDENTIAL

NCAA_SMART-COLON_0179751

# Comment Summary

PROPOSAL NO. 2000-117 Coaching Limitations – Volunteer Coach

**Total Comments Received: 44**

**Support: 11**

**Oppose: 31**

**Abstain: 2**

DETAILED LISTING OF COMMENTS:

**Support:**  Indiana University, Bloomington
Mountain West Conference – 1 institution
Ohio State University
Southern Methodist University
Southeastern Conference – 6 institutions
University of Texas at El Paso

**Oppose:**  California State University, Fresno – "Doesn't make sense – how can a volunteer get paid? 118 is better."
Eastern Kentucky University
University of Hawaii, Manoa – "Cost implications."
University of Missouri
Kansas State University
University of Minnesota – "Such a removal of the compensation restrictions will include escalating costs for every institution to attempt to manage. If a sport needs additional full-time coaches then legislation should be proposed to request more coaches. This proposal goes against the original intent of heavy volunteers who want to break into the career track to be a coach."
Mountain West Conference – 4 institutions – "It appears that this proposal essentially adds a restricted coach position in all sports except football, contrary to cost containment philosophies." – Colorado State University
Pacific-10 Conference – 10 institutions – "Legislation essentially would permit another paid coaching position, which in turn, contribute to the ongoing 'arms race'."
University of Nevada
Rice University
Southeastern Conference – 6 institutions – "Would like to see more of a sport specific approach." – Vanderbilt University
Texas Christian University

                U.S. Naval Academy – "Not cost effective.  Expands NCAA coaching limitations."
                Xavier University

**Abstain:**    NCAA Division I Student-Athlete Advisory Committee
                University of Tulsa