# EXHIBIT 35

# Requests/Self-Reports Online
## Case Management System

| | | |
|---|---|---|
| Institution: University of Nebraska-Lincoln | Division: I | Case ID: 1075562 |
| Case Type: Interpretation Request | | Date: 12/18/2023 |

Page 1 - General Information

## General Information

### Institution Information

| | |
|---|---|
| Institution or Conference | University of Nebraska-Lincoln |
| Division of Institution | I |
| Conference | Big Ten Conference |
| Phone Number | 402/472-7211 |
| Academic year related to this request | 2019-20 |

### Sub Case Types

Please check all the Interpretation Request sub-case types and conditions that apply

Athletics Personnel - Bylaw 11

### Legislation Related to this Request

Provide cite(s) of applicable legislation, educational column or interpretation

| Type | Division | ID | Text |
|---|---|---|---|
| Bylaw | I | 16.5.2.3(16.5.2.3 current) | Training Table Meals. |
| Bylaw | I | 11.01.6(11.02.6 current) | Coach, Volunteer. |
| Proposal | I | 2017-98 | AUTONOMY PROPOSAL -- ATHLETICS PERSONNEL -- DEFINITIONS AND APPLICATIONS -- VOLUNTEER COACH -- COMPLIMENTARY ADMISSION, MEALS AND REASONABLE ENTERTAINMENT |
| Bylaw | I | 15.2.2.1.5(15.2.2.1.5 current) | Training-Table Meals. |

One sentence statement that describes the interpretive issue.

Charging volunteer coaches the student-athlete rate for training table meals rather than the standard rate when they may not receive complimentary meals.

### Case Prioritization Information

Do the circumstances of this request require urgent review (within the next two business days)? No

Page 2 - Case Information

## Case Information

## Case Information

### All Requests

| | |
|---|---|
| Describe the interpretive request | The regular rate for the training table meal is $12, the student-athlete rate based on the board allowance for the meal is $6.75, and countable coaches do not have to pay for the meal. Volunteer coaches may only receive complimentary meals that are incidental to team activities or when they are dining with a PSA during an official or unofficial visit. In instances when it is not permissible for a volunteer coach to receive a complimentary meal, we would like to charge the volunteer coach the student-athlete rate ($6.75) rather than the standard rate ($12) for the training table meal. Doing so seems reasonable based on the rationale behind the recent deregulation of the volunteer coach rule related to complimentary admissions, meals, and entertainment. Specifically, the fact that the volunteer coach is an integral part of the coaching staff and is often taking part in activities (practice, meetings, etc.) that occur immediately prior to or after the evening training table meal. Permitting the volunteer coach to pay for the meal at his or her own expense, but at a more reasonable rate would allow greater flexibility and opportunity for the entire coaching staff to conduct meetings during that time and for the volunteer coach to be included in those meetings on a regular basis without causing a significant financial burden for the individual. |
| Have you previously contacted any NCAA staff regarding this request? | No |
| Have the institution and conference communicated regarding this request? | No |

Page 3 - Case Documentation

## Case Documentation
*(Maximum individual file size is 10MB.)* Upload each document individually.

### Recommended Documentation

**If necessary**

Provide any documentation related to the interpretive request

Page 4 - Case Contacts and Submission

## Case Contacts and Submission

### Select Contacts for this Case

| | |
|---|---|
| Primary Contact | Patricia Peterson (ppeterson@huskers.com) Phone: 402-472-4617 Cell: 402-319-5168 |
| Secondary Contact | Jamie Vaughn (jvaughn@huskers.com) Phone: 402-472-7002 Cell: 402-430-8662 |

### Additional Case Contacts

Additional contacts with a valid email address from the conference or member institution will receive selected e-mails related to the case.

| Email Delivery | First Name | Last Name | Title | E-mail Address |
|---|---|---|---|---|
| All | Gil | Grimes | Assistant Commissioner of Compliance for the Big Ten Conference | ggrimes@bigten.org |

ATTORNEYS' EYES ONLY

NCAA_SMART-COLON_0021763

**Terms and Conditions**

**Disclaimer Terms and Conditions**
I understand the interpretations staff response will be based solely on the specific facts provided in this interpretive request. Any changes to the facts presented, or additional information relevant to this request, must be submitted through Requests/Self-Reports Online.

Agreement by Patricia Peterson on 10/11/2019

## Activity After Case Submission

Responses to Requests for Additional Information

ATTORNEYS' EYES ONLY

NCAA_SMART-COLON_0021764