# EXHIBIT 37

**Requests/Self-Reports Online**
**Case Management System**

Institution: University of California, Los Angeles     Division: I     Case ID: 1069206
Case Type: Legislative Relief Waiver     Date: 12/18/2023

Page 1 - General Information

## General Information

### Institution Information

| | |
|---|---|
| Institution Information | University of California, Los Angeles |
| Division of Institution | I |
| Conference | Pac-12 Conference |
| Phone Number | 310/825-4321 |
| Academic year related to this request | 2019-20 |
| Did you receive a phone waiver from NCAA staff for this request? | No |
| Is this request coming from a NCAA Committee? | No |
| Have you contacted AMA or your conference office regarding the specific facts for this request? | No |

### Sub Case Types

**Please check all the Legislative Relief Waiver sub-case types and conditions that apply**

Request for a Sports Team

**Request for a Sports Team Sub-Case Types**

Athletics Personnel, Recruiting, Playing and Practice Seasons

### Legislation Related to this Request

Describe the institution's request for relief. Permit the UCLA Athletics department to pay the registration fees for volunteer coaches in all applicable sports to attend a professional development opportunity being held on campus.

Provide cite(s) of applicable legislation or interpretation

| Type | Division | ID | Text |
|---|---|---|---|
| Bylaw | I | 11.01.6(11.02.6 current) | Coach, Volunteer. |

Provide case numbers of any precedent relevant to this request

### Affected Sport(s) and Competition Information

ATTORNEYS' EYES ONLY      NCAA_SMART-COLON_0021507

### Case Prioritization Information

Cases are prioritized based on next date of competition/date of event and requests for expedited review

| | |
|---|---|
| Does this case require expedited review? | Yes |
| Provide description of reason for expedited review request. | The outcome of the decision would pose a financial burden on volunteer coaches wishing to attend, we would like to inform them of the decision as soon as possible to give each volunteer coach ample time to get their finances in order if necessary. |

Page 2 - Case Information

## Case Information

### Case Information

**All Requests**

| | |
|---|---|
| Describe the facts associated with this request | The Pac-12 Conference and the NCAA Sport Science Institute are co-hosting the 2020 Student-Athlete Mental Health summit at the UCLA Luskin Center on January 16-17, 2020. The Athletics department and/or their respective coaching staffs would like to cover the registration cost for their volunteer coaches to attend the summit. NCAA Bylaw 11.01.6 precludes volunteer coaches from receiving any remuneration and limits the institution's ability to pay for any professional development opportunities. If permitted, UCLA would like to extend this opportunity to the volunteer coaches across all applicable sports. |
| What are any relevant mitigating circumstances that should be considered when reviewing the request? | The 2020 Student-Athlete Mental Health summit is an event hosted on campus and is in direct partnership with both the national and conference office. Since the event is on campus, there will be no other fees associated with attending (e.g. lodging, travel, etc.). Student-Athlete mental health is a hot topic both at the national level and on campus. Volunteer coaches work directly with student-athletes on a daily basis and providing them the opportunity to learn more about the subject matter will improve their ability to elevate the student-athlete experience. As volunteer coaches, NCAA rules precluded them from receiving any remuneration and paying the registration fee poses a financial burden for those interested in attending. |
| Have you previously contacted any NCAA staff regarding this request? | No |

Page 3 - Case Documentation

## Case Documentation

*(Maximum individual file size is 10MB.)* Upload each document individually.

### Recommended Documentation

**All Requests**

| | |
|---|---|
| Provide a written statement(s) from any other individuals involved in the circumstances of this request | |
| Provide any documentation not previously specified that substantiates any assertions made in this request | Pac12-NCAA_Mental_Health_Summit_Brochure.pdf<br>*Uploaded on 10/24/2019 by Teri Carson* |

## Signatures

### Select Required Signatories

STOP! IF USING E-SIGN OPTION:
The signatory email address (in the NCAA Directory) MUST match the email address in NCAA Business Applications (e.g., Single-Source Sign On).
The signatory MUST have been granted access to Requests/Self-Reports Online by the on-campus Single-Source Sign On administrator in the NCAA Business Application Administrative tool.
If the signatories do not meet these qualifications, select UPLOAD. Do NOT select e-sign unless the above criteria is met.

**Institutional Authority Outside of Athletics Department**
Signatory  Approved by Mike Teitell on 11/27/2019

**Institutional Authority Inside of Athletics Department**
Signatory  Approved by Teri Carson on 11/26/2019

### Download Unsigned Signature Documents

- Institutional Authority Outside of Athletics Department
- Institutional Authority Inside of Athletics Department
- Conference Personnel
- Committee Chair

## Case Contacts and Submission

### Select Contacts for this Case

Primary Contact  Teri Carson (tcarson@athletics.ucla.edu) Phone: 310-206-3429 Cell: 619-395-3030
Secondary Contact  Erin Adkins (eadkins@athletics.ucla.edu) Phone: 818-405-6650

### Additional Case Contacts

Additional contacts with a valid email address from the conference or member institution will receive selected e-mails related to the case.

| Email Delivery | First Name | Last Name | Title | E-mail Address |
|---|---|---|---|---|

### Terms and Conditions

**Disclaimer Terms and Conditions**
By submitting information related to this request, I affirm that I have read and understand the application of NCAA Bylaw 10.1 and the information provided is accurate and complete to the best of my knowledge.

Agreement by Teri Carson on 11/26/2019

ATTORNEYS' EYES ONLY

NCAA_SMART-COLON_0021509

Activity After Case Submission

Responses to Requests for Additional Information

ATTORNEYS' EYES ONLY