# EXHIBIT 38

# Requests/Self-Reports Online
# Case Management System

Institution: University of Pittsburgh  
Case Type: Secondary/Level III Violations  

Division: I  
Case ID: 1079181  
Date: 12/18/2023

Page 1 - General Information

## General Information

### Institution Information

| | |
|---|---|
| Institution Information | University of Pittsburgh |
| Division of Institution | I |
| Conference | Atlantic Coast Conference |
| Phone Number | 412/624-4141 |
| Academic year related to this request | 2019-20 |
| Sport(s) | Softball |

### Involved Individuals

| | |
|---|---|
| Does the institution need to seek reinstatement for any of the involved student-athletes? | No |
| If no, check which applies: | Other |
| | Student-athletes are not involved in the violation |
| Involved Individuals | |

#### Involved Student-Athletes/Prospective Student-Athletes

| NCAA ID | Student Information |
|---|---|
| 1. | |

#### Other Involved Individuals

**Person**
Jodi Hermanek (Head Softball Coach)
Katie Sebbane (Volunteer Softball Coach)

Page 2 - Case Information

## Case Information

If you elect to make a Secondary/Level III fine payment online with a credit card, enter amount and then click the "Make Payment" button listed below. Otherwise, leave the Fine payment amount field blank.

### Please check all the Secondary/Level III Violations sub-case types and conditions that apply

Athletics Personnel

**Athletics Personnel Sub-Case Types**

Volunteer Coach

ATTORNEYS' EYES ONLY

NCAA_SMART-COLON_0021921

## Case Information

### All Requests

| | |
|---|---|
| Has the institution or its conference office received an interpretation through RSRO specific to the facts of the request? | No |
| Please provide a one-sentence summary of each violation that occurred. | The institution's volunteer softball coach (VSC) received a complimentary admission outside of the coach's sport from another institutional staff member for a home contest. |
| Date that violation first occurred. | 10/26/2019 |
| Date violation was discovered | 10/26/2019 |
| Provide cite(s) of applicable legislation or interpretation | **Type** **Division** **ID** **Text**<br>Bylaw   I   11.01.6(11.02.6 current)   Coach, Volunteer. |
| How was the violation discovered? | Violation was discovered by assistant athletic director of compliance through a conversation with VSC's guest, and subsequent follow up discussion with head softball coach (HSC). |
| Describe the facts associated with this request/case. | The VSC received a complimentary admission for a home football contest for her guest. Specifically, on October 26, 2019, VSC attended a home football game and permissibly received a complimentary admission for herself in conjunction with a prospective student-athlete's (PSA) campus visit. The VSC had asked a guest to attend, but knew she was only permitted the one complimentary admission related to her involvement with a prospect's visit, so she asked the HSC if she could use one of the HSC's tickets for her guest. The HSC obliged and provided VSC's guest a club ticket. |
| What are any relevant mitigating circumstances that should be considered when reviewing the request? | The HSC and VSC thought the HSC could provide the ticket as it wasn't coming from the VSC. |
| Institutional action | Institution provided rules education regarding volunteer coach benefits to the softball staff. The institution additionally will provide the head softball coach and the volunteer softball coach with letters of admonishment. Further, the volunteer softball coach will make a donation to a non-athletically related charity for the amount ($86) of the complimentary ticket. |
| For guidance on self-imposing penalties, please refer to: DI standard penalties document | |
| Conference action | N/A |
| Fine payment amount | |

Page 3 - Case Documentation

## Case Documentation

*(Maximum individual file size is 10MB.)* Upload each document individually.

### Recommended Documentation

### All Requests

| | |
|---|---|
| Provide any documentation not previously specified that substantiates any assertions made in this request | |
| Provide a written statement(s) from any other individuals involved in the circumstances of this request | |

Page 4 - Signatures

ATTORNEYS' EYES ONLY

NCAA_SMART-COLON_0021922

## Signatures

**Select Required Signatories**

*STOP! IF USING E-SIGN OPTION:*
*The signatory email address (in the NCAA Directory) MUST match the email address in NCAA Business Applications (e.g., Single-Source Sign On).*
*The signatory MUST have been granted access to Requests/Self-Reports Online by the on-campus Single-Source Sign On administrator in the NCAA Business Application Administrative tool.*
*If the signatories do not meet these qualifications, select UPLOAD. Do NOT select e-sign unless the above criteria is met.*

**Institutional Authority Inside of Athletics Department**

Signatory  *Approved by Dustin M. Gray on 11/11/2019*

**Institutional Authority Outside of Athletics Department (optional for Secondary cases)**

Signatory  *Approved by Sheila Velez Martinez on 11/05/2019*

**Conference (if applicable)**

Signatory  ()

**Download Unsigned Signature Documents**

- Institutional Authority Outside of Athletics Department
- Institutional Authority Inside of Athletics Department
- Conference Personnel
- Committee Chair

Page 5 - Case Contacts and Submission

## Case Contacts and Submission

ATTORNEYS' EYES ONLY                                                                                                                                      NCAA_SMART-COLON_0021923

### Contacts

**Select Contacts for this Case**

Primary Contact: Adam Soles (adamsoles@pitt.edu) Phone: 412/624-1245 Cell: 515/509-3786

Secondary Contact: Zac Cameron (zcameron@athletics.pitt.edu) Phone: 412/648-8218

**Additional Case Contacts**

Additional contacts with a valid email address from the conference or member institution will receive selected e-mails related to the case.

Email Delivery  First Name  Last Name  Title  E-mail Address

**Terms and Conditions**

Disclaimer Terms and Conditions
By submitting information related to this request, I affirm that I have read and understand the application of NCAA Bylaw 10.1 and the information provided is accurate and complete to the best of my knowledge. <br>
<br> Please note that the processing of this violation by the enforcement staff through the RSRO system does

Agreement by Adam Soles on 11/05/2019

## Activity After Case Submission

**Responses to Requests for Additional Information**

ATTORNEYS' EYES ONLY                                                                                                    NCAA_SMART-COLON_0021924