# EXHIBIT 39



# Case Summary

General Case Information

| Case Number | Case Type | Sub Case Type | Release to Database |
|---|---|---|---|
| 1002540 | Secondary/Level III Violations | Athletics Personnel Volunteer Coach | Yes |

| Division | Sport(s) |
|---|---|
| I | Baseball |

**Legislative Cite(s)**

11.01.6(11.02.6 current) - Coach, Volunteer.

Decision Information

| Decision | Decision Date | Decision Level |
|---|---|---|
| Decided | 03/19/2018 | Staff |

**Conditions**

No further action should be taken by the NCAA enforcement staff in the matter.

**Rationale**

It has been determined that the case should be classified as Level III.:

Case Summary

In February of 2018, the volunteer assistant baseball coach (VAC) received more than two complimentary tickets to the first home contest of the season. Specifically, on February 16, VAC received three (3) complimentary tickets, which were used by his wife and parents. The violation was discovered through compliance's spot check of coaches' pass lists in baseball on March 5. The tickets are valued at $10 per ticket.

NCAA_SMART-COLON_0019728

Specific Case Information

| | |
|---|---|
| Institution Action: | (a) Self-report Level III violation (b) VC required to make a donation to a charity of his choice in the amount of the cost of the impermissible benefit received ($10.00) (c) Letter of admonishment to VC (d) Rules education for VC (e) Additional monitoring by the Ticket Office: The Compliance Office provided a list of volunteer coaches to the Ticket Office. Moving forward, the Ticket Office will conduct a more thorough review of the institution's staff member pass list for each contest to ensure that volunteer coaches do not receive more than their allotment of two tickets. |
| Conference Action: | Not applicable. |

ATTORNEYS' EYES ONLY