# EXHIBIT 40



# Case Summary

## General Case Information

| Case Number | Case Type | Sub Case Type | Release to Database |
|---|---|---|---|
| 1004407 | Secondary/Level III Violations | Athletics Personnel Volunteer Coach | Yes |

**Division**
I

**Sport(s)**
Men's Swimming and Diving

**Legislative Cite(s)**
11.01.6(11.02.6 current) - Coach, Volunteer.

## Decision Information

| Decision | Decision Date | Decision Level |
|---|---|---|
| Decided | 03/29/2018 | Staff |

**Conditions**
No further action should be taken by the NCAA enforcement staff in the matter.

**Rationale**
It has been determined that the case should be classified as Level III.:

## Case Summary

The institution's swim volunteer coach received complimentary admissions outside of the coach's sport from another institutional staff member for a home contest. The assistant coach requested his two complimentary tickets to a home basketball game through the ticket office. He gave one of these tickets to the volunteer coach so they could attend the game together. The assistant coach knew that the volunteer coach could not receive complimentary tickets through the pass list, but was unaware that the assistant coach could not give his complimentary hard tickets to the volunteer coach. The assistant coach and volunteer coach had an established friendship before the hiring of the volunteer coach and due to this prior relationship the assistant coach believed it permissible to give the volunteer coach complimentary admissions.

## Specific Case Information

| | |
|---|---|
| Institution Action: | Both staff members involved were provided education. The volunteer coach who received the impermissible benefit will also make a donation to a charity for the amount of the complimentary ticket. The value of the ticket for admission was $50.00. |
| Conference Action: | None |

ATTORNEYS' EYES ONLY

NCAA_SMART-COLON_0019776