# EXHIBIT 41



# Case Summary

### General Case Information

| Case Number | Case Type | Sub Case Type | Release to Database |
|---|---|---|---|
| 1005789 | Secondary/Level III Violations | Athletics Personnel Volunteer Coach | Yes |

**Division**: I

**Sport(s)**: Men's Wrestling

**Legislative Cite(s)**

11.01.6(11.02.6 current) - Coach, Volunteer.

### Decision Information

| Decision | Decision Date | Decision Level |
|---|---|---|
| Decided | 07/02/2018 | Staff |

**Conditions**

Other: The institution should be required to have the volunteer men's wrestling coach donate the value of the meals to a charity of his choice.

**Rationale**

It has been determined that the case should be classified as Level III.:

### Case Summary

In March 2018, the head men's wrestling coach (HC) paid for the meal of a volunteer men's wrestling coach (VC) during an unofficial visit at a local restaurant on two (2) occasions. On two (2) occasions, a prospective student-athlete (PSA), the HC, along with the VC and a student-athlete (SA), ate lunch at a restaurant within one (1) mile of campus during an unofficial visit. The HC paid for his own lunch and lunch for the VC on both occasions. The restaurant was located within one (1) mile of campus and it was permissible for the VC to be present at the meal. The HC misunderstood the legislation believing that since a volunteer coach is permitted to receive a meal on an official visit, he was also permitted to receive a meal during an unofficial visit.

ATTORNEYS' EYES ONLY                                             NCAA_SMART-COLON_0019824

Specific Case Information

Institution Action: The Athletics Compliance Department has provided additional education to the wrestling program regarding permissible activities for volunteer coaches.

Conference Action: Not applicable.

ATTORNEYS' EYES ONLY                                                                 NCAA_SMART-COLON_0019825