# EXHIBIT 42



# Case Summary

## General Case Information

| Case Number | Case Type | Sub Case Type | Release to Database |
|---|---|---|---|
| 1062372 | Secondary/Level III Violations | Athletics Personnel Volunteer Coach | Yes |

**Division**  
I

**Sport(s)**  
Women's Soccer

**Legislative Cite(s)**  
11.01.6(11.02.6 current) - Coach, Volunteer.

## Decision Information

**Decision**  
Decided

**Decision Date**  
09/24/2019

**Decision Level**  
Staff

**Conditions**  
No further action should be taken by the NCAA enforcement staff in the matter.

**Rationale**  
It has been determined that the case should be classified as Level III.:

## Case Summary

In March, 2019, the volunteer women's soccer coach (VC) was provided an impermissible meal. Specifically, on March 12, the women's soccer staff had a staff-only breakfast at a local restaurant as part of preparation for their spring non-championship season segment. The VC was present and the bill for all meals was paid by the women's soccer budget. Ten coaching and other staff members attended the meal, and the VC was the only person for whom it was impermissible to receive the meal. The approximate cost of the meal was $12. The VC is permitted to receive meals in other limited circumstances including complimentary meals incidental to organized team activities or meal provided during a prospective student-athlete's official or unofficial visit, provided the individual dines with the prospective student-athletes. Violation was discovered by compliance on May 8 during routine review of paperwork.

Specific Case Information

| | |
|---|---|
| Institution Action: | 1) The volunteer coach has donated $12 to a charity of his choice; 2) Rules education regarding permissible benefits a volunteer coach has been provided to the entire Women's Soccer staff; 3) Rules education regarding permissible benefits a volunteer coach has been provided to all sport staffs. |
| Conference Action: | The Conference has accepted the institution's actions and not imposed additional penalties. |

ATTORNEYS' EYES ONLY                                                                 NCAA_SMART-COLON_0021272