# EXHIBIT 43



# Case Summary

## General Case Information

| | | | |
|---|---|---|---|
| **Case Number** | **Case Type** | **Sub Case Type** | **Release to Database** |
| 1000228 | Interpretation Request | Athletics Personnel - Bylaw 11 | No |

**Division**  
I

**Sport(s)**

**Legislative Cite(s)**  
11.01.6(11.02.6 current) - Coach, Volunteer.

## Status Information

| Status | Status Date | Status Level | Status Level Type |
|---|---|---|---|
| Resolved | 02/27/2018 | Staff | Director and Above |

**Conditions**

**Rationale**

Interpretation:: No. While it is generally permissible for an institution to provide or reimburse expenses to a volunteer coach associated with practice and competition, currently, the only benefits an institution may provide to a volunteer coach associated with recruiting are meals provided during a prospective student-athlete's official visit.

Staff noted expenses listed in Figure 11-2 (Coaches' Reimbursable Expenses) are different from compensation and benefits listed in Figure 11-1 (Coaches' Compensation and Benefits).

## Case Summary

ATTORNEYS' EYES ONLY

NCAA_SMART-COLON_0019665

## Specific Case Information

| | |
|---|---|
| Describe the interpretive request | An institution is wondering if a volunteer coach can be reimbursed for mileage if they use their personal vehicle to conduct institutional business such as pick up a prospect from the airport for an official visit (which can be done by any staff member). |
| Provide the conference analysis of the interpretive request. | The Conference sees the argument that being reimbursed for mileage is not necessarily a benefit, but reimbursement for wear and tear on the car. However, it is our understanding the NCAA has been pretty strict about what volunteer coaches can receive and if it is not specifically legislated or in an interp, then volunteer coaches may not receive it. |
| Provide the institution's analysis of the interpretive request. | NA |

ATTORNEYS' EYES ONLY

NCAA_SMART-COLON_0019666