# EXHIBIT 44



# Case Summary

## General Case Information

| Case Number | Case Type | Sub Case Type | Release to Database |
|---|---|---|---|
| 1052880 | Interpretation Request | Athletics Personnel - Bylaw 11 | No |

**Division**
III

**Sport(s)**

**Legislative Cite(s)**
11.01.6(11.02.6 current) - Coach, Volunteer.

## Status Information

| Status | Status Date | Status Level | Status Level Type |
|---|---|---|---|
| Resolved | 04/03/2019 | Staff | Individual |

**Conditions**

**Rationale**
Interpretation:: The prohibition on compensation or remuneration to volunteer coaches per Bylaw 11.01.6 (Coach, Volunteer) precludes the institution from providing expenses (or reimbursing expenses) for a volunteer coach to attend a coaches convention. This prohibition would include all expenses (e.g., flights, meals, etc.).

## Case Summary

| Specific Case Information | |
|---|---|
| Describe the interpretive request | DIVISION I MEN'S ICE HOCKEY - Can the institution pay for a volunteer coach to attend American Hockey Coaches Association National Convention? Can the institution pay for registration fees, flights, lodging, meals etc? |
| Provide the conference analysis of the interpretive request. | |
| Provide the institution's analysis of the interpretive request. | |

ATTORNEYS' EYES ONLY

NCAA_SMART-COLON_0021164