# EXHIBIT 47



Lynda Tealer

October 10, 2024

Taylor Smart and Michael Hacker

vs.

National Collegiate Athletic Association

Page 66

1  typically go to Division I?
2      MR. RAPHAEL: Object to form, foundation
3      and compound.
4   A. **I think it varies by sport. And**
5   **potentially by area of the country.**
6  BY MR. BEREZNEY:
7   Q. For baseball, do the best baseball players
8  typically go to Division I schools, in your experience?
9   A. **I don't know that.**
10  Q. Is it your understanding that Division I
11 schools are required to play a certain amount of their
12 games against other Division I schools?
13  A. **Yes.**
14  Q. And why do you understand that's the case?
15  A. **I don't have -- I don't have an opinion on**
16 **the "why."**
17  Q. Is at least one of the reasons because the
18 NCAA and the schools don't want Division I schools
19 largely playing inferior Division II and III teams?
20  A. **I don't have an opinion as to why that rule**
21 **is in place.**
22  Q. For sports like football, baseball, and
23 basketball, games shown on major television networks
24 are almost always Division I schools, correct?
25  A. **Yes.**

Page 67

1   Q. And for sports like football, baseball, and
2  basketball, the major professional leagues mostly draft
3  players from Division I schools, correct?
4   A. **I don't have a basis for answering that**
5   **question.**
6   Q. Is it your understanding that at least in
7  terms of prestige, whether rightly or wrongly,
8  Division I athletes are typically viewed by the public
9  as more prestigious than Divisions II and III athletes;
10 is that correct?
11      MR. RAPHAEL: Object to form, foundation
12      and compound.
13  A. **That's my understanding.**
14 BY MR. BEREZNEY:
15  Q. And is the same true of Division I coaches
16 compared to Divisions II and III coaches?
17      MR. RAPHAEL: Object to form, foundation
18      and compound.
19  A. **Can you repeat the question, please?**
20 BY MR. BEREZNEY:
21  Q. Sure.
22      We'll do the same question but we'll just
23 substitute in "coaches" for "athletes." I'll just
24 reread it.
25      Is it your understanding that at least in

Page 68

1  terms of prestige, whether rightly or wrongly,
2  Division I coaches are typically viewed by the public
3  as more prestigious than Divisions II and III coaches?
4      MR. RAPHAEL: Object to form, foundation,
5      and compound as to all sports in one.
6      Go ahead.
7   A. **Yes.**
8  BY MR. BEREZNEY:
9   Q. Let's talk -- switch gears a little bit.
10 Let's talk more about bylaws.
11      So the Division I of the NCAA has bylaws,
12 correct?
13  A. **Yes.**
14  Q. And do you have a nonlegal understanding of
15 the purpose of the Division I bylaws?
16      MR. RAPHAEL: Object to form, vague.
17  A. **Yes.**
18 BY MR. BEREZNEY:
19  Q. Okay. And what is your understanding?
20  A. **My understanding is a set of standards for**
21 **Division I to function, to operate under.**
22  Q. And those standards are for schools and
23 conferences to follow; is that correct?
24  A. **Yes.**
25  Q. The NCAA is ultimately governed by its

Page 69

1  members, correct?
2   A. **Yes.**
3   Q. And the NCAA members vote on the bylaws; is
4  that right?
5   A. **Through a representative structure, yes.**
6   Q. And through that representative structure,
7  a majority of NCAA Division I members agree to abide by
8  certain rules that everyone has to follow; is that
9  right?
10  A. **Yes.**
11  Q. And the NCAA bylaws that are applicable to
12 Division I are contained in the Division I Manual,
13 right?
14  A. **Yes.**
15  Q. And the Division I member schools and
16 conferences have to follow the bylaws contained within
17 the Division I Manual, correct?
18  A. **Yes.**
19  Q. And member schools could be punished for
20 violating Division I bylaws, correct?
21  A. **Yes.**
22      MR. BEREZNEY: We're going to the 2020 to
23      '21 manual, it's Boyer Exhibit 1. This is one
24      of the electronic versions. I have a hard copy
25      for the witness. There you go. Okay.