| | |
|---|---|
| Dennis Stewart, CA Bar No. 99152<br>**GUSTAFSON GLUEK PLLC**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-3299 | Robert J. Gralewski, Jr., CA Bar No. 196410<br>Marko Radisavljevic, CA Bar No. 306552<br>**KIRBY McINERNEY LLP**<br>1420 Kettner Boulevard, Suite 100<br>San Diego, CA 92101<br>Telephone: (858) 834-2044 |
| Daniel E. Gustafson, MN Bar No. 202241<br>Amanda M. Williams, MN Bar No. 0341691<br>Matthew Jacobs, MN Bar No. 403465<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844 | Leonard B. Simon, CA Bar No. 58310<br>**THE LAW OFFICES OF LEONARD B. SIMON P.C.**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 818-0644 |
| Darryl J. Horowitt, CA Bar No. 100898<br>**COLEMAN & HOROWITT, LLP**<br>499 West Shaw, Suite 116<br>Fresno, CA 93704<br>Telephone: (559) 248-4820 | Michael Lieberman, DC Bar No. 1033827<br>Jamie Crooks, CA Bar No. 310447<br>Yinka Onayemi, NY Bar No. 5940614<br>**FAIRMARK PARTNERS, LLP**<br>1001 G Street NW, Suite 400E<br>Washington, DC 20001<br>Telephone: (818) 585-2903 |

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor,*
*Peter Robinson, Katherine Sebbane, and Rudy Barajas*
*Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. 1:23-cv-00425<br><br>**PLAINTIFFS' NOTICE OF FILING UNREDACTED OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. ORLEY ASHENFELTER**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br>Date: March 3, 2025<br>Time: 1:30 PM |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD AND TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas ("Plaintiffs"), pursuant to Section VIII.A of the Stipulated Protective Order (ECF No. 56) and the Court's February 14, 2025 Order (ECF No. 109) granting in part and denying in part Plaintiffs' sealing requests (ECF Nos. 91, 101), hereby file an unredacted copy of Plaintiffs' Opposition to Defendant's Motion to Exclude the Expert Testimony of Dr. Orley Ashenfelter and a redacted, publicly available version of the Declaration of Dr. Orley Ashenfelter in support thereof.

DATED: February 19, 2025                    Respectfully submitted,

                                            **GUSTAFSON GLUEK PLLC**

                                            By: /s/ Dennis Stewart
                                            Dennis Stewart, CA Bar No. 99152
                                            600 W. Broadway, Suite 3300
                                            San Diego, CA 92101
                                            Telephone: (619) 595-3299
                                            dstewart@gustafsongluek.com

                                            Daniel E. Gustafson, MN Bar No. 202241
                                            (*pro hac vice*)
                                            Amanda M. Williams, MN Bar No. 0341691
                                            (*pro hac vice*)
                                            Matthew Jacobs, MN Bar No. 403465
                                            (*pro hac vice*)
                                            **GUSTAFSON GLUEK PLLC**
                                            Canadian Pacific Plaza
                                            120 South 6th Street, Suite 2600
                                            Minneapolis, MN 55402
                                            Telephone: (612) 333-8844
                                            dgustafson@gustafsongluek.com
                                            awilliams@gustafsongluek.com
                                            mjacobs@gustafsongluek.com

Michael Lieberman, DC Bar No. 1033827
(*pro hac vice*)
Jamie Crooks, CA Bar No. 310447
(*pro hac vice*)
Yinka Onayemi, NY Bar No. 5940614
(*pro hac vice*)
**FAIRMARK PARTNERS, LLP**
1001 G Street NW, Suite 400 East
Washington, DC 20001
Telephone: (818) 585-2903
michael@fairmarklaw.com
jamie@fairmarklaw.com
yinka@fairmarklaw.com

By:  */s/ Robert J. Gralewski, Jr.*
Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
bgralewski@kmllp.com
mradisavljevic@kmllp.com

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
dhorowitt@ch-law.com

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
lens@rgrdlaw.com

*Attorneys for Plaintiffs and the Class*