1  DENNIS STEWART (Bar No. 99152)
   dstewart@gustafsongluek.com
2  GUSTAFSON GLUEK PLLC
   600 West Broadway, Suite 3300
3  San Diego, CA 92101
   Telephone: (612) 333-8844
4  Facsimile: (612) 339-6622

5  Attorneys for Plaintiffs Shannon
   Ray, Katherine Sebbane, Khala
6  Taylor, Peter Robinson, and Rudy
   Barajas, Individually and on Behalf
7  of All Those Similarly Situated
   [additional attorneys listed on
8  signature page]

   CAROLYN HOECKER LUEDTKE
   (Bar No. 207976)
   carolyn.luedtke@mto.com
   JUSTIN P. RAPHAEL
   (Bar No. 292380)
   justin.raphael@mto.com
   MEGAN MCCREADIE
   (Bar No. 330704)
   megan.mccreadie@mto.com
   CHRISTOPHER CRUZ
   (Bar No. 346128)
   christopher.cruz@mto.com
   MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Flr
   San Francisco, CA 94105-2907
   Telephone: (415) 512-4000
   Facsimile: (415) 512-4077

   Attorneys for Defendant
   National Collegiate Athletic
   Association, an
   Unincorporated Association.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| SHANNON RAY, KATHERINE SEBBANE, KHALA TAYLOR, PETER ROBINSON, AND RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>    Defendant. | **CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULE**<br><br>No. 1:23-cv-00425 WBS CSK<br><br>Judge: The Honorable William B. Shubb<br>Assigned to Hon. Judge Chi Soo Kim for Non-Dispositive Issues |

Whereas, there have only been modest modifications to the case schedule to date[1];

Whereas, the parties have conferred with respect to certain newly available discovery data which will not be available for production from the NCAA to the Plaintiffs until late February;

Whereas, the parties have met and conferred and agreed to extend the remaining case deadlines to provide the parties with additional time to conduct discovery after the hearing on Plaintiffs' Motion for Class Certification, with the parties agreeing to the following deadlines:

- An extension of the deadline for expert reports from April 4, 2025, to September 5, 2025, and for rebuttal reports from May 5, 2025, to October 17, 2025;
- An extension of the close of fact discovery from June 6, 2025, to September 5, 2025, and the close of expert discovery on November 14, 2025;
- An extension of dispositive or *Daubert* motions deadline from July 18, 2025, to November 21, 2025, with a briefing schedule as set forth below;

---

[1] This action was formerly coordinated for scheduling purposes with *Smart v. NCAA,* Case No. 2:22-cv-02125-WBS-KJN. However, on January 31, 2025, Plaintiffs in the *Smart* action filed a Joint Notice of Settlement in Principle and Proposed Order (*Smart* ECF No. 70 and 70-1) modifying dates in the *Smart* matter and requesting leave to file any motion in support of any proposed settlement of that matter to 45 days from the date of that application. The court entered an order requiring the motion for preliminary approval of the settlement to be filed no later than March 24, 2025. (*Smart* ECF No. 71). We have conferred with *Smart* counsel, who have no objection to adjusting the schedule in this matter. Thus, this notice should only apply to the captioned *Ray* case.

- An extension of the trial setting from December 9, 2025, to a date on or after April 21, 2026, that the Court has available; and
- An extension of the Final Pretrial Conference from October 6, 2025, to a date and time that the Court has available that is suitable for the revised trial date.

Whereas, the Court has stated that any request to change the trial date must be heard by Judge Shubb, *Ray* ECF No. 38 at 7;

IT IS HEREBY STIPULATED by and between the parties, in accordance with Local Rule 144, that

1. The parties will serve expert reports by September 5, 2025, and will serve rebuttal reports by October 17, 2025;
2. The deadline for the close of fact discovery will be September 5, 2025, and the close of expert discovery on November 14, 2025; and
3. The parties will file any dispositive or *Daubert* motions no later than November 21, 2025.  Opposition briefs will be due January 6, 2026, and reply briefs due February 3, 2026.  Should either party choose to submit a dispositive or *Daubert* motion prior to the November 21, 2025 deadline the briefing timeline in the local rules shall apply unless otherwise negotiated by the parties and approved by the Court.

IT IS FURTHER STIPULATED that the parties respectfully request that the Court continue the trial date to a date available for the Court on or after April 21, 2026, and that the

1 | Court continue the Final Pretrial Conference to a date suitable
2 | for the Court.

4 | Respectfully submitted,    MUNGER, TOLLES & OLSON LLP

5 | DATED: February 14, 2025   By:    */s/ Carolyn Hoecker Luedtke*
                                     CAROLYN HOECKER LUEDTKE
                                 CAROLYN HOECKER LUEDTKE
                                 (State Bar No. 207976)
                                 carolyn.luedtke@mto.com
                                 JUSTIN P. RAPHAEL
                                 (State Bar No. 292380)
                                 Justin.Raphael@mto.com
                                 MEGAN MCCREADIE
                                 (State Bar No. 330704)
                                 megan.mccreadie@mto.com
                                 CHRISTOPHER CRUZ
                                 (State Bar No. 346128)
                                 Christopher.Cruz@mto.com
                                 MUNGER, TOLLES & OLSON LLP
                                 560 Mission Street,
                                 Twenty-Seventh Floor
                                 San Francisco, California
                                 94105-2907
                                 Telephone:(415) 512-4000
                                 Facsimile:(415) 512-4077

                                     *Attorneys for Defendant*
                                     *National Collegiate Athletic*
                                     *Association*

|   |   |   |
|---|---|---|
|   |   | GUSTAFSON GLUEK PLLC |
| Dated: February 14, 2025 | By: | */s/ Dennis Stewart* |
|   |   | DENNIS STEWART |

DENNIS STEWART
(State Bar No. 99152)
dstewart@gustafsongluek.com
DANIEL E. GUSTAFSON
(#202241 pro hac)
dgustafson@gustafsongluek.com
AMANDA WILLIAMS
(State Bar No. 0341691)#0341691)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

COLEMAN & HOROWITT, LLP

DARRYL J. HOROWITT
(State Bar No. 100898)
dhorowitt@ch-law.com
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

*Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

```
 1                     KIRBY McINERNEY LLP
 2
                           ROBERT J. GRALEWSKI, JR.
 3                         (State Bar No. 196410)
                           bgralewski@kmllp.com
 4                         MARKO RADISAVLJEVIC
                           (State Bar No. 306552)
 5                         mradisavljevic@kmllp.com
                           KIRBY McINERNEY LLP
 6                         600 B Street, Suite 2110
                           San Diego, California 92101
 7                         Telephone: (619) 784-1442

 8                         *Attorneys for Plaintiffs Shannon
                           Ray, Katherine Sebbane, Khala
 9                         Taylor, Peter Robinson, and Rudy
                           Barajas, Individually and on
10                         Behalf of All Those Similarly
                           Situated*
11
                       THE LAW OFFICES OF LEONARD B.
12                     SIMON P.C.

13                         LEONARD B. SIMON
                           (State Bar No. 58310)
14                         lens@rgrdlaw.com
                           THE LAW OFFICES OF LEONARD B.
15                         SIMON P.C.
                           655 West Broadway, Suite 1900
16                         San Diego, CA 92101
                           Telephone: (619) 818-0644
17                         Facsimile: (619) 231-7423

18                         *Attorneys for Plaintiffs Shannon
                           Ray, Katherine Sebbane, Khala
19                         Taylor, Peter Robinson, and Rudy
                           Barajas, Individually and on
20                         Behalf of All Those Similarly
                           Situated*
21
22
23
24
25
26
27
28
                               5         No. 1:23-cv-00425 WBS CSK
                    JOINT STIPULATION MODIFYING SCHEDULE
```

|   |   |
|---|---|
| 1 | FAIRMARK PARTNERS, LLP |
| 2 | JAMES CROOKS |
| 3 | (State Bar No. 310447)<br>(pro hac) |
|   | jamie@fairmarklaw.com |
| 4 | MICHAEL LIEBERMAN |
|   | DC Bar No. 1033827 |
| 5 | (pro hac)<br>michael@fairmarklaw.com |
| 6 | FAIRMARK PARTNERS, LLP |
|   | 1001 G Street NW, Suite 400E |
| 7 | Washington, DC 20001 |
| 8 | Telephone: (619) 507-4182 |

*Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(2), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

/s/ *Carolyn Hoecker Luedtke*
Carolyn Hoecker Luedtke

**ORDER**

The Court, having considered the parties' stipulation, and cause appearing, hereby orders that:

1. The parties will serve expert reports by September 5, 2025, and will serve rebuttal reports by October 17, 2025;
2. The deadline for the close of fact discovery will be September 5, 2025;
3. The deadline for the close of expert discovery will be November 14, 2025;
4. The parties will file any dispositive or *Daubert* motions by November 21, 2025;
5. Oppositions to any dispositive or *Daubert* motions will be due January 6, 2026;
6. Replies in support of any dispositive or *Daubert* motions will be due February 3, 2026;
7. Should either party choose to submit a dispositive or *Daubert* motion prior to the November 21, 2025 deadline the briefing timeline in the local rules shall apply unless otherwise negotiated by the parties and approved by the Court; and
8. The Final Pretrial Conference is continued to **April 20, 2026 at 1:30 p.m.**; and
9. The trial date is continued to **June 23, 2026 at 9:00 a.m.**;

Dated: February 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE