1  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
   Carolyn.Luedtke@mto.com
2  JUSTIN P. RAPHAEL (State Bar No. 292380)
   Justin.Raphael@mto.com
3  MEGAN McCREADIE (State Bar No. 330704)
   Megan.McCreadie@mto.com
4  CHRISTOPHER CRUZ (State Bar No. 346128)
   Christopher.Cruz@mto.com
5  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
6  San Francisco, California 94105-2907
   Telephone:(415) 512-4000
7  Facsimile:(415) 512-4077

8  *Attorneys for Defendant National*
   *Collegiate Athletic Association*

9

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12

13  SHANNON RAY, KHALA TAYLOR,          Case No. 1:23-cv-00425-WBS-CSK
    PETER ROBINSON, KATHERINE
14  SEBBANE, and RUDY BARAJAS,          **DEFENDANT NCAA'S NOTICE OF**
    individually and on behalf of       **FILING REDACTED OPPOSITION TO**
    all those similarly situated,       **PLAINTIFFS' MOTION FOR CLASS**
15                                      **CERTIFICATION AND SUPPORTING**
                                        **DOCUMENTS**
16          Plaintiffs,

17      v.                              Judge:    Hon. William B. Shubb
                                        Courtroom: 5, 14th Floor
18  NATIONAL COLLEGIATE ATHLETIC        Date: March 3, 2025
    ASSOCIATION, an unincorporated      Time: 1:30 PM
    association,
19
            Defendants.
20

21

22

23

24

25

26

27

28

DEFENDANT NCAA'S NOTICE OF FILING REDACTED OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION AND SUPPORTING DOCUMENTS

1                              **NOTICE OF FILING**

2          TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD AND TO THE UNITED

3   STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

4          PLEASE TAKE NOTICE that Defendant National Collegiate

5   Athletic Association ("NCAA"), pursuant to Section VIII.A of the

6   Stipulated Protective Order (ECF No. 56) and the Court's

7   February 14, 2025 Order (ECF No. 109) granting in part and denying

8   in part the parties' sealing requests (ECF Nos. 91,93, 101),

9   hereby files redacted, publicly available versions of the

10  following documents:

11      •    Defendant's Opposition to Plaintiffs' Motion for Class

12           Certification

13      •    Declaration of Megan McCreadie in Support of Defendant

14           NCAA's Opposition to Plaintiffs' Motions for Class

15           Certification ("McCreadie Declaration")

16      •    Exhibit 1 to the McCreadie Declaration: Expert Report of

17           Dr. Jee-Yeon Lehmann

18      •    Declaration of Mario Morris in Support of Defendant

19           NCAA's Opposition to Plaintiffs' Motions for Class

20           Certification

21      •    Exhibit B to Clayton Hamilton's Declaration in Support

22           of Defendant NCAA's Opposition to Plaintiffs' Motions

23           for Class Certification ("Hamilton Declaration")

24         Also pursuant to Section VIII.A of the Stipulated Protective

25  Order (ECF No. 56) and the Court's February 14, 2025 Order (ECF

26  No. 109), the NCAA files unredacted versions of the following

27  documents:

28

DEFENDANT NCAA'S NOTICE OF FILING REDACTED OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION AND SUPPORTING DOCUMENTS

- Exhibit 2 to the McCreadie Declaration: Excerpts from Transcript of the December 9, 2024 Deposition of Dr. Daniel Rascher

- Exhibit 6 to the McCreadie Declaration: Excerpts from the Transcript of the December 5, 2024 Deposition of Dr. Orley Ashenfelter

- Exhibit 9 to the McCreadie Declaration: Excerpts from the Transcript of the October 17, 2024 Deposition of Peter Robinson

- Exhibit 12 to the McCreadie Declaration: Excerpts from the Transcript of the October 15, 2024 Deposition of Shannon Ray

- Exhibit 15 to the McCreadie Declaration: Excerpts from the Transcript of the October 28, 2024 Deposition of Katherine Sebbane

- Exhibit 16 to the McCreadie Declaration: *Smart* Plaintiffs' Amended Objections and Answers to the NCAA's Second Set of Interrogatories (dated September 17, 2024)

Also pursuant to Section VIII.A of the Stipulated Protective Order (ECF No. 56) and the Court's February 14, 2025 Order (ECF No. 109), the NCAA will file the following documents under seal:

- Exhibit 7 to McCreadie Declaration (COLON_SCHLS_00016398)

- Exhibit 19 to McCreadie Declaration (COLON_CONFERENCE_0000208854)

- Exhibit 23 to McCreadie Declaration (COLON_SCHLS_0000013529)

1    •   Exhibit 24 to McCreadie Declaration
2        (COLON_SCHLS_0000001726)
3    •   Exhibit 25 to McCreadie Declaration
4        (COLON_SCHLS_0000001818)
5    •   Exhibit A to Hamilton Declaration (NCAA_ SC_ SUBPOENA_
6        0000033)
7    •   Exhibit A to the Declaration of Ryan Varley in Support
8        of Defendant NCAA's Opposition to Plaintiffs' Motions
9        for Class Certification Declaration ("Varley
10       Declaration") (COLON_SCHLS_0000004635)
11   •   Exhibit B to Varley Declaration (SMART_SCHLS_0000003561)
12   •   Exhibit C to Varley Declaration (COLON_SCHLS_0000016799)
13   •   Exhibit A to the Declaration of Christina Wombacher in
14       Support of Defendant NCAA's Opposition to Plaintiffs'
15       Motions for Class Certification Declaration ("Wombacher
16       Declaration") (COLON_SCHLS_0000011616)
17   •   Exhibit B to Wombacher Declaration
18       (COLON_SCHLS_0000011405)
19   •   Exhibit C to Wombacher Declaration
20       (SMART_SCHLS_0000001876)

22   DATED: February 19, 2025                Respectfully submitted,

24                                By:    */s/ Carolyn Hoecker Luedtke*
25                                       Carolyn Hoecker Luedtke
26                                       *Attorneys for Defendant National*
                                         *Collegiate Athletic Association*

DEFENDANT NCAA'S NOTICE OF FILING REDACTED OPPOSITION TO PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION AND SUPPORTING DOCUMENTS