| State Title | Business Title | Current Incumbent | Employee's Work Email | Employee ID | Hire Date | End Date | Salaries | Cost Center |
|---|---|---|---|---|---|---|---|---|
| Asst. Football Coach | Asst. Football Coach | Eric Mateos | | | 12/4/23 | | $ 700,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Ronald Fouch | | | 1/3/24 | | $ 200,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Kolby Smith | | | 3/12/24 | | $ 325,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Hunter Scott Fountain | | | 1/6/20 | | $ 515,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Demetrius Adams | | | 1/28/22 | | $ 450,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Morgan Turner | | | 12/14/22 | | $ 325,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Danny Dowell Loggains | | | 6/16/21 | 12/12/22 | $ 400,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Brad Davis | | | 12/9/19 | 6/3/21 | $ 500,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Marcus Woodson | | | 1/4/23 | | $ 700,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Michael Scherer | | | 1/13/20 | 12/30/22 | $ 325,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Steve Caldwell | | | 1/1/18 | 1/15/20 | $ 360,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Deron Wilson | | | 1/24/23 | | $ 300,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Rion Rhoades | | | 12/18/19 | 7/31/21 | $ 225,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Jermaine Cortez Smith | | | 1/6/20 | 3/9/24 | $ 367,200 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Kenneth Guiton | | | 1/9/21 | 12/29/23 | $ 347,200 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Justin Stepp | | | 12/8/17 | 1/3/21 | $ 360,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Cody Kennedy | | | 2/2/21 | 12/1/23 | $ 700,000 | CC012873 UAF | FTBL | Football |
| Asst. Football Coach | Asst. Football Coach | Jon Copper | | | 1/6/20 | 2/1/21 | $ 270,000 | CC012873 UAF | FTBL | Football |
| Offensive Coordinator | Offensive Coordinator | Dan Enos | | | 1/19/23 | 10/22/23 | $ 1,100,000 | CC012873 UAF | FTBL | Football |
| Offensive Coordinator | Offensive Coordinator | Bobby Petrino | | | 12/3/23 | | $ 1,500,000 | CC012873 UAF | FTBL | Football |
| Offensive Coordinator | Offensive Coordinator | Kendal Briles | | | 1/1/20 | 1/18/23 | $ 1,250,000 | CC012873 UAF | FTBL | Football |
| Head Football Coach | Head Football Coach | Samuel Don Pittman | | | 12/8/19 | | $ 5,250,000 | CC012873 UAF | FTBL | Football |
| Asst. Coach | Asst. Baseball Coach | Bobby Wernes | | | 7/12/23 | | $ 75,000 | CC012874 UAF | BSBL | Baseball |
| Asst. Baseball Coach | Asst. Baseball Coach | Matthew Hobbs | | | 11/27/18 | | $ 325,000 | CC012874 UAF | BSBL | Baseball |
| Asst. Baseball Coach | Asst. Baseball Coach | Nathan M Thompson | | | 6/16/17 | | $ 250,000 | CC012874 UAF | BSBL | Baseball |
| Head Baseball Coach | Head Baseball Coach | Dave Van Horn | | | 6/21/02 | | $ 1,400,000 | CC012874 UAF | BSBL | Baseball |
| Asst. Basketball Coach | Asst. Men's Basketball Coach | Jonathan Keith Smart | | | 5/11/21 | | $ 400,000 | CC012875 UAF | BSKB | Men's Basketball |
| Project/Program Director | Asst. Coach and Recruiting Coordinator | Ronnie Brewer Jr | | | 7/13/21 | | $ 100,000 | CC012875 UAF | BSKB | Men's Basketball |
| Project/Program Manager | Asst. Coach | Todd Lee | | | 6/9/22 | | $ 120,000 | CC012875 UAF | BSKB | Men's Basketball |
| Asst. Basketball Coach | Asst. Basketball Coach | Keith Smart | | | 5/11/21 | | $ 400,000 | CC012875 UAF | BSKB | Men's Basketball |
| Asst. Basketball Coach | Asst. Basketball Coach | Gus Argenal | | | 4/29/21 | 5/31/23 | $ 300,000 | CC012875 UAF | BSKB | Men's Basketball |
| Asst. Basketball Coach | Asst. Basketball Coach | Anthony Ruta | | | 5/3/19 | 4/9/24 | $ 184,000 | CC012875 UAF | BSKB | Men's Basketball |
| Head Basketball Coach | Head Men's Basketball Coach | Elvis Musselman | | | 4/6/19 | 4/4/24 | $ 4,200,000 | CC012875 UAF | BSKB | Men's Basketball |
| Head Basketball Coach | Head Men's Basketball Coach | John Calilpari | | | 4/9/24 | | $ 7,000,000 | CC012875 UAF | BSKB | Men's Basketball |
| Asst. Track Coach | Asst. Men's Track & Field Coach | Travis Geopfert | | | 7/1/21 | | $ 143,222 | CC012876 UAF | TRCK | Men's Track |
| Asst. Track Coach | Associate Men's Head Track & Field Coach | Douglas Alan Case | | | 7/21/08 | | $ 182,612 | CC012876 UAF | TRCK | Men's Track |
| Head Track Coach | Head Men's Track & Field/Cross Country Coach | Chris Bucknam | | | 7/1/08 | | $ 300,000 | CC012876 UAF | TRCK | Men's Track |
| Asst. Golf Coach | Associate Men's Golf Coach | Gustavo Adolfo Morantes Punceles | | | 7/24/23 | | $ 100,000 | CC012877 UAF | GOLF | Men's Golf |
| Asst. Golf Coach | Associate Men's Golf Coach | Adrien Mork | | | 6/6/23 | 6/30/23 | $ 100,000 | CC012877 UAF | GOLF | Men's Golf |
| Asst. Golf Coach | Assistant Men's Golf Coach | Barrett Lais | | | 7/14/10 | 5/31/23 | $ 96,031 | CC012877 UAF | GOLF | Men's Golf |
| Head Golf Coach | Head Golf Coach | Brad McMakin | | | 6/22/06 | | $ 270,000 | CC012877 UAF | GOLF | Men's Golf |
| Asst. Tennis Coach | Asst. Men's Tennis Coach | Hunter Nicholas | | | 6/24/22 | | $ 58,916 | CC012878 UAF | TENN | Men's Tennis |
| Asst. Tennis Coach | Asst. Men's Tennis Coach | Jovan Parlic | | | 1/6/20 | 6/24/22 | $ 57,200 | CC012878 UAF | TENN | Men's Tennis |
| Head Tennis Coach | Head Men's Tennis Coach | Jay Udwadia | | | 6/2/22 | | $ 175,000 | CC012878 UAF | TENN | Men's Tennis |
| Head Tennis Coach | Head Men's Tennis Coach | Andy Jackson | | | 6/11/13 | 6/30/22 | $ 149,008 | CC012878 UAF | TENN | Men's Tennis |
| Asst. Tennis Coach | Asst. Women's Tennis Coach | Tatiana Makarova | | | 8/21/23 | | $ 50,000 | CC012890 UAF | WATN | Women's Tennis |
| Head Tennis Coach | Head Women's Tennis Coach | Tucker Clary | | | 12/1/21 | | $ 115,000 | CC012890 UAF | WATN | Women's Tennis |
| Head Tennis Coach | Head Women's Tennis Coach | Cristina Sanchez | | | 7/1/1 | 4/8/23 | $ 115,000 | CC012890 UAF | WATN | Women's Tennis |
| Asst. Tennis Coach | Asst. Women's Tennis Coach | Georgi Rumenov Payakov | | | 7/5/21 | 11/30/21 | $ 54,000 | CC012890 UAF | WATN | Women's Tennis |
| Asst. Tennis Coach | Asst. Women's Tennis Coach | Ruth Seaborne | | | 7/16/19 | 7/2/21 | $ 52,780 | CC012890 UAF | WATN | Women's Tennis |
| Asst. Basketball Coach | Asst. Women's Basketball Coach | Antornette Pauline Love | | | 5/29/17 | | $ 183,320 | CC012886 UAF | WABB | Women's Basketball |
| Asst. Basketball Coach | Asst. Women's Basketball Coach | Lacey Goldwire | | | 5/17/21 | | $ 185,658 | CC012886 UAF | WABB | Women's Basketball |
| Asst. Basketball Coach | Associate Women's Basketball Coach | Todd Schaefer | | | 4/18/17 | | $ 211,989 | CC012886 UAF | WABB | Women's Basketball |
| Head Basketball Coach | Head Women's Basketball Coach | Mike E Neighbors | | | 4/2/17 | | $ 700,000 | CC012886 UAF | WABB | Women's Basketball |
| Asst. Volley Ball Coach | Associate Head Volleyball Coach | Suzie Fritz | | | 3/1/23 | 6/4/24 | $ 80,000 | CC012887 UAF | WAVB | Volleyball |
| Asst. Volley Ball Coach | Asst. Volleyball Coach | Jordan Taylor Neal | | | 2/7/24 | | $ 64,000 | CC012887 UAF | WAVB | Volleyball |
| Asst. Volley Ball Coach | Asst. Volleyball Coach | Dave Gantt | | | 4/22/22 | 1/31/23 | $ 72,800 | CC012887 UAF | WAVB | Volleyball |
| Asst. Volley Ball Coach | Asst. Volleyball Coach | Lexi MacLean | | | 2/13/23 | 1/31/24 | $ 64,000 | CC012887 UAF | WAVB | Volleyball |
| Asst. Volley Ball Coach | Asst. Volleyball Coach | Macey Gardner | | | 3/18/19 | 1/25/23 | $ 70,699 | CC012887 UAF | WAVB | Volleyball |
| Head Volley Ball Coach | Head Volleyball Coach | Jason Michael Watson | | | 1/7/16 | | $ 240,000 | CC012887 UAF | WAVB | Volleyball |
| Asst. Track Coach | Asst. Women's Track & Field Coach | Bryan Compton | | | 9/4/98 | | | CC012888 UAF | WATK | Women's Track |
| Asst. Coach | Asst. Women's Track & Field/Cross Country Coach | Megan Maurine Elliott | | | 8/18/14 | | | CC012888 UAF | WATK | Women's Track |
| Asst. Track Coach | Asst. Women's Track & Field Coach | Lawrence Johnson | | | 8/16/23 | | | CC012888 UAF | WATK | Women's Track |
| Head Track Coach | Head Women's Track & Field/Cross Country Coach | Christopher Patrick Johnson | | | 8/17/12 | | | CC012888 UAF | WATK | Women's Track |
| Asst. Swimming Coach | Asst. Head Coach - Diving | Abel Sanchez | | | 9/1/21 | | | CC012889 UAF | WASW | Swimming and Diving |
| Asst. Swimming Coach | Asst. Swimming and Diving Coach | Alec Kandt | | | 8/16/22 | | $ 61,800 | CC012889 UAF | WASW | Swimming and Diving |
| Asst. Swimming Coach | Asst. Swimming and Diving Coach | Petra Martin | | | 7/15/20 | 3/31/22 | $ 56,265 | CC012889 UAF | WASW | Swimming and Diving |
| Asst. Swimming Coach | Asst. Swimming and Diving Coach | Anthony Harris | | | 5/18/17 | 6/30/20 | $ 54,101 | CC012889 UAF | WASW | Swimming and Diving |
| Head Swimming Coach | Head Women's Swimming and Diving Coach | Neil John Harper | | | 5/4/16 | | $ 175,000 | CC012889 UAF | WASW | Swimming and Diving |
| Asst. Soccer Coach | Asst. Soccer Coach | Samantha Scofield | | | 3/12/18 | | $ 90,000 | CC012891 UAF | WASC | Soccer |

| Position | Title | Name | | | Date | Date 2 | Amount | Code |
|---|---|---|---|---|---|---|---|---|
| Asst. Soccer Coach | Asst. Women's Soccer Coach | Jonathan Harvey |  |  | 6/8/21 | | $ 90,000 | CC012891 UAF | WASC | Soccer |
| Asst. Coach | Asst. Women's Soccer Coach | Sandy Davison | | | 7/3/23 | | $ 60,000 | CC012891 UAF | WASC | Soccer |
| Head Soccer Coach | Head Soccer Coach | Colby Hale | | | 12/21/11 | | $ 315,000 | CC012891 UAF | WASC | Soccer |
| Asst. Golf Coach | Asst. Golf Coach | Michael W Adams | | | 8/13/07 | | $ 98,250 | CC012892 UAF | WAGL | Women's Golf |
| Head Golf Coach | Head Golf Coach | Shauna Estes | | | 1/9/03 | | $ 270,000 | CC012892 UAF | WAGL | Women's Golf |
| Asst. Softball Coach | Asst. Softball Coach | Mathew John Meuchel | | | 8/12/16 | | $ 151,721 | CC012894 UAF | WASB | Softball |
| Asst. Softball Coach | Asst. Softball Coach | DJ Gasso | | | 7/5/23 | | $ 125,000 | CC012894 UAF | WASB | Softball |
| Asst. Softball Coach | Asst. Softball Coach | Yolanda McRae | | | 6/29/15 | 7/14/23 | $ 105,833 | CC012894 UAF | WASB | Softball |
| Asst. Softball Coach | Asst. Softball Coach | Danielle Gibson | | | 7/17/23 | | $ 60,000 | CC012894 UAF | WASB | Softball |
| Head Softball Coach | Head Softball Coach | Courtney Deifel | | | 6/9/15 | | $ 475,000 | CC012894 UAF | WASB | Softball |
| Asst. Coach | Asst. Gymnastics Coach | Kyla Bryant | | | 7/3/23 | | $ 60,000 | CC012895 UAF | WAGM | Gymnastics |
| Asst. Coach | Asst. Gymnastics Coach | Felicia Hano | | | 8/5/21 | 6/20/22 | $ 72,500 | CC012895 UAF | WAGM | Gymnastics |
| Asst. Coach | Asst. Gymnastics Coach | Catherine Elizabeth Orel | | | 10/1/19 | 7/9/21 | $ 65,000 | CC012895 UAF | WAGM | Gymnastics |
| Asst. Gymnastics Coach | Asst. Gymnastics Coach | Chris Brooks | | | 5/17/19 | | $ 100,875 | CC012895 UAF | WAGM | Gymnastics |
| Asst. Gymnastics Coach | Asst. Gymnastics Coach | Kyla Ross | | | 7/11/22 | | $ 82,400 | CC012895 UAF | WAGM | Gymnastics |
| Head Gymnastics Coach | Head Gymnastics Coach | Jordyn Wieber | | | 4/23/19 | | $ 230,000 | CC012895 UAF | WAGM | Gymnastics |

COLON_SCHLS_0000000698