```
 1  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
    Carolyn.Luedtke@mto.com
 2  JUSTIN P. RAPHAEL (State Bar No. 292380)
    Justin.Raphael@mto.com
 3  MEGAN McCREADIE (State Bar No. 330704)
    Megan.McCreadie@mto.com
 4  CHRISTOPHER CRUZ (State Bar No. 346128)
    Christopher.Cruz@mto.com
 5  MUNGER, TOLLES & OLSON LLP
    560 Mission Street, Twenty-Seventh Floor
 6  San Francisco, California 94105-2907
    Telephone:(415) 512-4000
 7  Facsimile:(415) 512-4077

 8  Attorneys for Defendant National
    Collegiate Athletic Association
 9
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendants. | Case No. 1:23-cv-00425-WBS-CSK<br><br>**DEFENDANT NCAA'S NOTICE OF FILING REDACTED MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. ORLEY ASHENFELTER AND DR. DANIEL RASCHER ON CLASS CERTIFICATION AND SUPPORTING DOCUMENTS**<br><br>Judge:    Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br>Date: March 3, 2025<br>Time: 1:30 PM |

-1-

DEFENDANT NCAA'S NOTICE OF FILING REDACTED MOTION TO EXCLUDE EXPERT TESTIMONY AND SUPPORTING DOCUMENTS

**NOTICE OF FILING**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD AND TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant National Collegiate Athletic Association ("NCAA"), pursuant to Section VIII.A of the Stipulated Protective Order (ECF No. 56) and the Court's February 14, 2025 Order (ECF No. 109) granting in part and denying in part the parties' sealing requests (ECF Nos. 91, 93, 101), hereby files redacted, publicly available versions of the following documents:

- Defendant's Motion to Exclude the Expert Testimony of Dr. Orley Ashenfelter and Dr. Daniel Rascher on Class Certification
- Exhibit 4 to the Declaration of Megan McCreadie in Support of Defendant NCAA's Motion to Exclude Expert Testimony of Dr. Orley Ashenfelter and Dr. Daniel Rascher on Class Certification ("McCreadie Declaration"): Expert Report of Dr. Jee-Yeon Lehmann

Also pursuant to Section VIII.A of the Stipulated Protective Order (ECF No. 56) and the Court's February 14, 2025 Order (ECF No. 109), the NCAA files unredacted versions of the following documents:

- Exhibit 2 to the McCreadie Declaration: Excerpts from the Transcript of the December 5, 2024 Deposition of Dr. Orley Ashenfelter
- Exhibit 3 to the McCreadie Declaration: Excerpts from the Transcript of the December 9, 2024 Deposition of Dr. Daniel Rascher

DATED: February 19, 2025                                Respectfully submitted,

By: _____/s/ Carolyn Hoecker Luedtke_____
           Carolyn Hoecker Luedtke

*Attorneys for Defendant National Collegiate Athletic Association*

DEFENDANT NCAA'S NOTICE OF FILING REDACTED MOTION TO EXCLUDE EXPERT TESTIMONY AND SUPPORTING DOCUMENTS