Exhibit 2

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF CALIFORNIA

3              SACRAMENTO DIVISION

4          CASE NO. 23-cv-00425-WBS-CSK

5

6   SHANNON RAY, KHALA TAYLOR,

7   PETER ROBINSON, KATHERINE

8   SEBBANE, and RUDY BARAJAS,

9   individually and on behalf

10  of all those similarly situated,

11       Plaintiffs,
         vs.

12  NATIONAL COLLEGIATE ATHLETIC

13  ASSOCIATION, an unincorporated

14  association,

15       Defendant.
    - - - - - - - - - - - - - - - -

16

17       VIDEOTAPED DEPOSITION OF ORLEY ASHENFELTER, Ph.D.

18       before RUTHANNE UNGERLEIDER, a Certified Court

19       Reporter and Notary Public of the State of New

20       Jersey, held at 502 Carnegie Center, Princeton,

21       New Jersey, on Thursday, December 5, 2024,

22       commencing at approximately 9:05 in the forenoon.

23

24  JOB No. 7045565

25  PAGES 1 - 270

                                        Page 1

```
 1    A P P E A R A N C E S:
 2
 3    GUSTAFSON GLUEK PLLC
      Canadian Pacific Plaza
 4    120 South 6th Street, Ste. 2600
      Minneapolis, Minnesota  55402
 5         BY:  DENNIS STEWART, ESQ.
      Attorneys for Plaintiffs Shannon Ray, Khala Taylor,
 6    Peter Robinson, Katherine Sebbane and Rudy Barajas
 7
      FAIRMARK PARTNERS, LLP
 8    1001 G Street NW, Ste. 400
      Washington, D.C.  20006
 9         BY:  MICHAEL LIEBERMAN, ESQ.
                ANNIE CLEAVER, ESQ.
10    Attorneys for Plaintiffs Shannon Ray, Khala Taylor,
11    Peter Robinson, Katherine Sebbane and Rudy Barajas
12
      MUNGER, TOLLES & OLSON LLP
13    560 Mission Street, 27th Floor
      San Francisco, California  94105
14         BY:  JUSTIN P. RAPHAEL, ESQ.
      Attorneys for Defendant NCAA
15
16    KIRBY McINERNEY LLP
      600 B Street, Ste. 2110
17    San Diego, California  92101
           BY:  ROBERT J. GRALEWSKI, JR., ESQ. (Via Zoom)
18              MARKO RADISAVLJEVIC, ESQ.  (Via Zoom)
      Attorneys for the Ray Plaintiffs and Witness
19
20    KOREIN TILLERY
      505 North 7th Street, Ste. 3600
21    St. Louis, Missouri  6310
22         BY:  STEVEN M. BEREZNEY, ESQ. (Via Zoom)
23    Attorneys for the Smart Plaintiffs
24
      ALSO PRESENT:
25    ALAN PALLER, Videographer
```

                                        Page  2

1    Ray Plaintiffs and the witness.

2                    MR. BEREZNEY:  Good morning.  Steve

3    Berezney, from Korein Tillery, on behalf of the Smart

4    Plaintiffs.

5    ORLEY CLARK ASHENFELTER, Ph.D., sworn.

6    DIRECT EXAMINATION BY MR. RAPHAEL:

7          Q       Good morning, Professor Ashenfelter.

8          A       Good morning.

9          Q       You are an economics professor at

10   Princeton University, correct?

11         A       I was.  I just went Emeritus in July.

12         Q       Oh, congratulations.

13                 You have been deposed many times,

14   correct?

15         A       Yes.

16         Q       How many times?

17         A       Well, not very often per year, but it's

18   been a lot of years.  So, I don't know, it might be

19   20 or 30 maybe.

20         Q       What was the most recent occasion on

21   which you were deposed?

22         A       This summer.

23         Q       And in what case was that?

24         A       That was a merger case involving the

25   Federal Trade Commission was challenging the Kroger

                                              Page 6

1          A          No.
2          Q          Now, you previously provided expert
3     testimony in a case involving allegations of
4     collusion by hospitals in the Detroit area?
5          A          Yes.
6          Q          And that case was called Cason-Merenda?
7          A          I don't remember what it was called,
8     actually, but it was in Detroit.
9          Q          Can you think of any meaningful
10    differences between the labor market for registered
11    nurses in Detroit that you testified about in that
12    case and the labor market for coaching that you
13    defined in this case?
14         A          Well, they're not the same labor market.
15         Q          Okay.
16         A          I would say they're different -- they
17    have different sets of skills.
18         Q          Why are the nurses in the Detroit case
19    you testified in and the coaches in this case not in
20    the same market?
21         A          Well, because they're not -- they're
22    not -- the nurses -- the coaches couldn't act as
23    nurses without having training in the nursing skills.
24    It's possible that some coaches do, in which case
25    they could be -- operate there.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1       me just ask the question again.

2               Do you have any opinion, sitting here

3       today, on any labor market related to coaching that

4       includes any coaching in college athletics?

5       A       Well, I have not actually tried to

6       define an explicit labor market for coaching.

7               I think that answers your question.

8       Q       I think it does.

9               Let's mark this as, I think, Exhibit 69.

10      A       You want me to look at it?

11      Q       She's got to mark it first.

12              (Whereupon November 1, 2024 Expert

13      Report is received and marked as Exhibit 69 for

14      identification.)

15              MR. STEWART:   Thank you.

16              What did you say the number was, Justin?

17              MR. RAPHAEL:   I believe this is 69.

18      Q       Dr. Ashenfelter, do you recognize

19      Exhibit 69 as a copy of the report that was submitted

20      under your name on November 1 of 2024?

21      A       Yes.

22      Q       And you signed this report?

23      A       Yes.

24      Q       Who wrote this report?

25      A       I wrote it.

Page 17

1          A        No, we didn't.

2                   I mean, it is -- well, no, we didn't.

3          Q        You have done that in prior cases,

4     though, right?

5          A        In some previous work.  And the work I

6     did actually, academic work, I have studied

7     especially race differences, but also differences by

8     gender in some aspects of labor market behavior.

9          Q        Other than I think you mentioned issues

10    of race and gender, any other economic principles of

11    labor markets that are unique as compared to the

12    economic principles applicable to consumer product

13    markets?

14         A        Well -- yes.

15                  Probably the biggest subject which

16    doesn't really have an analogy in product markets is

17    the development of human capital or human resource

18    skills, those are -- that's an extremely broad

19    subject.

20                  In other words, we don't take the

21    products as given, people actually change, and how

22    they invest in themselves or others invest in them is

23    a -- is another -- is a big subject in -- in the

24    labor -- in the study of labor markets, because it

25    brings -- tells you about what the skills are that

Page 40

1    people have.

2        Q      I think you're referring to human

3    capital theory?

4        A      Yeah.

5        Q      And human capital theory is foundational

6    to labor economics?

7        A      It's important.

8               There's more to it than -- it's a little

9    bit narrower than to call it just human capital, but

10   it's the idea that there are -- investments made in

11   people is pretty central to some of the aspects of

12   labor economics, yeah.

13       Q      As a matter of economics, is it correct

14   that some people might accept something for free that

15   they would not pay for if they had to?

16       A      I'm sure, yeah.

17       Q      People accept giveaways at baseball

18   games even though they might not pay for them,

19   products they'd get if they had to?

20       A      I'm sure, yes.  I don't know about

21   baseball games, but people do take giveaways.

22   Christmas presents, for example.

23       Q      Well, some people might accept a dinner

24   that cost $500 if it was given to them even if they

25   couldn't afford it, right?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1           A       They might, sure.

2           Q       Does an economist define the value of a

3    product or a service as the amount that the buyer

4    would be willing to pay for it?

5           A       That -- the theory value does involve

6    that kind of issue, yes.

7           Q       Well, is the value of a product or a

8    service the same in all cases as what a buyer would

9    be willing to pay for it?

10          A       Well, this requires me to distinguish

11   between the market and the individual's preferences.

12          Q       Right.

13                  And the value that a particular buyer

14   gets from a product or service is not the same as the

15   market rate or value of that product or service,

16   right?

17          A       It may not be.

18          Q       And the market price of a product or

19   service is set by supply and demand from all buyers

20   and suppliers, right?

21          A       Yes.

22          Q       Is your analysis in this case measuring

23   Division I colleges' and universities' willingness to

24   pay for the class members' coaching?

25          A       What we do is construct a method for

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1          A       You're averaging.

 2                  Well, all regressions are averages.

 3          Q       Right.

 4                  So, in your groups you're averaging

 5     step-downs across a number of different sports,

 6     right?

 7          A       We're estimating common coefficients

 8     across some sports, yes.

 9                  It's not averaging, it's common

10     coefficients.

11          Q       And that process of putting different

12     sports together in the same group could mask

13     variation between those sports, right?

14          A       It's possible.

15                  MR. RAPHAEL:  We've been going about an

16     hour.  Should we take a short break?

17                  MR. STEWART:  Yeah.

18                  THE VIDEOGRAPHER:  This concludes media

19     number one of the videotape deposition of Dr. Orley

20     Ashenfelter.  The time is 10:05.  We're off the

21     record.

22                  (Brief recess taken.)

23                  THE VIDEOGRAPHER:  This begins media

24     number two of the videotape deposition of Dr. Orley

25     Ashenfelter.  The time is 10:20.  We're on the
```

Page 50

 1    objective is typically broader than just a measure of
 2    some kind of monetary profit.
 3              There are -- I should say, there are
 4    some universities that are for-profit universities
 5    and you would analyze them like you would any other
 6    firm; others are not for-profit, and then other
 7    issues become important.
 8         Q    Are you aware of any Division I college
 9    or university that is for-profit?
10         A    I don't know.
11              I don't think there are any.
12              What happened to Trump University?
13         Q    And does the fact that Division I
14    colleges and universities are not for-profit affect
15    how economists would model how they make decisions?
16         A    So it would affect -- it would affect,
17    yes, to some extent.
18         Q    And do universities always increase
19    spending until the marginal cost of the spending
20    equals the marginal revenue?
21         A    That is what would happen if you were in
22    a profit-maximizing enterprise, and I think it's
23    easier to characterize universities as the part that
24    is similar to the firm is the cost minimization, but
25    then -- in other words, firms that are profit

Page 55

1    maximizers, we assume, are cost minimizers, but then

2    you have one further step, which is profit

3    maximization.

4              I think most people would think of

5    universities as being -- you can think of modeling

6    them as cost minimizers, but then when it came to the

7    next step of what their ultimate goal is, given that

8    they minimized costs, it wouldn't necessarily be

9    profits.

10        Q    So a university will not always make an

11   expenditure that -- strike that.

12             A university will not always spend money

13   anytime the marginal revenue from that expenditure is

14   more than the cost, right?

15        A    If they're not profit maximizers, they

16   don't do that, right?  So that is basically the

17   definition of what a profit maximizer firm is, they

18   expand to the point where market revenues are equal

19   to costs.

20        Q    And a college or university wouldn't

21   necessarily do that?

22        A    Not necessarily, no.

23        Q    Is it correct, as a matter of economics,

24   that the more compensation that is offered for labor,

25   the more workers will be interested in providing that

                                          Page 56

1    labor?

2        A    Yeah, we generally assume that, other

3    things the same, higher wages would attract more

4    workers.

5            But it's important to say "other things

6    the same."

7        Q    Is coaching for a more competitive

8    Division I program more attractive than coaching for

9    a less competitive program?

10            MR. STEWART:  Object to the form.

11        A    Is that a question?

12        Q    Yes.

13        A    I didn't hear the first part.

14        Q    I'll ask it again, I'm sorry.

15        A    Okay.

16        Q    Is coaching for a more competitive

17    Division I program more attractive than coaching for

18    a less competitive one?

19            MR. STEWART:  Object to the form of the

20    question, overbroad and speculative.

21        A    Well, I don't know.  It might be for

22    some people, maybe not for others.

23        Q    Coaches' preferences on the type of

24    program they want to coach in differ from

25    coach-to-coach, fair to say?

Page 57

1          A        Probably, yeah.

2                   Well, the ones I know anyway.

3          Q        As an economist, would it be your

4     expectation that some coaches who were paid to be

5     assistant coaches in the actual world would have been

6     interested in applying for additional paid coach

7     positions at more competitive programs if those

8     positions existed?

9                   MR. STEWART:  Same objections.

10         A        They might, sure.

11         Q        Is it correct, as a matter of economics,

12    that the more compensation that is offered for labor

13    in general, the more skilled the workers will be who

14    are interested in that position?

15         A        No, that's not the way we normally think

16    about it.

17         Q        Can -- can you explain why not?

18         A        Well, the higher the pay, the more

19    anybody would prefer that job, other things the same,

20    regardless of their skill.

21         Q        Is it possible that increasing

22    compensation to a particular level would make people

23    with certain skills interested in that position who

24    wouldn't be interested in it at a lower salary?

25                  MR. STEWART:  Excuse me.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    employer, if they pay -- if they set a salary level

2    at -- for one job that's twice the other job, that

3    they wouldn't expect the person who worked in the job

4    getting twice as much to be more skilled?

5        A      Well, if they set the pay higher, they

6    could insist on higher skills, yes, but it would

7    still be the case that every worker, regardless of

8    skill, would prefer higher pay.

9            You have to distinguish between the

10   preferences of the employer and the employee.

11       Q      Understood.

12           I guess what I'm asking is, that if

13   the -- if the employer is going to pay $150,000 to

14   the employee, they're going to want to get at least

15   $150,000 in value or revenue from that employee,

16   right?

17       A      That's right.

18       Q      And if the employer is paying only

19   $75,000, they would demand that the worker provide

20   only -- at least 75,000 in value, right?

21       A      Yes.

22       Q      So the more that an employer pays, the

23   more value that they're going to demand from the

24   person they're employing?

25       A      Well -- yes, they need to always have --

Page 60

1    that the benefits from the employment are bigger than

2    the costs, yes.

3        Q     And so the more that employer pays, the

4    more benefit they would expect to get from the

5    employee they're paying?

6        A     Yes.

7        Q     Is there a concept in labor economics

8    called a formal or systemic pay structure?

9        A     This actually is not so much in labor

10   economics, but the idea of pay structures is

11   certainly -- formal pay structures is a part of what

12   is normally thought of as human resource, the

13   economics of human resources.  Essentially, human

14   resource analysis from the point of view of the firm.

15       Q     And I use the term "formal" or "systemic

16   pay structure."  Is that similar to the concept of a

17   rigid pay structure?

18       A     There is some connection.  I mean, the

19   idea is that most big companies, universities too,

20   have formal pay structures, they're not rigid really,

21   but they're formal.

22       Q     Are you offering any opinion in this

23   case that there is a rigid pay structure for any

24   coach in any sport at any university?

25       A     No.

Page 61

1    Q    What does it mean to formalize a model

2    in economics?

3    A    Well, usually it means you write down

4    equations, which I tried to avoid here.

5    Q    I think you mentioned that earlier.

6    Are you familiar with the concept of

7    sample selection bias?

8    A    Yes.

9    Q    What is that?

10    A    Well, the famous example is the analysis

11    of the wage rates of married women, and the notion is

12    that if you wanted to measure the wage rate of

13    married women, if the wage itself determines whether

14    or not they work, then your sample is selected based

15    on the wage rate, and the sample is then not a sample

16    of the total population, but of the population that

17    has been selected.

18    There are many, many applications of it.

19    Just recently I saw one that had to do with land

20    prices.  So, you know, we always think about land

21    prices as determining valuations of properties, but

22    of course not every property sells all the time.  The

23    properties that do sell may not be representative of

24    the other properties in an area.

25    Q    So am I right that the sample selection

Page 62

1    bias problem arises where there is some difference

2    between the population reflected in the data that

3    you're looking at and the population that you're

4    trying to study?

5          A      Yes.

6                 That is actually a pretty good way to

7    put it.

8                 I don't know who wrote that down for

9    you, but --

10                MR. STEWART:  Don't flatter him, please.

11         Q      Nobody.

12                My economist team is going to be through

13   the -- over the moon.

14                Is Jim Heckman one of the leading

15   scholars of sample selection bias?

16         A      Yes.

17         Q      Jim Heckman won the Nobel Prize in

18   economics in part for his work on addressing the

19   problem of sample bias?

20         A      That is right, one of our fine

21   graduates.

22         Q      And can you think of a paper regarding

23   sample selection bias that reflects an accepted

24   treatment of that issue?

25         A      Well, his early paper on this topic

Page 63

```
 1    probably is -- is -- which was about married women in
 2    the labor force is probably an example.
 3         Q    Is that his paper, "Sample Selection
 4    Bias as a Specification Error"?
 5         A    I think that paper is a different one.
 6    I think that paper is a more theoretical paper, but
 7    I -- he wrote a lot of papers.
 8         Q    Heckman's paper, "Sample Selection Bias
 9    as a Specification Error," that is a very famous
10    paper in labor economics, right?
11         A    Yes.
12         Q    And is it important in labor economic
13    analysis to avoid sample selection bias?
14         A    Yes.
15              Well, it depends on what your problem
16    is.  If -- if -- if the group that you have data on
17    is the group that you want to study, then there is
18    not an issue, but if the group that you're studying,
19    as you said earlier, does not represent completely
20    the group -- the population you're interested in,
21    then of course it's an issue.
22         Q    And what can happen as a result of a
23    sample selection bias problem?
24         A    Well, if you're estimating -- let's take
25    the sample of regression coefficients.
```

Page 64

1                    If you're estimating regression

2     coefficients, it could be that their estimates are --

3     are biased.

4           Q      Have economists developed tools to

5     address sample selection bias?

6           A      Yeah, Heckman, in fact, that paper you

7     mentioned, basically -- the clever aspect of it is

8     that specification bias is a kind of standard problem

9     in regression analysis, and fearing out that sample

10    selection could be thought of as the same thing, as

11    omitted variables.  That is the clever part of what

12    he found, clever part of the paper.

13          Q      And so following Heckman, the labor

14    economics field has developed tools to try to address

15    the problem of sample selection bias?

16          A      Well, that is kind of an open question,

17    whether or not we've successfully developed tools.

18    In other words, there are tools, but it's kind of an

19    open question as to how successful they are.  A lot

20    of people don't think they're very successful, which

21    has led to what is now more common, which is actually

22    field experiments.

23                   So there are -- in order to avoid the

24    problem of selection bias, what you can do is

25    actually design an experiment in which you randomize

Page 65

1     In other words, if you're thinking about jobs where

2     -- for example, I guess it's construction, where from

3     day-to-day you're not a hundred percent sure you can

4     work, that can affect the wage.

5              He has one, too, called "trust,"

6     where -- this is another idea that actually has been

7     elaborated on by others.  The idea is that you pay a

8     premium, because if someone loses their job, so you

9     pay a premium to what they otherwise would get

10    because you want to have them be trustworthy, and the

11    idea is that if you catch them doing something that

12    when you fire them they can't get a job equal to the

13    one they already have, so that takes into account the

14    fact that they shouldn't steal from you, or whatever

15    it is.

16              There is ten of them.  I have forgotten

17    all of them right now.  We could dig it out.

18        Q     Would a worker's experience affect their

19    earnings?

20        A     Yes, could, definitely.

21        Q     Would a worker's tenure at a particular

22    employer affect their earnings?

23        A     It could also.

24        Q     Could a worker's skill affect their

25    earnings?

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          A       Yes.

2          Q       Could a worker's specialization affect

3     their earnings?

4          A       It could.

5          Q       You mentioned human capital theory

6     earlier.

7                  Is human capital theory standard in

8     labor economics?

9          A       It's become just the norm, yeah, it's

10    one of the topics we always cover.

11         Q       Have you taught human capital theory?

12         A       Yes.

13         Q       Have you applied human capital theory in

14    your own published work?

15         A       Yes.

16         Q       What are some of the foundational papers

17    in human capital theory?

18         A       Well, I like to think that the most

19    important one is by Jacob Mincer, but there is a

20    famous one by Gary Becker too.

21         Q       Is that --

22         A       Mincer is "Income Earnings and" -- I

23    think it's called "Income Earnings and Ability," a

24    very famous book.

25         Q       And Jacob Mincer also wrote a famous

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    paper called "Family Investments in Human Capital"?

2        A       I think he has, yes.

3        Q       And that established something called

4    the Mincer earnings function?

5        A       Well, the Mincer earnings function was

6    in that little book I mentioned, that is where it

7    really comes from.  I think it's called "Income

8    Earning and Ability," but I'm not exactly sure of the

9    title.  It's a little book.

10       Q       For the court reporter's benefit, Mincer

11   is M-I-N-C-E-R, correct?

12       A       Yes.

13       Q       And the Mincer earnings function is one

14   of the most famous functions in modern economics?

15       A       In economics, actually.

16       Q       And Mincer's work revolutionized labor

17   economics?

18       A       I wouldn't say he did it all by himself,

19   there were lots of other people, but he certainly was

20   a pioneer early.  He did work, I think, on

21   determinants of workers' earnings very early.

22       Q       And the Mincer earnings function has

23   been used in hundreds of studies in economics?

24       A       Maybe thousands.

25       Q       And you have used the Mincer earnings

Page  73

1       function in your own published work?
2            A       Yes.
3            Q       What are the inputs to earnings
4       according to the Mincer human capital function?
5            A       Well, his -- the two -- there have been
6       things added to this, but the two kind of starting
7       points are schooling, now there's all kind of issues
8       about how you measure that, and experience, also
9       issues about how to measure that.
10           Q       And would you agree that standard human
11      capital theory links an individual's earnings to
12      their level of education, job experience, and
13      industry experience?
14           A       Certainly to their -- to their --
15      somehow measure of their skills, which is often taken
16      as measured by schooling, and certainly different
17      aspects of experience could matter, yeah.
18                   It just depends.  Some aspects of
19      experience are more important than others.
20           Q       And it's standard in labor economics
21      that an individual's earnings will depend on their
22      skills and their experience?
23           A       Yes.
24                   Among other things.  That is not all.
25      Among other things.

Page 74

1          Q       And it's well-known among economists

2     that age has an independent effect on worker

3     earnings, right?

4          A       Well, that is debatable.  A lot of

5     people think that the effect of age is the same as

6     experience.  Often it's not possible to measure the

7     two separately.

8                  So in Mincer's early work, in fact, he

9     measured experience by using age minus school, minus

10    school leaving date, but sometimes you can measure

11    experience directly, and sometimes you can measure

12    experience in different -- in different occupations

13    or different companies differently, it just depends

14    what you could measure.

15         Q       But it's common for economists to

16    measure how age affects earnings as a way of trying

17    to estimate how experience affects earnings?

18         A       That is usually thought of as a proxy

19    for that, yes.

20         Q       And that is because workers develop

21    experience in human capital over time?

22         A       Yes, because normally experience, as you

23    get older, you hopefully have more experience.

24    Sometimes that is not true because some people get

25    older and drop out of the workforce and they don't

Page 75

1    have more experience, so that's why it's -- you know,

2    ideally you want to measure experience rather than

3    age, and it's debatable whether or not age has an

4    independent effect on pay.

5              There aren't very many data sets where

6    you could measure both of those well.

7        Q    And age and previous earnings are good

8    summary measures of a worker's cumulative experience?

9        A    Well, that would be very indirect, that

10   is not the Mincer analysis.

11             The Mincer analysis relies on measures

12   of skills, normally proxied by schooling, and some

13   kind of measure of experience and perhaps experience

14   at the current employer.

15             MR. STEWART:  Could I hear that question

16   again?

17             MR. RAPHAEL:  Sure.

18             (Whereupon, the requested portion is

19   read back by the reporter.)

20             MR. STEWART:  Thank you.

21        A    And I said, basically, no.

22             MR. STEWART:  That was a professorial

23   no.

24        Q    You wrote a paper published in 1978

25   called "Estimating the Effect of Training Programs on

Page 76

```
1    Earnings"?

2         A       Yes.

3                 MR. RAPHAEL:  Let's mark this as 70.

4                 (Whereupon Estimating the Effect of

5    Training Programs on Earnings Article is received and

6    marked as Exhibit 70 for identification.)

7         A       This is why a lot of people think

8    differences was invented.  At least I think it was.

9         Q       All right.  So Exhibit 70 is an article

10   that you wrote called "Estimating the Effect of

11   Training Programs on Earnings," correct?

12        A       Yes.

13        Q       And what journal was this published in?

14        A       It's in The Review of Economics and

15   Statistics.

16                Does it say on the bottom?  I'm not

17   sure.

18        Q       So if you could go to page 49 of this

19   article.

20        A       Oh, it's on the top.

21        Q       Do you see in the column on the left in

22   the second paragraph, you say, "At the most

23   rudimentary level, surely any theory of the

24   determination of earnings will imply that current

25   earnings are the result of a variety of historical
```

Page 77

1    factors, such as education, experience, social class

2    and others that influence earnings capacity."

3              Do you see that?

4        A      Uh-huh.

5        Q      And that is correct as a statement of

6    economics?

7        A      I think so, yes.

8        Q      And the next sentence says, "Moreover,

9    good summary measures of this cumulative experience

10   for a worker are surely his age and previous

11   earnings."

12             Do you see that?

13       A      Yes.

14       Q      And that is correct as a statement of

15   economics?

16       A      I think it's -- it's a good way to

17   summarize what was useful in this context, yes.

18       Q      You can put that aside.

19             You testified as an expert in

20   discrimination cases?

21       A      I have.

22       Q      And as an expert in discrimination cases

23   you've conducted an analysis of how workers' race or

24   gender affected their earnings, right?

25       A      Yes.

1      Q      And in analyzing how workers' race or
2  gender affected their earnings you controlled for
3  factors such as the worker's experience or age,
4  right?
5      A      Yes.
6      Q      How does an economist define the but-for
7  world in an antitrust case?
8      A      Well, it's the -- what would have
9  occurred in the absence of the alleged behavior.
10      Q      Let me just go back and ask you:  In the
11  discrimination cases where you controlled for factors
12  such as workers' age and experience, why did you do
13  that?
14      A      The reason for control variables is to
15  make sure that what you're -- in the context of race
16  or gender differences, the goal is to measure what
17  the differences are that are not accounted for by
18  characteristics that are established prior to
19  entering the labor market.
20      Q      So you -- you -- the goal was, where
21  you're trying to measure the effect of a certain
22  behavior on earnings, you were trying to ensure that
23  you weren't just measuring the effect of the worker's
24  skills or experience on their earnings, right?
25      A      Yes, the issue -- if skill -- if age or

Page 79

1    schooling level or whatever are correlated with
2    gender or whatever thing you're trying to measure,
3    then you need to control for them.
4              The general view is that you control for
5    the things that people bring to the labor market, not
6    the things that they -- that are a result of the
7    discrimination in the first place.
8        Q      Incentives are very important in
9    economics.  Would you agree with that?
10       A      Yes.
11       Q      And should an economist modeling the
12   but-for world assume that all of the participants in
13   the market would act in accordance with their
14   economic incentives?
15       A      Generally, I would -- I would say that
16   is the common way to do it, although there are --
17   that is challenged now in many places, called
18   behavior economics.
19       Q      Did you apply behavioral economics in
20   your work in this case?
21       A      No.
22       Q      Should an economist modeling the but-for
23   world account for how competition would have
24   increased without the challenged restrain?
25       A      Well, I think that is the purpose of

Page 80

1    most analyses, yes.

2         Q      In modeling the but-for world in this

3    case have you assumed that coaches who worked as

4    volunteers would have negotiated their salaries?

5         A      I haven't said how their salaries would

6    be set, just that there would be a normal market

7    price, a relative wage that would be appropriate to

8    them.  How that got arrived at, I haven't really

9    specified in the report.

10        Q      So you haven't made an assumption, one

11   way or the other, about whether in the but-for world

12   coaches would have negotiated their salaries?

13        A      I didn't -- I didn't -- I didn't really

14   analyze how they would determine their salaries, just

15   to estimate what I thought the result would be.

16        Q      In modeling the but-for world in this

17   case have you assumed that the NCAA bylaws, as they

18   existed after July 1 of 2023, would have been in

19   place during the class period?

20              MR. STEWART:  Object to form of the

21   question, overbroad.

22        A      That is the goal, yes.

23        Q      Have you made any assumption in modeling

24   the but-for world in this case about when the bylaws

25   regarding limits on the number of paid coaches that

Page 81

```
 1    exist today would have gone into effect?
 2         A      Well, I guess it depends on what you
 3    mean by "go into effect."
 4              In the analysis we've used the post --
 5    the period when the rules were changed to get at the
 6    but-for world, but I think I did say in the report in
 7    many places that it's not entirely clear that at the
 8    point that we collected our data that the markets
 9    were -- that the positions and markets were fully
10    reflective of what would happen absent the -- absent
11    the rules.
12         Q      I think I'm asking a slightly different
13    question.
14              So when in your -- in the but-for world
15    that you have modeled would the NCAA bylaws regarding
16    limits on the number of paid coaches that exist today
17    have gone into effect at the start of the class
18    period or sometime before that?
19         A      Oh.
20              I think -- the only analysis I have done
21    is of the class period, as far as I -- that is the
22    best I could recall.
23         Q      Okay.
24              You have not assumed that in the but-for
25    world that you have modeled that the NCAA bylaws that
```

Page 82

1    exist today regarding the number of paid coaches on a

2    team would have gone into effect at any time prior to

3    the class period?

4         A      I don't think that's an assumption I

5    made, no.

6         Q      In modeling the but-for world in this

7    case you have assumed that there would be limits on

8    the number of paid coaches that Division I schools

9    could have hired in each sport, correct?

10        A      Yes.

11        Q      And, in your view, is there anything

12   anticompetitive about NCAA bylaws limiting the number

13   of paid coaches on a team in each sport?

14               MR. STEWART:  Again, I'm going to

15   object.  You're going beyond what's in his report,

16   the opinions in his report, and you're asking for

17   generalized opinions on something else, where the

18   report clearly says that -- well, go ahead, I'm going

19   to object that, again, you're going beyond the scope.

20        A      Actually, he said it for me.

21               I was asked to assume that the -- that

22   the number of coaching slots was determined by the

23   NCAA rules and not to ask what would happen if they

24   weren't.  So that goes beyond the -- as Dennis said,

25   that goes beyond the scope of my report, I wasn't

Page 83

1    asked to have an opinion about that question.

2         Q    Are you offering any opinion that the

3    limit of -- on the number of paid coaches in each

4    sport that you have assumed would have existed in the

5    but-for world was anticompetitive?

6         A    No.

7         Q    So the but-for world that you've modeled

8    in this case is one where there is a maximum number

9    of transactions that could have taken place for

10   hiring coaches in Division I, right?

11        A    Yes.

12        Q    And that maximum number of coaches who

13   could have been hired in Division I in the but-for

14   world that you modeled could be lower than the

15   equilibrium number of coaches in a completely

16   unfettered market, right?

17        A    Or higher, that is possible, sure.

18        Q    Now, in cases involving fixing the price

19   of consumer products would an economist model the

20   but-for world where the number of transactions is

21   capped?

22        A    I don't think the number of transactions

23   would really play a role in -- in -- in a typical

24   consumer behavior case.

25        Q    In any other case that you have worked

Page 84

1    on has the number of transactions in the market in

2    the but-for world been capped?

3         A    I don't think so.

4         Q    Are you offering any opinion on what

5    percentage of the athletics budget any Division I

6    college or university would have needed to pay the

7    salaries that you estimate would have been paid in

8    the but-for world?

9         A    No, I haven't tried to calculate any

10   such thing.

11        Q    Do you think you could have calculated

12   that?

13        A    I don't know, it would depend on what

14   assumptions you wanted to make.

15             I don't know, it's possible, but I don't

16   know.

17        Q    Are you offering any opinion on the

18   amount of revenue that any athletics department in

19   Division I would have earned in the but-for world?

20        A    No.

21        Q    Are you assuming that every athletics

22   department in Division I would have earned the same

23   amount of revenue in the but-for world?

24        A    No, I haven't made any assumption about

25   revenue.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    paid coach in every sport where they hired a

2    volunteer in the actual world, correct?

3                MR. STEWART:  Objection to the form.

4        A    Oh, no, I said most I predict -- I state

5    very explicitly in the report that I think that most

6    would have, yes.

7        Q    But most is not all, correct, sir?

8        A    Most is not all, that's true.

9        Q    Right.

10               So is it your opinion that all

11   Division I schools would have hired an additional

12   paid coach in every sport where they hired a

13   volunteer in the actual world?

14       A    I think I said most, not necessarily

15   all.

16               MR. STEWART:  Excuse me.

17               I missed an opportunity to pose an

18   objection both with respect to the incompleteness of

19   the hypothetical and the irrelevance of the question

20   based on rulings in the case.

21       Q    Because it is not your opinion -- well,

22   strike that.

23               You agree that some Division I schools

24   would not have hired an additional paid coach in some

25   sports where they hired a volunteer in the actual

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    world, correct?

2              MR. STEWART:  Same objections.  We

3    already have a ruling on this.

4         A    I think I said most would, that is what

5    my opinion is, based on -- and I state in the report

6    why that is.

7         Q    And some schools would not have hired

8    additional paid coaches in all sports where they

9    hired a volunteer, right?

10        A    It's possible, but as I state, my

11   statement was that most do, would.

12             MR. STEWART:  Again, just interpose,

13   because I didn't get a chance, the same objections.

14        Q    And "most" does not mean "all," correct?

15        A    Yes, that's true.

16        Q    Can you think of any reason why

17   volunteer coaches who were members of the class could

18   have been better off in the actual world than they

19   would have been in the world where the current NCAA

20   bylaws were in place?

21             MR. STEWART:  Object to the form of the

22   question, vague.

23        A    I am having a hard -- could you repeat

24   that?

25             Maybe -- there seems to be three

Page 90

```
 1         Q       I understand it as slightly different,
 2    but I would appreciate your answer.
 3                 MR. STEWART:  Okay, same objections.
 4                 Go ahead.
 5         A       What I said was that I think most would
 6    have been hired, but not necessarily every single
 7    one.
 8         Q       You teach at Princeton.  Did you
 9    investigate anything about volunteer coaches at
10    Princeton?
11         A       No, no, I didn't.
12         Q       So you didn't investigate whether
13    Princeton hired additional paid coaches in all sports
14    where it hired volunteers?
15         A       No, I didn't.
16         Q       Did you know that Princeton designated
17    additional paid coaches that it hired after the
18    bylaws were changed as casual assistant coaches?
19         A       No.
20         Q       Can you explain to me how any Division I
21    college or university funds its athletic department?
22         A       I couldn't quite hear the last part of
23    your sentence.
24         Q       Can you explain to me how any Division I
25    college or university funds its athletic department?
```

Page 95

1          A       Oh.

2                  Well, as I said, I haven't been involved

3      in athletic departments, so I'm not -- I have no idea

4      exactly how they do it.

5                  I know they have -- there is an

6      elaborate aspect of recruiting student athletes as

7      well as coaching staff as well as amenities for the

8      students in some ways to help them, so I have a vague

9      understanding of how athletic activity operates at

10     the university, but I have never been involved in the

11     administration of the athletic department.

12         Q       So you can't tell me how Princeton or

13     any other college or university funds its athletic

14     department?

15         A       Well, I assume that there is various

16     forms of funding, everything from gifts to general

17     revenues to actually even ticket sales, of which we

18     have some.

19         Q       But you couldn't explain to me how any

20     particular college or university funds its athletic

21     department?

22         A       No.  Other than the general

23     understanding of where their revenues must come from,

24     I don't have the detailed analysis.

25         Q       And different colleges and universities

Page  96

1       fund their athletic departments in different ways,

2       right?

3                    MR. STEWART:  Object to the form of the

4       question.  He just told you he doesn't know, but go

5       ahead.

6            A     I don't know, but I'm sure that there

7       are some differences, yes.

8            Q     Do you know whether some Division I

9       colleges and universities fund their athletic

10      departments through taxpayer funds?

11           A     Oh, I don't know.

12           Q     Do you know whether colleges and

13      universities fund their athletic departments through

14      revenues earned by the department?

15           A     Well, I'm sure some do.

16                   By the way, even including the taxpayer

17      funds, it's become an issue in New Jersey with

18      Rutgers.

19                   I'm sure there are some, but I have no

20      detailed analysis, no detailed knowledge about that.

21           Q     Do you know whether or not any colleges

22      or universities require approval from the state

23      government to hire personnel?

24           A     I don't know.

25           Q     So you didn't investigate how any

                                              Page 97

```
 1     Division I college or university funds its athletic
 2     department?
 3          A      That's right.
 4          Q      Why not?
 5                 MR. STEWART:  Well, no.
 6                 Come on, Justin.  Again, you're going
 7     beyond -- you're getting into work he didn't do and
 8     why he didn't do work, and the proper area of inquiry
 9     for an expert is what he did do and what the basis
10     for his opinions are, what his opinions are, so I
11     think, again, you're in violation of Rule 26.
12                 MR. RAPHAEL:  I totally disagree.  I
13     think what Professor Ashenfelter didn't do is
14     entirely relevant to the reliability of his opinions,
15     and so I would like an answer to my question.
16          Q      Why did you not investigate whether --
17     how any Division I college or university funds its
18     athletic department?
19          A      Well, that wasn't part of my -- of my --
20     what I was asked to do, it wasn't part of my mission.
21          Q      Do you think funding for athletic
22     departments is relevant in any way to the opinions
23     that you've expressed in your report?
24          A      Not directly relevant, no, I don't think
25     so.
```

Page 98

1    Q       Why not?

2    A       Well, what I was asked to do was to try

3  to determine -- to find a method for determining what

4  the wage rate would be for coaches whose -- who were

5  classed as volunteers and to establish whether that

6  market wage was positive as well as whether or not I

7  thought that most of the former coaches would have

8  been paid.

9          So my -- my -- what I was asked to do

10  didn't involve -- no one asked me to try to figure

11  out how you would finance or not finance any of these

12  pay structures.

13    Q       But is the amount of funding that

14  athletic departments had relevant to the market wage

15  that coaches would be paid by those colleges and

16  universities?

17    A       I'm sure it would be, yes.

18    Q       But you didn't think to look at that in

19  connection with your analysis of the market rate,

20  right?

21    A       No.

22          The -- the market rate I determined by

23  using relative pay structures.

24    Q       Did you investigate the impact, if any,

25  of Title IX or gender equity concerns on athletic

                                              Page 99

1    departments?

2        A    No.

3        Q    And so you didn't take that into account

4    in your analysis, correct?

5        A    No.

6             We do distinguish between men's and

7    women's teams and coaches, but there's not -- not an

8    explicit analysis of anything associated with that.

9        Q    Did you investigate the process that

10   Division -- any Division I college or university uses

11   to approve adding personnel?

12       A    No.

13       Q    And so you couldn't explain to me the

14   process that any Division I school uses to add paid

15   personnel, right?

16       A    I have not investigated that question.

17       Q    Did you investigate how any Division I

18   college or university determines how to allocate its

19   athletics budget?

20       A    No.

21       Q    So you can't explain to me the factors

22   or process that any Division I school uses to

23   determine how to allocate its athletics budget?

24       A    I haven't studied the administration of

25   athletic departments anywhere.

Page 100

1          Q        You have not studied administration of

2    any Division I athletic department, correct?

3          A        Yes.

4          Q        Would it be your expectation that

5    different colleges and universities have different

6    priorities and processes for allocating their

7    athletic budget?

8          A        Yes.

9          Q        Would it be your expectation that

10   different Division I schools have different

11   constraints on their ability to add paid personnel?

12         A        They may have, yes.

13         Q        Did you investigate whether different

14   Division I colleges and universities prioritize

15   different sports?

16         A        I did not study that question, no.

17         Q        And so you don't know whether any

18   Division I school prioritizes any sport more than any

19   other Division I school, right?

20         A        Well, that is going a little too far.

21         Q        All right.

22                  Maybe we'll get a little more specific

23   then.

24                  You don't know whether the United States

25   Naval Academy or Fresno State University values

Page 101

1    women's volleyball more than their other sports,

2    right?

3        A      Correct.

4        Q      And the reason you don't know that is

5    because to understand that you would have to ask the

6    Naval Academy and Fresno State, right?

7            MR. STEWART:  Object to the form.

8        A      I have to analyze, yes, you have to find

9    some way to analyze.  I don't know if you have to ask

10    them, but you have to find some way to analyze what

11    their interests are.

12        Q      Would it be your expectation that if

13    different colleges and universities prioritize

14    different sports, that that could affect their budget

15    allocations?

16        A      I'm sure it could, yes.

17        Q      As an economist, could you think of any

18    way to determine how different colleges and

19    universities would allocate their athletic budgets in

20    the but-for world?

21        A      Well, I think I explained it.  I haven't

22    done any study of the way that athletic departments

23    are administered, and other than general knowledge

24    about revenue sources that I think almost everybody

25    would associate with the university, I don't have any

                                            Page 102

1              When you say "most of them would have
2    hired someone," are you saying that most of the
3    schools would have added a paid position in all of
4    the sports where they used a volunteer without saying
5    anything about who would have gotten that position?
6              MR. STEWART:  Again, I'm going to
7    incorporate my prior objections.
8         A    Right, I'm not trying to say who they
9    would hire, but, yes, they -- they -- I believe they
10   would have hired -- most of them would have hired
11   someone in that position.
12             I'm sorry, paid someone in that position
13   I guess is a better way to say it.
14        Q    Right.
15             And then just to make sure we're clear,
16   so your opinion is that most but not all of the
17   Division I schools would have hired someone with pay
18   for the position that they hired volunteers for,
19   right?
20        A    Yes.
21             MR. STEWART:  Same objections.  Excuse
22   me.
23        A    Yes, that is right.
24        Q    And just to make sure we're clear again,
25   have you offered the opinion that most of the schools

                                        Page 105

1      that would have hired someone with pay, are you

2      offering the opinion that all of the people who would

3      have been hired for those paid positions would have

4      been the same people who were the volunteers in those

5      positions?

6                     MR. STEWART:  Excuse me.

7                     Object to the form of the question, and

8      that the question is legally irrelevant.

9          A      Well, it's not -- I don't know who they

10     would actually hire into those positions.

11         Q      Can you explain to me the skills or

12     attributes that any Division I -- well, let me back

13     up on that.

14                    You're not offering an opinion on the

15     identity of the coach who would have been hired for

16     any particular paid position in the but-for world?

17                    MR. STEWART:  Object to the form of the

18     question and -- and incorporating my prior objections

19     on relevance.

20                    THE WITNESS:  You want me to answer

21     that?

22                    MR. STEWART:  Sure.

23                    THE WITNESS:  Okay.

24         A      I have assumed that the -- well, the

25     people that were injured by the collusion were the

1    about what future hiring there is.

2              So the but-for world is a made-up world

3    in the sense that it's what we think would have

4    occurred absent the collusion, and that is what I

5    have assumed for that, which is that those people,

6    most, would have been in positions that were paid, or

7    I have shown that, more or less.  At least I made

8    several arguments to try and make that clear.

9         Q    Have you investigated the skills or

10   attributes that any Division I head coach during the

11   class period believed were most important for

12   assistant coaches on their staff?

13        A    No.

14        Q    Would it be your expectation that some

15   head coaches would value different skills or

16   attributes differently in the assistants they hire?

17        A    I imagine they might.

18        Q    And would it be your expectation that

19   some head coaches might value experience playing the

20   sport more than experience coaching the sport?

21        A    It's possible, I suppose.  I don't know.

22        Q    And some coaches might value coaching

23   experience more than playing experience, right?

24        A    That's possible.  I don't know.

25        Q    So you can't -- you can't explain the

Page 109

1                    MR. STEWART:  I am not.

2        A        Okay, what was the question, remind me?

3        Q        The question was, did you notice in

4    Dr. Rascher's report that he has a model for

5    predicting whether a Division I baseball program

6    would have added an additional paid assistant coach

7    position in the but-for world?

8        A        I know he -- I'm not sure if that is

9    what he did, but I know he had a probit analysis to

10   try to predict hiring, but that is all I -- that is

11   what I took away from that and that is it.  I'm not

12   sure exactly how he used it.

13       Q        Does your -- does the model you built in

14   this case predict whether a college or a university

15   would have hired an additional -- strike that.

16                Does the model that you have put forward

17   in this case predict whether a Division I college or

18   university would have added an additional paid

19   position in the but-for world?

20       A        No, the model doesn't do that, no.

21                The regression model doesn't do that.

22       Q        Does any model you've done in this case

23   do that?

24       A        Yes.  I've argued that all the evidence

25   is that most of the -- of the -- of the positions

                                        Page 123

1         A      Well, you may recall in a little earlier

2    discussion we -- we have some folks for whom we've

3    calculated that they wouldn't have been paid, so

4    that's -- that's not quite right to say that it

5    doesn't predict anything, but it does -- it is

6    designed -- it's not designed to predict that.

7         Q      Right.

8         A      But to the extent that the relative

9    wages are such that the appropriate assistant coach,

10   for comparison, doesn't get paid, then we assume that

11   that person wouldn't be paid.

12        Q      Your step-down model is not designed to

13   predict whether any Division I school would have

14   added a paid position to their personnel roster in

15   the but-for world, correct?

16        A      Yes.

17             MR. STEWART:  Justin, when you get a

18   point, we've been -- we had kind of an early start, I

19   think probably lunch break at a convenient spot would

20   make sense.

21             MR. RAPHAEL:  Sure.

22             Maybe we could -- maybe, like, ten

23   minutes.

24             MR. STEWART:  Sure.

25             Is that okay with you, Doctor?

                                         Page 125

1       that point.
2            Q       Do you have an estimate of how long it
3       will take for the market to adjust to an equilibrium?
4            A       I don't actually try to estimate what
5       that would be.
6                    I don't -- I don't know.
7                    That is a good question, how long it
8       would take.  I don't know the answer to that, but I
9       don't think it would happen immediately.
10           Q       Just a few more questions and then we'll
11      take a break.
12                   So after July 1, 2023, when the amended
13      bylaws went into effect, most Division I colleges and
14      universities did not hire an additional paid coach in
15      most sports where they had hired volunteers, right?
16           A       I think that's right, yes.
17           Q       Of all the Division I sports programs in
18      which --
19           A       Well, maybe most is not right, but
20      certainly majority didn't.
21                   MR. STEWART:  I'm going to object to the
22      form of the question, it's incomplete and vague.
23           Q       So after July 1, 2023, when the bylaws
24      were amended, most Division I -- that is exactly what
25      I meant not to do.

Page 128

```
 1                    After July 1, 2023, when the amended
 2      bylaws went into effect, the majority of sports
 3      programs in Division I that hired a volunteer during
 4      the class period did not hire an additional paid
 5      coach, right?
 6          A     I think that's true, yes.
 7                MR. STEWART:  Objection.
 8          Q     Of all the Division I sports programs in
 9      which a college or university hired a volunteer coach
10      during the class period, what percentage of those
11      programs hired an additional paid coach after the
12      bylaws were amended?
13                MR. STEWART:  Object to the form of the
14      question.
15          A     That is a knowable question, but I don't
16      actually have it in front of me, or here, unless
17      it's -- I don't think it's in the report, actually,
18      but there are some numbers that would lead you in
19      that direction in the report itself.  I don't think
20      we actually calculate that number.
21          Q     In other words, you could calculate that
22      percentage, but you didn't do that in the report?
23          A     I don't think that number is in the
24      report, but you can certainly do that from the data
25      we have.
```

Page 129

1          Q        Now, are those reasons affirmative

2    evidence that all colleges and universities in

3    Division I would have paid additional coaches in

4    every sport during the class period?

5                    MR. STEWART:  Object to the form of the

6    question, vague.

7          A        Well, they're offered not for that

8    purpose, they're offered for the purpose of

9    explaining why -- to try to explain why you might see

10   like adjustment.

11         Q        So the reasons that you mentioned about

12   why schools didn't hire -- the reasons you mentioned

13   why schools might not have hired additional coaches

14   in every sport after the bylaws were amended are

15   explanations for the data that you see after the

16   bylaws were amended?

17                   MR. STEWART:  Object to the form of the

18   question.

19         A        Yes.

20         Q        Now, is it your testimony that the three

21   reasons you identified why some programs may not have

22   hired additional paid coaches after the bylaws were

23   amended explain why every program that didn't hire an

24   additional paid coach made that decision?

25         A        No, and I don't think these -- these

                                              Page 132

1    reasons are -- are the only reasons why -- there may

2    be other reasons too -- why adjustment is slow.

3            Q        Well, I guess, can you think of any

4    reason why a school may not have hired an additional

5    paid coach after the bylaws were amended that is not

6    a reason why adjustment was slow?

7            A        Well, I mean, there are all kind of

8    possibilities.  A sport could get dropped.  A school

9    could pull out of the NCAA.  These all happened.  Not

10   necessarily this time period.

11              Those are all reasons why the slow

12   adjustment might be different from what you'd expect

13   employment to be in the -- in the -- the absence of

14   the alleged collusion.

15           Q        I guess what I'm asking is, does slow

16   adjustment explain why every school that did not hire

17   a paid coach in a particular sport after the bylaws

18   were amended made that decision?

19           A        Well, I think I said I don't think those

20   are the only reasons, there may be others.

21           Q        So other than slow adjustment, what

22   could explain why some schools did not hire

23   additional paid coaches after the bylaws were

24   amended?

25              MR. STEWART:  Objection, asked and he

                                          Page 133

1    just answered.

2        A      Well, I guess the problem with the

3    question is how many are not -- we don't know yet at

4    this point how many schools haven't hired paid

5    coaches into those long-term positions, so maybe they

6    will all hire them.

7        Q      And maybe they won't, right?

8        A      Well, we have no way of knowing for

9    sure, but it seems likely there will be many more

10   hired than had been in the initial period, and that's

11   really what I -- what I refer to with these reasons.

12       Q      So is it your expectation as an

13   economist that -- well, let me strike that.

14              I think you said earlier you don't have

15   any estimate of how long it will be until the market

16   reaches equilibrium, right?

17       A      That is correct.

18       Q      And is it your prediction as an

19   economist that when the market does reach equilibrium

20   that every school that hired a volunteer in the

21   actual world will hire an additional coach in that

22   sport?

23       A      I don't know.

24       Q      You're not offering any opinion on that

25   subject, correct?

Page 134

```
 1          A       That is not what my report is about, no.
 2          Q       Right.
 3                  So you're not offering any opinion about
 4    whether when the market is in equilibrium every
 5    Division I program hires an additional paid coach in
 6    every sport where it hired a volunteer, right?
 7          A       No, that is not what I was asked to
 8    analyze, and I haven't.
 9          Q       And so you have no opinion on that,
10    right?
11          A       I have not reached an opinion on that,
12    yes.
13                  The data are out, or the data are still
14    out, I guess you might say.
15          Q       Well, you haven't reached an opinion on
16    that, though, based even on other types of economic
17    evidence, right?
18                  You don't have any opinion on that, one
19    way or the other?
20                  MR. STEWART:  Excuse me.
21                  What is that again?
22          Q       Well, you said the data are out, and I'm
23    asking you, do you have an opinion, based on any type
24    of economic evidence whatsoever, about when the
25    market reaches equilibrium, whether that equilibrium
```

Page 135

1    is one where every school that hired a volunteer

2    during the class period hires an additional paid

3    coach in that sport?

4         A    I don't know whether that will be the

5    case, no.

6         Q    And are you offering any opinion as to

7    why any particular Division I sports program didn't

8    hire an additional paid coach after the bylaws were

9    changed made that decision?

10        A    No.

11        Q    Did you investigate why any Division I

12   college or university that didn't hire an additional

13   paid coach after the bylaws were amended made that

14   decision?

15        A    Well, we don't know what they -- what

16   decisions were made.

17             In other words, I think I tried to

18   explain carefully in the report that we don't -- we

19   don't -- our data doesn't continue into far enough to

20   know what the ultimate outcome will be.  It will

21   certainly take another year, maybe many, many more.

22   So the -- one aspect of this is that we do not have

23   the data at this point to say what that outcome is

24   going to look like.  Even with two years of data, it

25   would help.

Page 136

1    hired a volunteer made that decision?

2        A    Well, under pressure of time where there

3    were other things that needed to be done, it wasn't

4    something that was prioritized by anyone to do.

5        Q    How much time do you think you would

6    have needed to do that?

7            MR. STEWART:  Do what?

8            Objection, vague.

9        Q    How much time do you think you would

10   have needed to figure out why each school that didn't

11   hire an additional paid coach in all of the sports

12   where it hired a volunteer during the class period,

13   why they made that decision?

14           MR. STEWART:  Objection, vague and

15   ambiguous.

16       A    It would be hard.  You would obviously

17   have to depose people.  So this is a legal question

18   that I really don't have the ability to answer.

19       Q    So to figure out why a school did not --

20   made a decision not to hire an additional paid coach

21   in a particular program, you would have to depose

22   that school?

23       A    Well, you would have to at least ask

24   people about this question, and probably it would

25   require, if you wanted to use it in court, that they

Page 141

1    be deposed.  Don't you think?

2                You're a lawyer, I'm not the lawyer

3    here.

4        Q    You didn't -- you said that it's

5    premature to ask the question of why the schools

6    didn't hire paid coaches.

7                Why do you say that?

8        A    Well, because I think what you want to

9    know is how many are not, in fact, going to do the

10   hiring, and there are many that we don't know whether

11   they did or didn't.

12       Q    When you say you would want to know

13   whether they would do the hiring, do you mean when

14   the market reaches equilibrium or for '23-'24?

15       A    No.  I mean for -- when the market

16   reaches some equilibrium, what you would want to do

17   is to study -- you're the one who brought up sample

18   selection.

19                What you want to make sure to do is to

20   study a sample that wasn't selected of those -- of

21   those schools that are in these categories, so that

22   would require a sample design, which presumably would

23   be based on the equilibrium outcome.

24       Q    Can you explain a little bit more what

25   you mean by "doing a proper sample design" in that

Page 142

1    answer?

2        A      Sure.

3               If you want to -- if there is a

4    population you would like to know the

5    characterization of, you typically draw a random

6    sample from that population and study it, and then

7    that way you know that you can infer what the

8    population looks like without -- without issues of

9    bias.

10       Q      And that is a standard technique in

11   economics?

12       A      Yes.

13              Well, it's a technique in all the

14   sciences basically, minimization.  It goes back not a

15   long ways, but fairly far.

16       Q      You didn't employ any randomized

17   sampling in this case, did you?

18       A      No.

19              I guess I should say yes.

20       Q      Let me ask it again for a clear record.

21              Did you employ any random sampling in

22   this case?

23       A      No.

24              That is a correct no.

25       Q      Why not?

Page 143

1          A       We -- we -- we were lucky to get the

2     data we got in the time we had it, so it wasn't -- we

3     were taking everything we could get our hands on

4     because of the -- of the slow production of data in

5     the first place.

6          Q       Any other reason?

7          A       That's the reason.

8          Q       Did you do anything to construct a model

9     as to why each Division I college or university that

10    didn't hire an additional paid coach after the bylaws

11    were amended made that decision?

12         A       As I explained, I didn't try to explain

13    that with a model.

14         Q       I think one of the reasons you mentioned

15    that might explain why some schools did not hire an

16    additional paid coach after the bylaws were amended

17    is that wages don't adjust immediately, right?

18         A       Yes.

19         Q       And I think one concept you mentioned, I

20    think, is -- is downward nominal wage rigidity?

21         A       Yes.

22                 MR. RAPHAEL:  I'll pause for the court

23    reporter on that one.

24                 THE COURT REPORTER:  I got it.

25         Q       And that's -- that's the idea that

Page 144

1   employers find it difficult to reduce the wages of

2   people that they're already earning?

3          A       Yes.

4          Q       And so your expectation would be that if

5   schools were paying the coaches who volunteered in

6   the but-for world that they wouldn't take the money

7   that they were paying the other coaches on their

8   staffs and give it to the volunteer coaches, right?

9          A       Yes.

10         Q       Do you have any opinion on, if schools

11  weren't going to get the money to pay the coaches who

12  you say would have been paid from salaries of other

13  coaches, where they were going to get the money?

14         A       Well, you asked me earlier about the

15  sources of finances for these particular departments,

16  and I don't really know anything about the sources of

17  financing, so I really don't have a particular

18  opinion about where those funds might come from.

19         Q       Are you offering an opinion that all

20  Division I schools that hired volunteers during the

21  class period could have afforded to hire additional

22  paid coaches in all the sports where they hired

23  volunteers?

24                 MR. STEWART:  Object to the form of the

25  question, vague.

Page 145

1           A      No, I didn't -- I didn't -- my report
2      doesn't deal with that topic.
3           Q      You didn't perform any study to
4      determine whether downward nominal wage rigidity
5      explains why any school did not add additional paid
6      coaching positions after the bylaws were amended,
7      right?
8           A      That is correct.
9           Q      You're just pointing out nominal wage
10     rigidity as a theory that could explain that?
11          A      As a general -- as kind of a general
12     finding, yes.
13          Q      So you don't actually have the opinion
14     that downward nominal wage rigidity explains why any
15     school actually didn't hire additional paid coaches,
16     right?
17          A      I don't know why they didn't, based on
18     that alone, no.
19          Q      And another reason you said, I think,
20     that schools may not have hired additional paid
21     coaches is that adjusting university budgets takes
22     time, right?
23          A      Yes.
24          Q      And I think you testified earlier that
25     you haven't studied how any university sets its

                                              Page 146

1    athletic budget, right?

2        A       No.  I have some general idea, of

3    course, because I'm at a university, but I haven't

4    really -- haven't studied the administration of the

5    university budgets.

6        Q       So you're not offering any opinion then

7    that the time it takes for universities to change

8    their budget actually explains why any school didn't

9    hire additional paid coaches after the bylaws were

10   amended?

11       A       I don't have a direct connection between

12   that, just offering that as one of the things to

13   explore.

14       Q       Now, I think the third reason you

15   mentioned as to why schools may not have hired

16   additional paid coaches has to do with residual

17   collusion?

18       A       Yes.

19       Q       Have you seen any evidence that any NCAA

20   member institutions colluded with respect to the

21   assistant coach salaries after the NCAA bylaws were

22   amended?

23       A       No.

24       Q       And are you offering the opinion that

25   any NCAA member institutions colluded regarding

Page 147

1      coaching salaries after the amended bylaws were

2      changed?

3              A      No.

4              Q      Economists have performed studies about

5      this concept of residual collusion?

6              A      There's some evidence, yes.

7              Q      You didn't perform any study in this

8      case about whether this notion of residual collusion

9      explains why any school did not hire additional paid

10     coaches after the bylaws were amended?

11             A      That's correct.

12             Q      Are you aware of any published studies

13     showing that not all colleges and universities make

14     all of the payments that they are permitted to make

15     to student athletes under NCAA bylaws?

16             A      I don't -- I don't know.

17                    I read a bunch of different things, but

18     I don't recall anything in that particular area.

19             Q      Could you go to paragraph 54 of your

20     report, please.

21                    MR. STEWART:  I don't think he has the

22     final report, does he?

23             Q      No.  This is your original report.

24             A      Okay.

25             Q      I don't believe this is a paragraph

Page 148

1          So when you testified earlier that all

2   members of the class were harmed, that is your

3   opinion, correct?

4          A    Yes.

5          Q    What do you mean by that?

6          A    I mean that if someone was hired, they

7   must have produced output at least equal to what they

8   were paid.

9          So that output -- so if you think about

10  the usual marginal product of labor equals the wage

11  rate, that output would normally be compensated.

12         It's in that sense that I meant, it's a

13  very special sense, but it's in that sense I meant

14  that they were harmed.

15         Q    So, in other words, members -- when you

16  say "all class members have been harmed," what you're

17  saying is that the universities received more value

18  than they paid?

19         A    Yes.

20         Q    And so -- but some -- some coaches even

21  on that measure of harm were not entitled to damages

22  I think you said?

23         A    Yes.

24         The convention we used was that if the

25  assistant coach wasn't -- I'm sorry.

Page 153

1    substitution issue that the court has already ruled

2    in this case is not going to be applied, but you can

3    answer the question.

4              MR. RAPHAEL:  You can have a standing

5    objection so we don't have any more speaking

6    objections.

7         Q     Can you answer my question?

8         A     All depends on what they have been paid.

9         Q     Right, but economics would indicate that

10    the employer is going to hire the person for the

11    position with whom they get the biggest difference

12    between the marginal revenue and the marginal cost,

13    right?

14         A     Yes, that's true.

15         Q     And so it could be that if there were

16    other applicants for the positions that the volunteer

17    coaches held who offered more revenue -- marginal

18    revenue product than the marginal cost, their salary,

19    economics would say that the college would hire that

20    applicant rather than the volunteer?

21         A     Well, in this situation that is probably

22    true.

23              In a -- if the number of coaches was

24    unrestricted, then it would be -- anytime there was a

25    marginal benefit greater than cost, you would hire

                                        Page 157

1    the person.

2        Q    Right, but your but-for world, sir,

3    assumes that the number of coaches is restricted,

4    right?

5        A    That is correct.

6        Q    Okay.  So in a but-for world in where

7    the number of coaches is restricted, economics would

8    say that if there is an applicant whose marginal

9    revenue product exceeded the salary that would have

10   to be paid by more than the value the school got from

11   the volunteer, they would hire that other applicant,

12   right?

13       A    Yes.

14            MR. STEWART:  Just to be clear, my

15   objections are continuing, right, Justin?

16       A    Yes, you take the one that gives you the

17   most payoff.

18            MR. STEWART:  Counsel, are my objections

19   continuing?

20            MR. RAPHAEL:  Oh, yes, yes, absolutely.

21            MR. STEWART:  Thank you.

22            MR. RAPHAEL:  I'm very clear on what

23   your objection is.

24            MR. STEWART:  Good.  Thank you.

25            And I don't need to make it for every

Page 158

1      question.

2                    MR. RAPHAEL:  Not at all.  I don't

3      intend to suggest you waived that objection.

4                    MR. STEWART:  Okay, thank you.

5           Q     What -- what, as an economist, do you

6      think some of the reasons might have been why a

7      Division I sports program wouldn't hire paid coaches

8      for all of the unrestricted positions?

9                    MR. STEWART:  I'm going to object.  It's

10     beyond the scope of his report.

11                   You can go ahead.

12          A     Well, the general reason is the one you

13     just explained, which is that the marginal benefit

14     wasn't as much as the going rate for them.

15          Q     You have some discussion in your report

16     of pay equity, right?

17          A     Yes.

18          Q     Did you perform any study of internal or

19     external pay equity in any sports program in

20     Division I?

21          A     I guess it depends on what you mean by

22     "pay equity."

23          Q     Let's get back to basics then.

24                   What is the concept of pay equity?

25          A     Well, the idea is -- is -- there's both

                                              Page 159

1    external and internal notions of -- of pay, and the

2    internal notion is that, as in typical institutional

3    pay structure, there's some comparison between people

4    at different pay levels.  So the notion of -- the

5    basic idea is that there's a -- there's a wage

6    differential across some internal positions that

7    appears rationalized by -- typically, I think -- by

8    norms that are common in the -- in the institution.

9    And then external pay equity has to do with the same

10   comparison across institutions.

11        Q      So, by way of example, internal pay

12   equity would be if there is an animation studio and

13   the company that has the animation studio has

14   different sort of formalized job levels inside their

15   company?

16        A      Yeah, that is one example.

17               The government does it, too, with GS

18   levels.

19        Q      Right.

20               And then external pay equity would be

21   that the people at the animation studio who have a

22   job at a different level, they look out there and

23   they say, "Why do the people at the other studio who

24   have whatever job I have, why do they make more than

25   me"?

Page 160

1          A       Yes.

2                  And, effectively, that might mean that

3      you're going to lose some people.

4                  So both internal and external pay equity

5      has a purpose.

6          Q       Now, did you study internal or external

7      pay equity at any Division I athletics department?

8                  MR. STEWART:   Object to the form.

9          A       No.

10                 We did study relative wage

11     determination, and that is the basis for my -- for my

12     analysis of damages, but there wasn't -- I didn't

13     make any attempt to try and explain why those wage

14     differentials existed.

15         Q       So you're not offering any opinion in

16     this case as to whether there is internal or external

17     pay equity at any Division I program or in any

18     sports?

19         A       No, not with respect to any individual

20     program, that's correct.

21         Q       Are you offering an opinion that there

22     is pay equity at any Division I school across their

23     sports programs?

24         A       No.

25                 I cite some anecdotal evidence that

Page 161

1    demonstrates that issues of internal pay and external

2    pay equity have -- show up.

3              There certainly is evidence that they're

4    in the minds of some people, but I haven't done any

5    formal study of it.

6         Q    Well, do you have an opinion as to

7    whether pay equity between coaches in the same sport

8    at the same school explains coach salaries at that

9    school?

10        A    I haven't tried to explain the

11   differences in salaries.  I mean, there are -- the

12   regression analysis gives us measures of the relative

13   wages of all the different coaches, but I haven't

14   tried to explain why or -- either across sports or

15   within sports why those differences, why they exist

16   and whether -- what they're a result of.

17        Q    And so you're not offering the opinion

18   that differences in coach salaries, either across

19   sports or within the same sport, are a function of

20   pay equity?

21        A    No, but they are a function -- they

22   exist, so they're undoubtedly a function of pay

23   structure which almost certainly has some components

24   that are associated with these issues.

25        Q    What do you mean by "pay structure"?

Page 162

1          A       Just like it says.  So we -- for

2    example, this so-called step-down we give is a

3    measure of the gap between the pay of the

4    unrestricted assistant coach and the newly-hired

5    formerly volunteer coach, so that's a pay

6    differential.

7                 There's pay differentials -- they're

8    reported in the backup, they're not in the report,

9    but there are pay differentials between the head

10   coach and the other coaches, and we actually measure

11   what those are in the categories we set up.

12         Q       But you're not offering any opinion that

13   the differentials in one sport between salaries for

14   different coaches in that sport are affected by the

15   differentials among salaries in another sport?

16         A       No.

17                 That is an analysis that could be done,

18   but I haven't done it.

19                 I should have said yes, shouldn't I,

20   because you asked me, "That is an analysis you

21   didn't."

22                 I wish you wouldn't do that.

23         Q       Have you done any analysis of how the

24   salaries -- the differential between salaries for

25   coaches in one sport affects the differential of

                                        Page 163

1    salaries of coaches in another sport?

2         A       No.

3                 That's the way it should have been.

4         Q       In your view, were the volunteer coach

5    rules consistent with the concept of pay equity?

6                 MR. STEWART:  Can I hear that again?

7    I'm sorry.

8                 (Whereupon, the requested portion is

9    read back by the reporter.)

10                MR. STEWART:  Object to the form of that

11   question, vague.

12        A       I haven't thought about that.

13                That's an interesting question because

14   the end of the -- of the rule -- why did the rule

15   end, for example, you could ask.  I haven't asked

16   that question either, but it's an interesting

17   question.

18                Actually, I guess there is a research

19   project on that, to tell you the truth.

20                I hate that phrase.  I shouldn't have

21   said that.  I always tell the truth.

22                I haven't thought about that.  As I

23   said, maybe I will think about it now that you asked.

24        Q       Just to be clear, I'm not funding the

25   research project.

Page 164

1          Q       Are you offering any opinion as to --
2      I'll break it down, maybe a little more
3      straightforward.
4              So the -- the coaches who volunteered in
5      the actual world, they faced some level of
6      competition, maybe a lot, maybe not so much, for
7      their positions, right?
8          A       Yeah.
9          Q       And are you assuming that that level of
10     competition that the volunteer coaches faced for
11     their positions in the actual world would have been
12     the same intensity of competition that they faced in
13     the but-for world?
14             MR. STEWART:   Same standing objection.
15         A       Well, I don't make any assumption about
16     what -- that kind of competition, right.
17             The kind of competition that we're
18     discussing here is the alleged collusion.
19             I don't have -- there is nothing in my
20     report that goes to the question of what -- who the
21     different applicants were for whatever the position
22     the unpaid coaches took when they did it.  You know,
23     I don't have any -- I haven't decided that at all.
24         Q       You have no opinion about the identity
25     of the applicants for the volunteer positions in the

                                        Page 168

1    actual world, right?

2          A       Well, if you mean -- I'm assuming that

3    they -- the volunteer coaches that were in the

4    positions that they were in during the period of the

5    alleged collusion is the same as would have been

6    there had there not been collusion, I think I said

7    that about a hundred times.

8                MR. STEWART:  I think the problem with

9    your question, Justin, is you're saying "identity of

10   the applicants."

11               Obviously one of the applicants, to the

12   extent there were more than one applicant in any

13   given case, is the coach who got the job, so it's

14   just a little ambiguous I think.

15               MR. RAPHAEL:  I agree with you.

16               Let me try again.

17         Q      You're not offering any opinion about

18   the identity of anyone who applied for or was

19   interested in a volunteer position who didn't get it,

20   right?

21         A      Yeah, I am not.

22         Q      And you're not offering an opinion about

23   the identity of anyone who would have been an

24   applicant for any of the paid positions you say would

25   have existed in the but-for world other than the

Page 169

1    volunteers who were hired in the actual world?

2         A    Yes, that's correct.

3         Q    And, for that reason, you're not

4    offering any opinion about whether the competition

5    that the volunteers faced in the actual world was

6    more or less intense than the competition they would

7    have faced for their positions in the but-for world?

8         A    Yes, that's right.

9              By "competition," you mean other

10   applicants I guess?

11        Q    Right.

12             And, in fact, you're not offering any

13   opinion about the competition that coaches face

14   for -- to get their positions at all, right?

15        A    No, I'm not -- other than the alleged

16   collusion, I'm not offering any opinion about

17   competition.

18        Q    Would it be your expectation that more

19   coaches would have applied for paid positions in the

20   but-for world than applied for the volunteer

21   positions in the actual world?

22             MR. STEWART:  Object, beyond the scope

23   of the report.

24        A    Well, that's possible.

25        Q    Do you have any opinion, one way or the

Page 170

1  school that hired an additional paid coach would not

2  have hired the volunteer from the prior year even if

3  that volunteer applied?

4          MR. STEWART:  I'm going to object, it

5  calls for speculation, but go ahead.

6      A    I suppose it's possible.  I don't know

7  what the reasons are of why that would occur, I

8  haven't -- I certainly haven't studied it.

9      Q    So you -- as an economist, you cannot

10  think of any reason why a school that hired an

11  additional paid coach instead of an applicant who

12  previously was the volunteer would have made that

13  decision?

14      A    Well, I think almost all of us can think

15  of some reasons why that might happen, but I haven't

16  studied any -- whether any of them are actually

17  relevant.  For example, the head coach could change,

18  and then the head coach wants to change all the other

19  coaches.  There is all kinds of possible ways that

20  that could occur, but I haven't really looked into

21  any of that.

22      Q    Could one reason why a school that hired

23  an additional paid coach but didn't hire the

24  volunteer in the prior season when they applied be

25  that another applicant for the position was more

Page 172

1    qualified?

2         A     I suppose that's possible.

3         Q     And you didn't investigate why any

4    Division I program that hired an additional paid

5    coach after the bylaws were amended decided to hire

6    one coach rather than another?

7         A     No, I haven't -- I haven't studied that

8    question.

9         Q     You haven't investigated the

10   qualifications of any coach compared to any other

11   coach in Division I, right?

12        A     That's correct.

13        Q     Is it possible that -- strike that.

14              As an economist, would it be your

15   expectation that some coaches would -- who would not

16   have been interested in a volunteer coach position

17   but would be interested in a paid coach position?

18              MR. STEWART:  Again, I'm just going to

19   reassert my standing objection that you have given

20   me.

21        A     That's possible.

22        Q     And, as an economist, what would be some

23   of the economic reasons for that?

24        A     Usually people prefer jobs that pay

25   more.

1    step-down, which is some number, it implies that

2    there is a negative differential, we apply that to

3    the -- the paid assistant coach at St. Mary's to get

4    the prediction of what you would get -- of what the

5    St. Mary's newly-hired formerly unpaid coach would

6    get.

7              Now, are you asking me whether that

8    number is different from the number that we would

9    predict for the USC coach?

10             I wasn't sure what your --

11        Q    Let me try it again, and you're lucky I

12    didn't go to St. Mary's.

13        A    I'm sure it's a nice school.

14        Q    So I'm asking you to compare the but-for

15    world salary for the lowest-paid coach at USC and the

16    actual salary for the coach in the same sport at

17    St. Mary's.

18             MR. STEWART:  I'm just going to object,

19    it's vague.  There are obviously numerous salaries

20    that are being paid to the staff, so are you

21    referring to all the salaries paid to the staff or

22    the lowest one, or what are you referring to?

23             MR. RAPHAEL:  I'll try again.

24             Maybe I'll just try to cut through it.

25        Q    It's possible, isn't it, that at some

                                        Page 178

1    schools that pay their coaches a lot, your estimate

2    of the salary that would have been made by the person

3    who volunteered is more than some coaches who were

4    paid in the actual world in the same sport at other

5    schools made, right?

6         A    It's possible.

7         Q    Right.

8              And because, I think you testified

9    earlier, that people generally prefer to make more

10   money rather than less, right?

11        A    Other things the same, don't forget that

12   part.

13        Q    Right.

14             Other things the same, right?

15             Right?

16        A    Yes.

17        Q    Okay.

18             So it's possible, isn't it, as an

19   economist, you -- strike that.

20             As an economist, you might expect that

21   if the volunteer position at USC was paid at a higher

22   salary than the person at St. Mary's actually earned,

23   that that person might have been interested in that

24   position at USC instead of St. Mary's?

25        A    Well, that's possible in the sense

                                        Page 179

```
 1   anything is possible, but, you know, the -- you
 2   haven't held things constant.
 3              So working at St. Mary's is not the same
 4   thing as working at USC, so you didn't hold other
 5   things constant.  You have to have all the
 6   characteristics -- I mean, it might be, I suppose,
 7   I'm a devout Catholic, I don't know where Moraga is,
 8   USC is downtown, it's riddled with -- they paid a
 9   billion point one dollars for a sexual harassment
10   suit and taxed the faculty by taking away the
11   pensions.  That is not a good job.  We consider that
12   a bad job in academia.
13              I even tried to encourage a lawsuit by
14   some of the faculty.  They never did it.
15              So you're not really comparing -- that
16   is comparing apples -- you didn't hold everything
17   else constant when you made that comparison.
18      Q      Okay.  Holding everything else constant,
19   as an economist, you would expect that if someone
20   could earn more as the last paid volleyball coach at
21   one school, they would be more interested in that
22   position than being the second highest paid coach at
23   another school at a lower salary, right?
24              MR. STEWART:  Objection, vague.
25      A      Everything else the same, I think
```

Page 180

1    everything else the same, and that's hard to say that

2    "everything else the same" in that case because

3    the -- it depends on whether the -- what you do in

4    each of those positions is exactly the same, but

5    assuming that it is, then yes, I think they would be

6    more -- they would prefer the higher salary.

7         Q    Well, someone would only not prefer to

8    higher salary as the last paid coach at one school

9    compared to the second highest -- strike that.

10             In a world where someone's salary as the

11   last paid coach at one school would be higher than

12   their salary as the second paid coach at another

13   school, in order for them, as a matter of economics,

14   to take the lower paid position, there would have to

15   be other intangible benefits that were worth at least

16   as much to them as the difference in salary, right?

17             MR. STEWART:  Object to the form.

18        A    That makes sense, yes.

19             That is the other things constant

20   problem.

21        Q    Right.

22             And you in this case have not studied

23   any of the intangible benefits of coaching at any

24   school versus any other in any sport, right?

25        A    Well, I haven't studied the intangible

                                    Page 181

1    benefits, no, that's correct.

2        Q      And so it would be your expectation,

3    though, as an economist, that at least some coaches

4    who could have made more in the last paid coaching

5    position that you say would have existed in the

6    but-for world would have been more interested in that

7    position than the jobs they actually had paid in the

8    real world, right?

9              MR. STEWART:  Same objections.

10       A      Well, I think that requires this

11   statement that other things have to be the same,

12   right, so that's -- that's an innocuous statement to

13   say that people would prefer more money to less.  I

14   don't think that is objectionable to anybody,

15   actually, not even economists.

16       Q      Could you go to page -- paragraph 54 of

17   your report.  I believe that's page 29.

18       A      Fifty-four, paragraph 54.

19              That is the one we were on before.

20              Twenty-nine, yes.

21       Q      Maybe take a minute to review that and

22   give the court reporter a break.

23       A      I think this is the one we went over

24   before, is that correct, am I wrong, or are we on

25   different pages here?

                                    Page 182

1        Q       Same page.

2                MR. STEWART:  It's the same paragraph,

3     if that is your question.

4        A       Yeah, got it.

5        Q       Do you see there that you write, "Absent

6     a conspiracy to suppress the compensation of these

7     workers to zero, the market rate would be greater

8     than zero."

9                Do you see that?

10       A       Yes.

11       Q       What do you mean by "market rate" in

12    that sentence?

13       A       The market rate would be obviously

14    determined, in the broadest sense, by supply and

15    demand absent the conspiracy.

16       Q       So the market rate is determined by

17    supply and demand throughout the entire market?

18       A       Yes.

19       Q       And in order to determine supply and

20    demand, do you have to know what the market is where

21    you are determining supply and demand?

22       A       No.

23       Q       So your testimony, as an economist, you

24    can determine supply and demand for a market that you

25    have not defined?

Page 183

1           In other words, relative wages would be

2     stable if you compare -- well, if you really wanted

3     to find -- to predict the wage of an AI person, you

4     have to have some kind of a benchmark.

5           It's possible actually that wages would

6     all go up and down together, even including lawyers

7     and garbage men and everything else, but it wouldn't

8     help you to get at the actual -- what the actual wage

9     rate is, you need to have some person who has a

10    relative wage that's determined by the same factors

11    as determines the AI wage, that is the basic idea.

12    Q       So in order to calculate a relative wage

13    rate that is accurate you think you need to use jobs

14    whose salaries are determined by the same factors?

15    A       Yes.

16    Q       Have you done any analysis as to whether

17    the jobs -- the salaries of jobs coaching different

18    sports are determined by the same factors?

19    A       Well, yes and no.

20           The -- to some extent the analysis I

21    have done is a relative wage differences.  So to the

22    extent the relative wage differences are stable

23    across the groups, they don't differ, that is what I

24    mean by that, across the different groups that I

25    analyzed, that tells us something about the same

Page 186

1        Q      And if those step-downs were not close,

2    what conclusion would you draw?

3        A      That -- that there are some differences

4    in the supply and demand factors between the two sets

5    of categories, A and B.

6        Q      I see.

7               And if you found that there were

8    different step-downs between salaries in -- from

9    sport-to-sport, would that tell you that there's

10   different supply and demand in different sports?

11       A      Somewhat different, yeah.

12       Q      Do you have any opinion as to whether

13   supply and demand for coaches in each Division I

14   sport is the same?

15       A      Well, I haven't done that test, so I

16   haven't done the analysis of what would allow you to

17   say.

18       Q      So you have no opinion?

19       A      So I haven't really drawn -- I think

20   they're probably similar factors in supply and

21   demand, but I don't know that for a fact.

22       Q      So do you have any opinion on whether

23   the supply and demand factors for each sport in

24   Division I are the same?

25       A      I think they're probably similar, yes,

Page 189

1    but, as I said, I haven't done any tests that would

2    determine that for sure.

3        Q    And that's a test that you could have

4    done?

5        A    It could be done.  Well, at least across

6    the groups we had.  If we had more data, we could do

7    it across sports too.

8        Q    And if you found that the supply and

9    demand factors in different sports were different,

10   what implications would that have for the analysis

11   that you did?

12       A    Well, it would mean that we would have

13   adjusted the analysis so that it predicts correctly.

14            In other words, that we would have taken

15   account of the fact that supply and demand factors

16   were different when we did our prediction of what the

17   damages would be.

18            In other words, if we -- that is why we

19   did it in the groups we did.

20            Remember, the way the damages are

21   calculated are by using the step-down applied to the

22   payroll of the lowest-paid assistant coach in

23   whatever place it is that we're looking at.

24            If it turns out the step-downs are

25   different, then we calculate different damages for

Page 190

1    those people.

2        Q        In other words, if there's different

3    supply and demand in different Division I sports, an

4    analysis that predicts wages based on grouping sports

5    together would lead you to incorrect estimates?

6        A        It would probably be due to some that

7    were too high and some that were too low, and

8    obviously -- but, of course it may not, depending on

9    whether or not there are significant differences.

10        Q        Could you go to paragraph 39 of your

11    report, and do it slowly to give our reporter a short

12    break.

13        A        Okay.

14        Q        All right.

15            The third sentence of paragraph 39 of

16    your report says that "The labor market at issue in

17    this case is the market for Division -- NCAA

18    Division I assistant coaches in the United States."

19            Do you see that?

20        A        Yes.

21        Q        All right.

22            Now, earlier you testified that you have

23    not defined a market in this case.  Is that your

24    testimony?

25        A        Well, you have to be careful here.

Page 191

1              When I talk about -- these people are in

2    the labor market that I'm going to analyze, but I'm

3    not drawing the edges of the labor market, I'm not

4    using concentration analysis or anything like that.

5              So, unfortunately, that word "labor

6    market" is maybe used multiple ways at different

7    times.

8              And, here, all I mean is that I'm going

9    to be analyzing this particular group of people for

10   evidence of -- direct evidence of monopsony power.  A

11   very popular word nowadays.

12             By the way, invented by Joan Robinson, a

13   woman who knew her Latin.

14        Q     All right.

15             So you have not defined any labor market

16   in the sense of trying to capture the set of

17   reasonable substitutes?

18        A     Yes, I haven't tried to define the --

19   the perimeter of a labor market, let's put it that

20   way.

21        Q     Right.

22             And so do you have any opinion,

23   for example, as to whether jobs coaching swimming

24   belong in the same market in the economic sense as

25   jobs coaching softball?

                                        Page 192

1          MR. STEWART:  Object to the form.

2      A      Well, I think I tried to make clear that

3  I didn't define the perimeters of a labor market for

4  each of these categories, so I haven't really taken a

5  position on that -- on that issue.

6      Q      Okay.

7              In thinking about the supply and demand

8  factors that contribute to a wage level, is it

9  important to understand the set of jobs that are at

10  issue in those supply and demand curves?

11      A      Well, you have to say something about

12  what the jobs are.  You have to define them and

13  measure their wage rates.

14      Q      So if -- if -- if people who have

15  certain skills have the ability to do one set of jobs

16  and people with a different set of skills have the

17  ability to do a broader set of jobs, could that

18  affect supply and demand in those two sets of jobs?

19          MR. STEWART:  Object to the form of the

20  question, incomplete hypothetical, vague.

21      A      Well, supply and demand is really a

22  result of the aggregation of the skills that people

23  have and what they're willing -- what you have to pay

24  them; in other words, how much they expect to

25  receive, how much they -- what will extract labor

Page 193

1    demand, right?

2        A    One of the many factors, supply and

3    demand.

4        Q    So it might be that there are jobs

5    available to coaches in some sports that don't have

6    an equivalent in other sports, right?

7            MR. STEWART:  Object to the form, vague.

8        A    I'm not sure what you mean by that.

9        Q    So a golf coach might work at a country

10   club, right?

11       A    Oh, so you mean certain kind of

12   employers for certain -- is that what you mean?

13       Q    You said it better than I did.

14           I'll try another question.

15           In different sports there could be

16   different -- in different sports there could be

17   bigger or smaller sets of employers, right?

18       A    Yes, that's right.

19       Q    And if -- if there are -- if there are

20   employers who are available to coaches in one sport

21   and not in the other, that could affect the wage

22   level, right?

23       A    Yes.

24       Q    And you -- since you haven't defined a

25   labor market in this case, you haven't defined any

                                        Page 195

1    it.

2                    Do you have any opinion as to whether

3    supply and demand for coaching any sport in

4    Division I is broader or just limited to assistant

5    coaching jobs in Division I?

6                    MR. STEWART:  I'm sorry, I am going to

7    object, that is vague.

8                    Maybe the witness could answer.

9        A        I haven't actually studied that

10   question, so I don't have an opinion about that, no.

11       Q        Would it be your expectation that the

12   wage level for coaching any particular sport is

13   dependent on supply and demand for jobs coaching that

14   sport other than just being an assistant coach in

15   Division I?

16       A        It could.

17                It could.

18       Q        But do you have any opinion as to

19   whether that is actually the case for any sport in

20   Division I?

21       A        Other than just casual observation, I

22   have not -- I certainly haven't studied that issue.

23   I don't have an opinion, based on what this report is

24   about, on that topic.

25       Q        So are you offering the opinion that the

                                            Page 197

1    wage level for any Division I sport, coaching that

2    sport, is limited to the supply and demand with

3    respect to Division I assistant coaching jobs in that

4    sport?

5              MR. STEWART:  Object to the form.

6         A    No.

7              The supply and demand is broader than.

8    That is why I didn't try to define the peripheries of

9    a market.  It's as broad as anything that could

10   affect supply and demand for different kinds of

11   workers.

12        Q    Right, and -- and jobs coaching a sport

13   outside of Division I could affect the wage level of

14   jobs coaching in Division I, right?

15        A    Sure.

16             MR. STEWART:  Object to the form.

17        Q    I think I take it from your answer so

18   far, you have also not defined a geographic market in

19   this case?

20        A    That is correct.

21        Q    So you have no opinion, one way or the

22   other, as to whether supply and demand for jobs

23   coaching a particular sport is confined to a

24   particular geographic area?

25        A    No, I don't have any opinion.

Page 198

1           Yes, I don't have any opinion.

2      Q      And do you have any opinion, one way or

3  the other, as to whether the wage level for jobs

4  coaching in Division I is a function of local supply

5  and demand?

6      A      It could be.

7      Q      As an economist, would it be your

8  expectation that the wage level for some jobs

9  coaching in Division I would be localized rather than

10  national?

11      A      It could be.

12      Q      But I am correct that you have not done

13  any analysis to answer that question?

14      A      That's correct.

15           It's really not necessary, given the way

16  we construct our analysis of damages.

17      Q      Well, sir, you did define a geographic

18  market in the Detroit nurses case, didn't you?

19      A      Yes.

20      Q      Okay.

21           So why did you do -- why did you define

22  a geographic market in the Detroit nurses case?

23      A      Well, that was because the core of the

24  monopsony there is the mobility of the nurses,

25  that's -- that's really the basis, I think, for the

Page 199

1    potential they have, monopsony power, in that market,

2    because the nurses are relatively immobile.

3         Q     Is it your testimony that all coaches

4    who are volunteers are -- have more mobility than the

5    nurses that were involved in the Detroit case?

6              MR. STEWART:  Object to the form of the

7    question.

8         A     I haven't studied whether these have

9    more or less mobility than the nurses did.

10        Q     Do you know whether some Division I

11   sports are played in Canada?

12        A     I didn't quite catch what you said.

13        Q     Do you know whether some Division I

14   sports are played in Canada?

15        A     In Camden?

16        Q     Canada.

17        A     Oh.  You mean the country?

18        Q     Yes.

19        A     Our great friendly northern neighbor.

20              You know, I don't know if the NCAA is

21   applicable in Canada.

22        Q     Okay.

23              Do you know whether some of the sports

24   that Division I schools play are also played by

25   people maybe in other leagues in Canada?

Page 200

1           A       Yeah, I'm sure they are, yes.  Lacrosse,
2    for one.
3           Q       Right.
4                   Ice hockey?
5           A       Absolutely.
6           Q       Right.
7                   And you didn't study any relationship
8    between coaching jobs in Canada and the wage levels
9    for coaching ice hockey or lacrosse in Division I,
10   right?
11          A       No, I did not.
12                  Yes, I did not.
13          Q       We'll get it right one of these times.
14                  All right.
15                  I want to talk a little bit about the
16   data you used.
17          A       Yes.
18          Q       All right.
19                  So we'll try to take this step-by-step.
20   I think there will be a lot of numbers flowing
21   around, so I'm going to try to be clear about what
22   numbers we're both talking about.
23                  Could you go to paragraph 61 of your
24   report.
25          A       That is the data section?

                                        Page 201

1    school count.

2              So they had -- they had to -- the

3    data -- the observations had to satisfy all these

4    criteria.  We had to have salaries, we had to have an

5    expansion, and we had to have access -- we had to

6    know what the data was in two different years, pre

7    and post.

8              So these are all the criteria that were

9    used to determine whether or not they could be used

10   in the regression analysis.

11             MR. RAPHAEL:  Do you need to clarify

12   anything?

13             THE COURT REPORTER:  No, I'm good.

14   Thank you.

15        Q    So am I right that the schools that you

16   chose to include in your regression analysis were the

17   schools who added an additional paid coach in at

18   least one program after the bylaws were amended?

19        A    Yes.

20        Q    So if a school did not add any paid

21   coaches in any program where it had previously hired

22   a volunteer, you did not include that school's data

23   in your regression?

24        A    That would be -- if they didn't, that

25   would certainly exclude them, but there may be other

Page 207

1      reasons too.

2          Q      Okay.

3                 So, looking at the numbers corrected,

4      which are 85 schools you included, and 175 schools

5      you did not, is it fair to say that a majority of

6      schools for which you had usable data at the time of

7      your November 1 report did not hire an additional

8      paid coach in any sport where they had previously

9      hired a volunteer?

10         A      I think that's true, yes.

11                MR. STEWART:  Can I hear that back?  I

12     got distracted.  That question and answer, please.

13                (Whereupon, the requested portion is

14     read back by the reporter.)

15                MR. STEWART:  I think that is ambiguous,

16     but go ahead.

17                THE WITNESS:  That is why I said I think

18     it's true.

19                There is a lot of clauses in that

20     phrase, but I think it's true.

21         Q      Okay.

22                Well, is it true that -- is it true that

23     90 schools for which you had usable data did not, as

24     of November 1, 2024, did not hire an additional paid

25     coach in any sport where they had hired a volunteer

Page 208

1    where they had hired a volunteer during the class

2    period and not any others?

3         A       Yes.

4         Q       Okay.

5                 And for those sports where schools that

6    hired an additional paid coach in some sports but not

7    others, you only included data in your regression for

8    the salaries in the sports where they hired an

9    additional paid coach?

10        A       Yes.

11                Otherwise, they wouldn't be usable for

12   the step-down, they would be missing data.

13        Q       Well, you didn't put in, say -- if

14   school A didn't hire an additional coach in

15   volleyball, but they did in golf, you would use them

16   for your golf regression and not your volleyball

17   regression, right?

18        A       Yes.

19        Q       Okay.

20                But you could have put in a zero for a

21   school that hired -- didn't hire a paid coach in golf

22   after the bylaws were amended and put that into your

23   regression, right?

24        A       You could put a zero in there, sure.

25        Q       But you didn't do that?

Page  210

1          A       No.

2          Q       Why not?

3          A       Well, because we were looking at the

4    salaries that were paid in the -- in the step-down

5    analysis.

6               If -- when it comes to calculating the

7    damages -- this is just for the purpose of the

8    step-down.

9               When it comes to calculating the

10   damages, we do take account of the point that you

11   just made, which is that if there is no assistant

12   coach that was paid, then there won't be any damage

13   assigned to the person who was hired as a volunteer

14   coach.

15         Q       Okay.

16              Suppose there were -- do you know if at

17   any school that hired an additional paid coach in one

18   sport after the bylaw amendment whether they had any

19   volunteer coaches working after the bylaw amendment

20   in any other sports?

21              MR. STEWART:  Object to the form of the

22   question, lacks foundation.

23         A       I don't -- I wouldn't know that detail,

24   no.

25         Q       Like, for example, did you know that

Page 211

1    Rudy Barajas, who is one of the Plaintiffs, worked as

2    a volunteer after the bylaws were amended?

3              MR. STEWART:  Object to the form of the

4    question.

5        A     I did know that, yes.

6        Q     Okay.

7              So, for Fresno State, where Rudy Barajas

8    coached -- you know that, right?

9        A     Yes.

10       Q     All right.

11            So for the sports in which Fresno State

12    hired an additional paid coach after the bylaws that

13    were amended, right, you put those data points into

14    your regression, right?

15              MR. STEWART:  Objection, lacks

16    foundation.

17        A     You mean -- I think it's explained here.

18            We put in the data if there was an

19    additional paid coach hired.

20       Q     Right.

21            So if Fresno State hired an additional

22    paid coach in -- in softball after the bylaws were

23    amended, you made that part of the data you used for

24    your regression?

25        A     Yes.

Page 212

1        A        Yes, that is correct.

2        Q        Okay.

3                 So does Rudy Barajas' salary of zero,

4    after the bylaws were amended, does that factor into

5    the market wage level?

6        A        No, it doesn't.

7        Q        It doesn't?

8        A        No.

9        Q        Why not?

10       A        Well, because the whole point is that

11   the market wage is the wage that's paid, presumably

12   would be paid at Fresno State after Barajas left.

13                The market wage is the wage that

14   provides the compensation to allow you to track

15   people, that is what the market wage is.

16       Q        Well, there was nothing prohibiting

17   Fresno State from paying Rudy Barajas, right?

18                MR. STEWART:  Object to the form of the

19   question, lacks foundation.

20       Q        No NCAA rule prohibited Fresno State?

21       A        I don't think there was, no.

22       Q        Okay.

23                Just so a clear record.

24                No NCAA rule prevented Fresno State from

25   paying Rudy Barajas in the 2023-2024 season, right?

                                        Page 214

```
 1          A      I understand that to be the case, yes.
 2          Q      So the amount of money that Rudy Barajas
 3     was compensated at that time, right, reflected supply
 4     and demand in the market, correct?
 5                 MR. STEWART:  Object to the form of the
 6     question.
 7          A      Well, no, it didn't, that is the
 8     problem.
 9          Q      Why didn't it?
10          A      Well, we have given about ten reasons
11     why it didn't, one of which is that there is a
12     continuing issue of payment, how it could easily be
13     the case that the expectation was that there would be
14     an unpaid coach, and that expectation could last for
15     some length of time.  I don't know how long it lasted
16     in this case.
17                 That is one reason.
18                 Another reason is that it takes some
19     time for these things to adjust and for wage rates
20     to -- people who have previously worked, obviously,
21     at no wage, have volunteered, and they, themselves,
22     probably received some expectation of what they're
23     supposed to get, and that takes time to adjust.
24                 So there are all kind of reasons why a
25     single example of one person doesn't tell you much
```

Page 215

1    about what's actually happening in the market

2    overall.

3              I mean, for example, as you just

4    explained, there are 84 schools where people who

5    weren't being paid are now being paid.

6        Q    I'm not --

7        A    And I imagine that is the most.

8        Q    So I appreciate, sir, your opinion that

9    there's a variety of reasons why the market rate that

10   you calculate is not what you contend the equilibrium

11   market rate is, okay, I appreciate that.

12             What I'm asking you is:  Whatever the

13   market rate was in 2023-2024, whether or not you

14   think it was depressed, the fact that Rudy Barajas

15   earned zero, that factors into the market rate,

16   doesn't it?

17       A    Well, it factors into the display -- it

18   is correct to say that it does have an effect on the

19   market -- on the supply and demand.

20       Q    Thank you.  That is what I was asking.

21       A    Yes, it's just one observation.

22       Q    Right.

23       A    But I don't think it reflects what

24   supply and demand would be in the equilibrium.

25       Q    Totally appreciate that.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1            But it is correct, sir, that Rudy

2    Barajas getting paid zero to coach after the bylaws

3    were amended affects supply and demand, right?

4        A       It has an effect on supply and demand,

5    but, as I said, I don't think it affects what the

6    equilibrium wage would be at the point that we're

7    interested in calculating the market wage.

8        Q       Right.

9            And you did not include a salary of zero

10   from Rudy Barajas, which is what he earned in

11   2023-2024, after the bylaws were amended, in your

12   regression analysis, correct?

13       A       That's correct.

14           MR. RAPHAEL:  Why don't we take a break

15   there.

16           MR. STEWART:  Okay.

17           THE VIDEOGRAPHER:  This concludes media

18   number four of the videotape deposition of Dr. Orley

19   Ashenfelter.  The time is 3:11.  We are off the

20   record.

21           (Brief recess taken.)

22           THE VIDEOGRAPHER:  This begins media

23   number five of the videotape deposition of Dr. Orley

24   Ashenfelter.  The time is 3:22.  We are on the

25   record.

Page  217

1    the schools for which you had usable data did not

2    hire an additional paid coach in any sport where they

3    hired a volunteer, right?

4          A       Yes, that's right.

5          Q       And that is the majority of schools for

6    which you had usable data, right?

7          A       Yeah.

8          Q       Now, those 90 schools that did not hire

9    an additional paid coach in the actual world after

10   the bylaws were amended, were those schools' data

11   used in your analysis in this case in any way?

12         A       Those schools weren't used in the

13   regression analysis.

14         Q       Were they used in the step-down?

15         A       No.  That is the regression analysis.

16         Q       You -- okay.

17               So, did you do anything to compare --

18   strike that.

19               Did you do anything to determine whether

20   the 85 schools whose data you used in your step-down

21   analysis were representative of all schools in

22   Division I?

23         A       No.  There hasn't been any comparison

24   between those schools and the other schools.

25         Q       So you don't have an opinion then, one

Page 220

1    way or the other, as to whether the 85 schools whose

2    data you used in your step-down regression were

3    representative of all schools in Division I?

4                    MR. STEWART:  Objection, vague.

5         A    No.

6                    There was no -- there's no -- they

7    aren't intended to be necessarily representative,

8    they're the ones that expanded, as is described here.

9         Q    Well, could it be that the schools that

10   were the ones who decided to expand their sports

11   programs after the bylaws were amended that they

12   differ in some ways from schools who didn't?

13        A    Yes.

14        Q    Could it be that the schools that

15   expanded their sports coaching staffs after the

16   bylaws were amended were schools that had more money

17   than schools who didn't?

18                   MR. STEWART:  Object to the form, and

19   vague.

20        A    I haven't studied why they're different.

21                   I mean, there's many possible

22   explanations.

23                   I mean, not explanations, many possible

24   comparisons you could make.

25                   I don't know what they would show.

Page 221

1           A       So the no hypothesis here is that the

2     step-down effect is zero, which would mean that the

3     lowest-paid was getting paid the same as the next

4     lowest-paid.

5           Q       In other words, where you find that the

6     result of the regression is not statistically

7     significant, you don't have a level of confidence

8     that the step-down you found for that group of sports

9     is not zero?

10                  MR. STEWART:  Objection, vague.

11          A       That's right.

12          Q       Did you -- does your amended report find

13    that any results of your regressions are not

14    statistically significant?

15                  MR. STEWART:  Would you like to see?

16                  THE WITNESS:  Yeah, we can look at it.

17    I think they're more or less the same.

18                  You can mark it if you want.

19          Q       I'm not sure I have that, so if you

20    don't know without looking, I can't blame you for

21    that, I'm just wondering.

22          A       I don't know without looking, but I

23    think the results are very similar.

24                  They're not identical, but they are

25    similar.

Page 238

1                    MR. STEWART:  They are what they are.

2                    MR. RAPHAEL:  Thank you.

3          A       I don't think you're missing much, put

4     it that way.

5          Q       Could it be the case that the coaches

6     who were hired as additional paid coaches in

7     2023-2024 were more skilled or experienced than the

8     coaches who volunteered during the class period?

9                    MR. STEWART:  A standing objection,

10    again.

11         A       Well, I don't know.

12         Q       You haven't studied whether the

13    qualifications of any coach who was hired as an

14    additional paid coach after the amendment compared to

15    the coach who volunteered in that sport at that

16    school during the class period?

17         A       That's correct.

18         Q       And why have you not done that?

19         A       Well, I think, in part, because we don't

20    have the -- the data to deal with.  You would have to

21    have -- you would have to know more about the

22    characteristics, I think, of the coaches in order to

23    do that kind of analysis.

24                    We didn't -- the data we collected

25    doesn't have a whole lot of information about the

                                          Page 239

1    individual characteristics of the coaches.

2         Q      And, as an economist, how would you go

3    about collecting the individual characteristics of

4    the coaches in order to compare the skills and

5    qualifications of coaches who were hired for paid

6    positions and the volunteers?

7         A      Well, I think you could probably do it

8    the same way as -- as you would do any study of

9    individual determinants of pay.  You would want to

10   ask for the characteristics -- well, you might have

11   to actually contact the person, the coach, to ask

12   them what their characteristics -- somehow you have

13   to find out the characteristics of the coach.

14           It might be that the person who

15   responded to our subpoena couldn't do that, in which

16   case you would have to contact the person.

17           The way we normally gather data on

18   schooling, experience, it is by contacting the person

19   and actually asking them.

20           Sometimes you can get it from

21   administrative data, but often we have to just ask

22   people.

23         Q      Did you do anything to try to account

24   for or address the possibility that the coaches who

25   were hired as additional paid coaches after the

Page  240

1    bylaws were amended had more skills or experience

2    than the coaches who were volunteers?

3        A     No.

4        Q     Is it possible that schools that paid

5    additional assistant coaches in 2023-2024 had higher

6    demand for coaching services than the schools who did

7    not?

8              MR. STEWART:  Object to the form.

9        A     It's possible.

10       Q     Did you do anything to control for that?

11       A     No.

12       Q     If schools that paid assistant coaches

13   in 2023-2024 had higher demand for coaching services

14   than the schools that didn't, as an economist, would

15   that generally lead you to believe that they would

16   pay more than the other schools?

17       A     Not necessarily.  It depends on how

18   elastic the supply of coaches is, it would depend on

19   that.

20             It is likely they would hire more

21   coaches, not that they would pay them more.

22       Q     And you -- the elasticity of supply of

23   coaches is how much a change in the salary of the

24   coach affects coaches' willingness to work?

25       A     Yes.

Page 241

```
 1          Q       And you haven't measured labor supply
 2   elasticity for any coaching in any sport, right?
 3          A       That's correct.
 4          Q       And you haven't measured the elasticity
 5   of demand for coaching services in any sport, right?
 6          A       That's correct.
 7          Q       Did you control for age in your damages
 8   model in this case?
 9          A       No.
10          Q       Did you -- well, why not?
11          A       I don't think we have data on the age of
12   the coaches.
13          Q       Did you control for tenure in your
14   damages model in this case?
15          A       No.
16          Q       Why not?
17          A       Same reason, I don't think we had that
18   data.
19          Q       Did you control for experience in your
20   damages model in this case?
21          A       No.
22          Q       Why not?
23          A       Basically, the same reason, I don't
24   think we have data on that.
25          Q       Did you control for any
```

Page 242

1    employer-specific effects in your model in this case?

2         A       I'm trying to think.

3                 The -- the -- not in the -- in the -- in

4    the relative wage analysis, no.

5         Q       Did you do it in any other way?

6         A       Well, in the way that we would calculate

7    the damages, we would use the step-down and then

8    apply it to the assistant coach that was in the same

9    program as the formerly volunteer coach position was

10   in, so there would be a natural adjustment for the

11   level of salaries at the university and in the sport.

12        Q       In the animation workers' case you did

13   control for how compensation normally varies across

14   workers based on their individual characteristics,

15   didn't you?

16        A       Well, that is because we had the data on

17   individuals, yes.

18                We compared the same people.

19        Q       Did you think that was important to your

20   analysis in that case?

21        A       It was a very easy way to get rid of

22   having to control for a lot of other derivatives.

23        Q       All right.

24                But you wanted to -- so you wanted to

25   control for that in the animation case, right?

Page 243

```
1           A       Yes.
2                   MR. STEWART:  Objection, vague.
3           Q       In the animation case you wanted to
4    control for the characteristics of workers that could
5    affect one worker being paid a different amount than
6    the other?
7           A       Yes.
8           Q       And in your damages model in the
9    animation case you controlled for age and tenure and
10   gender, right?
11          A       I -- I think you can't -- if you're
12   looking at fixed effects, you can't really control
13   for gender because that doesn't change, so I'm not --
14   we couldn't have controlled for that unless we used
15   it as an interaction between the step -- the increase
16   in pay.  I don't think that we did use that.
17                  And experience, that could matter
18   because, normally, experience is entered as a
19   quadratic, so if you take the difference in a
20   quadratic equation, you get a linear term, so we
21   probably did have experience in there, and maybe even
22   tenure, but I think the analyses used the same.
23                  The fixed effects wouldn't have
24   controlled for gender.  I don't think it controlled
25   for gender.  That would be the only way you could do
```

Page 244

1    A, they don't get any premium.

2              Okay.  Now, what we're going to do is

3    we're going to take the difference between the

4    guys -- the lowest guy in A compared to the lowest

5    guy -- next lowest in A.

6              That is what we're trying to measure,

7    that gap, not -- not the difference between A and B.

8              So that difference is basically

9    controlled for.

10             In other words, once we take the

11   difference between the two coaches in A, we subtract

12   out the part that is due to the extra compensation

13   for the cost of living.

14             In other words, the gap between the two

15   is -- is completely comparable to the gap to, you

16   know, someplace in Birmingham or someplace.

17   Q      You're saying that in this case you did

18   some controlling for employer-specific effects?

19   A      Yes.

20   Q      In this case you did not control for

21   employee-specific effects?

22   A      That is correct.

23             I don't know if that was clear.

24             Did anybody understand that?

25   Q      I did.

Page  250

1                    So -- let's just take an example.

2                    If in the actual world after the bylaws

3        were amended the new paid-coach earned 75 percent of

4        what the next highest paid-coach earned, okay, you

5        just assumed -- you know, let's say the 75 percent

6        was the step-down that you calculated, right?

7                    You assumed that that ratio would be the

8        same for the coaches who volunteered in the class

9        period, right?

10       A       Yes.

11       Q       All right.

12                   But that ratio might be different if the

13       coach who was actually hired was a better coach

14       compared to the next highest-paid coach than the

15       volunteer was, right?

16                   MR. STEWART:  Object to the form.

17       A       Well, that is possible, sure.

18                   MR. RAPHAEL:  This has been a

19       particularly intense hour for our court reporter.

20       Maybe we'll take a break here.  I'll check the time

21       on the record and see -- see how we can wrap this up.

22                   MR. STEWART:  Okay, great.

23                   Thank you.

24                   THE VIDEOGRAPHER:  This concludes media

25       number five of the videotape deposition of Dr. Orley

                                          Page 251

```
 1     Ashenfelter.  The time is 4:10.  We're off the
 2     record.
 3                 (Brief recess taken.)
 4                 THE VIDEOGRAPHER:  This begins media
 5     number six of the videotape deposition of Dr. Orley
 6     Ashenfelter.  The time is 4:22.  We are on the
 7     record.
 8         Q     Does your step-down method measure
 9     whether class members are injured or how much they
10     were injured?
11         A     How much.
12         Q     Your step-down method doesn't measure
13     whether class members were injured?
14         A     No, it measures what the market rate
15     would be, and that needs to then be combined with
16     additional information to get an injury.
17         Q     What information is that?
18         A     Well, the -- it's then applied to the
19     next lowest-paid assistant coach in the place where
20     the person whose damages are being calculated is
21     located.
22         Q     We talked a little bit about this
23     earlier, I wanted to make sure I understood it:  Your
24     amended report from November 26, you talked about how
25     there was an issue with the combined coaches.
```

Page 252

```
1              C E R T I F I C A T E

2

3           I, RUTHANNE UNGERLEIDER, a Certified Court

4    Reporter and Notary Public of the State of New

5    Jersey, certify that the foregoing is a true and

6    accurate transcript of the stenographic notes of the

7    deposition of said witness who was first duly sworn

8    by me, on the date and place hereinbefore set forth.

9           I FURTHER CERTIFY that I am neither

10   attorney, nor counsel for, nor related to or

11   employed by, any of the parties to the action in

12   which this deposition was taken, and further that I

13   am not a relative or employee of any attorney or

14   counsel in this case, nor am I financially

15   interested in this case.

16

17

18
          Ruthanne Ungerleider
19

20        RUTHANNE UNGERLEIDER, C.C.R., C.R.R.

21        LICENSE NO. XIO1634, XIO0115

22

23

24

25

                                        Page  268
```