CAROLYN HOECKER LUEDTKE (State Bar No.207976)
Carolyn.Luedtke@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MEGAN McCREADIE (State Bar No. 330704)
Megan.McCreadie@mto.com
CHRISTOPHER CRUZ (State Bar No.346128)
Christopher.Cruz@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:(415) 512-4000
Facsimile:(415) 512-4077

*Attorneys for Defendant National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. 1:23-cv-00425-WBS-CSK<br><br>**DEFENDANT NCAA'S NOTICE OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO FED. R. CIV. P. 23(f)**<br><br>Judge:   Hon. William B. Shubb |

**PLEASE TAKE NOTICE THAT** Defendant National Collegiate Athletic Association has filed a petition for permission to appeal this Court's Order Granting Plaintiffs' Motion for Class Certification (ECF No. 128) with the United States Court of Appeals for the Ninth Circuit pursuant to Fed. R. Civ. P. 23(f). The petition was filed on March 25, 2025.  The docket number for the petition is 25-1952.

DEFENDANT NCAA's NOTICE OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO FED. R. CIV. P. 23(f)

At this time, the NCAA does not request to stay proceedings in this Court, but reserves the right to request to stay proceedings in light of future developments in this case, including in the event that the Ninth Circuit grants the Rule 23(f) petition.

This notice, which is filed within seven days of the filing of the Rule 23(f) petition, complies with the NCAA's obligations under E.D. Cal. Local Rule 205(3).

DATED:  March 26, 2025          MUNGER, TOLLES & OLSON LLP


                                By:   */s/ Carolyn Hoecker Luedtke*
                                      CAROLYN HOECKER LUEDTKE
                                      *Attorneys for Defendant National*
                                      *Collegiate Athletic Association*