| | |
|---|---|
| Dennis Stewart, CA Bar No. 99152<br>**GUSTAFSON GLUEK PLLC**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-3299<br><br>Daniel E. Gustafson, MN Bar No. 202241<br>Matthew Jacobs, MN Bar No. 403465<br>Anthony J. Stauber, MN Bar No. 401093<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br><br>Darryl J. Horowitt, CA Bar No. 100898<br>**COLEMAN & HOROWITT, LLP**<br>499 West Shaw, Suite 116<br>Fresno, CA 93704<br>Telephone: (559) 248-4820 | Robert J. Gralewski, Jr., CA Bar No. 196410<br>Marko Radisavljevic, CA Bar No. 306552<br>**KIRBY McINERNEY LLP**<br>1420 Kettner Boulevard, Suite 100<br>San Diego, CA 92101<br>Telephone: (858) 834-2044<br><br>Leonard B. Simon, CA Bar No. 58310<br>**THE LAW OFFICES OF LEONARD B.<br>SIMON P.C.**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 818-0644<br><br>Michael Lieberman, DC Bar No. 1033827<br>Jamie Crooks, CA Bar No. 310447<br>Yinka Onayemi, NY Bar No. 5940614<br>**FAIRMARK PARTNERS, LLP**<br>1001 G Street NW, Suite 400E<br>Washington, DC 20001<br>Telephone: (818) 585-2903 |

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor,*
*Peter Robinson, Katherine Sebbane, and Rudy Barajas*
*Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00425<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: The Clerk of the Court and to All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT Amanda M. Williams is no longer an attorney at the law firm of Gustafson Gluek PLLC and is hereby withdrawn as Counsel. Ms. Williams should be removed from the Court's service list with respect to this action. Plaintiffs will continue to be represented by Counsel of record from Gustafson Gluek PLLC, as well as by additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

DATED: April 11, 2025

Respectfully submitted,
**GUSTAFSON GLUEK PLLC**

By: /s/ Dennis Stewart
Dennis Stewart, CA Bar No. 99152
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Daniel E. Gustafson, MN Bar No. 202241
(*pro hac vice*)
Matthew Jacobs, MN Bar No. 403465
(*pro hac vice*)
Anthony J. Stauber, MN Bar No. 401093
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
mjacobs@gustafsongluek.com
tstauber@gustafsongluek.com

Michael Lieberman, DC Bar No. 1033827
(*pro hac vice*)
Jamie Crooks, CA Bar No. 310447
(*pro hac vice*)
Yinka Onayemi, NY Bar No. 5940614
(*pro hac vice*)
**FAIRMARK PARTNERS, LLP**
1001 G Street NW, Suite 400 East
Washington, DC 20001
Telephone: (818) 585-2903
michael@fairmarklaw.com

1
NOTICE OF WITHDRAWAL OF COUNSEL

jamie@fairmarklaw.com
yinka@fairmarklaw.com

Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442
bgralewski@kmllp.com
mradisavljevic@kmllp.com

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
dhorowitt@ch-law.com

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
lens@rgrdlaw.com

*Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

By: */s/ Dennis Stewart*
    Dennis Stewart