| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 2 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

SHANNON RAY; et al.,

        Plaintiffs - Respondents,

 v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,

        Defendant - Petitioner.

No. 25-1952

D.C. No. 1:23-cv-00425
Eastern District of California, Sacramento

ORDER

Before: TASHIMA and DESAI, Circuit Judges.

The motion (Docket Entry No. 9) for leave to file a reply is granted.

The petition for permission to appeal is denied. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).