
Case 1:23-cv-00425-WBS-CSK   Document 139   Filed 05/27/25   Page 1 of 2


Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

Daniel E. Gustafson, MN Bar No. 202241
Anthony J. Stauber, MN Bar No. 401093
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820

Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644

Michael Lieberman, DC Bar No. 1033827
Jamie Crooks, CA Bar No. 310447
Yinka Onayemi, NY Bar No. 5940614
**FAIRMARK PARTNERS, LLP**
1001 G Street NW, Suite 400E
Washington, DC 20001
Telephone: (818) 585-2903

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. 1:23-cv-00425<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5, 14th Floor<br>Date: July 7, 2025<br>Time: 1:30 PM |


[PROPOSED] ORDER

Before the Court is Plaintiffs' motion to appoint A.B. Data, Ltd. as the Class Certification Notice Administrator and approve the proposed manner and forms of notice submitted by Plaintiffs pursuant to Federal Rule of Civil Procedure Rule 23(c)(2)(B).

Having considered the Motion and Supporting Declarations and Memorandum of Points and Authorities raised by Plaintiffs, and good cause appearing therefore, the Court hereby ORDERS AS FOLLOWS:

1. Plaintiffs' Motion for Approval of the Manner and Form of Class Notice is GRANTED; and

2. A.B Data, Ltd. is appointed to act as Class Certification Notice Administrator.

DATED:

                                                              HON. WILLIAM B. SHUBB
                                                              UNITED STATES DISTRICT JUDGE