```
 1  CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
    Carolyn.Luedtke@mto.com
 2  JUSTIN P. RAPHAEL (State Bar No. 292380)
    Justin.Raphael@mto.com
 3  MEGAN McCREADIE (State Bar No. 330704)
    Megan.McCreadie@mto.com
 4  CHRISTOPHER CRUZ (State Bar No. 346128)
    Christopher.Cruz@mto.com
 5  MUNGER, TOLLES & OLSON LLP
    560 Mission Street, Twenty-Seventh Floor
 6  San Francisco, California 94105-2907
    Telephone:     (415) 512-4000
 7  Facsimile:     (415) 512-4077

 8  Attorneys for Defendant National
    Collegiate Athletic Association
 9
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR SMART AND MICHAEL HACKER, Individually and on Behalf of All Those Similarly Situated,<br>　　　Plaintiffs,<br>　　v.<br>NATIONAL COLLEGIATE ASSOCIATION, an unincorporated association,<br>　　　Defendant. | No. 2:22-cv-02125 WBS KJN<br><br>Hon. William B. Shubb<br>*Assigned to Hon. Judge Chi Soo Kim for Non-Dispositive Issues*<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, individually and on behalf of all those similarly situated,<br>　　　Plaintiffs,<br>　　v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>　　　Defendant. | No. 1:23-cv-00425 WBS KJN |

1  TO THE CLERK AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE that as of May 30, 2025, Christopher Cruz
3  will no longer be associated with the firm of Munger, Tolles &
4  Olson LLP; and is therefore withdrawing as counsel for Defendant
5  NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ("NCAA") in the above-
6  captioned cases.  NCAA will continue to be represented by Carolyn
7  Hoecker Luedtke, Justin P. Raphael, and Megan McCreadie of
8  Munger, Tolles & Olson LLP.

9  DATED: May 30, 2025                MUNGER, TOLLES & OLSON LLP

                                  By:    */s/ Christopher Cruz*
                                       CHRISTOPHER CRUZ
                                       Attorney for Defendant NCAA

2