

# Fairmark Partners, LLP

400 7th Street NW | Suite 304
Washington, DC 20004 | *https://fairmarklaw.com*

June 16, 2025

<u>**BY ECF**</u>
The Honorable William B. Shubb
United States District Court for the
Eastern District of California
501 I Street
Sacramento, CA 95814

Re:    *Ray v. NCAA*, No. 23-cv-00425 (E.D. Cal.)

Judge Shubb,

On May 27, 2025, Plaintiffs in the above-captioned case filed for a Motion for Approval of the Manner and Form of Class Notice ("Motion"). ECF 138; *see also* ECF 139 (proposed order). We write to inform the Court that more than 14 days have passed since the Motion was filed, and Defendant National Collegiate Athletic Association has not filed any opposition. Accordingly, the Motion is ripe for the Court's adjudication and may be treated as unopposed under Local Rule 230(c). We would be happy to answer any questions the Court may have.

Sincerely,

*/s/ Michael Lieberman*

Michael Lieberman
FAIRMARK PARTNERS, LLP
400 7th Street NW
Suite 304
Washington, DC 20004
michael@fairmarklaw.com
(818) 585-2903