Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

Daniel E. Gustafson, MN Bar No. 202241
Joshua J. Rissman, MN Bar No. 391500
Anthony J. Stauber, MN Bar No. 401093
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820

Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644

Michael Lieberman, DC Bar No. 1033827
Jamie Crooks, CA Bar No. 310447
Yinka Onayemi, NY Bar No. 5940614
Michael Goldberg, MA Bar No. 709203
**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (818) 585-2903

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,

Defendant.

Case No. 1:23-cv-00425

**DECLARATION OF MICHAEL LIEBERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT THAT DEFENDANT VIOLATED THE SHERMAN ACT**

Judge: Hon. William B. Shubb
Courtroom: 5
Date: September 15, 2025
Time: 1:30 PM

I, MICHAEL D. LIEBERMAN, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the Bar of the District of Columbia, and I have been admitted to this Court *pro hac vice*. I am an attorney at Fairmark Partners, LLP and counsel for Plaintiffs and the Class.

2. I submit this declaration in support of Plaintiffs' Motion for Summary Judgement that Defendant Violated The Sherman Act. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

3. Attached hereto are true and correct copies of the following Exhibits:

- Exhibit 1 – PDF copy of website: *Overview*, NCAA, available at: https://www.ncaa.org/sports/2021/2/16/overview.aspx.
- Exhibit 2 – Excerpt from the Deposition of Jennifer Fraser, taken October 2, 2024. The complete transcript was previously lodged with the Court.
- Exhibit 3 – NCAA 2020-21 Division I Manual, bearing the bates stamp NCAA_SMART-COLON_0000001.
- Exhibit 4 – NCAA Memorandum, dated April 4, 1990, bearing the bates stamp NCAA_SMART-COLON_0141887.
- Exhibit 5 – Excerpts from the 1990 NCAA Convention Proceedings, bearing the bates stamp NCAA_SMART-COLON_0284280.
- Exhibit 6 – Excerpts from the 1991 NCAA Convention Proceedings, bearing the bates stamp NCAA_SMART-COLON_0142989.
- Exhibit 7 – NCAA Consolidated Financial Statements, August 31, 2024 and 2023, available at https://ncaaorg.s3.amazonaws.com/ncaa/finance/2023-24NCAAFIN_FinancialStatement.pdf.
- Exhibit 8 – Excerpts from the Minutes of the NCAA Presidents Commission, June 25-26, 1991, bearing the bates stamp NCAA_SMART-COLON_0270018.
- Exhibit 9 – Report of the NCAA Council Subcommittee To Review 1991 Reform Proposals dated July 16, 1991, bearing the bates stamp NCAA_SMART-COLON_0270047.

- Exhibit 10 – Excerpts from the 1992 NCAA Convention Proceedings, bearing the bates stamp NCAA_SMART-COLON_0143283.
- Exhibit 11 – NCAA Case Management System Report, dated December 18, 2023, bearing the bates stamp NCAA_SMART-COLON_0021921.
- Exhibit 12 – NCAA Case Summary, bearing the bates stamp NCAA_SMART-COLON_0019728.
- Exhibit 13 – NCAA Case Summary, bearing the bates stamp NCAA_SMART-COLON_0019775.
- Exhibit 14 – NCAA Case Summary, bearing the bates stamp NCAA_SMART-COLON_0019824.
- Exhibit 15 – NCAA Case Summary, bearing the bates stamp NCAA_SMART-COLON_0021271.
- Exhibit 16 – NCAA Case Summary, bearing the bates stamp NCAA_SMART-COLON_0019665.
- Exhibit 17 – NCAA Case Summary, bearing the bates stamp NCAA_SMART-COLON_0021163.
- Exhibit 18 – Committee document regarding Proposal Number 2022-28, bearing the bates stamp NCAA_SMART-COLON_0019545.
- Exhibit 19 – Division I Transformation Committee Website, bearing the bates stamp NCAA_COLON-0000025.
- Exhibit 20 – Agenda, NCAA Division I Legislative Committee Modernization of the Rules Subcommittee, March 3, 2022, bearing the bates stamp NCAA_SMART-COLON_0149565.
- Exhibit 21 – NCAA Division I Transformation Committee Final Report, bearing the bates stamp NCAA_COLON_0000029.
- Exhibit 22 - Defendant's Responses And Objections To Plaintiffs' Second Set Of Interrogatories, dated May 31, 2024.

- Exhibit 23 – Letter from Greg Sankey, Commissioner of the Southeastern Conference, to Blake James, Chair of the NCAA Division I Council, dated March 1, 2019, bearing the bates stamp NCAA_SMART-COLON_0132854.
- Exhibit 24 – Excerpts from the 1994 NCAA Convention Proceedings, bearing the bates stamp NCAA_SMART-COLON_0146347.
- Exhibit 25 – PDF copy of website: USA Today, *NCAA shows revenue increase to $1.4 billion and $166 million surplus in 2024 fiscal year* (Feb. 27, 2025), available at https://www.usatoday.com/story/sports/college/2025/02/27/ncaa-financial-report-revenue-surplus/80733616007/.
- Exhibit 26 - Report of Orley Ashenfelter in Support of Colon Plaintiffs' Motion for Class Certification, as Corrected November 26, 2024, as filed at ECF 113-2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 30, 2025, at Washington, DC.

By: */s/ Michael Lieberman*
Michael Lieberman