1  DENNIS STEWART (Bar No. 99152)
   dstewart@gustafsongluek.com
2  GUSTAFSON GLUEK PLLC
   600 West Broadway, Suite 3300
3  San Diego, CA 92101
   Telephone: (612) 333-8844
4  Facsimile: (612) 339-6622

5  Attorneys for Plaintiffs Shannon
   Ray, Katherine Sebbane, Khala
6  Taylor, Peter Robinson, and Rudy
   Barajas, Individually and on Behalf
7  of All Those Similarly Situated
   [additional attorneys listed on
8  signature page]

   CAROLYN HOECKER LUEDTKE
   (Bar No. 207976)
   carolyn.luedtke@mto.com
   JUSTIN P. RAPHAEL
   (Bar No. 292380)
   justin.raphael@mto.com
   MEGAN MCCREADIE
   (Bar No. 330704)
   megan.mccreadie@mto.com
   MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th Flr
   San Francisco, CA 94105-2907
   Telephone: (415) 512-4000
   Facsimile: (415) 512-4077

   Attorneys for Defendant
   National Collegiate Athletic
   Association, an
   Unincorporated Association.

9
10
11
           **UNITED STATES DISTRICT COURT**
       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
12

13

14  SHANNON RAY, KATHERINE SEBBANE,
    KHALA TAYLOR, PETER ROBINSON, AND
15  RUDY BARAJAS, individually and on
    behalf of all those similarly
16  situated,
            Plaintiffs,
17        v.
    NATIONAL COLLEGIATE ATHLETIC
18  ASSOCIATION, an unincorporated
    association,
19          Defendant.

20

**CLASS ACTION**

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULE**

No. 1:23-cv-00425 WBS CSK

Judge: The Honorable William B. Shubb
Assigned to Hon. Judge Chi Soo Kim for Non-Dispositive Issues

21
22
23
24
25
26
27
28

Whereas, there have only been modest modifications to the case schedule to date[1];

Whereas, Plaintiffs filed a Motion for Summary Judgment that Defendant Violated the Sherman Act on June 30, 2025 (Doc. 144), and set that motion for September 15, 2025;

WHEREAS, the NCAA reserves its right to argue that the Motion for Summary Judgment is premature, but in the interest of the orderly progress of the case wishes to set a schedule that allows for briefing;

Whereas, the parties have met and conferred with respect to the scheduling of the hearing date and other deadlines for fact discovery, expert discovery, and dispositive expert motions;

Whereas, the parties have met and conferred and agreed that in the interest of serving the orderly progression of the case certain deadlines should be extended. The parties agreed to the following case deadlines:

- An extension of the deadline for NCAA's opposition to Plaintiff's Motion for Summary Judgment that Defendant Violated the Sherman Act from July 30, 2025, to August 15, 2025; and for Plaintiffs' reply to September 9, 2025; and the Motion will be moved from the currently noticed date of September 15, 2025 to September 29, 2025;

---

[1] This action was formerly coordinated for scheduling purposes with *Smart v. NCAA,* Case No. 2:22-cv-02125-WBS-KJN.  The *Smart* Plaintiffs have subsequently settled their claims with NCAA, and the settlement was preliminarily approved by this Court on April 30, 2025 (Doc. 80).  Thus, this notice should only apply to the captioned *Ray* case.

JOINT STIPULATION MODIFYING SCHEDULE

- An extension of the deadline for expert reports from September 5, 2025, to October 24, 2025; and for rebuttal expert reports from October 17, 2025, to December 5, 2025;

- An extension of the close of fact discovery from September 5, 2025, to October 24, 2025; and the close of expert discovery from November 14, 2025, to December 19, 2025;

- An extension of dispositive or *Daubert* motions deadline from November 21, 2025, to December 22, 2025; for oppositions to dispositive or *Daubert* motions from January 6, 2026, to January 30, 2026; and for replies in support of dispositive or *Daubert* motions from February 3, 2026, to February 19, 2026;

The parties do not request any modification to the pretrial conference or trial dates.

IT IS HEREBY STIPULATED by and between the parties, in accordance with Local Rule 144, that

1. The NCAA will serve its opposition to Plaintiffs' Motion for Summary Judgment that Defendant Violated the Sherman Act on or before August 15, 2025; Plaintiffs will serve their reply on or before September 9, 2025; and the hearing will be set for September 29, 2025;

2. The parties will serve expert reports by October 24, 2025, and will serve rebuttal reports by December 5, 2025;

**JOINT STIPULATION MODIFYING SCHEDULE**

1      3. The deadline for the close of fact discovery will be

2         October 24, 2025, and the close of expert discovery on

3         December 19, 2025;

4      4. The parties will file any dispositive or *Daubert*

5         motions no later than December 22, 2025.  Opposition

6         briefs will be due on or before January 30, 2026, and

7         reply briefs due on or before February 19, 2026. Should

8         either party choose to submit a dispositive or *Daubert*

9         motion prior to the December 22, 2025 deadline, the

10        briefing timeline in the local rules shall apply unless

11        otherwise negotiated by the parties and approved by the

12        Court.

13

14  Respectfully submitted,      GUSTAFSON GLUEK PLLC

15  DATED: July 11, 2025         By:    */s/ Dennis Stewart*

16                                    DENNIS STEWART
                                     DENNIS STEWART
17                                   (State Bar No. 99152)
                                     dstewart@gustafsongluek.com
18                                   DANIEL E. GUSTAFSON
                                     (#202241 pro hac)
19                                   dgustafson@gustafsongluek.com
                                     GUSTAFSON GLUEK PLLC
20                                   Canadian Pacific Plaza
                                     120 South 6th Street, Suite 2600
21                                   Minneapolis, MN 55402
                                     Telephone: (612) 333-8844
22                                   Facsimile: (612) 339-6622

23                                   *Attorneys for Plaintiffs Shannon*
                                     *Ray, Katherine Sebbane, Khala*
24                                   *Taylor, Peter Robinson, and Rudy*
                                     *Barajas, Individually and on*
25                                   *Behalf of All Those Similarly*
                                     *Situated*

26

27

28

COLEMAN & HOROWITT, LLP

DARRYL J. HOROWITT
(State Bar No. 100898)
dhorowitt@ch-law.com
COLEMAN & HOROWITT, LLP
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

*Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

KIRBY McINERNEY LLP

ROBERT J. GRALEWSKI, JR.
(State Bar No. 196410)
bgralewski@kmllp.com
MARKO RADISAVLJEVIC
(State Bar No. 306552)
mradisavljevic@kmllp.com
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442

*Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE LAW OFFICES OF LEONARD B. SIMON P.C.
    LEONARD B. SIMON
    (State Bar No. 58310)
    lens@rgrdlaw.com
    THE LAW OFFICES OF LEONARD B. SIMON P.C.
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: (619) 818-0644
    Facsimile: (619) 231-7423

    *Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

FAIRMARK PARTNERS, LLP
    JAMES CROOKS
    (State Bar No. 310447)
    (pro hac)
    jamie@fairmarklaw.com
    MICHAEL LIEBERMAN,
    DC Bar No. 1033827
    (pro hac)
    michael@fairmarklaw.com
    FAIRMARK PARTNERS, LLP
    1001 G Street NW, Suite 400E
    Washington, DC 20001
    Telephone: (619) 507-4182

    *Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

JOINT STIPULATION MODIFYING SCHEDULE

1 | DATED: July 11, 2025          By:      /s/ Carolyn Hoecker Luedtke

2 |                                      CAROLYN HOECKER LUEDTKE
                                       CAROLYN HOECKER LUEDTKE
3 |                                      (State Bar No. 207976)
                                       carolyn.luedtke@mto.com
4 |                                      JUSTIN P. RAPHAEL
                                       (State Bar No. 292380)
5 |                                      Justin.Raphael@mto.com
                                       MEGAN MCCREADIE
6 |                                      (State Bar No. 330704)
                                       megan.mccreadie@mto.com
7 |                                      MUNGER, TOLLES & OLSON LLP
                                       560 Mission Street,
8 |                                      Twenty-Seventh Floor
                                       San Francisco, California
9 |                                      94105-2907
                                       Telephone:(415) 512-4000
10 |                                     Facsimile:(415) 512-4077

11 |                                         *Attorneys for Defendant*
                                         *National Collegiate Athletic*
12 |                                        *Association*

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on July 11, 2025, I electronically

3 filed the foregoing with the Clerk of the Court using the CM/ECF

4 system, which will send notification of such filing to all

5 attorneys of record registered for electronic filing.

6

7                                        */s/ Carolyn Hoecker Luedtke*
                                          Carolyn Hoecker Luedtke
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**FILER'S ATTESTATION**

2      Pursuant to Local Rule 5-4.3.4(2), I certify that all other

3  signatories listed, and on whose behalf the filing is submitted,

4  concur in this filing's content and have authorized this filing.

5

6                                    */s/ Carolyn Hoecker Luedtke*
                                      Carolyn Hoecker Luedtke
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      The Court, having considered the parties' stipulation, and

3  cause appearing, hereby orders that:

4          1. The NCAA will serve its opposition to Plaintiffs'

5             Motion for Summary Judgment that Defendant Violated the

6             Sherman Act on or before August 15, 2025; and

7             Plaintiffs will serve their reply on or before

8             September 9, 2025;

9          2. The hearing on Plaintiffs' Motion for Summary Judgment

10            that Defendant Violated the Sherman Act will be moved

11            from September 15, 2025, at 1:30 p.m. to September 29,

12            2025, at 1:30 p.m.;

13         3. The parties will serve expert reports by October 24,

14            2025, and will serve rebuttal reports by December 5,

15            2025;

16         4. The deadline for the close of fact discovery will be

17            October 24, 2025, and the close of expert discovery on

18            December 19, 2025; and

19         5. The parties will file any dispositive or *Daubert*

20            motions no later than December 22, 2025.  Opposition

21            briefs will be due by January 30, 2026, and reply

22            briefs due by February 19, 2026.

23

24  Dated:  July 15, 2025

25                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE

26

27

28

                     **JOINT STIPULATION MODIFYING SCHEDULE**