CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
JUSTIN P. RAPHAEL (State Bar No. 292380)
Justin.Raphael@mto.com
MEGAN McCREADIE (State Bar No. 330704)
Megan.McCreadie@mto.com
DANIEL RUBIN (State Bar No. 359920)
Danel.Rubin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

*Attorneys for Defendant National Collegiate
Athletic Association*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | No. 1:23-cv-00425 WBS-CSK<br><br>Hon. William B. Shubb<br>*Assigned to Hon. Chi Soo Kim*<br>*for Non-Dispositive Issues*<br><br>**DEFENDANT NCAA'S NOTICE OF LODGING OF DOCUMENTS** |

1

**<u>NOTICE OF LODGING</u>**

2          TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD AND TO THE UNITED

3   STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

4          Consistent with Eastern District of California Local Rule 133(j), Defendant National

5   Collegiate Athletic Association is lodging complete copies of the following with the Court via the

6   Box application:

7    • Transcript of the December 5, 2024 Deposition of Dr. Orley Ashenfelter.;

8    • Transcript of the February 11, 2025 Deposition of Dr. Orley Ashenfelter;

9    • Transcript of the October 25, 2024 Deposition of Rudy Barajas;

10   • Transcript of the October 2, 2024 Deposition of Jennifer Fraser;

11   • Transcript of the October 15, 2024 Deposition of Shannon Ray;

12   • Transcript of the October 17, 2024 Deposition of Peter Robinson;

13   • Transcript of the October 23, 2024 Deposition of Kahla Taylor; and

14   • Transcript of the October 10, 2024 Deposition of Lynda Tealer.

15

16  DATED:  August 15, 2025              MUNGER, TOLLES & OLSON LLP

17

18                                       By:    _/s/ Carolyn Hoecker Luedtke____
                                                CAROLYN HOECKER LUEDTKE
19
                                         *Attorneys for Defendant National Collegiate*
20                                       *Athletic Association*

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys or record registered for electronic filing.

By: */s/ Carolyn Hoecker Luedtke*
Carolyn Hoecker Luedtke