Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

Daniel E. Gustafson, MN Bar No. 202241
Joshua J. Rissman, MN Bar No. 391500
Anthony J. Stauber, MN Bar No. 401093
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820

Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
600 B Street, Suite 2110
San Diego, California 92101
Telephone: (619) 784-1442

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644

Michael Lieberman, DC Bar No. 1033827
Jamie Crooks, CA Bar No. 310447
Yinka Onayemi, NY Bar No. 5940614
Michael Goldberg, MA Bar No. 709203
**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (818) 585-2903

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,

Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,

Defendant.

Case No. 1:23-cv-00425

**SECOND DECLARATION OF MICHAEL LIEBERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT THAT DEFENDANT VIOLATED THE SHERMAN ACT**

Judge: Hon. William B. Shubb
Courtroom: 5
Date: September 29, 2025
Time: 1:30 PM

I, MICHAEL D. LIEBERMAN, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the Bar of the District of Columbia, and I have been admitted to this Court *pro hac vice*. I am an attorney at Fairmark Partners, LLP and counsel for Plaintiffs and the Class.

2. I submit this Second Declaration in support of Plaintiffs' Motion for Summary Judgement that Defendant Violated The Sherman Act. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

3. Attached hereto are true and correct copies of the following Exhibits:

- Exhibit 27 – Comment Summary, Proposal No. 2000-117, bearing the bates stamp NCAA_SMART-COLON_0179923
- Exhibit 28 – Division I Proposal No. 2018-34, bearing the bates stamp NCAA_SMART-COLON_0019530
- Exhibit 29 – Excerpts from the Deposition of Stephen A. Mallonee in *Law v. NCAA*, taken on July 1, 1994, bearing the bates stamp NCAA_SMART-COLON_0332645, and a non-bates-stamped but more legible version of the same excerpts
- Exhibit 30 – Deposition of Greg Sankey, taken on April 14, 2025

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 9, 2025, at Washington, DC.

By: */s/ Michael Lieberman*
Michael Lieberman