DENNIS STEWART (Bar No. 99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated
[additional attorneys listed on signature page]

CAROLYN HOECKER LUEDTKE
(Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(Bar No. 292380)
justin.raphael@mto.com
MEGAN MCCREADIE
(Bar No. 330704
megan.mccreadie@mto.com
DANIEL E. RUBIN
(Bar No. 359920)
Daniel.rubin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Flr.
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| SHANNON RAY, KATHERINE SEBBANE, KHALA TAYLOR, PETER ROBINSON, AND RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | **CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF SUMMARY JUDGMENT HEARING AND MODIFYING SCHEDULE**<br><br>No. 1:23-cv-00425 WBS CSK<br><br>Judge: The Honorable William B. Shubb<br>Assigned to Hon. Judge Chi Soo Kim for Non-Dispositive Issues |

1      Whereas, there have only been modest modifications to the
2 case schedule to date;
3      Whereas, the parties have engaged in settlement
4 conversations to try to resolve this action and are now retaining
5 a mediator to assist in continuing those conversations in
6 October;
7      Whereas, the parties wish to continue the September 29, 2025
8 hearing date for the pending motion for summary judgment to the
9 next available date, which is November 10, 2025, to allow more
10 time to explore resolution of the action;
11      Whereas, the parties have met and conferred and agreed to
12 extend the remaining case deadlines approximately 30 days to
13 allow the parties time to focus on settlement discussions prior
14 to the close of fact discovery and upcoming expert reports;
15      Whereas, this proposal does not seek to modify the trial
16 date;
17      Whereas, the parties have agreed on the following proposed
18 modifications to the schedule:
19      • An extension of the deadline for expert reports from
20        October 24, 2025, to November 24, 2025, and for
21        rebuttal reports from December 5, 2025, to January 9,
22        2026;
23      • An extension of the close of fact discovery from
24        October 24, 2025, to November 24, 2025, and the close
25        of expert discovery from December 19, 2026 to January
26        26, 2026;
27
28
1                                           No. 1:23-cv-00425 WBS CSK
**JOINT STIPULATION FOR CONTINUANCE AND MODIFYING SCHEDULE**

- An extension of the deadline for dispositive or *Daubert* motions from December 22, 2025, to February 2, 2026 with a briefing schedule as set forth below;

IT IS HEREBY STIPULATED by and between the parties, in accordance with Local Rule 144, that, if necessary:

1. The parties will appear for a summary judgment hearing on November 10, 2025.
2. The parties agree that the response date for all outstanding discovery requests is extended by 30 days.
3. The parties will serve expert reports by November 24, 2025, and will serve rebuttal reports by January 9, 2025;
4. The deadline for the close of fact discovery will be November 24, 2025, and the close of expert discovery on January 26, 2026; and
5. The parties will file any dispositive or *Daubert* motions no later than February 2, 2026.  Oppositions to any such motions will be due March 9, 2026, and reply briefs due March 27, 2026.  Should either party choose to submit a dispositive or *Daubert* motion prior to the deadline the briefing timeline in the local rules shall apply unless otherwise negotiated by the parties and approved by the Court.

```
 1  Respectfully submitted,         MUNGER, TOLLES & OLSON LLP

 2  DATED: September 26, 2025       By:      /s/ Carolyn Hoecker Luedtke
                                                CAROLYN HOECKER LUEDTKE
 3                                          CAROLYN HOECKER LUEDTKE
                                            (State Bar No. 207976)
 4                                          carolyn.luedtke@mto.com
                                            JUSTIN P. RAPHAEL
 5                                          (State Bar No. 292380)
                                            Justin.Raphael@mto.com
 6                                          MEGAN MCCREADIE
                                            (State Bar No. 330704)
 7                                          megan.mccreadie@mto.com
                                            DANIEL E. RUBIN
 8                                            (State Bar No. 359920)
                                            daniel.rubin@mto.com
 9                                          MUNGER, TOLLES & OLSON LLP
                                            560 Mission Street,
10                                          Twenty-Seventh Floor
                                            San Francisco, California
11                                          94105-2907
                                            Telephone:(415) 512-4000
12                                          Facsimile:(415) 512-4077

13                                             Attorneys for Defendant
                                               National Collegiate Athletic
14                                             Association

15                                          GUSTAFSON GLUEK PLLC
16  Dated: September 26, 2025       By:          /s/ Dennis Stewart
17                                               DENNIS STEWART
                                            DENNIS STEWART
18                                          (State Bar No. 99152)
                                            dstewart@gustafsongluek.com
19                                          DANIEL E. GUSTAFSON
                                            (#202241 pro hac)
20                                          dgustafson@gustafsongluek.com
                                            GUSTAFSON GLUEK PLLC
21                                          Canadian Pacific Plaza
                                            120 South 6th Street, Suite 2600
22                                          Minneapolis, MN 55402
                                            Telephone: (612) 333-8844
23                                          Facsimile: (612) 339-6622

24                                             Attorneys for Plaintiffs Shannon
                                               Ray, Katherine Sebbane, Khala
25                                             Taylor, Peter Robinson, and Rudy
                                               Barajas, Individually and on
26                                             Behalf of All Those Similarly
                                               Situated
27

28
                                           3              No. 1:23-cv-00425 WBS CSK
              JOINT STIPULATION FOR CONTINUANCE AND MODIFYING SCHEDULE
```

```
 1                    COLEMAN & HOROWITT, LLP
 2
                           DARRYL J. HOROWITT
 3                         (State Bar No. 100898)
                           dhorowitt@ch-law.com
 4                         COLEMAN & HOROWITT, LLP
                           499 West Shaw, Suite 116
 5                         Fresno, CA 93704
                           Telephone: (559) 248-4820
 6                         Facsimile: (559) 248-4830

 7                         Attorneys for Plaintiffs Shannon
                           Ray, Katherine Sebbane, Khala
 8                         Taylor, Peter Robinson, and Rudy
                           Barajas, Individually and on
 9                         Behalf of All Those Similarly
                           Situated
10
                      KIRBY McINERNEY LLP
11
12                         ROBERT J. GRALEWSKI, JR.
                           (State Bar No. 196410)
13                         bgralewski@kmllp.com
                           MARKO RADISAVLJEVIC
14                         (State Bar No. 306552)
                           mradisavljevic@kmllp.com
15                         KIRBY McINERNEY LLP
                           600 B Street, Suite 2110
16                         San Diego, California 92101
                           Telephone: (619) 784-1442
17
                           Attorneys for Plaintiffs Shannon
18                         Ray, Katherine Sebbane, Khala
                           Taylor, Peter Robinson, and Rudy
19                         Barajas, Individually and on
                           Behalf of All Those Similarly
20                         Situated
21
22
23
24
25
26
27
28
                                4              No. 1:23-cv-00425 WBS CSK
             JOINT STIPULATION FOR CONTINUANCE AND MODIFYING SCHEDULE
```

```
                        THE LAW OFFICES OF LEONARD B.
                        SIMON P.C.

                             LEONARD B. SIMON
                             (State Bar No. 58310)
                             lens@rgrdlaw.com
                        THE LAW OFFICES OF LEONARD B.
                        SIMON P.C.
                        655 West Broadway, Suite 1900
                        San Diego, CA 92101
                        Telephone: (619) 818-0644
                        Facsimile: (619) 231-7423

                        Attorneys for Plaintiffs Shannon
                        Ray, Katherine Sebbane, Khala
                        Taylor, Peter Robinson, and Rudy
                        Barajas, Individually and on
                        Behalf of All Those Similarly
                        Situated

                        FAIRMARK PARTNERS, LLP

                             JAMES CROOKS
                             (State Bar No. 310447)
                             (pro hac)
                             jamie@fairmarklaw.com
                             MICHAEL LIEBERMAN
                             DC Bar No. 1033827
                             (pro hac)
                             michael@fairmarklaw.com
                        FAIRMARK PARTNERS, LLP
                        1001 G Street NW, Suite 400E
                        Washington, DC 20001
                        Telephone: (619) 507-4182

                        Attorneys for Plaintiffs Shannon
                        Ray, Katherine Sebbane, Khala
                        Taylor, Peter Robinson, and Rudy
                        Barajas, Individually and on
                        Behalf of All Those Similarly
                        Situated
```

**JOINT STIPULATION FOR CONTINUANCE AND MODIFYING SCHEDULE**

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(2), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

/s/ *Carolyn Hoecker Luedtke*
Carolyn Hoecker Luedtke

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ *Carolyn Hoecker Luedtke*
Carolyn Hoecker Luedtke

**ORDER**

The Court, having considered the parties' stipulation, and cause appearing, hereby orders that:

1. The parties having been informed that the next available hearing date is October 14, 2025, and agreeing to that date, the hearing for the Plaintiffs' motion for summary judgment will be continued from September 29, 2025 to October 14, 2025 at 1:30 p.m.;
2. The parties will serve expert reports by November 24, 2025, and will serve rebuttal reports by January 9, 2026;
3. The deadline for the close of fact discovery will be November 24, 2025;
4. The deadline for the close of expert discovery will be January 26, 2026;
5. The parties will file any dispositive or *Daubert* motions by February 2, 2026;
6. Oppositions to any dispositive or *Daubert* motions will be due March 9, 2026;
7. Replies in support of any dispositive or *Daubert* motions will be due March 27, 2026;
8. Should either party choose to submit a dispositive or *Daubert* motion prior to the deadline the briefing timeline in the local rules shall apply unless otherwise negotiated by the parties and approved by the Court.

Dated: September 26, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE