| | |
|---|---|
| Dennis Stewart, CA Bar No. 99152<br>**GUSTAFSON GLUEK PLLC**<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone: (619) 595-3299 | Robert J. Gralewski, Jr., CA Bar No. 196410<br>Marko Radisavljevic, CA Bar No. 306552<br>**KIRBY McINERNEY LLP**<br>600 B Street, Suite 2110<br>San Diego, California 92101<br>Telephone: (619) 784-1442 |
| Daniel E. Gustafson, MN Bar No. 202241<br>Anthony J. Stauber, MN Bar No. 401093<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844 | Leonard B. Simon, CA Bar No. 58310<br>**THE LAW OFFICES OF LEONARD B. SIMON P.C.**<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 818-0644 |
| Darryl J. Horowitt, CA Bar No. 100898<br>**COLEMAN & HOROWITT, LLP**<br>499 West Shaw, Suite 116<br>Fresno, CA 93704<br>Telephone: (559) 248-4820 | Michael Lieberman, DC Bar No. 1033827<br>Jamie Crooks, CA Bar No. 310447<br>Yinka Onayemi, NY Bar No. 5940614<br>Michael Goldberg, MA Bar No. 709203<br>**FAIRMARK PARTNERS, LLP**<br>400 7th Street NW, Suite 304<br>Washington, DC 20004<br>Telephone: (818) 585-2903 |

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. 1:23-cv-00425<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE: JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. William B. Shubb |

Before the Court is a Notice of Settlement in Principle from the Certified Class and Defendant National Collegiate Athletic Association ("NCAA"). Having found good cause to extend the time for filing dispositional papers pursuant to Local Rule 160, the Court hereby orders the following:

1. All motions currently scheduled to be heard in the case are removed from the October 14, 2025 hearing calendar;
2. All deadlines in the case are stayed pending the Court's ruling on the Certified Class's upcoming motion for preliminary approval of the settlement; and
3. The Certified Class shall have 30 days to file its motion for preliminary approval of the settlement.

It is so ordered.

DATED:

                                         _____
                                         HON. WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE