Dennis Stewart, CA Bar No. 99152
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

Daniel E. Gustafson, MN Bar No. 202241
Anthony J. Stauber, MN Bar No. 401093
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone: (559) 248-4820

Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
1420 Kettner Blvd., Suite 100
San Diego, California 92101
Telephone: (619) 784-1442

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644

Michael Lieberman, DC Bar No. 1033827
Jamie Crooks, CA Bar No. 310447
Yinka Onayemi, NY Bar No. 5940614
Michael Goldberg, MA Bar No. 709203
**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (818) 585-2903

*Attorneys for Plaintiffs Shannon Ray, Khala Taylor, Peter Robinson, Katherine Sebbane, and Rudy Barajas Individually and on Behalf of All Those Similarly Situated*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS, Individually and on Behalf of All Those Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, <br><br> Defendant. | Case No. 1:23-cv-00425 <br><br> **NOTICE OF REQUEST TO SEAL; REQUEST TO SEAL** <br><br> Judge: Hon. William B. Shubb <br> Courtroom: 5, 14th Floor |

**NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL**

Please take notice that Plaintiffs will and hereby do request that the Court seal the threshold percentage of opt-outs needed to trigger the proposed Settlement Agreement's termination clause. This Notice is being made pursuant to Local Rule 141. The Notice of Request to Seal and Request to Seal are accompanied by a proposed order in accordance with Local Rule 141.

Because of the potential for abuse, courts have regularly found compelling reasons to seal information regarding the number of opt-outs needed to trigger the termination of a class action settlement agreement. *See, e.g.*, *Friedman v. Guthy-Renker, LLC*, 2016 WL 5402170, at *2 (C.D. Cal. Sept. 26, 2016) (finding that "potential for abuse" "outweigh[ed] the interest in public access to" opt-out threshold information and collecting cases); *In re Online DVD-Rental Antitrust Litig.*, 779 F.3d 934, 948 (9th Cir. 2015) (recognizing that "exact threshold" in "opt-out provision" was appropriately "kept confidential" "for practical reasons"); *In re Lyft Inc. Sec. Litig.*, No. 19-CV-02690-HSG, 2023 WL 2960006, at *2 (N.D. Cal. Mar. 16, 2023); *Thomas v. Magnachip Semiconductor Corp.*, 2016 WL 3879193, at *7 (N.D. Cal. July 18, 2016) (finding compelling reasons to seal the provision).

In line with these cases, Plaintiffs very narrowly request to seal only the percentage of opt-outs needed to trigger the proposed Settlement Agreement's termination clause. This request is identical to the request this Court recently granted in the related *Smart v. NCAA* case. *See Smart v. NCAA*, 2025 U.S. Dist. LEXIS 59051, at *2 (E.D. Cal. Mar. 27, 2025) (finding "compelling reasons to grant plaintiffs' request."). The proposed Settlement Agreement is to be attached as Exhibit 1 to the Co-Lead Counsel's Joint Declaration in Support of Motion for Preliminary Approval, and if this request is granted, all of it will be publicly available for review except for the termination clause's threshold percentage.

Given the compelling reasons for sealing this information and the very limited nature of this request, Plaintiffs respectfully request that the Court grant it. In accordance with local rules, Plaintiffs have ensured that all parties are served with this request electronically, and will send

1  both a redacted and non-redacted version of the proposed Settlement Agreement for the Court's
2  review.
3  DATED: November 10, 2025                              Respectfully submitted,

**GUSTAFSON GLUEK PLLC**

By: */s/ Dennis Stewart*
Dennis Stewart, CA Bar No. 99152
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com

Daniel E. Gustafson, MN Bar No. 202241
(*pro hac vice*)
Anthony J. Stauber, MN Bar No. 401093
(*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
tstauber@gustafsongluek.com

**FAIRMARK PARTNERS, LLP**

By: */s/ Michael Lieberman*
Michael Lieberman, DC Bar No. 1033827
(*pro hac vice*)
Jamie Crooks, CA Bar No. 310447
(*pro hac vice*)
Yinka Onayemi, NY Bar No. 5940614
(*pro hac vice*)
Michael Goldberg, MA Bar No. 709203
(*pro hac vice*)
**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (818) 585-2903
michael@fairmarklaw.com
jamie@fairmarklaw.com
yinka@fairmarklaw.com
mgoldberg@fairmarklaw.com

**KIRBY McINERNEY LLP**

By: */s/ Robert J. Gralewski*
Robert J. Gralewski, Jr., CA Bar No. 196410
Marko Radisavljevic, CA Bar No. 306552
**KIRBY McINERNEY LLP**
1420 Kettner Blvd., Suite 100
San Diego, California 92101
Telephone: (619) 784-1442
bgralewski@kmllp.com
mradisavljevic@kmllp.com

Darryl J. Horowitt, CA Bar No. 100898
**COLEMAN & HOROWITT, LLP**
499 West Shaw, Suite 116
Fresno, CA 93704
Telephone:     (559) 248-4820
dhorowitt@ch-law.com

Leonard B. Simon, CA Bar No. 58310
**THE LAW OFFICES OF LEONARD B. SIMON P.C.**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 818-0644
lens@rgrdlaw.com

*Attorneys for Plaintiffs and the Class*

3