# EXHIBIT B

Declaration of Dr. Orley Ashenfelter

**DECLARATION OF**

**ORLEY ASHENFELTER**

**IN CONNECTION WITH**


**RAY et al.**

**v.**

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**

**CASE NO. 1:23-cv-00425-WBS**

**Introduction**

1. My name is Orley Ashenfelter. I am the Joseph Douglas Green 1895 Professor of Economics Emeritus at Princeton University. I previously submitted a report ("Ashenfelter Class Certification Report")[1] and Declaration ("Ashenfelter Class Certification Declaration"),[2] collectively "Ashenfelter Class Certification Reports," in connection with this case and have given deposition testimony at two depositions.

2. My curriculum vitae and a list of my testimony in the last four years are attached to this declaration as Appendix A. My time is being billed at the rate of $950 per hour for my work in this matter. This is my normal hourly rate for this type of work. Payment to me is not contingent on my opinions in this matter, and I have no direct financial interest in the outcome of this matter.

3. I have been retained by counsel for a certified class of coaches in sports other than baseball, basketball, and FBS football at National Collegiate Athletic Association ("NCAA") Division I schools. The Class Members are "All persons, who, from March 17, 2019, to June 30, 2023, worked for an NCAA Division I sports program other than baseball in the position of 'volunteer coach,' as designated by NCAA bylaws."[3]

4. I understand the relevant parties have reached a settlement in this litigation for the certified class that will result in the creation of a settlement fund in the amount of $303 million. This declaration describes the settlement amount in relation to the estimated classwide damages using the methodology described in the Ashenfelter Class

---

[1] Corrected Report of Orley Ashenfelter, November 26, 2024, which corrected a report dated November 1, 2024. All references to this report are to the corrected version.
[2] Declaration of Orley Ashenfelter, January 31, 2025.
[3] Memorandum and Order Re: Plaintiffs' Motion for Class Certification and Defendant's Motion to Exclude Expert Testimony At p. 27.

Certification Reports, with a handful of minor updates and adjustments I have made since filing those Reports, as well as the methodology I will use for purposes of assisting counsel in allocating damages among the Class Members.

5.  Throughout this declaration, I present amounts relative to the gross settlement fund without deductions for court approved expenses or attorneys' fees.

**Aggregate Estimated Damages**

6.  In the Ashenfelter Class Certification Reports, I described a classwide, common methodology for assessing impact and damages to the class. In summary, that methodology included:

- Identifying each Class Member, including the sport, school, and year in which they were designated as a volunteer coach;

- Identifying the lowest-paid unrestricted coach in each Class Member's school, sport, and year (the "reference coach"), as well as the wages provided to that reference coach;

- Performing a regression analysis using post-conspiracy data among programs that hired a paid coach into the former "Volunteer" coaching position to calculate a downward adjustment ("step-down") in pay that represents the average relationship between the lowest paid coach and the second-lowest paid coach in a program after the Volunteer Coach Rule was repealed; and

- Calculating the but-for pay for each Class Member in each coaching year during the class period (a "Class Member Year") by applying one or more "step-downs" to the wages of each Class Member's reference coach for that year.[4]

7. Since filing those Reports, I have made the following updates and adjustments, none of which change the basic design of the methodology: 1) incorporated new data received from schools; 2) refined and further cleaned data I previously received; and 3) included a small number of Class Member Years that were identified in the NCAA's Membership Financial Reporting System ("MFRS") data as associated with unpaid coaches, from programs that did not report any volunteer coaches in those years.

8. My estimate of aggregate damages to the class is the sum total of the but-for wages for each Class Member during the class period, with additional adjustments to account for the value of lost health benefits, the length of the class period, and for program-years that reported more volunteer coaches than allowed by NCAA bylaws.

9. At the time of the Settlement, I had not yet concluded my final implementation of this methodology. At that time, my estimate of aggregate damages to the class from lost pay was approximately $253.9 million and from lost pay and lost health insurance benefits was approximately $299.6 million.

10. In addition, based on the data collected in discovery in this case from the NCAA and its member schools, I estimate that there are approximately 7,718 Class Members, who

---

[4] For the small percentage of Class Member Years for which reliable reference coach pay is not available, I use regression analysis to estimate a model of reference coach pay with the salary data that is available. This model accounts for a program's NCAA sport-conference, as well as institutional factors like total undergraduate enrollment and the size of the school's endowment. The regression coefficients from that model are used to estimate reference-coach pay for specific programs. I am then able to derive loss amounts by "stepping down" from estimated reference coach pay.

collectively worked during approximately 13,370 years in the "volunteer coach" position during the class period.

**Allocation of Settlement Amount**

11. The methodology I will use to assist counsel in calculating loss amounts for allocation purposes is similar to the methodology I described in the Ashenfelter Class Certification Reports and above.

12. I understand that the claims administration process involves identifying the half-year periods (January 1 through June 30 and July 1 through December 31) of each year in which each Class Member performed any work as a volunteer coach, and allocating compensation to each Class Member on that basis.

13. Because this methodology results in an aggregate loss amount less than the settlement pool of $303 million, I scale up all recoveries so that the total aggregate damages equals the $303 million settlement pool.

14. If this methodology results in any Class Member Half-Year with a loss amount below $2,500, I will assign that Class Member Half-Year a loss amount of $2,500. Furthermore, if this methodology results in any Class Member receiving a total loss amount of less than $5,000, I will assign that Class Member a total loss amount of $5,000. I will then adjust all other loss amounts accordingly, as per Counsel's instruction. I expect that less than 1.3% percent of the net settlement fund will be distributed due to these minimum guaranteed loss amounts.

15. I have mostly completed the work that will be needed to calculate class members' shares of the settlement, but a small amount of work will likely be needed during the settlement administration process, including to provide all information the Claims Administrator

4

needs to administer the settlement. I estimate that this work will amount to around $45,000. This could increase if I am required to do additional work for some unforeseen reason.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 10th of November in Winchester, Hampshire County, United Kingdom.

_____

Orley C. Ashenfelter

Appendix A

# Curriculum Vitae 2025

| | |
|---|---|
| NAME: | Orley C. Ashenfelter |
| BUSINESS ADDRESS: | Industrial Relations Section<br>Louis A. Simpson International Bldg.<br>Princeton University<br>Princeton, New Jersey 08544 |
| BUSINESS PHONE: | 609-258-4040 |
| FAX NUMBER: | 609-258-2907 |
| CURRENT POSITION: | Joseph Douglas Green 1895 Professor of Economics, Emeritus<br>Senior Scholar in Economics<br><br>And<br><br>American Association of Wine Economists, President<br>American Philosophical Society, Member<br>Executive Committee, Law and Public Affairs, Princeton University<br>Faculty Steering Committee, Griswold Center for Economic Policy Studies, Princeton University<br>Scientific Advisory Committee, Graduate School of Economics, Barcelona<br>Co-editor, *Journal of Wine Economics*<br>Advisory Board, Stanford University, Institute for Economic Policy Research<br>Editorial Board, *Journal of Cultural Economics*<br>International Advisory Board, the *Economic and Labour Relations Review*<br>Editorial Board, Economic Sciences, PNAS |
| PREVIOUS POSITIONS: | Western Economic Association International, President-elect, 2017- 2018<br>Vice-President, 2015-16, Western Economic Association International<br>President, American Economic Association, 2011<br>President, American Law and Economics Association, 2010<br>President, Society of Labor Economists, 2003<br>Editorial Board, the Australian Bulletin of Labour, 2009-2017 |

Section Editor, Economics, *International Encyclopedia of the Social and Behavior Sciences*

Co-Editor, *American Law and Economics Review,* 1999-2005

Director, Industrial Relations Section, Princeton University

Co-editor, *American Economic Review*, 2001-2002

Editor, *American Economic Review*, 1985-2001.

Meyer Visiting Research Professor, New York University School of Law, 1990.

Meeker Visiting Professor, University of Bristol, 1980-81. Guggenheim Fellow, 1976-77.

Director, Office of Evaluation, U.S. Department of Labor, 1972-73.

Lecturer, Assistant Professor, and Associate Professor of Economics, Princeton University, 1968-72.

EDUCATION:

Claremont McKenna College, B.A. 1964

Princeton University, Ph.D. 1970

AWARDS AND HONORS:

Doctor Honoris Causa of the University of Bordeaux, 2023

Corresponding Fellow of the British Academy, 2018

National Academy of Sciences Elect, 2018

Honorary Degree from Charles University, Czech Republic, January 15th, 2014.

Labor and Employee Relations Academic Fellow, 2010

Distinguished Fellow, American Economic Association, January, 2008.

Recipient of Karel Englis Honorary Medal, awarded by the Academy Council of the Academy of Science of the Czech Republic, May, 2007.

Society of Labor Economists' Jacob Mincer Award, June 4, 2005.

Corresponding Fellow of the Royal Society of Edinburgh, 2005.

IZA Prize in Labor Economics, 2003.

Doctor Honoris Causa, University of Brussels, November 29, 2002

Fellow, American Academy of Arts & Sciences, 1993-

Recipient of the Ragnar Frisch Prize of the Econometric Society, 1984.

Fellow, Econometric Society, 1977.

Guggenheim Fellowship, 1976-77.

BOOKS:

*Statistics and Econometrics: Methods and Applications*, (with Phillip Levine and David Zimmerman), New York: J. Wiley, 2003.

*The Collected Essays of Orley C. Ashenfelter,* Volumes I – III, (edited by Kevin Hallock), Cheltenham, England: Edward Elgar Publishing Limited, 1997.

| | |
|---|---|
| Volume I | Employment, Labor Unions, and Wages |
| Volume II | Education, Training, and Discrimination |
| Volume III | Economic Institutions and the Demand and Supply of Labor |

VIDEOS/MEDIA:

"Introduction to Wine Economics", YouTube, Harvard Data Science Initiative, July 15, 2024.

Host of podcast "The Work Goes On with Orley Ashenfelter," Industrial Relations Section, Princeton University December 2022 - present.

Profiled on video blog on site of Scott Cunningham, Professor of Economics, Baylor University, "Brittany and Michael Present 5 Pionners in Difference-in-Differences," November 2022.

Podcast on Environmental Insights, hosted by Robert Stavins, Harvard University. "The Economics of Wine: A Conversation with Orley Ashenfelter," March 2022.

Interview with Orley Ashenfelter, PhD labor economist,YouTube, Hosted by Scott Cunningham, Professor of Economics, Baylor University, March 2022.

Podcast on Harvard Data Science Review, "Big Data and Wine" December 2021

"What McDonald's Shows About The Minimum Wage," NPR's' Planet Money, February 2021.

"Economics of Wine," part of the "Economists in the Wild" series produced by Marginal Revolution University, September 2020.

Interviewed on Facebook Live, Sailing Illustrated, "Economics of Wine" January 2020.

"Panel 1: Approaching Labor Market Definition," part of the Public Workshop on Competition in Labor Markets, United States Department of Justice, September 2019.

"Barcelona GSE Scientific Council Roundtable: What has changed?" Barcelona GSE, March 2019.

"Wine, Big Macs and Natural Experiments with Orley Ashenfelter, Princeton University," Interviewed by Liyou Borga, PhD student at the Center for Economic Research and Graduate Education - Economics Institute, 2014.

"Labor Reform and Crisis Recovery – Barcelona GSE," roundtable debate as part of the biennial meeting of the Barcelona GSE Scientific Council, September 2012.

PUBLIC LECTURES:

Introduction to Statistics and Introduction to Econometrics, Lecture, Inaugural Justices Scalia & Ginsburg Judicial Colloquium for State Supreme Court Justices, January 2023, The Law & Economics Center, George Mason University, Honolulu, HI.

Seminar in Applied Economics, February 22, 2022, "Evaluating the Economic effects of Prohibition."

Inaugural Ronald Coase Lecture, June 2021, University of Dundee, Scotland.

Sage Lodge Colloquium, Lecture, September 2021, Law & Economics Center, George Mason University, Pray, MT.

The Douglas H. Ginsburg Judicial Colloquium Series, December 2021, (Introduction to Statistics and Introduction to Econometrics), Law & Economics Center, George Mason University, Palm Beach Florida.

American Bar Association, July 2020, "Information Exchanges: Antitrust, RICO, and Tort Theories of Liability," panel presentation.

United States Department of Justice Public Workshop on Competition in Labor Markets, September 2019, "Approaching Labor Market Definition," panel presentation.

Syracuse University Whitman School of Management, June 2019, "How Competitive are US Labor Markets." Keynote address at the Changing Nature of Work and Workplaces Conference.

Federal Trade Commission, April 2019, "Retrospective Analyses of Mergers," presented on panel at FTC Hearing #13: Merger Retrospectives.

"Barcelona GSE Scientific Council Roundtable: What has changed?" Panel presentation at Barcelona GSE, March 2019.

Keynes Lecture at the British Royal Academy, November 2018, "The McWages Project: Real Wages Across Space and Time."

Western Economic Association International Presidential Address, June 2018, "The McWages Project: Real Wages Across Space and Time."

Kiwanis Club of San Francisco, July 2018, "The World of Wine – an Economist's Perspective."

University of Washington, Princeton Club of Western Washington, April 2018, "What Determines Vintage and Vineyard Quality?"

14th International Conference of the Western Economic Association International (WEAI), January 2018, "Roundtable Discussion on Immigration"

Humboldt State University, November 2017, "Wine Economics: the Role of Robert Hodgson."

Trento Economic Festival, June 2017, "Comparing Real Wages," Trento, Italy.

Napa Valley Grape Growers, March 2017, "Do Vineyards & Vintage Really Matter?"

The National Economist Club, February 2017, "The Economics of Czech Wine," presented at the Embassy of the Czech Republic, Washington DC.

Inness College, November 2016, Morley Gunderson Lecture in Labour Economics and Industrial Relations, "Real Wages Over Time and Space (the McWages Project)."

Gustavus College, September 2016, Nobel Conference 52, "Comparing Real Wages around the World: Inequality in Human Wealth."

University of Arizona, April 2016, Economic Seminar Series, "Real Wage Rates Around the World and Over (a Long) Time."

Vassar College, April 2016, Martin H. Crego Lecture in Economics, "Evaluating the Economic Effects of the Noble Experiment: National Prohibition, 1920-1933."

Rutgers University, March 2016, Dean's Distinguished Lectureship in Social and Behavioral Sciences, "Real Wage Rates Around the World and Over (a Long) Time."

Maitre Magisterial, Conference in Honor of Danièle Meulders, Université libre de Bruxelles, 2015

Art Investment Forum, Shanghai, China, October 2013, "Trust and Transparency in the Art Market," Keynote Speech.

Shanghai Jiao Tong University, Antai College of Economics and Management, China, October 2013, "Comparing Real Wages".

Sotheby's Institute, London, May 2013, "Trust and Transparency in the Art Market" Plenary Lecture, Conference on Art Markets.

U.S. Department of Labor, November 2012, "History of Program Evaluation," presented at the 75th Anniversary Celebration and Conference.

"Labor Reform and Crisis Recovery – Barcelona GSE," roundtable debate as part of the biennial meeting of the Barcelona GSE Scientific Council, September 2012.

Washington State University, March 2011, "McWages, Cross Country Comparison of Wages", 11th Annual Bertha C. and Roy E. Leigh Distinguished Lecture in Economics

American Bar Association, December 2010, Presentation, Conference on Labor Market Monopsony.

Yale University, November 2010, Plenary Lecture, Conference on Empirical Legal Studies.

San Francisco Federal Reserve Board, July 2010, "Expert Opinion."

Brigham Young University, April 2010, "McWages, Cross Country Comparison of Wages."

Stanford University, March, 2010, "Labor Markets and Their Recovery."

Vanderbilt University, February 2010, "McWages, Cross Country Comparison of Wages."

Law and Economics Workshop, University of California-Berkeley, Berkeley, California, November 16, 2009, "The Effect of Mergers on the Consumer Prices: Evidence from Five Mergers on the Enforcement Margin."

District of Columbia Circuit Conference of the Federal Courts, Nemacolin Woods, Pennsylvania, Conference of the Third Circuit

Judicial Court of Appeals, June 8, 2006, "How Not to Lie with Statistics."

Stanford Institute for Economic Policy Research, Stanford University, Stanford, California, May 30, 2006, "McWages: Cross-Country Comparison of Wages."

The Economics of Art and Culture in Honor of Victor Ginsburg, June 17, 2005, Brussels, Belgium, "Efficiency and Inefficiency in the Market for Bordeaux Wines."

David Hume Institute Lecture, Edinburgh, Scotland, March 24, 20005. "The Evolution of the Global Labor Market: Change vs. Continuity."

J. Denis Sargan Lecture to the Royal Econometric Society, Nottingham, England, March 23, 2005, "The Value of a Statistical Life: Problems and Prospects."

Edmund Clarke Distinguished Lecture, October 15, 2004, Queens College, Ontario, "Evolution of the Global Labor Market: Change vs Continuity."

Wei Lun Lecture, December 14, 2000, The Chinese University of Hong Kong, "How Large Is the Economic Payoff to Education?"

Paul Hartman Memorial Lecture, November 1, 1995, University of Illinois at Champaign-Urbana, "How Credible is the Evidence Linking Education and Income?"

Jerome Levy Economics Institute Lecture, November 21, 1995, Bard College, "How Credible Are Estimates of the Economic Returns to Schooling?"

Ida Cordelia Beam Lecture, November 10, 1994, University of Iowa, "Does a College Degree Pay Off? Evidence from Data on Identical Twins."

42nd Joseph Fisher Lecture, October 12, 1993, Adelaide University, Adelaide, Australia, "How Convincing is the Evidence Linking Education and Income?"

Lecture to honor Gregg Lewis, October 29, 1992, Duke University, "The Economic Returns to Schooling from a New Sample of Twins."

George Seltzer Distinguished Lecture, October 6, 1991, Industrial Relations Center, University of Minnesota, "How Convincing Is The Evidence Linking Education and Income?"

University of Bristol, Bristol, England, December 6, 1990, "The Market for Fine Wine: Is It Economically Efficient or Is There a Sucker Born Every Minute"

PUBLICATIONS:

Ashenfelter, Orley (2024) "Public Policy and labour market competition-IFS Deaton Review of Inequalities", Oxford Open Economics, **3**, i930-i932, odad028

Ashenfelter, Orley & Ruth Gilgenbach (2023) No-Poaching Agreements as Antitrust Violations: Animation Workers Antitrust Litigation In John Kwoka, Jr, Tommaso M. Valletti, and Lawrence J. White ( Eds.), *Antitrust Economics at a Time of Upheaval: Recent Competition Policy Cases on Two Continents*. Competition Policy International.

(with David Card, Henry Farber, and Michael Ransom) "Monopsony in the Labor Market: New Empirical results and New Public Policies," *Journal of Human Resources,* vol. 57 no. 3, 2022, p. S1-S10.

(with Alan B. Krueger) "Theory and Evidence on Employer Collusion in the Franchise Sector," *Journal of Human Resources*, vol. 57 no. 3, 2022, p. S324-S348.

(with Stepan Jurajda) "Minimum Wages, Wages, and Price PassThrough: The Case of McDonald's Restaurants", *Journal of Labor Economics*, Volume 40, Issue S1, 2022. Pp. S179-S201.

(with A. Mas) "Editorial Essay: Introduction to a Special Issue in Honor of Henry Farber", *Industrial and Labor Relations Review*, Volume 72, Issue 2, 2019.

Ashenfelter, Orley, Daniel L. McFadden, Abigail Payne, Jason Potts, Robert Gregory, Wade E. Martin, ""Roundtable Discussion on Immigration. This article is based upon presentations at the closing session of the 14th International Conference of the Western Economic Association International (WEAI), hosted by the Newcastle Business School, University of Newcastle, Australia, January 11–14, 2018, Published online November 2019.

(with A. Corsia) "Predicting Italian Wine Quality from Weather Data and Expert Ratings*," Journal of Wine Economics*, Volume 14 Number 3, 2019

Ashenfelter, Orley, Robert F. Engle, Daniel L. McFadden, and Klaus Schmidt-Hebbel. 2018. "Globalization: Contents and Discontents." *Contemporary Economic Policy* 36 (1) (01): 29-43.

(with David Card as Guest Editors), "Introduction: Essays in Honor of Robert J. LaLonde," *Journal of Labor Economics*, 35, no. 51 (July 2017): S1-S6.

(with R. Engle, D. McFadden, K. Schmidt-Hebbel), "Globalization: Contents and Discontents," *Contemporary Economic Policy,* Wiley Online Library, June 2017.

"The Hedonic Approach to Vineyard Site Selection: Adaptation to Climate Change and Grape Growing in Emerging Markets," *Journal of Wine Economics*, Vol. 12, No. 1, 2017, pp. 1-13.

(with K. Storchmann) "Wine and Climate Change" AAWE working paper No. 152, Economics, March 2014. Published as "The Economics of Wine, Weather, and Climate Change." *Review of Environmental Economics and Policy*, 10(1), January 2016, 25-46. Also published as "Climate Change and Wine: A Review of the Economic Implications." *Journal of Wine Economics*, 11(1), April 2016, 105-138.

(with D. Hosken; M. C. Weinberg) "Efficiencies Brewed: Pricing and Consolidation in the US Beer Industry." NBER Working Paper Series, 2013, *RAND Journal of Economics*, July 2015, 46(2), 328-361.

(with D. Hosken; M. C. Weinberg) "Did Robert Bork Understate the Competitive Impact of Mergers? Evidence from Consummated Mergers." August 2014, *Journal of Law and Economics,* Vol. 57, No. S3. The Contributions of Robert Bork to Antitrust Economics, pp.S67-S100, The University of Chicago Press for The Booth School of Business of the University of Chicago and The University of Chicago Law School.

"The Early History of Program Evaluation and the Department of Labor." May 2014, Special Issue: U.S. Department of Labor Centennial, *Industrial and Labor Relations Review*, 67 Supplement, 574-577.

(with Hosken, Daniel; Weinberg, Matthew) "Corrigendum: the Price Effects of a Large Merger of Manufacturers: A Case Study of Maytag Whirlpool." February 2014, *American Economic Journal: Economic Policy*, 6(1), 308-309.

(with Bloom, David E. and Dahl, Gordon B.). "Lawyers as Agents of the Devil in a Prisoner's Dilemma Game." Princeton University Industrial Relations Section Working Paper #270, NBER Working Paper No. 4447, September, 1993. September 2013, *Journal of Empirical Legal Studies* 10(3): 399-423.

(with Jones, Gregory). "The Demand for Expert Opinion: Bordeaux Wine". December 2013, *Journal of Wine Economics*, 8, pp 285-293.

(with Hosken, Daniel; Weinberg, Matthew) "The Price Effects of a Large Merger of Manufacturers: A Case Study of Maytag-Whirlpool", February 2013, *American Economics Journal: Economic Policy*, 5(1), 239-261.

"Comparing Real Wage rates: Presidential address", National Bureau of Economic Research, Inc. Working Papers: 18006. *American Economic Review*, April 2012, 102(2), 617-642.

(with Gordon Dahl) "Bargaining and the Role of Expert Agents: An Empirical Study of Final-offer Arbitration." *Review of Economics and Statistics*, February 2012, 94(1), 116-132.

(with Kathryn Graddy) *A Handbook of Cultural Economics*, Second Edition, Chapter 2 "Art Auctions", August 2011

"Foreward", *American Economic Review*, May 2011, v. 101, iss. 3, pp. x-xi

(with Kathryn Graddy) "Sale Rates and Price Movements in Art Auctions", *American Economic Review*, May 2011, v. 101, iss. 3, pp. 212-16

(with Hosken, Daniel; Vita, Michael; Weinberg, Matthew) "Retrospective Analysis of Hospital Mergers", *International Journal of the Economics of Business,* February 2011, v. 18, iss. 1, pp. 5-16

(with Kirk Doran and Bruce Schaller) "A Shred of Credible Evidence on the Long-run Elasticity of Labour Supply", *Economica*, October 2010, Vol. 77, issue 308, pages 637-650

"George E. Johnson", *Journal of Wine Economics*, vol. 5, no. 1, pg. 217, 2010

(with D. Hosken) "The Effect of Mergers on Consumer Prices: Evidence from Five Selected Case Studies", *Journal of Law and Economics,* August 2010, v. 53, iss. 3, pp. 417-66

(with K. Storchmann) "Measuring the Economic Effect of Global Warming on Viticulture Using Auction, Retail, and Wholesale Prices," *Review of Industrial Organization*, 2010, vol. 37, no. 1, 51-64

(with K. Storchmann) "Using Hedonic Models of Solar Radiation and weather to Assess the Economic Effect of Climate Change: The Case of Mosel Valley Vineyards, " *Review of Economics and Statistics,* May 2010, Vol. 92, No. 2, Pages 333-349

(with Henry Farber; Michael Ransom) "Labor Market Monopsony," *Journal of Labor Economics*, April 2010, v. 28, iss. 2, pp. 203-10

"Predicting the Quality and Prices of Bordeaux Wine," *Journal of Wine Economics,* Spring 2010, v. 5, iss. 1, pp. 40-52

(with John Pencavel) "Albert Rees and the 'Chicago School of Economics,'" in *Elgar Companion to the Chicago School of Economics*, edited by Ross B. Emmett, Edward Elgar, 2010.

(with Daniel Hosken and Matthew Weinberg) "Generating Evidence to Guide Merger Enforcement," in *Global Competition Policy,* vo. 5, no. 1, Spring 2009.

(with Richard E. Quandt and George M. Tabor) "Wine-Tasting Epiphany: An Analysis of the 1976 California vs. France Tasting," in *Wine and Philosophy*, edited by Fritz Allhoff, November 2007.

(with Stephen Ciccarella and Howard J. Schatz) "French Wine and the U.S. Boycott of 2003: Does Politics Really Affect Commerce?" July 2007, National Bureau of Economic Research Working Paper #13258. *Journal of Wine Economics*, Volume 2, No. 1, Spring 2007.

(with Kathryn Graddy) "Art Auctions" *Handbook of the Economics of Art and Culture,* edited by Victor Ginsburgh and David Throsby (Oxford, UK: Elsevier), vol. 1, 2006.

(with W. J. Collins and A.Yoon) "Evaluating the Role of Brown v. Board of Education in School Equalization, Desegregation and the

Income of African Americans," *American Law and Economics Review*, vol. 8, no. 2, Summer 2006.

(with David Ashmore, Jonathan B. Baker, Suzanne Gleason and Daniel S. Hosken) "Empirical Methods in Merger Analysis: Econometric Analysis of Pricing in FTC v. Staples," *International Journal of the Economics of Business*, vol. 13, no. 2, July 2006. Reprinted in *Recent Developments in Monopoly and Competition Policy*, edited by George Norman (Edward Elgar Publishers: Cheltenham, UK) January 2008.

"George M. Tabor, Judgment of Paris: California vs. France and the Historic 1976 Paris Tasting That Revolutionized Wine," *Journal of Wine Economics*, vol. 1. no. 1 (Spring) 2006.

"Measuring the Value of a Statistical Life: Problems", *The Economics Journal*, vol. 118 (March) 2006.

(with Alan Krueger) "Estimates of the Economic Return to Schooling from a New Sample of Twins," in *Quantitative Social Science*, edited by Jacqueline Scott and Yu Xie, volume 1, part 6, October 2005.

"Predicting the Quality and Prices of Bordeaux Wines," in *Statistics: A Guide to the Unknown*, 4th edition, edited by Roxy Peck, et al., (Stamford, CT: Thomson), March 2005. Reprinted in the *Economic Journal*, vol. 118, no. 529, June, 2008. Reprinted in the *Journal of Wine Economics*, vol. 5, no. 1, 2010.

(with Kathryn Graddy) "Anatomy of the Rise and Fall of a Price-Fixing Conspiracy: Auctions at Sotheby's and Christies'" *Journal of Competition Law & Economics*, vol. 1, no. 1, March 2005.

(with David Ashmore and Olivier Deschenes) "Do Unemployment Insurance Recipients Actively Seek Work? Evidence From Randomized Trials in Four U.S. States," *Journal of Econometrics,* vol. 125, no. 1, March 2005.

(with Junsen Zhang) "Introduction: The Chinese Labor Market: New Quantitative Studies," *Pacific Economic Review*, vol. 9, no. 3, October 2004.

(with Michael Greenstone), "Estimating the Value of a Statistical Life: The Importance of Omitted Variables and Publication Bias," *American Economic Association Papers and Proceedings*, vol. 94, no. 2, May 2004.

(with Michael Greenstone) "Using Mandated Speed Limits to Measure the Value of a Statistical Life," *Journal of Political Economy*, vol. 112, no. S1, February 2004.

(with Kathryn Graddy) "Auctions and the Price of Art," *Journal of Economic Literature*, vol. 41, no. 3, September 2003.

(with Victor Ginsburgh) "Economists Argue the Payments Are Unfair," *The Art Newspaper*, October 2003.

"Art Auctions," in *Handbook of Cultural Economics*, edited by Ruth Towse (Edward Elgar Publishers: Cheltenham, UK) May 2003.

(with David Card) "Did the Elimination of Mandatory Retirement Affect Faculty Retirement Flows?" *American Economic Review*, vol. 92, no. 4, September 2002.

"Comment on the Age Discrimination Example," *Jurimetrics Journal,* vol. 42, Spring 2002.

(with John Abowd) "Using Price Indices and Sale Rates to Assess Short Run Changes in the Market for Impressionist and Contemporary Paintings," in *The Economics of Art Auctions*, Edited by G. Mosetto and M. Vecco, (Milan: F. Angeli Press, 2002).

"Economics Overview," in *International Encyclopedia of Economics*, (Oxford, UK: Elsevier Science Ltd., December 2001).

(with Alessandro Corsi) "Predicting Italian Wines Quality From Weather Data and Expert 'Ratings'," *Cahier Scientifique de 'Observatoire des Conjonctures Vincoles Europeenenes*, no. 4, July 2001.

(with Karl Storchmann) "The Quality of Vineyard Sites in the Mosel Valley of Germany," *Cahier Scientifique de 'Observatoire des Conjonctures Vincoles Europeenenes*, no. 4, July 2001.

(with Dean Hyslop) "Measuring the Effect of Arbitration on Wage Levels: The Case of Police Officers," *Industrial and Labor Relations Review*, vol. 54, no. 2, January 2001.

(with Phillip B. Levine) "Unemployment Insurance Appeals in the State of Wisconsin: Who Fights and Who Wins?" *Research in*

*Employment Policy*, vol. 2, 2000; *Long-Term Unemployment and Reemployment Policies*, Volume 2, edited by Laurie J. Bassi and Stephen Woodbury, (Stamford, CT: JAI Press.)

"Liquid Assets," *Optimus: The Magazine for the Private Investor,* vol. 2, 2000.

(with Gregory Jones) "The Demand for Expert Opinions: Bordeaux Wine," *Cahier Scientifique de 'Observatoire des Conjonctures Vincoles Europeenenes*, no. 3, March 2000.

"Orley Ashenfelter," in *Exemplary Economists*, Volume 1, edited by Roger E. Backhouse and Roger Middleton, (Cheltenham, United Kingdom: Edward Elgar Publishing, Ltd. 2000).

(with Cecilia Rouse) "Schooling, Intelligence, and Income in America: Cracks in the Bell Curve," *Meritocracy and Inequality*, edited by Kenneth Arrow, Steven Durlauf, and Samuel Bowles, (Princeton, NJ: Princeton University Press, 2000).

(with Colm Harmon and Hessel Oosterbeek) "A Review of Estimates of the Schooling/Earnings Relationship, with Tests for Publication Bias," *Labour Economics*, vol. 6, 1999.

"Paul Samuelson Teaching Federal Judges," *Journal of Economics Education,* vol. 30, no.4, Fall 1999.

(with Richard E. Quandt) "Analyzing a Wine Tasting Statistically (Wherein we rigorously analyze the famous 1976 Paris Taste off!)," *Chance*, vol. 12, no. 3, Summer 1999.

"Arbitration," in *The New Palgrave Dictionary of Economics and the Law*, edited by Peter Newman, (London, United Kingdom: Macmillian Reference Ltd., 1998).

(with Cecilia Rouse) "Income, Schooling and Ability: Evidence From A New Sample of Identical Twins," *The Quarterly Journal of Economics, v*ol. 113, no. 1, February 1998, reprinted in *Income Distribution*, edited by Michael Sattinger, (Cheltenham, England: Edward Elgar Publishing Ltd., 2001).

(with David Ashmore and Randall Filer) "Contract Form and Procurement Costs: The Impact of Compulsory Multiple Contractor Laws in Construction," *Rand Journal of Economics*, vol. 28, no. 0, 1997, S5-S16.

(with David Zimmerman) "Estimates of the Returns to Schooling From Sibling Data: Fathers, Sons, Brothers," *The Review of Economics and Statistics*, vol. 79, no. 1, February 1997.

(with Robert LaLonde) "The Economics of Training," in *The Human Resource Management Handbook,* edited by David Lewin, Daniel Mitchell, and Mahmood Zaidi, (JAI Press, 1997).

(with Kevin Hallock) "Bibliography," in *Labor Market Discrimination, Labor Mobility, and Compensating Wage Differentials: Labor Economics,* Volume IV, (Cheltenham, England: Edward Elgar Publishing Ltd., 1995).

(with David Ashmore and Robert LaLonde) "Wine Vintage Quality and the Weather: Bordeaux," *Chance*, Fall 1995.

(with Theodore Eisenberg and Stewart Schwab) "Politics and the Judiciary: The Influence of Judicial Background on Case Outcomes," *Journal of Legal Studies*, vol. 24, no. 2, June 1995.

(with Ray Byron) "Predicting the Quality of the Unborn Grange," *The Economic Record*, Australia, vol. 71, no. 212, March 1995: 40-53.

(with Alan Krueger) "Estimates of the Economic Return to Schooling From A New Sample of Twins*," American Economic Review*, vol. 84, no. 5, December 1994. Reprinted in SAGE Benchmarks in Social Research Methods

"Have We Underinvested in Education?," *The Changing Distribution of Income in an Open U.S. Economy*, edited by Jeffrey Bergstrand, Thomas Cosimano, John Houck and Richard Sheehan, (North- Holland Publishing, 1994).

"How Convincing is the Evidence Linking Education and Income?" *Labour Economics and Productivity*, vol. 6, (1994) pp. 1-12. In Australia's Economy in its International Context, Volume 2 1950- 2001, edited by Kym Anderson, (Adelaide, Australia: Centre for International Economic Studies, 2001), 366-374.

(with Janet Currie, Henry S. Farber and Matthew Spiegel) "An Experimental Comparison of Dispute Rates in Alternative Arbitration Systems," *Econometrica*, vol. 60, no. 6, November 1992: 1407-1433.

(with David Genesove) "Testing For Price Anomalies in Real Estate Auctions," *American Economic Review*, vol. 82, no. 2, May 1992, 501-505.

(with Ronald L. Oaxaca) "Labor Market Discrimination and Economic Development," in *Unfair Advantage Labor Market Discrimination in Developing Countries*, edited by Nancy Birdsall and Richard Sabot, (Washington, DC: The World Bank, 1991): 35-53.

(with Janet Currie) "Negotiator Behavior and the Occurrence of Disputes," *American Economic Review*, vol. 80, no. 2, May 1990: 416-20.

"Albert Rees: Teacher, Scholar, Public Servant," *Journal of Labor Economics,* vol. 8, no. 2, Part 2, January 1990, S1-S3.

(with Mark W. Plant) "Non-Parametric Estimates of the Labor Supply Effects of Negative Income Tax Programs," *Journal of Labor Economics*, vol. 8, no. 1, Part 2, January 1990.

"Evidence on U.S. Experiences with Dispute Resolution Systems," in *Organized Labor at the Crossroads*, edited by Wei-Chiao Huang, (Kalamazoo, Michigan: W.E. Upjohn Institute, 1989).

"How Auctions Work for Wine and Art," *Journal of Economic Perspectives,* vol. 3, no.3, Summer 1989, 23-36.

(with Ronald Oaxaca) "The Economics of Discrimination: Economists Enter the Courtroom," *American Economic Review*, vol. 77, no. 2, May 1987, 321-25.

"The Case for Evaluating Training Programs with Randomized Trials," *Economics of Education Review*, vol. 6, no. 4, 1987, 333-338.

"Arbitration and Negotiation Process," *American Economic Review*, vol. 77, no. 2, May 1987, 342-46.

(with D. Sullivan) "Nonparametric Tests of Market Structure: An Application to the Cigarette Industry," *Journal of Industrial Economics*, vol. 35, no. 4, June 1987, 483-98.

(with T. Hannan) "Sex Discrimination and Market Concentration: The Case of the Banking Industry," *Quarterly Journal of Economics,* vol. C1, Issue 1, February 1986, 149-73.

(with J. Brown) "Testing the Efficiency of Employment Contracts," *Journal of Political Economy*, vol. 94, no. 3, 1986, S40-S87.

(with D. Card) "Why Have Unemployment Rates in Canada and the United States Diverged?" *Economica*, vol. 53, 1986, S171-S195.

(with D. Card) "Using the Longitudinal Structure of Earnings to Estimate the Effect of Training Programs," *Review of Economics and Statistics,* vol. 67, no. 4, 1985, 648-60.

"Macroeconomic Analyses and Microeconomic Analyses of Labor Supply," *Carnegie-Rochester Conference Series on Public Policy*, vol. 21, 1984, 117-56.

(with D. Bloom) "Models of Arbitrator Behavior: Theory and Evidence," *American Economic Review*, vol. 74, no. 1, March 1984, 111-24.

(with D. Bloom) "The Pitfalls in Judging Arbitrator Impartiality by Win-Loss Tallies Under Final Offer Arbitration," *Labor Law Journal,* vol. 34, no. 8, August 1983, 534-39; reprinted in Proceedings of the 1983 Spring Meeting of the Industrial Relations Research Association.

"Determining Participation in Income-Tested Social Programs," *Journal of the American Statistical Association*, vol. 78, no. 383 Evaluation Studies Review Annual, vol. 10, 1985.September 1983, 517-25, reprinted in L. Aiken and B. Kehrer,

(with J. Abowd), "Compensating Wage and Earnings Differentials for Employer Determined Hours of Work," August, 1983.

(with R. Layard) "Incomes Policy and Wage Differentials," *Economica*, vol. 50 May 1983, 127-43.

"The Withering Away of a Full Employment Goal," *Canadian Public Policy*, vol. 9, no. 1, March 1983, 114-25.

(with D. Card) "Time-Series Representation of Economic Variables and Alternative Models of the Labor Market," *Review of Economic Studies,* vol. 49, Special Issue, 1982, 761-81; reprinted in *Foundations of Probability, Econometrics and Economic Games*, edited by Omar F. Hamouda and J. C. Rowley.

(with G. Solon) "Employment Statistics: The Interaction of Economics and Policy," *The American Economic Review*, vol. 77, no. 2, May 1982, 233-236.

(with G. Solon) "Longitudinal Labor Market Data: Sources, Uses and Limitations," in *What's Happening to American Labor Force and Productivity Measurements?*, National Council on Employment Policy, 1982; revised as Industrial Relations Section Working Paper No. 155, September 1982.

"The Economic Impact of an Older Population: A Brief Survey," in *Aging: A Challenge to Science and Society, vol. 2 of Medicine and Social Science*, (Oxford: Oxford University Press, 1981): 333-40.

(with J. Abowd) "Anticipated Unemployment, Temporary Layoffs, and Compensating Wage Differentials," in *Studies in Labor Markets*, edited by Sherwin Rosen, (Chicago: University of Chicago Press for the National Bureau of Economic Research, 1981), 141-70.

(with J. Altonji) "Wage Movements and the Labour Market Equilibrium Hypothesis," *Economica*, vol. 47, no. 187, August 198:
217-45.

"Commentary on Firm Size, Market Structure and Worker Satisfaction," in *The Economics of Firm Size, Market Structure and Social Performance*, edited by J. Siegfried, 1980.

"Unemployment as Disequilibrium in a Model of Aggregate Labor Supply," *Econometrica*, vol. 48, no. 3, April 1980, 217-245.

"Estimating the Effect of Training Programs on Earnings," *Review of Economics and Statistics*, vol. 60, no. 1, February 1978, 47-57; reprinted in *Evaluating Manpower Training Programs,* edited by F.

Bloch, 1979; and in *Evaluation Studies Review Annual*. vol. 5 edited by Stromsdorfer and Farkus, 1980.

(with J. Ham) "Education, Unemployment and Earnings," *Journal of Political Economy*, vol. 87, no. 51, October 1979, S99-S116.

(with M. Abbott) "Labour Supply, Commodity Demand, and the Allocation of Time Correction," *Review of Economic Studies*, vol. 46, July 1979, 576-79.

(with R. Smith) "Compliance with the Minimum Wage Law," *Journal of Political Economy*, vol. 87, no. 21, April 1979, 330-50.

"What Do Teenage Unemployment Statistics Measure?" Supplementary Papers from the Conference on Youth Unemployment: Its Measurement and Meaning, Washington, DC: US Government Printing Office, October 1978, 37-55.

"Current European Manpower Policies, July 1978" and "Some Highlights of Papers from the Conference on European Manpower Policies," in *European Labor Market Policies*, National Commission for Manpower Policy, Special Report No. 27, September 1978, 5-26.

"What is Involuntary Unemployment?" in *Proceedings of the American Philosophical Society*, vol. 122, no. 3 June 1978, 135-38.

Union Relative Wage Effects: New Evidence and a Survey of Their Implications for Wage Inflation," in *Econometric Contributions to Public Policy,* edited by R. Stone and W. Peterson, (New York: St. Martins Press, 1978), 31-63.

"Evaluating the Effects of the Employment Tax Credit," in Conference Report on Evaluating the 1977 Economic Stimulus Package, (Washington, DC: US Government Printing Office, 1978).

"The Labor Supply Response of Wage Earners," in *Welfare in Rural Areas: North Carolina-Iowa Income Maintenance Experiment,* edited by J. Palmer and J. A. Pechman, (Washington: Brookings Institution, 1978), 109-48.

"Unemployment as a Constraint on Labor Market Behavior," in *Contemporary Economic Analysis*, edited by M. J. Artis and A. R. Nobay, (London: Croon Helm for the Association of University Teachers of Economics, 1978), 149-81.

"Demand and Supply Functions for State and Local Employment: Implications for Public Employment Programs," in Essays in Labor Market Analysis. *In Memory of Yochanan Peter Comay*,

edited by O. Ashenfelter and W. Oates, (New York: John Wiley & Sons, 1978), 1- 16.

"Will the Real Conventional Theory of Income Distribution Please Stand Up?" *Social Science Quarterly*, vol. 58, no. 1, June 1977, 147-50.

"Comments on 'Black/White Male Earnings and Employment," in *The Distribution of Economic Well-Being*, edited by F. T. Juster, (Cambridge, MA: Ballinger Publishing Co. for the National Bureau of Economic Research, 1977), 296-98.

(with M. Abbott) "Labour Supply, Commodity Demand, and the Allocation of Time," *Review of Economic Studies*, vol. 43, October 1976, 389-411.

Comment on "Does the Contract Compliance Program Work?" in *Industrial and Labor Relations Review*, vol. 29, no. 4, July 1976, 577-80.

(with J. Pencavel) "A Note on Measuring the Relationship Between Changes in Earnings and Changes in Wage Rates," *British Journal of Industrial Relations*, vol. 14, no. 1, March 1976, 70-76.

"Notes on the Interpretation of Urban Density Functions," *The Journal of Urban Economics*, vol. 3, January 1976, 82-87.

(with J. Heckman), "Measuring the Effect of an Antidiscrimination Program," in *Evaluating the Labor Market Effects of Social Programs*, edited by O. Ashenfelter and J. Blum, (Princeton, NJ: Princeton University Press, 1976), 46-89.

(with J. Pencavel) "Estimating the Effects on Cost and Price of the Elimination of Sex Discrimination: The Case of Telephone Rates," in *Some New Perspectives on Equal Employment Opportunity: The A.T. & T. Case*, edited by Phyllis Wallace, (Cambridge, MA: MIT Press, 1976), 111-22.

(with S. Kelley) "Determinants of Participation in Presidential Elections," *Journal of Law and Economics*, vol.18, no. 3, December 1975, 695-733.

(with J. Pencavel) "Wage Changes and the Frequency of Wage Settlements," *Economica*, May 1975, 162-70.

"The Effect of Manpower Training on Earnings: Preliminary Results," Proceedings of the 27th Annual Meeting of the Industrial Relations Research Association, 1974, reprinted in *Monthly Labor Review*, April 1975.

(with R. Ehrenberg) "The Demand for Labor in the Public Sector," in *Labor in the Public and Nonprofit Sectors*, edited by D. Hamermesh, (Princeton, NJ: Princeton University Press, 1975), pp. 55-84; condensed and reprinted in *Public Sector Labor Relations: Analysis and Readings,* edited by D. Lewin, et al., (Glen Ridge, NJ: Thomas Horton and Daughters. 1977), 30-36.

"Blacks and Trade Unionism," Integrateducation, May-June 1975: 53-59; from a transcript of Hearings before the New York Commission on Human Rights, May 1974.

"Comments on 'Labor Market Discrimination: Analysis, Findings, and Problems,'" in Volume 2 of *Frontiers of Quantitative Economics*, edited by M. Intriligator and D. Kendrick, (Amsterdam: North Holland Press, 1974), 556-59.

(with J. Heckman) "The Estimation of Income and Substitution Effects in a Model of Family Labor Supply," *Econometrica*, vol. 42, no. 1, January 1974, 73-85.

"Comment on 'Child Quality and the Demand for Children,'" *Journal of Political Economy*, vol. 81, no. 2, March-April 1973, pp. S96-S98; reprinted in *Economics of the Family*, edited by T. W. Schultz, 1974.

"Discrimination and Trade Unions," in *Discrimination in Labor Markets*, edited by O. Ashenfelter and A. Rees, (Princeton, NJ: Princeton University Press, 1973), 88-112; reprinted in Readings in Labor Economics and Labor Relations, edited by Reynolds, Masters and Moser, 1974, 432-443.

(with J. Heckman) "Estimating Labor Supply Functions," in *Income Maintenance and Labor Supply*, edited by G. Cain and H. Watts, (Madison, WI: University of Wisconsin Institute on Poverty Research, 1973, 265-78.

(with J. Pencavel) "American Trade Union Growth, 1900-1960: A Rejoiner," *Quarterly Journal of Economics*, vol. 86, no. 4, November 1972, 691-2.

(with G.E. Johnson) "Unionism, Relative Wages, and Labor Quality in U.S. Manufacturing Industries," *International Economic Review,* vol. 13, no.3, October 1972, 488-508.

"Racial Discrimination and Trade Unionism," *Journal of Political Economy,* vol. 8, no. 3, May-June 1972, 435-64.

(with G.E. Johnson and J. H. Pencavel) "Trade Unions and the Rate of Change of Money Wages in U.S. Manufacturing," *The Review of Economic Studies*, vol. 39, no. 1, January 1972, 27-54.

(with L. Godwin) "Some Evidence on the Effect of Unionism on the Average Wage of Black Workers Relative to White Workers, 1900- 1967," Proceedings of the 24th Annual Winter Meeting of the Industrial Relations Research Association, 1971, 217-24.

(with M.K. Taussig) "Discrimination and Income Differentials: Comment," *American Economic Review*, vol. 61, no. 4, September 1971, 746-50.

"The Effect of Unionization on Wages in the Public Sector: The Case of Fire Fighters," *Industrial and Labor Relations Review*, vol. 24, no. 2, January 1971, 191-202.

"Changes in Labor Market Discrimination Over Time," *The Journal of Human Resources,* vol. 5, no. 4, Fall 1970, 403-30.

(with J. H. Pencavel) "American Trade Union Growth," *Quarterly Journal of Economics*, vol. 83, August 1969, 434-48.

(with G.E. Johnson) "Bargaining Theory, Trade Union, and Industrial Strike Activity," *American Economic Review*, vol. 59, no. 1, March 1969, 35-49; reprinted in Bobbs-Merril Reprint Series in *Economics*.

"Some Statistical Difficulties in Using Dummy Dependent Variables," Appendix A in *The Economics of Labor Force Participation,* edited by W.G. Bowen and T.A. Finegan, (Princeton, NJ: Princeton University Press, 1969), 644-48.

(with J.D. Mooney) "Some Evidence on the Private Returns to Graduate Education," *Southern Economic Journal*, vol. 35, no. 3, January 1968, 247-56, reprinted in *Human Capital Formation and Manpower Development,* edited by R. Wykstra, 1971.

(with J.D. Mooney) "Graduate Education, Ability and Earnings," *Review of Economics and Statistics*, vol. 50, no. 1, February 1968, 78-86.

(with Wm. Pierce) "Industrial Conflict: The Power of Prediction," *Industrial and Labor Relations Review*, vol. 20, October 1966, 92-95.

BOOKS EDITED:

Ashenfelter, O., Gergaud, O., Storchmann, K. and Ziemba, W. (eds.) World Scentific *Handbook of Wine Economics*, Volumes I & II, (World Scientific Publishing Co. Pte. Ltd., 2018)

(with David Card) *Handbook of Labor Economics*, Volume IV A & B, (Elsevier Science, North Holland, 2010).

(with Radha Iyengar) "Economics of Commercial Arbitration and Dispute Resolution", 2009, pp. ix-xv, An Elgar Reference Collection. Economic Approaches to Law, vol. 21. Cheltenham, U.K. and Northampton, Mass.: Elgar

(with D. Card) *Handbook of Labor Economics*, Volumes I - III, (Elsevier Science, North Holland, 1999).

*Worth Series in Outstanding Contributions: Labor Economics*, (Worth Publishing Inc., New York, NY, 1999).

(with R. LaLonde) *The Economics of Training I and II*, (Edward Elgar Publishing Limited, Cheltenham, England, 1996).

(with Kevin Hallock) *Labor Economics, Volumes I - IV*, (Edward Elgar Publishing Limited, Cheltenham, England, 1995).
Volume I        -- Labor Supply and Demand
Volume II       -- Employment, Wages, and Education
Volume III      -- Unemployment, Trade Unions, and Dispute
                                Resolution
Volume IV       -- Labor Market Discrimination, Labor Mobility,
                     and Compensating Wage

"Discussion," in *Lessons From the Income Maintenance Experiments,* edited by A. H. Munnel, (Federal Reserve Bank of Washington and Brookings Institution, 1986).

(with L. J. Bassi) "The Effect of Direct Job Creation and Training Programs on Low Skilled Workers," in *Fighting Poverty: What Works and What Doesn't,* S. H. Danzinger and D. H. Weinberg, (Cambridge, MA: Harvard University Press, 1986), 133-51.

(with R. Layard) *Handbook of Labor Economics*, 2 Volumes, (Amsterdam: North Holland Press, 1986). Translated to Spanish.

(with W. Oates) *Essays in Labor Market Analysis. In Memory of Yochanan Peter Comay*. (New York: John Wiley & Sons for Halsted Press, 1978).

(with L. Hausman, B. Rustin, R. Schubert and D. Slaiman) *Equal Rights and Industrial Relations*. (Industrial Relations Research Association, 1977).

(with J. Blum) *Evaluating the Labor Market Effects of Social Programs*. (Princeton, NJ: Princeton University Industrial Relations Section, 1976).

(with W.G. Bowen) *Labor and the National Economy*. Revised edition, (New York: W.W. Norton, 1975).

(with A. Rees) *Discrimination in Labor Markets*. (Princeton, NJ: Princeton University Press).


BOOKS REVIEWED

Review of *The City of Vines: The History of Wine in Los Angeles* by Thomas Pinney, *Journal of Wine Economics,* Volume 15, Issue 4, November 2020, published online by Cambridge University Press January 5, 2021.

Review of *Wine Grape Varieties for New Jersey* by Lawrence Coia and Daniel Ward, *Journal of Wine Economics,* Volume 15, No 1, 2020.

"Economic history or history of economics?" *Review of Grand Pursuit: The Story of Economic Genius*, Center for Economic Policy Studies, Working Papers: 1365. Journal of Economic Literature, March 2012, 50(1), 96-102.

Review of *Last Call: The Rise and Fall of Prohibition* by Daniel Okrent, *Journal of Wine Economics*, Volume 5, Issue 2, Pages 339–347. Also Barron's October 4, 2010, 90(40), 40-40.

Review of *In Search of Bacchus* by George M. Taber,
*Barron's* October 5, 2009, 89(40), 40-40.

Review of *The Billionaire's Vinegar* by Benjamin Wallace,
*Barron's* July 7, 2008.

Review of *Wine into Words: A History and Bibliography of Wine
Books in the English Language* by James M. Gabler, *Journal of
Wine Economics,* vol. 2, no. 2, (Fall 2007), 213-225

Review of *Judgment of Paris* by George Taber,
*Barron's* September 5, 2005.

Review of *Hollywood Economics* by Arthur DeVany.
*Barron's* December 6, 2004.

Review of *The Far Side of Eden* by James Conaway.
*Barron's* May 11, 2003.

Review of *The Future of Success* by Robert B. Reich.
*Financial Times* (London), February 27, 2001.

Review of *The National Supported Work Demonstration* by R.
Hollister, et al. *Journal of Economic Literature*, 24 (September
1986), 1268-70.

Review of *Dangerous Currents* by L. Thurow. *National Review*
(April 6, 1984), 53-55.

Review of *Jobs for Disadvantaged Workers: The Economics of
Employment Subsidies* by R. Haveman and J.L. Palmer. *Journal of
Economic Literature*, 21 (September 1983), 1039-41.

Review of *Collective Bargaining and Industrial Relations* by T.A.
Kochan. *Industrial Relations*, 21, (Winter 1982), 73-78.

Review of *The Regulatory Process and Labor Earnings* by R.
Ehrenberg. *Journal of Political Economy*, 89, (June 1981), 601-03.

Review of *Union Growth and the Business Cycle* by
G.S. Bain and F. Elsheikh. *Economica*, 45, (August 1978), 319-
320.

Review of *Economic Forecasting* by H. O. Stekler. *Journal of
Finance*, 26, (June 1971), 816-17.

Review of S*till a Dream: The Changing Status of Blacks Since 1960* by Sar Levitan, et al. *Monthly Labor Review*, 98 (December 1975), 66-67.

Review of *Patterns of Racial Discrimination* by G. von Furstenburg, et al. *Journal of Economic Literature* (December 1975), 1372-74.

UNPUBLISHED PAPERS:

Public policy and labour market competition, Orley Ashenfelter. Industrial Relations Section Working Paper # 656

(With K. Graddy) "Art Auctions" CEPR Discussion Paper No. DP13665, April 2019.

(with A. Krueger) "Theory and Evidence on Employer Collusion in the Franchise Sector," NBER working paper # 24831, July 2018

(with K. Graddy) "Regularities and Anomalies in Art Auctions" March 2003.

(with K. Graddy and M. Stevens) "A Study of Sale Rates and Prices in Impressionist and Contemporary Art Auctions," October, 2000.

(with S. Jurajda) "Cross-Country Comparisons of Wage Rates: The Big Mac Index," August 2000.

(with C. Rouse) "The Payoff to Education," August 1999.

(with N. Thurston) "Mink Markets: Price Determination, Pre-Sale Valuation and Seller-Specific Effects," Instituto y Universidad Torcuato Di Tella Seminar, September 1998.

(with P. B. Levine and S. Skeath) "Practicing Safe Game Theory: An Empirical Test of a Prisoners' Dilemma in Unemployment Insurance Disputes," July 1998.

(with D. Ashmore, J.B. Baker and S. M. McKernan) "Identifying The Firm-Specific Cost Pass-Through Rate," Federal Trade Commission, Bureau of Economics, Working Paper No. 217.

(with A. Papandreou and N. Papandreou) "Weather and the Quality of the Vintage for Greek Red Wines," October, 1997.

(with K. Graddy) "An Empirical Study of Sale Rates and Prices in Impressionist and Contemporary Art Auctions," August, 1997.

(with J. Dow, D. Gallagher and D. Hyslop) "Arbitrator and Negotiator Behavior Under an Appellate System," August 1997.

(with C. Rouse) "How Convincing Is The Evidence Linking Education and Income?" October, 1995.

(with J. Waldfogel) "Bargaining in the Shadow of the Judge: Empirical Tests," Prepared for the American Association of the Advancement of Science, Boston, February 11-16, 1993.

(with J. Abowd) "Art Auctions: Price Indexes and Sale Rates for Impressionist Paintings," January 1988.

(with D. Card) "Using Longitudinal Data to Estimate Reemployment Effects of the Minimum Wage," Draft, (May, 1981).

"Minority Employment Patterns" 1966, Prepared for the U.S. Equal Employment Opportunity Commission and OMPER of the Department of Labor.

TESTIMONY BEFORE CONGRESS:

Hearings before the Committee on the Budget, House of Representatives, "Outlook and Budget Levels for FY 1979-80," 96th Congress: 645-659.

OTHER ACTIVITIES:

Member, URB Institutional Review Panel for Human

Subjects Committee, July, 2007.

Selection Committee, Frisch Medal, 2004. President, Society of Labor Economists, 2003. Chairman, Frisch Medal Selection Committee, 2003

Advisory Committee of the Center for Arts and Cultural Policy Studies, Princeton University, 2002-

First Vice President, The Society of Labor Economists, 2002.

Associate Editor, *Journal of Population Economics*, 2001-

Member, Executive and Supervisory Committee, CERGE/EI, Charles University, Prague, Czech Republic, 2001- 2007.

Advisory, Job Opportunity Index National Advisory Board, 2001 – 2003.

Second Vice President, The Society of Labor Economists, 2001

Member, Editorial Board, *Contemporary Economic Policy*, 2000-2001.

Member, Advisory Board, Stanford Institute for Economic Policy Research, 1999 -

Member, Center for Law and Public Affairs, 1999 -

Board Member, American Foundation for the Center for Graduate Education/Economics Institute of the Charles University, Prague, Czech Republic, 1999 – Chairman, 1999-2006.

Member, Board of Editors, *Australian Economic Review* 1997 -

Member, Board of Trustees, Center for Advanced Study in the Behavioral Sciences, Stanford University, 1994-2000.

Member, Committee on Fellowships and Special Projects, Center for Advanced Study in the Behavioral Sciences, Stanford University, 1994-2000.

Member, Board of Directors, American Law and Economics Association, 1994 – 1996.

Faculty Member, Law and Economics Center, George Mason University, Advanced Course for Federal Judges on Statistics, Econometrics, and Financial Data, 1979-

Faculty Member, Law and Economics Center, George Mason University, Economics Institute for Federal Judges, 1982 -

Faculty Member, "Statistics and Expert Testimony," The Federal Judicial Center, 1985.

Faculty Member, "Economics and Expert Testimony," The Federal Judicial Center, 1984.

Benjamin Meeker Visiting Professor, University of Bristol, 1981.

Visiting Scholar, Federal Reserve Bank of Philadelphia, 1979-80.

Recipient of the Ragnar Frisch Prize of the Econometric Society, 1984.

Member, Board of Editors, *Journal of Labor Economics*, 1983-2008

Member, Board of Editors, *Pakistan Development Review*, 1981-1985.

Member, Board of Editors, *Journal of Labor Research*, 1980-89.

Member, Board of Editors, *Journal of Urban Economics*, 1974-1978.

Member, Advisory Board, *Ricerche Economiche: An International Review of Economics*, 1992 – 1993.

Member, Advisory Board, Labour Economics: *An International Journal*, 1992-1997.

Member, Advisory Council of the Cornell Institute for Labor Market Policies, 1991- 2000.

Member, Advisory Board, Center for Economic Policy Research, Stanford University, 1984-1999.

Member, Executive Committee, Conference on Research in Income and Wealth, National Bureau of Economic Research, 1982-1989.

Member, Macro Advisory Panel, National Commission for Employment Policy, 1980-81.

Member, Advisory Board, Institute of Labor Management Relations, Rutgers University, 1979-2001.

Member, Advisory Panel of the American Economic Association to the National Commission on Employment and Unemployment Statistics, 1978-81.

Member, Panel of Statisticians for the National Commission on Employment and Unemployment Statistics, 1977-81.

Fellow, Econometric Society, 1977.

Guggenheim Fellowship, 1976-77.

Orley C. Ashenfelter

Ray et al. v. National Collegiate Athletics Association

Testimony: Economic and and statistical analysis of an alleged conspiracy to suppress compensation for certain NCAA Division I coaches

Jurisdiction: Eastern District of California

Caption: 1:23-cv-00425-WBS-KJ

Retained by: Counsel for Plaintiffs

Depositions: December 2024; February 2025

FTC et al. v. Kroger and Albertsons

Testimony: Economic and statistical analysis of the impact of a proposed merger on unionized grocery store labor.

Jurisdiction: District of Oregon

Caption: Case No.:3:24-cv-00347

Retained by: Federal Trade Commission

Deposition: August 2024

Hearing: September 2024