DENNIS STEWART (Bar No. 99152)
dstewart@gustafsongluek.com
GUSTAFSON GLUEK PLLC
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated [additional attorneys listed on signature page]

CAROLYN HOECKER LUEDTKE
(Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(Bar No. 292380)
justin.raphael@mto.com
MEGAN MCCREADIE
(Bar No. 330704)
megan.mccreadie@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Flr
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant National Collegiate Athletic Association, an Unincorporated Association.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| SHANNON RAY, KATHERINE SEBBANE, KHALA TAYLOR, PETER ROBINSON, AND RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiffs,<br>　　v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br>　　　　Defendant. | <u>**CLASS ACTION**</u><br><br>**JOINT STIPULATION AND ORDER SETTING DEADLINE FOR CLAIMS FILING**<br><br>No. 1:23-cv-00425 WBS CSK<br><br>Judge: The Honorable William B. Shubb<br>Assigned to Hon. Judge Chi Soo Kim for Non-Dispositive Issues |

**JOINT STIPULATION FOR CLAIMS FILING DEADLINE**

WHEREAS, the parties have reached a settlement in this case.

WHEREAS, Plaintiffs moved for preliminary approval of the settlement on November 10, 2025. (ECF No. 159). In that motion and proposed order, Plaintiffs requested that the Court set a cut-off date for Class Members to submit claims at 21 days following the Final Fairness Hearing. (ECF Nos. 159 at 26; 159-4 at 3 ¶ 8).

WHEREAS, the Court granted Plaintiffs' motion for preliminary approval on January 6, 2026, but the order did not set a claim submission cut-off date. *(See* ECF No. 163 at 11-15).

WHEREAS, per the Court's preliminary approval order, notices to Class Members are to be sent beginning on January 20, 2026. (*Id.* at 12).

WHEREAS, Plaintiffs believe that a claims filing cut-off date should be communicated to the Class in the notices and the draft notice provided to the Court contemplated the communication of such a date. (*See* ECF No. 159-3, Declaration of Elaine Pang in Support of Plaintiffs' Motion for Preliminary Approval of Settlement at 21, 23, 31, 41).

WHEREAS, the parties have discussed this request and NCAA has no objection.

IT IS HEREBY STIPULATED by the parties that:

- The cut-off date for Class Members to submit claims may be June 2, 2026 (21 days after the Final Approval Hearing, scheduled for May 11, 2026) or such later date as the Court may determine.

No. 1:23-cv-00425 WBS CSK                1

**JOINT STIPULATION FOR CLAIMS FILING DEADLINE**

Respectfully submitted,     GUSTAFSON GLUEK PLLC

DATED: January 9, 2026      By:   _/s/Dennis Stewart_
                                    DENNIS STEWART
                                DENNIS STEWART
                                (State Bar No. 99152)
                                dstewart@gustafsongluek.com
                                DANIEL E. GUSTAFSON
                                (#202241 pro hac)
                                dgustafson@gustafsongluek.com
                                ANTHONY J. STAUBER
                                (#401093 pro hac)
                                tstauber@gustafsongluek.com
                                GUSTAFSON GLUEK PLLC
                                Canadian Pacific Plaza
                                120 South 6th Street, Suite 2600
                                Minneapolis, MN 55402
                                Telephone: (612) 333-8844
                                Facsimile: (612) 339-6622

                                *Attorneys for Plaintiffs Shannon
                                Ray, Katherine Sebbane, Khala
                                Taylor, Peter Robinson, and Rudy
                                Barajas, Individually and on
                                Behalf of All Those Similarly
                                Situated*


                            KIRBY McINERNEY LLP


                                ROBERT J. GRALEWSKI, JR.
                                (State Bar No. 196410)
                                bgralewski@kmllp.com
                                MARKO RADISAVLJEVIC
                                (State Bar No. 306552)
                                mradisavljevic@kmllp.com
                                KIRBY McINERNEY LLP
                                600 B Street, Suite 2110
                                San Diego, California 92101
                                Telephone: (619) 784-1442

                                *Attorneys for Plaintiffs Shannon
                                Ray, Katherine Sebbane, Khala
                                Taylor, Peter Robinson, and Rudy
                                Barajas, Individually and on
                                Behalf of All Those Similarly
                                Situated*

No. 1:23-cv-00425 WBS CSK            2

**JOINT STIPULATION FOR CLAIMS FILING DEADLINE**

FAIRMARK PARTNERS, LLP

JAMES CROOKS
(State Bar No. 310447)
(pro hac)
jamie@fairmarklaw.com
MICHAEL LIEBERMAN,
DC Bar No. 1033827
(pro hac)
michael@fairmarklaw.com
FAIRMARK PARTNERS, LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
Telephone: (619) 507-4182

*Attorneys for Plaintiffs Shannon Ray, Katherine Sebbane, Khala Taylor, Peter Robinson, and Rudy Barajas, Individually and on Behalf of All Those Similarly Situated*

No. 1:23-cv-00425 WBS CSK                3

**JOINT STIPULATION FOR CLAIMS FILING DEADLINE**

DATED:  January 9, 2026     By:  _____*/s/Carolyn Luedtke*_____
CAROLYN HOECKER LUEDTKE

CAROLYN HOECKER LUEDTKE
(State Bar No. 207976)
carolyn.luedtke@mto.com
JUSTIN P. RAPHAEL
(State Bar No. 292380)
Justin.Raphael@mto.com
MEGAN MCCREADIE
(State Bar No. 330704)
megan.mccreadie@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, California
94105-2907
Telephone:(415) 512-4000
Facsimile:(415) 512-4077

*Attorneys for Defendant*
*National Collegiate Athletic*
*Association*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.


_____*/s/Dennis Stewart*_____
Dennis Stewart

No. 1:23-cv-00425 WBS CSK          4
**JOINT STIPULATION FOR CLAIMS FILING DEADLINE**

**ORDER**

The Court, having considered the parties' stipulation, and cause appearing, hereby orders that the cut-off date for Class Members to submit claims is June 2, 2026 (21 days after the Final Approval Hearing, scheduled for May 11, 2026).

Dated:   January 12, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE