UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBANNE, and RUDY BARAJAS, individually and on behalf of all those similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>                Defendant. | No. 1:23-cv-425 WBS CSK<br><br><br>ORDER APPROVING PLAN OF ALLOCATION |

----oo0oo----

Plaintiffs in this matter moved for final approval of class action settlement (the "motion"). (Docket No. 171.)  The motion included plaintiffs' plan of allocation (the "plan") (Docket No. 171-2) and requested that the court issue an order approving the plan separate from the court's ruling on the motion (Docket No. 171 at 23).  On May 11, 2026, the court held a

1

fairness hearing at which it also heard oral arguments on the motion.  Thereafter, the court entered its order granting plaintiffs' motion.  (Docket No. 176.)  Pursuant to that order, the court will approve plaintiffs' plan of allocation.  (Id. at 32.)

WHEREAS, the court has considered (a) the proposed Plan of Allocation submitted November 10, 2025 (Docket No. 159-1 at 37-46), and resubmitted April 6, 2026 (Docket No. 171-2); (b) the Settlement Agreement, dated November 10, 2025 (Docket No. 159-1); (c) the court's January 6, 2026 Order granting preliminary approval (Docket No. 163); (d) the motion, the accompanying memorandum of law, and all exhibits thereto (Docket No. 171); (e) the joint declaration of co-lead counsel (Docket No. 173); and (f) all other papers and proceedings herein;

WHEREAS, the court has considered all the submissions and arguments with respect to the Settlement Agreement and the Motion, and otherwise being fully informed, and good cause appearing;

IT IS THEREFORE ORDERED that the Plan of Allocation (Docket No. 171-2) be, and the same hereby is, APPROVED.

IT IS FURTHER ORDERED THAT:

(1)  This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Settlement Agreement dated November 10, 2025 (Docket No. 159-1 ("Settlement Agreement")), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

(2)  The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Action and all parties to the Action, including all Class Members.

2

(3)   Notice of the proposed Plan of Allocation was given to all Class Members who could be identified with reasonable effort.  The form and method of notifying the Settlement Class of the proposed Plan of Allocation satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure, due process, and all other applicable laws and rules, constitutes the best notice practicable under the circumstances, and constitutes due and sufficient notice to all persons and entities entitled thereto.

(4)   The proposed Plan of Allocation was contained in the Notice mailed or emailed to potential Settlement Class Members and nominees and posted on the Settlement Website (https://ncaavolunteercoachlawsuit.com).

(5)   The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Class Members.

(6)   The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Class.  Accordingly, the Court hereby approves the Plan of Allocation.

(7)   Without affecting the finality of this Order in any respect, this Court reserves jurisdiction over any matters related to or ancillary to this Order.

IT IS SO ORDERED.

Dated:  May 11, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3