UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SHANNON RAY, et al.,<br>Plaintiffs,<br>v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br>Defendant. | No. 23-cv-425 WBS<br><br>ORDER |

----oo0oo----

Applicant Bianca S. Colon's Ex Parte Application (Docket No. 182) is referred to counsel for plaintiffs for such action, if any, as may be deemed appropriate.

IT IS SO ORDERED.

Dated: August 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE