**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON RAY, KHALA TAYLOR, PETER ROBINSON, KATHERINE SEBBANE, and RUDY BARAJAS Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. 1:23-cv-00425 |

DISTRIBUTION ORDER

Before the Court is Plaintiffs' Ex Parte Application for Authorization to Distribute Net Settlement Fund to Authorized Claimants (Dkt. No. 184). The Court, having considered the papers filed and proceedings had herein and otherwise being fully informed, hereby GRANTS the motion.

WHEREAS, the Court entered an order granting final approval of the class action settlement (Dkt. No. 176);

WHEREAS, the Court entered an order approving the plan of allocation (Dkt. No. 177);

WHEREAS, the Court entered an order establishing protocols for third-party claims purchases (Dkt. No. 178); and

WHEREAS, this Court previously retained jurisdiction over the subject matter of the Litigation and over all parties to the Action, including all Class Members (Dkt. No. 176).

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Order incorporates by reference the definitions in the Settlement Agreement, dated November 10, 2025 (Dkt. No. 159-1, the "Settlement Agreement"), and all capitalized terms used, but not defined herein, shall have the same meaning as set forth in the Settlement Agreement or in the accompanying Declaration of Eric Miller of A.B. Data Regarding Distribution Plan ("A.B. Data Declaration" or "A.B. Data Decl.").

2. **Claim Administration Payments.** In addition to the amount authorized in Paragraph 5.1 of the Settlement Agreement, Class Counsel is AUTHORIZED to pay up to $475,000 for reasonably incurred Escrow Agent costs and Notice and Administration Costs, as those terms are used in the Settlement Agreement, without

further order of the Court. Any unused portion of this amount shall remain property of the Settlement Fund.

3. **Acceptance of Late Approved Claims.** Paragraph 9 of the Plan of Allocation expressly permits A.B. Data and Class Counsel, at their discretion, to allow "Late Approved Claims" to be included in one or more distributions from the Settlement Fund. The Court APPROVES the administrative recommendations of A.B. Data to accept the Proof of Claim and Release Forms ("Claim Forms"), including the late but otherwise eligible Claim Forms filed between June 3, 2026 and October 28, 2026, inclusive, whose claim numbers are listed in Exhibit B to the A.B. Data Declaration. A.B. Data and Class Counsel retain discretion to allow additional "Late Approved Claims" to take part in future distributions from the Settlement Fund, without further order of the Court.

4. **Acceptance of Settlement Administrator's Recommendations.** For the reasons set forth in the A.B. Data Declaration, the administrative determinations of the Settlement Administrator in accepting and rejecting Claims are approved. Specifically, the administrative determination accepting the claims set forth in Exhibits A (Timely Approved Claims) and B (Late Approved Claims) are APPROVED. As determined by the Settlement Administrator, wholly rejected or otherwise ineligible Claim Forms are hereby REJECTED.

5. **Distribution of the Net Settlement Fund.** The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with

the Settlement Agreement, the Court-approved Plan of Allocation, and the distribution plan for payment of the Net Settlement Fund ("Distribution Plan") set forth in the A.B. Data Declaration, which is hereby APPROVED.

a. **First Distribution.** Upon entry of this Order, A.B. Data shall effectuate the first distribution of the Net Settlement Fund as soon as administratively practicable.

b. **Second Distribution.** A.B. Data shall effectuate the second distribution of the Net Settlement Fund as soon as administratively practicable after NCAA's second settlement payment on or about June 11, 2027.

c. **Third Distribution.** A.B. Data shall effectuate the third distribution of the Net Settlement Fund as soon as administratively practicable after NCAA's third and final settlement payment on or about June 11, 2028.

d. **Additional Distributions.** Consistent with Paragraphs 21-22 of the Plan of Allocation, at such time as Class Counsel, in consultation with A.B. Data, determines that further redistribution of the funds remaining in the Net Settlement Fund is not cost-effective, the residual balance in the Net Settlement Fund, after payment of any unpaid costs, expenses, and Taxes, shall be contributed to non-sectarian, not-for-profit organization(s), to be identified by Class Counsel after notice to Defendant and approved by this Court.

6. **Approved Claims Transferred to Third Party Purchasers.** Notwithstanding the foregoing, the Settlement Administrator shall not recognize any assignment of a Class Member's right to

receive proceeds under the Settlement unless and until the Third-Party Claims Purchaser satisfies the protocols for third-party claims purchases set forth in the Court's prior order (Dkt. No. 178). The proposed process set forth in Plaintiffs' Motion and the Declaration of Eric Miller of A.B. Data is approved.

7. **Release of Liability.** All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund, are released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members and other Claimants, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund, Plaintiffs, Class Counsel, the Settlement Administrator, the Escrow Agent, or any other agent retained by Plaintiffs or Class Counsel in connection with the administration or taxation of the Settlement Fund or the Net Settlement Fund, or any other person released under the Settlement beyond the amounts allocated to them pursuant to the terms of this Class Distribution Order, provided that such released persons acted in accordance with the Settlement Agreement, the Judgment, and this Order.

8. **Retention of Records by Settlement Administrator.** The Settlement Administrator is authorized to destroy paper copies of the Claim Forms and all supporting documents one (1) year

after the Final Distribution of the Net Settlement Fund, and to destroy electronic copies of the same one (1) year after all funds have been distributed.

9. **Jurisdiction.** This Court retains jurisdiction over any further application or matter which may arise in connection with this Action.

IT IS SO ORDERED.

Dated: November 2, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE